```
              UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF PENNSYLVANIA

TINA LINDQUIST                     : NO. 04-249E
        Plaintiff,                 :
                                   : JUDGE BAXTER
   v.                              :
                                   :
HEIM, L.P.                         :
        Defendant.                 :
```

**ORDER**

AND NOW, this ___ day of _____, 2005, it is hereby ORDERED, ADJUDGED and DECREED that Plaintiff's Motion to Compel is GRANTED.  It is hereby ordered that Defendant is compelled to:

    (a)  provide complete and full answers to Plaintiff's discovery (as set forth herein and attached hereto) within 30 days of this Court's Order;

    (b)  provide Plaintiff with representative samples of the two types of foot pedals testified and referenced in Defendant's corporate designee deposition (Anthony Mase); and

    (c)  indicate whether any witness exists that can testify regarding the design of the press brake and, if Defendant contends that no such witness exists, that Defendant be precluded from offering such testimony or evidence of such at a later date.

                                                         BY THE COURT,

                                                          _____,
                                                          J.