# HEIM

# MECHANICAL PRESS BRAKES



**35- to 200-Ton Capacity**
**Standard and Permanently Flanged Models**

# HEIM MECHANICAL PRESS BRAKES...

## The economical choice for a wide variety of metal bending and stamping operations.

With 46 standard models to choose from, there is a Heim mechanical press brake to fit your specific production requirements. Heim press brakes are built for accuracy, dependability and durability for years of profitable use. Available in capacities from 35- to 200-ton, these versatile machines are equipped with the following quality features.

Heim mechanical press brakes are available in two types: **Standard Press Brake and Permanently Flanged models.**

### Standard Features

- Programmable Logic Controls (PLC)
- HI PRO™ low-inertia combination clutch and brake *with 5-year warranty*
- Double-wall construction
- 100% ram guidance through entire stroke length
- Intermediate helical gearing
- Manual, rear-operated back gauge
- Powered ram adjustment and indicator (45-ton models and larger)

### Optional Features

- Automatic lubrication
- Manual, front-operated back gauge
- Powered, front-operated back gauge
- Reversing magnetic starter
- Air counterbalances
- Machining bed and ram for removable angles
- 5½" and 7½" removable angles
- Ram and bed extensions
- Powered ram adjustment (35-ton model)
- Optional stroke lengths (see specifications on back cover)



*100-Ton, 6 Foot permanently flanged model.*



## Programmable Logic Control (PLC)

The PLC improves productivity and reliability by continuously monitoring all press brake operations. This self-diagnostic control system automatically warns and informs the operator of all press brake functions, including brake monitor, palm button, operating mode, lubrication, dual air valve, stop-on-top, motion detection, air pressure, etc. The brake is monitored and controlled during every stroke. The PLC automatically tracks every press brake movement, directing operation as determined by a pre-set program stored in the PLC's memory.

If a malfunction occurs, the PLC shuts down the press brake. An indicator light immediately directs the operator to the source of the problem, making trouble shooting easy and keeping downtime to a minimum.

*Programmable Logic Controller with LED indicator lights.*

## HI PRO™ Low Inertia Combination Clutch and Brake

Withstanding the stress of frequent starts and stops, this low inertia combination clutch and brake is designed for maximum heat dissipation. This important feature significantly reduces wear on the clutch and brake, allows high start/stop frequency capability and high allowable rotational speed.

The HI PRO clutch and brake has only a fraction of the inertia found in other clutch and brake units where the clutch and brake must be started and stopped at every cycle. The brake portion of the unit is stationary, therefore in starting or stopping, there is minimum inertia to be overcome. Large air flow passages enable natural convection currents to dissipate heat.

Fast stopping times of the brake protect expensive dies. If either the air or electrical supply fails, the clutch will automatically disengage and the brake is applied. For ease of replacement, split clutch and brake linings are standard.

**The HI PRO clutch and brake comes with a 5-year warranty.** Contact your Heim representative for details.



*Cross section of HI PRO™ clutch and brake.*



*The HI PRO clutch and brake comes with a 5-year warranty.*



## Double-Wall Construction

The end frames of a Heim press brake are constructed with a double-wall design for years of continued component alignment. This box-type design provides maximum stability and support by resisting deflections, twisting motions, and vibrations. While under load, the frame assures accuracy of part production and maximum die life.

## Ram Guidance

For maximum accuracy, the ram of a Heim press brake is guided by circular guides with bronze bushings along 100% of the travel. This feature guides the movement of the ram for the full length of each stroke. Left-to-right and front-to-back tolerances are controlled, assuring proper ram and bed alignment. Maintaining parallel alignment protects dies and assures quality part production.

*Circular guides control the movement of the ram for the full length of each stroke.*



*Massive circular guide and connecting bolt.*



100%

# SPECIFICATIONS

| MODEL | BENDING CAPACITY (air bend) | TONNAGE Near Bottom | TONNAGE Mid Stroke | STANDARD STROKE | OPTIONAL STROKES AVAILABLE | STROKES PER MINUTE | RAM ADJUSTMENT | DIE SPACE (SHUT HEIGHT) SDAU | FLANGE WIDTH | DRIVE MOTOR (HP) | A | B | C | D | E | F | G | H | J | K | L | SHIPPING WEIGHT LBS. APPROX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 35-4 35-6 35-8 | 48" x 12 GA. 72" x 14 GA. | 30 | 20 | 2" | 3", 4" & 5" | 40 | 2½" | 12" | Ram 12" Bed 14" | 2 | 71 95 119 | 54 78 102 | 38 62 86 | 94 | 32 | 38 | 30 | 28 | 42 66 90 | 1" Dia. | 2" | 4000 4900 5800 |
| 45-4 45-6 45-8 45-10 | 60" x 10 GA. 72" x 12 GA. 96" x 14 GA. | 45 | 30 | 2" | 3", 4" & 5" | 40 | 2½" | 12" | Ram 12" Bed 14" | 2 | 71 95 119 143 | 54 78 102 126 | 38 62 86 110 | 94 | 32 | 44 | 36 | 34 | 42 66 90 114 | 1" Dia. | 2" | 4500 5400 6500 7500 |
| 75-6 75-8 75-10 75-12 | 48" x 1/4" 60" x 3/16" 96" x 10 GA. 120" x 12 GA. | 70 | 45 | 3" | 3", 4" & 5" | 40 | 3½" | 12" | Ram 16" Bed 16" | 5 | 90 114 138 162 | 72 96 120 144 | 52 76 100 124 | 112 | 32 | 52 | 42 | 40 | 59 83 107 131 | 1¼" Dia. | 3" | 8200 9700 11600 13600 |
| 100-6 100-8 100-10 100-12 | 60" x 1/4" 96" x 3/16" 120" x 10 GA. 144" x 12 GA. | 100 | 65 | 3" | 4", 5" & 6" | 40 | 3½" | 12" | Ram 16" Bed 16" | 7½ | 90 114 138 162 | 72 96 120 144 | 52 76 100 124 | 112 | 32 | 58 | 48 | 46 | 59 83 107 131 | 1¼" Dia. | 3" | 10500 11800 13500 17000 |
| 150-6 150-8 150-10 150-12 | 60" x 5/16" 84" x 1/4" 120" x 3/16" 168" x 10 GA. | 150 | 100 | 3" | 4", 5" & 6" | 25 | 5" | 12" | Ram 16" Bed 16" | 15 | 100 124 148 172 | 78 102 126 150 | 54 78 102 126 | 138 | 37 | 75 | 67½ | 62½ | 62 86 110 134 | 1½" Dia. | 4" | 17000 19000 21500 24000 |
| 200-6 200-8 200-10 200-12 | 60" x 3/8" 84" x 5/16" 120" x 1/4" 168" x 3/16" | 200 | 140 | 3" | 4", 5" & 6" | 25 | 5" | 12" | Ram 16" Bed 16" | 20 | 101 125 149 173 | 78 102 126 150 | 53 77 101 125 | 138 | 37 | 75 | 67½ | 62½ | 62 86 110 134 | 1½" Dia. | 4" | 20000 22000 24500 28500 |

*Tonnage in shaded areas are for V die openings eight times the metal thickness.*

Front View   Side View



Permanently Flanged Press Brake

Standard Press Brake

## TONNAGE TABLE

| THICKNESS OF METAL GAGE | INCHES | WIDTH OF V DIE OPENING IN INCHES |||||||||||||||||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1/4 | 5/16 | 3/8 | 7/16 | 1/2 | 5/8 | 3/4 | 7/8 | 1 | 1-1/8 | 1-1/4 | 1-1/2 | 2 | 2-1/2 | 3 | 3-1/2 | 4 | 5 | 6 | 7 | 8 | 10 | 12 |
| 20 | 0.036 | 3.1 | 2.3 | 1.7 | 1.4 | 1.1 | | | | | | | | | | | | | | | | | | |
| 18 | 0.048 | 5.3 | 4.0 | 3.0 | 2.5 | 2.2 | 1.7 | 1.3 | | | | | | | | | | | | | | | | |
| 16 | 0.060 | 9.6 | 7.1 | 5.6 | 4.5 | 3.6 | 2.8 | 2.2 | 1.8 | 1.5 | | | | | | | | | | | | | | |
| 14 | 0.075 | | 11.9 | 9.2 | 7.6 | 6.3 | 4.7 | 3.5 | 3.0 | 2.5 | 2.1 | 1.8 | | | | | | | | | | | | |
| 12 | 0.105 | | | 16.7 | 13.1 | 9.7 | 8.0 | 6.5 | 5.6 | 4.6 | 4.1 | 3.2 | | | | | | | | | | | | |
| 11 | 0.120 | | | | 19.2 | 14.2 | 11.1 | 9.0 | 7.5 | 6.3 | 5.5 | 4.4 | 2.9 | | | | | | | | | | | |
| 10 | 0.135 | | | | | 18.6 | 14.5 | 11.9 | 9.9 | 8.5 | 7.3 | 5.8 | 4.0 | | | | | | | | | | | |
| 3/16 | 0.188 | | | | | 27.4 | 23.1 | 19.3 | 16.4 | 14.3 | 11.2 | 7.5 | 5.7 | 4.4 | | | | | | | | | | |
| 1/4 | 0.250 | | | | | | 39.4 | 33.3 | 29.5 | 22.7 | 15.4 | 11.4 | 9.0 | 7.4 | 6.1 | | | | | | | | | |
| 5/16 | 0.313 | | | | | | | 50.4 | 39.8 | 27.0 | 19.7 | 15.3 | 12.7 | 10.5 | 7.7 | | | | | | | | | |
| 3/8 | 0.375 | | | | | | | | 61.6 | 42.3 | 30.9 | 24.0 | 19.6 | 16.3 | 12.3 | 9.5 | | | | | | | | |
| 7/16 | 0.438 | | | | | | | | | 61.7 | 45.8 | 35.4 | 28.6 | 24.4 | 17.3 | 14.8 | 11.2 | | | | | | | |
| 1/2 | 0.500 | | | | | | | | | 85.2 | 63.6 | 48.8 | 39.7 | 33.3 | 24.6 | 19.4 | 15.9 | 13.1 | | | | | | |
| 5/8 | 0.625 | | | | | | | | | | 110.0 | 86.2 | 70.0 | 58.3 | 43.1 | 33.3 | 27.4 | 23.3 | 16.9 | | | | | |
| 3/4 | 0.750 | | | | | | | | | | | 138.0 | 110.0 | 93.0 | 68.7 | 53.5 | 43.6 | 36.5 | 27.1 | 21.0 | | | | |
| 7/8 | 0.875 | | | | | | | | | | | | 165.0 | 137.0 | 104.0 | 80.7 | 64.6 | 52.9 | 39.7 | 31.6 | | | | |
| 1 | 1.000 | | | | | | | | | | | | 197.0 | 143.0 | 113.0 | 91.2 | 76.2 | 56.3 | 44.2 | | | | | |

**TONS REQUIRED PER LINEAR FOOT TO BEND MILD STEEL HAVING 60,000 PSI TENSILE STRENGTH.**



*For more information contact:*
Heim L.P. 6360 West 73rd Street, Chicago, Illinois 60638
708-496-7450   Fax 708-496-7428   Parts Fax 708-496-0708

Heim L.P. reserves the right to change the design or details of its products without notice. Point of operation safety guarding or devices are the sole responsibility of the employer (user) of the machine as provided in ANSI B-11 1-1988 as published by the American National Standards Institute Inc., 1430 Broadway, New York, NY 10018 and OSHA regulations.
Cat MPB-32 5-93 4M © 1993 Heim L.P.

# MECHANICAL PRESS BRAKES



**35- to 200-Ton Capacity
Standard and Permanently Flanged Models**

# HEIM MECHANICAL PRESS BRAKES...

## The economical choice for a wide variety of metal bending and stamping operations.

With 46 standard models to choose from, there is a Heim mechanical press brake to fit your specific production requirements. Heim press brakes are built for accuracy, dependability and durability for years of profitable use. Available in capacities from 35- to 200-ton, these versatile machines are equipped with the following quality features.

Heim mechanical press brakes are available in two types: **Standard Press Brake and Permanently Flanged models.**

### Standard Features

- Programmable Logic Controls (PLC)
- HI PRO™ low-inertia combination clutch and brake *with 5-year warranty*
- Double-wall construction
- 100% ram guidance through entire stroke length
- Intermediate helical gearing
- Manual, rear-operated back gauge
- Powered ram adjustment and indicator (45-ton models and larger)

### Optional Features

- Automatic lubrication
- Manual, front-operated back gauge
- Powered, front-operated back gauge
- Reversing magnetic starter
- Air counterbalances
- Machining bed and ram for removable angles
- 5½" and 7½" removable angles
- Ram and bed extensions
- Powered ram adjustment (35-ton model)
- Optional stroke lengths (see specifications on back cover)



*100-Ton, 6 Foot permanently flanged model.*



### Programmable Logic Control (PLC)

The PLC improves productivity and reliability by continuously monitoring all press brake operations. This self-diagnostic control system automatically warns and informs the operator of all press brake functions, including brake monitor, palm button, operating mode, lubrication, dual air valve, stop-on-top, motion detection, air pressure, etc. The brake is monitored and controlled during every stroke. The PLC automatically tracks every press brake movement, directing operation as determined by a pre-set program stored in the PLC's memory.

If a malfunction occurs, the PLC shuts down the press brake. An indicator light immediately directs the operator to the source of the problem, making trouble shooting easy and keeping downtime to a minimum.

*Programmable Logic Controller with LED indicator lights.*

# HI PRO™ Low Inertia Combination Clutch and Brake

Withstanding the stress of frequent starts and stops, this low inertia combination clutch and brake is designed for maximum heat dissipation. This important feature significantly reduces wear on the clutch and brake, allows high start/stop frequency capability and high allowable rotational speed.

The HI PRO clutch and brake has only a fraction of the inertia found in other clutch and brake units where the clutch and brake must be started and stopped at every cycle. The brake portion of the unit is stationary, therefore in starting or stopping, there is minimum inertia to be overcome. Large air flow passages enable natural convection currents to dissipate heat.

Fast stopping times of the brake protect expensive dies. If either the air or electrical supply fails, the clutch will automatically disengage and the brake is applied. For ease of replacement, split clutch and brake linings are standard.

**The HI PRO clutch and brake comes with a 5-year warranty.** Contact your Heim representative for details.



*Cross section of HI PRO™ clutch and brake.*



*The HI PRO clutch and brake comes with a 5-year warranty.*



# Double-Wall Construction

The end frames of a Heim press brake are constructed with a double-wall design for years of continued component alignment. This box-type design provides maximum stability and support by resisting deflections, twisting motions, and vibrations. While under load, the frame assures accuracy of part production and maximum die life.

*Circular guides control the movement of the ram for the full length of each stroke.*

# Ram Guidance

For maximum accuracy, the ram of a Heim press brake is guided by circular guides with bronze bushings along 100% of the travel. This feature guides the movement of the ram for the full length of each stroke. Left-to-right and front-to-back tolerances are controlled, assuring proper ram and bed alignment. Maintaining parallel alignment protects dies and assures quality part production.



*Massive circular guide and connecting bolt.*



# SPECIFICATIONS

| MODEL | BENDING CAPACITY (air bend) | TONNAGE Near Bottom | TONNAGE Mid Stroke | STANDARD STROKE | OPTIONAL STROKES AVAILABLE | STROKES PER MINUTE | RAM ADJUSTMENT | DIE SPACE (SHUT HEIGHT) SDAU | FLANGE WIDTH | DRIVE MOTOR (HP) | DIMENSIONS (Inches) A | B | C | D | E | F | G | H | J | K | L | SHIPPING WEIGHT LBS. APPROX. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 35-4 35-6 35-8 | 48"x12 GA. 72"x14 GA. | 30 | 20 | 2" | 3", 4" & 5" | 40 | 2½" | 12" | Ram 12" Bed 14" | 2 | 71 95 119 | 54 78 102 | 38 62 86 | 94 | 32 | 38 | 30 | 28 | 42 66 90 | 1" Dia. | 2" | 4000 4900 5800 |
| 45-4 45-6 45-8 45-10 | 60"x10 GA. 72"x12 GA. 96"x14 GA. | 45 | 30 | 2" | 3", 4" & 5" | 40 | 2½" | 12" | Ram 12" Bed 14" | 2 | 71 95 119 143 | 54 78 102 126 | 38 62 86 110 | 94 | 32 | 44 | 36 | 34 | 42 66 90 114 | 1" Dia. | 2" | 4500 5400 6500 7500 |
| 75-6 75-8 75-10 75-12 | 48"x1/4" 60"x3/16" 96"x10 GA. 120"x12 GA. | 70 | 45 | 3" | 3", 4" & 5" | 40 | 3½" | 12" | Ram 16" Bed 16" | 5 | 90 114 138 162 | 72 96 120 144 | 52 76 100 124 | 112 | 32 | 52 | 42 | 40 | 59 83 107 131 | 1¼" Dia. | 3" | 8200 9700 11600 13600 |
| 100-6 100-8 100-10 100-12 | 60"x1/4" 96"x3/16" 120"x10 GA. 144"x12 GA. | 100 | 65 | 3" | 4", 5" & 6" | 40 | 3½" | 12" | Ram 16" Bed 16" | 7½ | 90 114 138 162 | 72 96 120 144 | 52 76 100 124 | 112 | 32 | 58 | 48 | 46 | 59 83 107 131 | 1¼" Dia. | 3" | 10500 11800 13500 17000 |
| 150-6 150-8 150-10 150-12 | 60"x5/16" 84"x1/4" 120"x3/16" 168"x10 GA. | 150 | 100 | 3" | 4", 5" & 6" | 25 | 5" | 12" | Ram 16" Bed 16" | 15 | 100 124 148 172 | 78 102 126 150 | 54 78 102 126 | 138 | 37 | 75 | 67½ | 62½ | 62 86 110 134 | 1½" Dia. | 4" | 17000 19000 21500 24000 |
| 200-6 200-8 200-10 200-12 | 60"x3/8" 84"x5/16" 120"x1/4" 168"x3/16" | 200 | 140 | 3" | 4", 5" & 6" | 25 | 5" | 12" | Ram 16" Bed 16" | 20 | 101 125 149 173 | 78 102 126 150 | 53 77 101 125 | 138 | 37 | 75 | 67½ | 62½ | 62 86 110 134 | 1½" Dia. | 4" | 20000 22000 24500 28500 |

*Tonnage in shaded areas are for V die openings eight times the metal thickness.*



Front View    Side View



**Permanently Flanged Press Brake**



**Standard Press Brake**

# TONNAGE TABLE

| THICKNESS OF METAL GAGE | INCHES | WIDTH OF V DIE OPENING IN INCHES 1/4 | 5/16 | 3/8 | 7/16 | 1/2 | 5/8 | 3/4 | 7/8 | 1 | 1 1/8 | 1 1/4 | 1 1/2 | 2 | 2 1/2 | 3 | 3 1/2 | 4 | 5 | 6 | 7 | 8 | 10 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20 | 0.036 | 3.1 | 2.3 | 1.7 | 1.4 | 1.1 | | | | | | | | | | | | | | | | | | |
| 18 | 0.048 | 5.3 | 4.0 | 3.0 | 2.5 | 2.2 | 1.7 | 1.3 | | | | | | | | | | | | | | | | |
| 16 | 0.060 | 9.6 | 7.1 | 5.6 | 4.5 | 3.8 | 2.8 | 2.2 | 1.8 | 1.5 | | | | | | | | | | | | | | |
| 14 | 0.075 | | 11.9 | 9.2 | 7.6 | 6.3 | 4.7 | 3.5 | 3.0 | 1.5 | 2.1 | 1.8 | | | | | | | | | | | | |
| 12 | 0.105 | | | 16.7 | 13.1 | 9.7 | 8.0 | 6.5 | 5.6 | 4.6 | 4.1 | 3.2 | | | | | | | | | | | | |
| 11 | 0.120 | | | | 19.2 | 14.2 | 11.1 | 9.0 | 7.5 | 6.3 | 5.5 | 4.4 | 2.9 | | | | | | | | | | | |
| 10 | 0.135 | | | | | 18.6 | 14.5 | 11.9 | 9.9 | 8.5 | 7.3 | 5.8 | 4.0 | | | | | | | | | | | |
| 3/16 | 0.188 | | | | | 27.4 | 23.1 | 19.3 | 16.4 | 14.3 | 11.2 | 7.5 | 5.7 | 4.4 | | | | | | | | | | |
| 1/4 | 0.250 | | | | | | 39.4 | 33.3 | 29.5 | 22.7 | 15.4 | 11.4 | 9.0 | 7.4 | 6.1 | | | | | | | | | |
| 5/16 | 0.313 | | | | | | | 50.4 | 39.8 | 27.0 | 19.7 | 15.3 | 12.7 | 10.5 | 7.7 | | | | | | | | | |
| 3/8 | 0.375 | | | | | | | | 61.6 | 42.3 | 30.9 | 24.0 | 19.6 | 16.3 | 12.3 | 9.5 | | | | | | | | |
| 7/16 | 0.438 | | | | | | | | | 61.7 | 45.8 | 35.4 | 28.6 | 24.4 | 17.3 | 14.8 | 11.2 | | | | | | | |
| 1/2 | 0.500 | | | | | | | | | | 85.2 | 63.6 | 48.8 | 39.7 | 33.3 | 24.5 | 19.4 | 15.9 | 13.1 | | | | | |
| 5/8 | 0.625 | | | | | | | | | | | 110.0 | 86.2 | 70.0 | 58.3 | 43.1 | 33.3 | 27.4 | 23.3 | 16.9 | | | | |
| 3/4 | 0.750 | | | | | | | | | | | | 138.0 | 110.0 | 93.0 | 68.7 | 53.5 | 43.6 | 36.5 | 27.1 | 21.0 | | | |
| 7/8 | 0.875 | | | | | | | | | | | | | 165.0 | 137.0 | 104.0 | 80.7 | 64.6 | 52.9 | 39.7 | 31.6 | | | |
| 1 | 1.000 | | | | | | | | | | | | | 197.0 | 143.0 | 113.0 | 91.2 | 76.2 | 56.3 | 44.2 | | | | |

**TONS REQUIRED PER LINEAR FOOT TO BEND MILD STEEL HAVING 60,000 PSI TENSILE STRENGTH.**



For more information contact:
**Heim Corp.** 6360 West 73rd Street, Chicago, IL 60638
(312) 496-7450  Telex 25-053  Telefax (312) 496-7428

Heim Corp. reserves the right to change the design or details of its products without notice. Point of operation safety guarding or devices are the sole responsibility of the employer (user) of the machine as provided in ANSI B-11 1-1982 as published by the American National Standards Institute Inc., 1430 Broadway, New York, NY 10018.
Cat MPB-32 3M 5/88 ©1988 Heim Corp.

# PRICE LIST

**EFFECTIVE 10/15/84**

## MECHANICAL PRESS BRAKES
35, 45, 75, 100, 150, 200 TON



*FEATURING HI-TECH CNC CONTROLS AS STANDARD EQUIPMENT*



**MORE PRESS FOR LESS**

HEIM CORPORATION, FRANKFORT, ILLINOIS 60423 • 815/469-2335 IN ILLINOIS 800/435-0162

# Price List Heim Press Brakes

| CAPACITY TONS | | 35 TON | | | 45 TON | | | | 75 TON | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LENGTH OF BED AND RAM | | 4'6" | 6'6" | 8'6" | 4'6" | 6'6" | 8'6" | 10'6" | 6' | 8' | 10' | 12'* |
| DISTANCE BETWEEN HOUSINGS | | 38" | 62" | 86" | 38" | 62" | 86" | 110" | 52" | 76" | 100" | 124" |
| STANDARD PRESS BRAKE PRICE INCL. CNC CONTROL | | 14,525 | 15,065 | 15,695 | 16,230 | 16,750 | 17,225 | 18,210 | 22,195 | 22,760 | 23,410 | 23,790 |
| ONE SHOT LUBRICATION | | 195 | 195 | 195 | STD | STD | STD | STD | STD | STD | STD | STD |
| AUTOMATIC LUBRICATION | | 315 | 315 | 315 | 315 | 315 | 315 | 315 | 315 | 315 | 315 | 315 |
| RAM INDICATORS | | 260 | 260 | 260 | STD | STD | STD | STD | STD | STD | STD | STD |
| POWER RAM ADJUSTMENT | | 480 | 480 | 480 | STD | STD | STD | STD | STD | STD | STD | STD |
| STROKE CHANGE OTHER THAN STANDARD | 2" | STD | STD | STD | STD | STD | STD | STD | — | — | — | — |
| | 3" | 315 | 315 | 315 | 315 | 315 | 315 | 315 | STD | STD | STD | STD |
| | 4" | 385 | 385 | 385 | 385 | 385 | 385 | 385 | 460 | 460 | 460 | 460 |
| | 5" | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 630 | 630 | 630 | 630 |
| | 6" | NA | NA | NA | NA | NA | NA | NA | 880 | 880 | 880 | 880 |
| REVERSING STARTER | | 315 | 315 | 315 | 315 | 315 | 315 | 315 | 385 | 385 | 385 | 385 |
| MANUAL FRONT OPERATED BACK GAUGE | | 905 | 905 | 905 | 905 | 905 | 905 | 905 | 975 | 975 | 975 | 975 |
| AIR COUNTERBALANCES | | 1250 | 1250 | 1250 | 1250 | 1250 | 1250 | 1250 | 1250 | 1250 | 1250 | 1250 |
| MACHINING BED AND RAM FOR ANGLES** | | 565 | 625 | 740 | 565 | 625 | 740 | 835 | 625 | 740 | 835 | 905 |
| SET OF FOUR 5-1/2" ANGLES | | 1025 | 1580 | 2085 | 1025 | 1580 | 2085 | 2465 | 1580 | 2085 | 2465 | 2870 |
| SET OF FOUR 7-1/2" ANGLES | | — | — | — | — | — | — | — | — | — | — | — |
| SPECIAL ONE COLOR PAINT PAINT FURNISHED BY CUST. PAINT FURNISHED BY HEIM | | 110 140 | 110 140 | 110 140 | 110 140 | 110 140 | 110 140 | 110 140 | 140 175 | 140 175 | 140 175 | 140 175 |
| CONTROL VARIATIONS PALM BUTTONS IN PLACE OF FOOT SWITCH FT. SWITCH & PALM BTNS. WITH KEY SELECTOR SWITCH | | 290 485 | 290 485 | 290 485 | 290 485 | 290 485 | 290 485 | 290 485 | 290 485 | 290 485 | 290 485 | 290 485 |
| SHIPPING WEIGHT APPROX. POUNDS | | 4,000 | 4,900 | 5,800 | 4,500 | 5,400 | 6,500 | 7,500 | 8,200 | 9,700 | 11,600 | 13,600 |

*AIR COUNTERBALANCES RECOMENDED
**REQUIRES ONE SET OF PALM BUTTONS

ALL PRICES ARE QUOTED FOB FACTORY, FRANKFORT, ILLINOIS. PRICES ARE SUBJECT TO CHANGE WITHOUT NOTICE.

HEIM CORPORATION ADHERES TO A POLICY OF PRODUCT IMPROVEMENT AND RESERVES THE RIGHT TO CHANGE DESIGN OR SPECIFICATIONS. MACHINES ARE SHIPPED FULLY ASSEMBLED, FOB FRANKFORT, ILLINOIS. FEDERAL, STATE AND LOCAL TAXES ARE NOT INCLUDED.

| 100 TON | | | | 150 TON | | | | 200 TON | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6' | 8' | 10' | 12'* | 6'6" | 8'6" | 10'6"* | 12'6"* | 6'6" | 8'6" | 10'6"* | 12'6"* |
| 52" | 76" | 100" | 124" | 54" | 78" | 102" | 126" | 53" | 77" | 101" | 125" |
| **22,760** | **23,140** | **23,840** | **24,020** | **32,030** | **32,750** | **33,470** | **35,200** | **35,630** | **28,150** | **39,275** | **41,120** |
| STD | STD | STD | STD | STD | STD | STD | STD | STD | STD | STD | STD |
| 315 | 315 | 315 | 315 | 315 | 315 | 315 | 315 | 315 | 315 | 315 | 315 |
| STD | STD | STD | STD | STD | STD | STD | STD | STD | STD | STD | STD |
| STD | STD | STD | STD | STD | STD | STD | STD | STD | STD | STD | STD |
| – | – | – | – | – | – | – | – | – | – | – | – |
| STD | STD | STD | STD | STD | STD | STD | STD | STD | STD | STD | STD |
| 460 | 460 | 460 | 460 | 550 | 550 | 550 | 550 | 550 | 550 | 550 | 550 |
| 630 | 630 | 630 | 630 | 740 | 740 | 740 | 740 | 740 | 740 | 740 | 740 |
| 880 | 880 | 880 | 880 | 985 | 985 | 985 | 985 | 985 | 985 | 985 | 985 |
| 385 | 385 | 385 | 385 | 505 | 505 | 505 | 505 | 505 | 505 | 505 | 505 |
| 975 | 975 | 975 | 975 | 975 | 975 | 975 | 975 | 975 | 975 | 975 | 975 |
| 1250 | 1250 | 1250 | 1250 | 1560 | 1560 | 1560 | 1560 | 1560 | 1560 | 1560 | 1560 |
| 625 | 740 | 835 | 905 | 715 | 805 | 900 | 975 | 715 | 805 | 900 | 975 |
| 1580 | 2085 | 2465 | 2870 | – | – | – | – | – | – | – | – |
| – | – | – | – | 1880 | 2550 | 3125 | 3750 | 1880 | 2550 | 3125 | 3750 |
| 140 175 | 140 175 | 140 175 | 140 175 | 175 210 | 175 210 | 175 210 | 175 210 | 175 210 | 175 210 | 175 210 | 175 210 |
| 290 485 | 290 485 | 290 485 | 290 485 | 290 485 | 290 485 | 290 485 | 290 485 | 290 485 | 290 485 | 290 485 | 290 485 |
| 10,500 | 11,800 | 13,500 | 17,000 | 17,000 | 19,000 | 21,500 | 24,000 | 20,000 | 22,000 | 24,500 | 28,500 |

NOTE: POINT OF OPERATION SAFETY GUARDING IS THE SOLE RESPONSIBILITY OF THE USER OF THE MACHINE.

**Standard Features** • New PC Control • Magnetic Starter (Non Rev.) Including Disconnect Switch With Circuit Breaker • Brake Monitor • One Foot Switch Control (Inching, Single Stroke and Auto Jog) • Part Revolution Low Inertia Air Clutch and Combination Brake (35/45 Ton) • Part Revolutio Low Inertia Air Clutch and Caliper Disc Brake (75 Thru 200 Ton) • Pre Set Jog Mode • Adjustable Pre Set Job Mode to Help Prevent Whip U That Causes Back Bending of Material • Double Reduction Twin Drive Gears • High Strength Eccentric Crank Shaft • Rigid One Piece Ra • Massive One Piece Bed • Rigid, Double Plate, Box Girder Side Frames • Motorized Ram Adjustment and Ram Indicators (45 Thru 200 To • Back Gauges and Fingers For Fine Adjustment • Sectional Ram Clamps • Gear and Flywheel Guards • Lower Die Block • Tilting Ram (Feature) • Replaceable Bronze Ball Socket • Stroke (2" Std. 35/45 Ton, 3" Std. 75 Thru 200 Ton) • Air Line Filter, Regulator and Lubricat

# OTHER HEIM PRESSES

## OBI, GAP and DEEP THROAT GAP PRESSES
*Featuring Hi-Tech CNC Controls For Reliable Press Operation*



**Standard Features**
- New PC Control
- One Operator Station Unmounted (Inching, Single Stroke and Continuous)
- Brake Monitor
- Magnetic Starter (Non Rev.) Including Disconnect Switch With Circuit Breaker
- Dead Motor Inch Control
- Rugged All Welded Steel Frame Construction
- Complete Flywheel, Motor, Guards, Pulley V Belts and Brackets (Fully Mounted)
- Part Revolution, Low Inertia Air Clutch and Caliper Disc Brake
- Bolster Plate (Plain and Mounted)
- Stroke (2" Std. on 32 Ton, 3" Std. on 55, 70, 95 and 120 Ton, 4" Std. on 160 and 200 Ton)
- Knock Out Bar Arrangement
- Multiple Vee Non Metalic Gibbing (32 Thru 120 Ton)
- 8 Point Adjustable, Bronze Gibbing (160/200 Ton)
- One Shot Lube System (95 Thru 200 Ton)
- Air Counter Balance and Power Ram Adjustment With Lockout Valve (160/200 Ton)
- Air Line Filter, Regulator and Lubricator



## STRAIGHT SIDE PRESSES
150 Ton to 300 Ton

*Featuring Hi-Tech CNC Controls For Reliable Press Operation*

**Standard Features**
- New PC Control
- One Operator Station (Inching, Single Stroke and Continuous)
- Magnetic Starter (Non Rev.) Including Disconnect Switch With Circuit Breaker
- Complete Flywheel, Motor, Guards, Pulley V Belts and Brackets (Fully Mounted)
- Automatic Lubrication-Self Monitoring
- Power Ram Adjustment With Indicator
- Part Revoluation, Low Inertia Air Clutch and Dual Caliper Disc Brake
- Double Wall Bed Construction
- Dead Motor Inch Control
- Brake Monitor
- 8 Point Adjustable Gibbing
- Tie Rod Construction
- Air Line Filter, Regulator and Lubricator



**MORE PRESS FOR LESS**

HEIM CORPORATION, FRANKFORT, ILLINOIS 60423 • 815/469-2335 IN ILLINOIS 800/435-0162

HC 84

Effective July 1, 1981








# PRICE LIST
# MECHANICAL PRESS BRAKES



# HEIM CORPORATION
Frankfort, Illinois 60423 · Phone: 815/469-2335

RECEIVED JUN 29 1981

HC-50

# Price List Heim Press Brakes

| CAPACITY TONS | | 35 TON | | | 45 TON | | | | 75 TON | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LENGTH OF BED AND RAM | | 4'6" | 6'6" | 8'6" | 4'6" | 6'6" | 8'6" | 10'6" | 6' | 8' | 10' | 12'* |
| DISTANCE BETWEEN HOUSINGS | | 38" | 62" | 86" | 38" | 62" | 86" | 110" | 52" | 76" | 100" | 124" |
| STANDARD PRESS BRAKE PRICE | | 13,700 | 14,200 | 14,805 | 15,310 | 15,800 | 16,240 | 17,180 | 20,940 | 21,415 | 21,830 | 22,450 |
| ONE SHOT LUBRICATION | | 195 | 195 | 195 | STD | STD | STD | STD | STD | STD | STD | STD |
| AUTOMATIC LUBRICATION | | 315 | 315 | 315 | 315 | 315 | 315 | 315 | 315 | 315 | 315 | 315 |
| RAM INDICATORS | | 260 | 260 | 260 | STD | STD | STD | STD | STD | STD | STD | STD |
| POWER RAM ADJUSTMENT | | 480 | 480 | 480 | STD | STD | STD | STD | STD | STD | STD | STD |
| STROKE CHANGE OTHER THAN STANDARD | 2" | STD | STD | STD | STD | STD | STD | STD | — | — | — | — |
| | 3" | 315 | 315 | 315 | 315 | 315 | 315 | 315 | STD | STD | STD | STD |
| | 4" | 385 | 385 | 385 | 385 | 385 | 385 | 385 | 460 | 460 | 460 | 460 |
| | 5" | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 630 | 630 | 630 | 630 |
| | 6" | NA | NA | NA | NA | NA | NA | NA | 880 | 880 | 880 | 880 |
| REVERSING STARTER | | 315 | 315 | 315 | 315 | 315 | 315 | 315 | 385 | 385 | 385 | 385 |
| MANUAL FRONT OPERATED BACK GAUGE | | 905 | 905 | 905 | 905 | 905 | 905 | 905 | 975 | 975 | 975 | 975 |
| AIR COUNTERBALANCES | | 1250 | 1250 | 1250 | 1250 | 1250 | 1250 | 1250 | 1250 | 1250 | 1250 | 1250 |
| MACHINING BED AND RAM FOR ANGLES** | | 565 | 625 | 740 | 565 | 625 | 740 | 835 | 625 | 740 | 835 | 905 |
| SET OF FOUR 5-1/2" ANGLES | | 975 | 1490 | 1970 | 975 | 1490 | 1970 | 2330 | 1490 | 1970 | 2330 | 2705 |
| SET OF FOUR 7-1/2" ANGLES | | — | — | — | — | — | — | — | — | — | — | — |
| SPECIAL ONE COLOR PAINT PAINT FURNISHED BY CUST. PAINT FURNISHED BY HEIM | | 110 140 | 110 140 | 110 140 | 110 140 | 110 140 | 110 140 | 110 140 | 140 175 | 140 175 | 140 175 | 140 175 |
| CONTROL VARIATIONS PALM BUTTONS IN PLACE OF FOOT SWITCH FT. SWITCH & PALM BTNS. WITH KEY SELECTOR SWITCH | | 290 485 | 290 485 | 290 485 | 290 485 | 290 485 | 290 485 | 290 485 | 290 485 | 290 485 | 290 485 | 290 485 |
| SHIPPING WEIGHT APPROX. POUNDS | | 4,000 | 4,900 | 5,800 | 4,500 | 5,400 | 6,500 | 7,500 | 8,200 | 9,700 | 11,600 | 13,600 |

*AIR COUNTERBALANCES RECOMENDED
**REQUIRES ONE SET OF PALM BUTTONS

ALL PRICES ARE QUOTED FOB FACTORY, FRANKFORT, ILLINOIS. PRICES ARE SUBJECT TO CHANGE WITHOUT NOTICE.

HEIM CORPORATION ADHERES TO A POLICY OF PRODUCT IMPROVEMENT AND RESERVES THE RIGHT TO CHANGE DESIGN OR SPECIFICATIONS. MACHINES ARE SHIPPED FULLY ASSEMBLED, FOB FRANKFORT, ILLINOIS, FEDERAL, STATE AND LOCAL TAXES ARE NOT INCLUDED.

NOTE: POINT OF OPERATION SAFETY GUARDING IS THE SOLE RESPONSIBILITY OF THE USER OF THE MACHINE.



**HEIM CORPORATION**
Frankfort, Illinois, 60423
Phone (815) 469-2335

| 100 TON | | | | 150 TON | | | | 200 TON | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6' | 8' | 10' | 12'* | 6'6" | 8'6" | 10'6"* | 12'6"* | 6'6" | 8'6" | 10'6"* | 12'6"* |
| 52" | 76" | 100" | 124" | 54" | 78" | 102" | 126" | 53" | 77" | 101" | 125" |
| 21,415 | 21,830 | 22,450 | 23,675 | 30,505 | 31,230 | 31,870 | 33,525 | 34,250 | 36,630 | 37,765 | 39,525 |
| STD | STD | STD | STD | STD | STD | STD | STD | STD | STD | STD | STD |
| 315 | 315 | 315 | 315 | 315 | 315 | 315 | 315 | 315 | 315 | 315 | 315 |
| STD | STD | STD | STD | STD | STD | STD | STD | STD | STD | STD | STD |
| STD | STD | STD | STD | STD | STD | STD | STD | STD | STD | STD | STD |
| — | — | — | — | — | — | — | — | — | — | — | — |
| STD | STD | STD | STD | STD | STD | STD | STD | STD | STD | STD | STD |
| 460 | 460 | 460 | 460 | 550 | 550 | 550 | 550 | 550 | 550 | 550 | 550 |
| 630 | 630 | 630 | 630 | 740 | 740 | 740 | 740 | 740 | 740 | 740 | 740 |
| 880 | 880 | 880 | 880 | 985 | 985 | 985 | 985 | 985 | 985 | 985 | 985 |
| 385 | 385 | 385 | 385 | 505 | 505 | 505 | 505 | 505 | 505 | 505 | 505 |
| 975 | 975 | 975 | 975 | 975 | 975 | 975 | 975 | 975 | 975 | 975 | 975 |
| 1250 | 1250 | 1250 | 1250 | 1560 | 1560 | 1560 | 1560 | 1560 | 1560 | 1560 | 1560 |
| 625 | 740 | 835 | 905 | 715 | 805 | 900 | 975 | 715 | 805 | 900 | 975 |
| 1490 | 1970 | 2330 | 2705 | — | — | — | — | — | — | — | — |
| — | — | — | — | 1800 | 2425 | 2985 | 3550 | 1800 | 2425 | 2985 | 3550 |
| 140 175 | 140 175 | 140 175 | 140 175 | 175 210 | 175 210 | 175 210 | 175 210 | 175 210 | 175 210 | 175 210 | 175 210 |
| 290 485 | 290 485 | 290 485 | 290 485 | 290 485 | 290 485 | 290 485 | 290 485 | 290 485 | 290 485 | 290 485 | 290 485 |
| 10,500 | 11,800 | 13,500 | 17,000 | 17,000 | 19,000 | 21,500 | 24,000 | 20,000 | 22,000 | 24,500 | 28,500 |

STANDARD EQUIPMENT, PRESS BRAKES

**ALL MODELS:** Combination air clutch and brake. Dual valve press brake control (TRU-KON-TROL) with foot pedal. Control has "stop before work", "timed automatic jog through work", and "stop on top" features. Complies with B11.3, Section 4, Standards. Nema type I combination motor starter (with 3 heater coils) and integral fused disconnect with provisions for locking in "OFF" position. Push buttons in cover with protective shroud. Electrics are set up for 220/440/3/60. Other voltages extra. Also includes drive motor, belts, pulley, manual back gauge, lower die block, air line oiler and filter and gear and flywheel guards.

**45 TON:**
**THRU**
**200 TONS:** Power Ram Adjustment, Ram Indicators, One Shot Lubrication

# OTHER HEIM PRESSES

## OBI, GAP and DEEP THROAT GAP PRESSES



32 TON

55 TON



200 TON

## STRAIGHT SIDE PRESSES



HEIM Double Crank Straight Side Presses are ruggedly constructed to meet the rigid performance requirements of today's stamping operations. They retain the characteristic Heim clean-cut profile, free of protruding gears or shafts.

The high tensile drive gears in Heim Presses are housed inside the crown, with close-up support on both sides. This eliminates shaft distortion stresses often encountered in conventional press construction.

All Heim Presses have heavy duty two-point balanced gear drive, air clutch and disc brake as standard equipment. There are fewer moving parts in these presses, and all parts are better protected.

An unusual feature of Heim Presses is that the ram is always 100% guided throughout the entire stroke by eight-point adjustable gibbing.

CONTACT: Forrest Tower, Vice President, General Sales Manager, for more information!

*Prices and delivery subject to change

**STRAIGHT SIDE PRESSES**
150 Ton to 400 Ton

 **HEIM CORPORATION**
Frankfort, Ill. 60423 · Phone: (815)469-2335

A-470-D

② A-470

ANTI-TRIP FOOT CONTROL
CAT. #511-B2 (LINEMASTER)
STAGE: SINGLE - DPDT
RATING: 20 AMP, 125-250 VAC

A-470-D

ANTI-TRIP FOOT CONTROL
CAT. NO. ~~532-SWH~~  511-B4
STAGE: SINGLE - DPDT-DB
RATING: ~~20AMP~~  125-250 U.A.C. - 15 AMP
WOODSTOCK CONNETICUT

DEALER:   LINEMASTER SWITCH CORP.
          WOODSTOCK, CONN.  06281

| | | | | 00039 |
|---|---|---|---|---|
| 2 | 12/4/82 | P.3 | ADD PART A-470 | |
| 1 | 11/9/82 | P.B | 511-B4 WAS 532-SWH, ADD DB | 00037 |

## HEIM CORP.
### P. O. BOX R
### FRANKFORT, ILL. 60423

| DRAWN BY | DATE | CHECKED BY | DATE | SCALE |
|---|---|---|---|---|
| BH | 7-9-74 | | | |

DESCRIPTION: ELECTRIC FOOT CONTROL

USED ON: ALL PRESSES

PART NO.: A-470-D

## VERIFICATION

I, _Tony Mase_, am the _National Sales Manager_ of *HEIM, L.P.*, and state that the averments of fact set forth in the foregoing *ANSWERS TO PLAINTIFF'S INTERROGATORIES - SECOND SET AND REQUEST FOR PRODUCTION OF DOCUMENTS - SECOND REQUEST* are true and correct to the best of my knowledge, information, and belief.

I understand that the statements herein are made subject to the penalties of 18 Pa.C.S.A. § 4904 relating to unsworn falsification to authorities, which provides that if I make knowingly false averments I may be subject to criminal penalties.

Date: _10/5/05_                             _[signature]_

File No: ALFA-107530/PRR

P0748453.1

## PROOF OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been served upon all parties on the date and in the manner listed below:

| | |
|---|---|
| __X__ | First Class Mail, Postage Prepaid |
| _____ | Certified Mail - Return Receipt Requested |
| _____ | Hand Delivery |
| _____ | Facsimile Transmission |

at the following address:

Dallas W. Hartman, Esquire
Dallas W. Hartman P.C.
2815 Wilmington Road
New Castle, PA 16105
*(Counsel for Plaintiff)*

MEYER, DARRAGH, BUCKLER,
BEBENEK & ECK, P.L.L.C.

Date: 10-6, 2005

_____
PAUL R. ROBINSON, ESQUIRE

P0748453.1