IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TINA LINDQUIST,<br><br>        Plaintiff,<br><br>  vs.<br><br>HEIM, L.P.,<br><br>        Defendant. | Civil Action No: 04-249E<br><br>JUDGE SEAN J. MCLAUGHLIN /<br>MAGISTRATE JUDGE SUSAN<br>PARADISE BAXTER<br><br>PAUL R. ROBINSON, ESQUIRE<br>PA I.D. No. 65581 |

**ORDER OF COURT**

AND NOW, to-wit, this ____ day of _____, 2005, it is hereby ORDERED, ADJUDGED, and DECREED that the plaintiff's second motion to compel full and complete answers to discovery propounded to defendant is DENIED.

BY THE COURT:

_____
MAGISTRATE JUDGE SUSAN PARADISE BAXTER

P0756663.1