IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TINA LINDQUIST,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>HEIM, L.P.,<br><br>　　　　Defendant. | Civil Action No: 04-249E<br><br>**JUDGE SEAN J. MCLAUGHLIN /<br>MAGISTRATE JUDGE SUSAN<br>PARADISE BAXTER**<br><br>PAUL R. ROBINSON, ESQUIRE<br>PA I.D. No. 65581<br><br>MEYER, DARRAGH, BUCKLER,<br>BEBENEK & ECK, P.L.L.C.<br>U.S. Steel Tower, Suite 4850<br>600 Grant Street<br>Pittsburgh, PA 15219<br>(412) 261-6600 |

## ORDER OF COURT

AND NOW, this _____ day of _____, 2005, it is hereby ORDERED, ADJUDGED, and DECREED that plaintiff's motion to extend case management order deadlines is DENIED.

　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　_____J.
　　　　　　　　　　　　　　　MAGISTRATE JUDGE SUSAN PARADISE BAXTER

P0758266.1