IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TINA LINDQUIST,** | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 04-249 Erie |
| | ) | District Judge McLaughlin |
| **HEIM, L.P.,** | ) | Magistrate Judge Baxter |
| Defendant. | ) | |

**O R D E R**

On October 28, 2005, Plaintiff filed a second motion to compel. Document # 16. The discovery period set by Case Management Order was set to close on November 16, 2005. A hearing on the motion to compel was set for late October but was postponed due to scheduling conflicts of the parties. The rescheduling of the hearing became protracted and a date was set for December 1, 2005.

On November 10, 2005, Plaintiff filed a motion to extend the case management deadlines. Document # 18. Defendant opposed the motion by brief and filed a motion for protective order. Documents # 20 and 22.

AND NOW, this 29th day of November, 2005;

IT IS HEREBY ORDERED that Plaintiff's motion to compel [Document # 16] is GRANTED. Defendant is hereby ordered to produce all the requested discovery within ten business days. The hearing set for December 1, 2005 is hereby canceled.

IT IS FURTHER ORDERED that Plaintiff's motion to extend Case Management Deadlines [Document # 18] is GRANTED. A separate order will issue.

IT IS FURTHER ORDERED that Defendant's motion for protective order [Document # 20] is DENIED.

S/ Susan Paradise Baxter
Susan Paradise Baxter
CHIEF UNITED STATES MAGISTRATE JUDGE