```
              UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF PENNSYLVANIA

TINA LINDQUIST                    : NO. 04-249E
         Plaintiff,               :
                                  : MAGISTRATE JUDGE
  v.                              : SUSAN PARADISE BAXTER
                                  :
HEIM, L.P.                        :
         Defendant.               :
```

### PLAINTIFF'S EXPERT REPORT AND CURRICULUM VITAE OF JOHN M. HOOD, M.D.

Please take notice, pursuant to this Court's Order, Plaintiff hereby files the expert report of John M. Hood, M.D. attached hereto.

```
                              DALLAS W. HARTMAN, P.C.


                              __/s/ Dallas W. Hartman
                              Dallas W. Hartman, Esq.
                              Attorney for Plaintiff
                              Attorney I.D. No. 41649
```

1

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the within document was served on the party below in the following manner:

VIA FIRST CLASS MAIL:

>Paul R. Robinson, Esquire
>MEYER, DARRAGH, BUCKLER, BEBENEK & ECK, PLLC
>U.S. Steel Tower, Suite 4850
>Pittsburgh, PA  15219
>
>Attorney for DEFENDANT

                                          DALLAS W. HARTMAN, P.C.

DATE:  02/16/06

                                      /s/ Dallas W. Hartman
Dallas W. Hartman, Esq.
Attorney for Plaintiff
Attorney I.D. No. 41649
2815 Wilmington Road
New Castle, PA  16105
(724) 652-4081