# *John M. Hood, M.D.*
## *Orthopaedic Surgeon of the Hand and Upper Extremity*

## *Curriculum Vitae*

**Office**
Hand, Microsurgery and Reconstructive Surgery
300 State Street, Suite 205
Erie, PA 16501

Phone: 814/456-6022
FAX: 814/456-7040
e-mail: hmro@erie.net

Start Date: 6/1991

**Social Security Number**
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

**Home**
7255 Springside Drive
Fairview, PA 16415

**Date of Birth**
May 25, 1961

**Certification**
1993  American Board of Orthopaedic Surgeons
1993  Added Qualifications in Hand Surgery
2004  Recertified ABOS & Added Qualifications in Hand Surgery

**Licensure**
Pennsylvania 1989 – Present          MD-038682E

**Education**
*Undergraduate*
Gannon University, Erie, PA (1978-1981), Erie, PA 16544
Bachelor of Science

*Medical School*
Hahnemann Medical University, Philadelphia, PA (1981-1985)

*Post Graduate Training and Fellowship*
1985-1986 Transitional Year, Hamot Medical Center, Erie, PA
1986-1990 Residency, Hamot Medical Center, Erie, PA
1990-1991   Fellowship, Hand Surgery, Hospital of the University of Pennsylvania, Philadelphia, PA

**Current Appointments**

- 2001-2002, Board Member, Hamot Surgery Center
- Instructor in Orthopaedics, Hamot Medical Center, Erie, Pennsylvania
- Instructor in Orthopaedics, Shriners Hospital for Crippled Children; Erie, Pennsylvania
- Instructor in Orthopaedics, St. Vincent Health Center; Erie, Pennsylvania

Curriculum Vitae
John M. Hood, M.D.
Page 2 of 4

## Memberships
- American Medical Association
- Pennsylvania Medical Society
- Erie County Medical Society
- Eastern Orthopaedic Society
- American Society Surgery of the Hand
- American Academy of Orthopaedic Surgery
- American Society of Reconstructive Microsurgery

## Hospital Affiliations

| | | |
|---|---|---|
| Hamot Medical Center | St. Vincent Health Center | Shriners Hospital for Children |
| 7/1991 - Present | 7/1991 – Present | 7/1991 - Present |
| 201 State Street | 232 West 25th Street | 1645 West 8th Street |
| Erie, PA 16550 | Erie, PA 16544 | Erie, PA 16505 |
| | | |
| Hamot Surgery Center | St. Vincent Surgery Center | Village SurgiCenter |
| 12/2000 – Present | 7/1991 - Present | 9/1999 – Present |
| 200 State Street | 312 West 25th Street | 5473 Village Common Drive |
| Erie, PA 16505 | Erie, PA 16502 | Suite 100 |
| | | Erie, PA 16508 |

## Committees
Medical Information Systems Executive Committee – Hamot Medical Center
Pharmacy and Therapeutic Committee – Hamot Medical Center

## Local Teaching Activity
Trauma Lecture, "Amputations", Hamot Medical Center, Erie, PA April 20, 1992.

Physical Therapy Lecture, "Hand Trauma", Gannon University, Erie, PA, October 5, 1992.

Physical Therapy Lecture, "Surgical Management: Reconstructive Surgery for the Arthritic Hand, Gannon University, Erie, PA, November 19, 1992.

Trauma Nurse Course, "Reimplantation", Hamot Medical Center, Erie, PA, April 6, 1993.

## Publications
Suprock, Mark D., Hood, John M., Lubahn, John D.: Role of Antibiotics in Open Fractures of the Finger. Journal of Hand Surgery, 15A:761-764, September 1990.

Hood, John M., Lubahn, John D.: Bipolar Coagulation at Different Energy Levels: Effect on Patency. Microsurgery, Vol. 15, No. 8, p.594, August 1994.

Lubahn, John D. and Hood, John M.: Fractures of the Distal Interphalangeal Joint. Clinical Orthopaedics and Related Research, No. 327, June 1996.

Thomas, S., Altman, D., Lubahn, John D., Hood, John M.: Cross Leg Flap in a Bilateral Traumatic Amputee. Journal of Orthopaedic Trauma, Vol. 10, No.7, pp. 510-513, October 1996.

Curriculum Vitae
John M. Hood, M.D.
Page 3 of 4

Lubahn, John D. and Hood, John M.: "Hand Arthrodesis," Surgical Reconstruction of the Upper Extremity, Appleton & Lange, Paramount Publication, January 1999.

## Research Activities

2001 – Present: Efficacy of Oral Glycosamineoglycan Supplementation in Ameliorating Osteoarthritis of the Basal Joint, Hamot Medical Center, Erie, PA. Investigators: John M. Hood, MD, John D. Lubahn, MD, FACS, Mary Beth Cermak, MD, David Ivance, MD and Timothy Cooney, MS.

## Presentations

Suprock, Mark, Lubahn, John D., Hood, John M.: The Role of in Fractures of the Fingers. Presented at the 43 Annual Meeting of the American Society for Surgery of the Hand, Baltimore, Maryland, Sept. 14-17, 1988.

Hood, John M., Lubahn, John D.: Complications of Plate Screw Fixation in Open Finger Fracture. Presented at American Society of the Hand Meeting, September 1989, Seattle, Washington

Hood, John M., Lubahn, John D.: Patency of Trunk Vessels Following Bipolar Coagulation at the Branch-Trunk Junction in the Sprague Dawley Rat Model. Presented at the American Society for Reconstructive Microsurgery, September 1990, Toronto, Canada.

Hood, John M.: 10th Annual O. Carlyle Brock Memorial Lecture. Management of Ring Injuries of the Finger: Microsurgical Salvage and Reconstruction. Erie, PA, October 10, 1997.

Hood, John M.: Twenty-Eighth Annual Meeting, Eastern Orthopaedic Association. Ring Avulsion: Microsurgical Salvage and Reconstruction. Scottsdale, Arizona, October 17, 1997.

Lubahn, J.D., Hood, John M. and Cermak, Mary Beth: Eastern Orthopaedic Association, 28th Annual Meeting, "Treatment of Humeral Shaft Fracture with Concurrent Vascular Injury." Scottsdale, Arizona, October 15-19, 1997.

Hood, John M.: "Hand Trauma", Orthopaedic Conference, Hamot Medical Center, Erie, Pennsylvania, August 14, 1998.

Lubahn, John D., Hood, John M., Keverline, Jeffrey P. and Wiley, "Complications of Blatt Capsulodesis"
   ASSH 16th Annual Residents and Fellows Hand Surgery Conference, Minneapolis, MN, September 9-10, 1998

   ASSH 53rd Annual Meeting in Minneapolis, MN, September 10-12, 1998

   American Academy of Orthopaedic Surgeons, 66th Annual Meeting in Anaheim, CA, February 4-8, 1999.

Lubahn, John D., and Hood, John M.: "The *in vitro* Effectiveness of a Postural Orthotic Versus a Beta Blocker in Controlling Hand Tremor." American Society for Reconstructive Microsurgery Meeting, Kamuela, Hawaii, January 16-19, 1999.

## Poster Exhibits

Lubahn, John D., Hood, John M.: "Complications of Plate Screw Fixation in Open Finger Fracture," presented at Hand Society Meeting, Seattle, Washington, September 1989.