```
                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF PENNSYLVANIA

TINA LINDQUIST                        : NO. 04-249E
         Plaintiff,                   :
                                      : MAGISTRATE JUDGE
   v.                                 : SUSAN PARADISE BAXTER
                                      :
HEIM, L.P.                            :
         Defendant.                   :
```

## PLAINTIFF'S EXPERT REPORT AND CURRICULUM VITAE OF DONAL F. KIRWAN, SPHR

    Please take notice, pursuant to this Court's Order, Plaintiff hereby files the expert report of Donal F. Kirwan, SPHR attached hereto.

```
                                DALLAS W. HARTMAN, P.C.


                                __/s/ Dallas W. Hartman
                                Dallas W. Hartman, Esq.
                                Attorney for Plaintiff
                                Attorney I.D. No. 41649
```

1

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the within document was served on the party below in the following manner:

VIA FIRST CLASS MAIL:

                    Paul R. Robinson, Esquire
      MEYER, DARRAGH, BUCKLER, BEBENEK & ECK, PLLC
               U.S. Steel Tower, Suite 4850
                  Pittsburgh, PA  15219

                       Attorney for DEFENDANT


                                     DALLAS W. HARTMAN, P.C.

DATE:   02/16/06

                                       /s/ Dallas W. Hartman
                                     Dallas W. Hartman, Esq.
                                     Attorney for Plaintiff
                                     Attorney I.D. No. 41649
                                     2815 Wilmington Road
                                     New Castle, PA  16105
                                     (724) 652-4081