# DONAL F. KIRWAN, SPHR

413 Sylvania Drive Tel: (412) 260-8000
Pittsburgh, PA 15229 Fax: (412) 364-7221

## SUMMARY

Human Resources Executive with extensive experience in the areas of HR systems, administration, program development and recruiting. Demonstrated capabilities in client development as well as systems design, development and implementation. Experienced in planning and staffing start-up operations.

## PROFESSIONAL EXPERIENCE

**FORENSIC HUMAN RESOURCES** 2000 – DATE
**Managing Director**
Provide forensic economic consulting services including evaluation of lost earnings capacity and expert testimony of economic damages arising from personal injury, wrongful death and employment discrimination.

**KIRWAN CONSULTING GROUP** 2002 – DATE
**Managing Director**
Provide executive search services to companies. Responsible for client marketing, candidate sourcing, interviews and candidate presentation.

**LAROCHE COLLEGE – Pittsburgh, PA** 2001- 2002
**Adjunct Professor, Recruitment and Placement**
Taught graduate level course on staffing issues and procedures. Topics included: Manpower planning; legal aspects of recruiting and selection; competency-based selection and interviewing;

**BOYDEN - Pittsburgh, PA** 1999 – 2002
**Associate**
Provide executive search services to companies. Responsible for client marketing, candidate sourcing, interviews and candidate presentation. Primary focus is developing clients among Pittsburgh's high tech community, introducing Boyden's capabilities within that market. Responsible for internal IT support.

**SONY ELECTRONICS INC. – Mt. Pleasant, PA** 1995 – 1999
**Staffing Manager**, Sony Technology Center–Pittsburgh
Responsible for managing exempt staffing process, college relations program, the internal posting program and the Employee Referral Program for the 5 manufacturing Business Units of the Sony Technology Center-Pittsburgh. As a member of the Site's HR Management Team, participated in HR decision-making processes. The Team worked with the Business Units to provide guidance, install new programs and update Site policies and procedures. Developed quantitative reports using information from PeopleSoft and Resumix including those showing Site EEO statistics and Time to Hire.

- Played a major role in the growth of this site from 600 to 2900 company members in 3 years.
- Worked with Business Unit clients to determine future manpower needs and developed and implemented the staffing plans to attract sufficient numbers of candidates to meet those needs on a timely basis.
- Investigated resume tracking systems to facilitate customer responsiveness. Recommended the purchase of and directed the installation of Resumix version 4.1, subsequently upgraded to version 5.3. Managed the installation of the new system.
- Designed and implemented the site's employee referral program. Designed the marketing material and the systems to manage the program.

- Represented the Site in community School-to-Work programs.
- Participated on a company-wide task force to evaluate and redesign the Corporation's Staffing function.
- Initiated a re-evaluation of the STC-P hiring process to identify a speedier, less costly alternative while still maintaining the integrity, legal defensibility and quality of the process.
- Developed a program of Internet advertising/recruiting to decrease recruiting costs. Initiated Internet recruiting using free Web sites.
- Developed a college recruiting/relations program. Identified schools and professors and initiated contacts to increase Sony's visibility on campus. Arranged campus interview schedules.
- Worked with Business Unit managers to begin an intern program. Anticipated 20 openings for interns for summer 1999.
- Designed and developed Crystal 6.0 reports to manage the Site's staffing process.

PRO-TEM GROUP – Pittsburgh, PA                                                          1994 – 1995
*(Start-up firm established to provide Pittsburgh area companies with professional-level contingent employees. Responsible for marketing the firm's services. Interviewed accounting, finance and Human Resources candidates for placement with clients.)*
**Principal**
- Developed and implemented the firm's marketing plan.
- Served as President, Pittsburgh Human Resource Association with a budget of $200,000. The PHRA provides training services on HR topics and networking opportunities to local Human Resources professionals.

KIRWAN CONSULTING GROUP – Pittsburgh, PA                                                1992 – 1994
**Principal**
Provided clients with professional-level recruiting services. Responsible for marketing; sourcing and interviewing candidates; and assisting clients in the selection process.

- As Chairman of a trade association's insurance committee, involved in the negotiations with its health insurance carrier concerning plan design and rating structures. Responsible for oversight and problem resolution.
- Working with the carrier, installed a first-of-its-kind wellness program for the association. Responsible for monitoring its implementation and effectiveness.

THOMPSON, KIRWAN & ROBINSON                                                              1991 – 1992
*(A start-up firm providing career transition services to Pittsburgh area companies)*
**Vice President**
Responsible for marketing the firm's services and working with executive clients to develop personal marketing plans and strategies. Developed the marketing strategy, which included organizing a target list of companies based upon revenues and employees; surveying the companies to determine clients' needs; and arranging meetings with the appropriate contacts to introduce the service. Assisted in the design of new services to present to clients.

- Designed and implemented the firm's initial marketing plan.

TEMPORARY ACCOUNTING PERSONNEL                                                           1987 – 1991
    **President**
ACCOUNTING PERSONNEL ASSOCIATES                                                          1976 – 1991
    **Vice President**

These companies provided both full time and temporary recruiting services to clients. Worked with clients to determine staffing needs; developed recruiting plans; sourced and interviewed candidates; and facilitated

the interview and offer processes. Responsible for marketing the firms' services and sourcing candidates. Taught seminar sessions as requested for various professional groups.

- Instrumental in the start of the temporary employment business.
- Developed systems to track candidate activity and to manage both businesses.
- Designed, wrote and installed a multi-user information management system to store and retrieve information on candidates and contacts. Designed and wrote using Informix SQL product, the management reports to track activity levels.
- Served as President of the national affiliation of which APA was a member firm.

U.S. ARMY                                                                      1969 – 1975

### Captain
Performed a variety of duties in both command and staff positions.

## EDUCATION

MA, Industrial Relations – St. Francis College, Loretto, PA – 1983
BS, Economics – Xavier University, Cincinnati, OH – 1969

## PROFESSIONAL CERTIFICATION

Senior Professional Human Resources, Society of Human Resources Management – 1995

## MEMBERSHIPS

National Association of Forensic Economics
Pittsburgh Human Resources Association

Donal F. Kirwan - List of Cases

| Date | Case | Docket | Court | Location |
|---|---|---|---|---|
| 5/2/2003 | Sherie Ellis v. Michael Thompson | FD90-05877 | Family Court | Allegheny County, PA |
| 10/16/2003 | Mary Jo Deep v. Allen Deep | 00928DR-02 | Domestic Relations | Beaver County, PA |
| 1/27/2004 | Jo Lee Hamm & Charles Hamm v. Warren General Hospital, et al. | 140-01 | Court of Common Pleas | Warren County, PA |
| 3/16/2004 | Ann Smith v. Robert Fremeau | DRS-00500099 | Domestic Relations | Somerset County, PA |
| 3/18/2004 | Dionne J. Grayson & Jerome M. Jackson, Co-Administrators of the Estate of Delores Parker Jackson, Deceased V. Port Authority of Allegheny County, et al | GD-03-12871 | Court of Common Pleas | Allegheny County, PA |
| 11/9/2004 | Estate of William Ward v. Dubois Regional Medical Center, et al. | 404-2000 | Court of Common Pleas | Jefferson County, PA |
| 11/12/2004 | Donn & Marion Boggs v. Anthony N. Okibi, et al. | GD-01-21995 | Court of Common Pleas | Allegheny County, PA |
| 11/29/2004 | Claudia Piper v. Thomas S. Gustafson | GD-02-5034 | Court of Common Pleas | Allegheny County, PA |
| 12/9/2004 | Rajesh P. Mehta v. City of Pittsburgh (Office of Controller) and Tom Flaherty | CA 04-0170 | US District Court for the Western District of Pennsylvania | |
| 1/4/2005 | Wm E. Gregor v. Mary Favaro | 02280 DR 1999 | Court of Common Pleas, Domestic Relations Section | Westmoreland County, PA |
| 2/1/05 | Sheri and James Fallon v. R.A.H. Associates, Inc. and Heartland Corp. | GD-03-024024 | Court of Common Pleas | Allegheny County, PA |
| 2/8/05 | David J. Birch v. Punxsutawney Electric Motor Manufacturing Co, t/d/b/a Electro-Mec, Inc. Deposition for Defense | CA 03-280J | US District Court for the Western District of Pennsylvania | |
| 2/15/05 | Celeste Cook v Arnold Cook | FD 02-9974-008 | Court of Common Pleas, Family Division | Allegheny County, PA |

| | | | |
|---|---|---|---|
| 3/10/05 | Jason Tripp v. Laurie Tripp | | |
| | 10211 of 2003 | Court of Common Pleas, Family Division | |
| | | Lawrence County, PA | |
| 3/30/05 | Robert Davis v. Sharon Lintzenich | | |
| | AD 00-11104 | Court of Common Pleas | Butler County, PA |
| 4/26/05 | Bernard Glad v. Thomas Kearns, MD and Uniontown Hospital | | |
| | No. 587 of 2004 G.D. Court of Common Pleas | | Fayette County, PA |
| 6/17/05 | JL Carter & Diane Carter, his wife, v. State Farm Insurance | | |
| | 2005-33 | UIM Claim | Washington County, PA |
| 7/8/05 | Robin Tanner v. National City | | Deposition |
| | Bureau Claim #2029788 | | Fayette County, PA |
| 8/12/05 | Gerald Kelley v. CSX Transportation, | | Deposition |
| | 00-C-30 | Ohio County Circuit Court, WV | |
| 8/16/05 | Daniel Kushner v. Horzempa, Rohde | | |
| | 11721 of 2002 | Court of Common Pleas | Beaver County, PA |
| 10/11/05 | James Mazzarini v. PennDOT | | |
| | 10521 of 2002, C.A. | Court of Common Pleas | Lawrence County, PA |
| 10/13/05 | Robert Shearer, Trustee v. Pamela A. Lee, Defendant | | |
| | 05-27255-MBM | US Bankruptcy Court, Western District of Pennsylvania | |
| 10/19/05 | Forrest McIver and Evelyn McIver v. Borg-Warner Automotive, et al. | | |
| | AD 2004-176 | Court of Common Pleas | Crawford County, PA |
| 10/20/05 | Michael Livingood v. Cianelli Realty Corporation | | |
| | 2001-1304 | Court of Common Pleas | Washington County, PA |
| 11/16/05 | Chad E. Mahle and Karla K. Mahle v. Eighty-Four Mining Co, et al | | |
| | GD 03-14440 | Court of Common Pleas | Allegheny County, PA |