```
              UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF PENNSYLVANIA

TINA LINDQUIST                   : NO. 04-249E
          Plaintiff,             :
                                 : MAGISTRATE JUDGE
   v.                            : SUSAN PARADISE BAXTER
                                 :
HEIM, L.P.                       :
          Defendant.             :
```

**PLAINTIFF'S EXPERT REPORT AND CURRICULUM VITAES OF ANDREW G. VERZILLI, PH.D. and ANDREW C. VERZILLI, M.B.A.**

Please take notice, pursuant to this Court's Order, Plaintiff hereby files the expert report of Andrew G. Verzilli, Ph.D. and Andrew C. Verzilli, M.B.A. attached hereto.

DALLAS W. HARTMAN, P.C.

  /s/ Dallas W. Hartman
Dallas W. Hartman, Esq.
Attorney for Plaintiff
Attorney I.D. No. 41649

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the within document was served on the party below in the following manner:

VIA FIRST CLASS MAIL:

```
            Paul R. Robinson, Esquire
    MEYER, DARRAGH, BUCKLER, BEBENEK & ECK, PLLC
           U.S. Steel Tower, Suite 4850
              Pittsburgh, PA  15219

              Attorney for DEFENDANT
```

```
                              DALLAS W. HARTMAN, P.C.

DATE:   02/16/06

                                /s/ Dallas W. Hartman
                              Dallas W. Hartman, Esq.
                              Attorney for Plaintiff
                              Attorney I.D. No. 41649
                              2815 Wilmington Road
                              New Castle, PA  16105
                              (724) 652-4081
```