ANDREW G. VERZILLI PH. D.
EMERITUS PROFESSOR OF ECONOMICS
DREXEL UNIVERSITY

As of June 30, 1993, Dr. Andrew G. Verzilli is Emeritus Professor of Economics at Drexel University, Philadelphia. He has taught and conducted research in a formal university setting for 38 years. His work at Drexel University has been for 35 years. Since June 30, 1993, Dr. Verzilli is founder, owner and <u>teacher</u> of the Broken Tree One Room World School House in Kintnersville, PA.

In 1961, Dr. Verzilli earned a B.A. degree in Economics from St. Vincent College, Latrobe, PA. Subsequently, he earned a M.A. degree in Economics (1963) and a Ph.D. degree in Economics (1965) from Boston College.

Dr. Verzilli has taught twenty-five different courses (at both the graduate and undergraduate levels) across four disciplines (Economics-Statistics-Management and Organizational Sciences-Finance) in the College of Business and Administration. In the past, his major teaching and research focus was in the area of Economics and Financial History and the presentation of interdisciplinary and multidisciplinary economic and business education. In addition, he teaches economics to students ranging from kindergarten to Ph.D. He is the recipient of seven teaching awards from students. Dr. Verzilli and students were presented with the Innovative Teaching Award by the Mid Atlantic Colleges of Business for the Drexel University Philadelphia Community Connection Course, November of 1990. Dr. Verzilli was honored as one of 100 exemplary teachers/professors by the American Association for Higher Learning, Washington D.C. 1991.

Since 1968, Dr. Verzilli has provided economic value analysis primarily for litigations and courtroom presentations. Most of this effort has been directed toward issues involving earning capacity estimates, property tax appeals, wrongful terminations, discrimination issues, and business economy profiles. He has testified approximately five hundred times in both Federal Courts and Courts of Common Pleas throughout the United States.

Dr. Verzilli has participated in three research grants, major revisions and innovations in curriculum and pedagogy development and was coordinator of the Ph.D. Core Program. He has presented research papers at over sixty conferences (inside and outside of the United States). In addition, he has published articles in eight professional journals. Most recently, 2002 presenter to World Future Society.

Dr. Verzilli is the lead Host on a world-wide Internet Radio show on Voice America.com. The show airs one hour per week and the topic is <u>How to use Education to Reduce and Eliminate Local and World Poverty</u>.

Dr. Verzilli is a member of the American Economic Association and Pennsylvania Economic Association, and has been a member of the Western Economic Association - Eastern Economic Association and the Atlantic Economic Association.

Dr. Verzilli is working as a Consultant Faculty Mentor focusing on Distance Learning at Thomas Edison State College in Trenton, NJ.

*Note: a more detailed profile follows.

EDUCATIONAL AND PROFESSIONAL PROFILE

ANDREW G. VERZILLI, PH.D.
Emeritus Professor of Economics
Drexel University 1966-1993   Philadelphia, PA 19104

Home: Gallows Hill Road
Kintnersville, PA 18930
Phone: (610) 346-7189; 346-8349

Office:
411 N. Broad Street
Lansdale, PA 19446
Phone: (215) 368-7797

The following outline describes the nature and sequence of the materials which follow:

---

I. **TEACHING EFFECTIVENESS**
  A. Education
  B. Teaching
  C. Course Development
  D. Future Objectives

II. **SCHOLARLY ACCOMPLISHMENTS**
  A. Research which has been published or funded
  B. Formal Presentations
  C. Consulting Activities
  D. Current and future activities

III. **SERVICE TO THE UNIVERSITY**
  A. Students
  B. Administration

IV. **POST-RETIREMENT ACTIVITIES**

---

I. **TEACHING EFFECTIVENESS**

A. **Education**

B.A. Economics, St. Vincent College, Latrobe, PA  1961
M.A. Economics, Boston College, Chestnut Hill, MA 1963
Ph.D. Economics Theory, Industrial Organization, Statistics and Money and Banking Boston College - 1965

B. **Teaching**

1. Boston College—Teaching Fellowships 1962-64, Principles of Economics, Statistics, Mathematical Economics and Business Cycles.

2. St. Vincent College—Assistant Professor of Economics 1964-66, Principles of Economics, Macro-Statics, Macro-dynamics.

3. Labor Education Program—Visiting Instructor—sponsored by Penn State University Johnstown, PA 1965-66.

A.G. Verzilli, Ph.D Page 2

4. New Horizons Montessori School—Fort Washington, PA 1970-77, Presentations to elementary school students-special topics in Economics. Also at University Science Center Pre-School Program - Phila., PA

5. Conducting an "Economic Learning Unit" in the social studies program at Titus Elementary and Cynwyd Elementary Schools, Spring 1992.

6. Drexel University 1966-1993. See below.

*Director, Masters of Business and Administration Program, 1989-90

| COURSES TAUGHT AT DREXEL UNIVERSITY | | | |
|---|---|---|---|
| **UNDERGRADUATE** | | **GRADUATE** | |
| B411 | | C433 | Macro Economics |
| B412 | | C431 | Micro Economics |
| | | C480 | Drexel University/South Street Task Force Connection |
| B417 | | C499 | Business Economics Seminar |
| B418 | Principles of Economics | C445 | Economics of Consumption |
| 25417 | | C435 | Managerial Economics |
| 25418-25419 | | C512 | Financial Institutions & Markets |
| B420 | Intermediate Macro Economics | | |
| B647 | Business Policy | C518 | Financial History of the U.S. |
| B627 | Manpower Analysis and Policy | C004 | Management & Technology, partially developed from B445 1976 |
| B518 | Money and Banking Economics of Consumption | | |
| B480 | Drexel University/South Street Task Force Connection | Courses Developed | |
| | | C002 | Evolution of Economic and Financial Systems |
| 25902 | Statistics | | |
| 25903 | Statistics III | C028 | Conceptual Foundations of Business & Administration I |
| B423 | Advanced Economic Theory C029 | | Conceptual Foundations of Business & Administration II |

C. **Course Development**

1. C004-Management & technology, 1974-Present; coordinator and partially developed C004 along with members of the management, sociology, history, and engineering management departments.

2. C518-Financial History of the United States, developing since Spring of 1978.

3. Continual development and use of my research-in all other areas of my teaching.

4. Continual development in student testing and evaluation. Testing and evaluating systems involving greater student input into the materials covered and the actual test conducted.

5. Drexel University/South Street Task Force Connection Experimental class hooking the class room experience with a "real living laboratory" ongoing Summer 1989.

    6. Conducting an "Economic Learning Unit" in the social studies program at Titus Elementary and Cynwyd Elementary Schools, Spring 1992.

### D. Future Objectives

1. I intend emphasizing teaching effectiveness, in the future, as I have in the past. In addition, I will make every effort to publish and acquire funding in the areas of my current research. My major focus will be in the areas of teaching effectiveness, quality education enhancement, interdisciplinary education and history—all directed towards the study of economics.

### E. Teaching Awards

1. <u>Outstanding Faculty Teaching Award</u> - St. Vincent College, Latrobe, PA 1966.

2. <u>G.B.S.A. Outstanding Teaching Award</u> - Drexel University, May 19, 1978.

3. <u>Pre-Junior Class-Business Professor of the Year</u> - Drexel University 1979.

4. Students Outstanding Service Award - College of Business and Administration - Drexel University May 1988.

5. <u>Innovative Business Program Award</u> - for the most innovative new course in Colleges of Business, awarded by the Middle Atlantic Colleges of Business, presented Nov. 1990.

6. Honored as one of one hundred "<u>Exemplary Teachers in the U.S. in Colleges and Universities</u>" by the American Association for Higher Education, Washington, D.C., March 1991.

7. Honored as "<u>Teacher of the Year 1991/92</u>" by the Intra Fraternity Organization, Philadelphia, PA June 1992.

## II. SCHOLARLY ACCOMPLISHMENTS

### A. Published or Funded Research

1. National Science Foundation Summer Grant-Boston College, 1963-partial funding of Ph.D. thesis.

2. U. S. Department of Labor Grant and Report, with Koziara, Karen S. and Koziara, Edward C., <u>Labor Force Participations of Males in Poor Areas</u> Clearing House for Federal Scientific and Technical Information U.S. Department of Commerce, National Bureau of Standards, Institute of Applied Technology, Springfield, VA 1969.

3. Pennsylvania Science and Engineering Foundations and the Kellogg Foundations Released Time Grant with Yan, Chiou-Shuang, Chung, An-Min, Higgins, Frederick B., Laessig, Robert E., Koziara, Edward C., Income Distribution Effect of Air pollutions Control Center for Urban Research and Environmental Studies, Drexel University, Philadelphia, PA 1973.

4. With Koziara, Karen S., and Koziara, Edward C., "Racial Difference in Job search: A Case Study," <u>Southern Economic Journal</u>, July 1970.

5. With Yan, Chiou-Shuang, Chung, An-Min, Koziara, Edward C., "Income Distribution Effect of Air Pollution Control," <u>Journal of Environmental Economics and Management</u>, Volume 2, 1975.

6. With John Clark, "The Third Component of National Security: Economic Strategy. "<u>International Security Review</u>", Winter 1980-81.

7. With John Clark and Margaret Clark, Strategic Planning & Sustainable Growth, "<u>Columbia Journal of World Business</u>", Fall 1985, pp 47-52.

8. With Tom Weickowski, "The Economics-If Any-of Malpractice in Education." (Pennsylvania Economic Association) <u>Proceedings</u>, Spring, 1988.

9. With Pat Awerbuch, Wajdi Makaim, "Frustration Equilibrium and Disequilibrium Positions—Has Anything Changed in Eight Years?" (Pennsylvania Economic Association) <u>Proceedings</u>, Spring 1988.

10. Andrew Verzilli with Timothy Swift and Wai Lee, "Are You Better Off Today Than You Were Eight Years Ago?" Pennsylvania Economic Association, Millersville, May 1989

11. Andrew Verzilli, "Malpractice in Education: Could It Happen?" <u>USA TODAY</u> Magazine, November 1989.

12. "How to Evaluate and Settle Personal Injury Claims in PA", Stuart Silver, Thomas Brophy, Keith Isleib, and Andrew G. Verzilli, Professional Education Systems Inc., 1989.

13. With Steve Bajgier, Hazem Maragah, Victor Prybutok, Michael Saccucci, "The Use of a City Neighborhood as a 'Living Laboratory' for the Application of Interdisciplinary Problem Solving Techniques" Presented to Decisions Sciences National Convention, San Diego, CA, November 1990.

14. Andrew G. Verzilli with Steven Sher, Esquire "Educational Malpractice: A Wave of Costly Future Litigation?", Newsletter of <u>Marquette Sports Law Institute</u>, March 1991.

15. "Proof of Personal Injury Damages in PA", Gayle Lewis, Paul Maschmeyer, Donald Jennings, Scott Melton, and Andrew G. Verzilli, Professional Education Systems Inc., 1991.

16. With Frank Aufiero, Patricia Awerbuch, Chris Donato, Bruce G. Hoag, Wai Lee, Kishore Ponnavolu, Betty Robinson, Timothy Swift, Andrew Verzilli, Jr. "Jimmynomics, Reaganomics, Georgienomics: What Next?" (Pennsylvania Economic Association) <u>Proceedings</u>, May 1991.

17. With Steve Bajgier, Hazem Maragah, Michael Saccucci "Introducing Students to Community Operations Research by Using a City Neighborhood as a Living Laboratory" (The Journal of the Operations Research Society of America) <u>Operations Research</u>, September-October 1991.

18. With Victor Prybutok, Steve Bajgier, Hazem Maragah "Where Have All the Traditional Classroom Settings Gone?—The Use of Large Scale, Public Sector Projects to Illustrate a Multidisciplinary Approach to Problem Solving" <u>Socio-Economic Planning Sciences</u>, Vol. 28, No. 4, August 1994.

B. **Formal Presentations**

1. "Climate of Crisis and Commitment"—lead paper presented to the 7th Annual Seminar on Public Utilities sponsored by Bell Telephone Company of PA and AT & T. Hershey, PA  June 1973.

2. With Koziara, Karen S. and Koziara, Edward C., "Nonparticipation in Poverty Areas, "Center for Population Studies, University of Pennsylvania, March 17, 1969.

3. With Yan, Chiou-Shuang, "Income Distribution Effect of Air Pollution Control in the Philadelphia Region," presented to the Pennsylvania Economic Association—Moravian College, Bethlehem, PA June 1973.

4. "Productivity Bargaining"—presented to the U.S.Department of Army Seminar on Labor Relations, Atlantic City, New Jersey, March 1972.

5. "Need for Wage and Price Controls"—presented to the West Philadelphia Businessmens Association—West Philadelphia, 1970.

6. "Productivity Bargaining-Is It Practical?"—presented to the Westinghouse Corporation-White Collar Union. Marcus Hook, PA 1974.

7. With Anderson, Roland A., appearances on Television and Radio-"Social Security Reform," Channels 3, 6, 17 and 48 Philadelphia, PA  Radio  Washington, D.C. 1976.

8. "Inflationary Effects on Business"-Evening College Administrative Management Society, Drexel University, January 23, 1980.

9. Visions of the Future-Film/Radio Product, University City Science Center, Philadelphia, November 17, 1979. "Resurgence of the Market Mechanism."

10. With Edward Koziara, "Frustration Equilibrium and Disequilibrium Positions: The Economy and Economic Policy in the 1970's," presented February, 1980. <u>Eastern Economic Association</u> Meetings, Montreal-May 8-10, 1980.

11. With Edward Koziara, "Patterns of Unemployment in the 1960's and 1970's. <u>Eastern Economic Associations Meetings</u>-Montreal-May 1980.

12. With Edward Koziara, "Title VII: A Case Study in the Teaching of Government Regulations of Business," <u>Western Economic Association Meetings</u>-San Diego-June 15-19, 1980.

13. Eastern Economic Association, May 9, 1980, Montreal, CA, Chairman and Discussant, <u>Panel: Economic Growth</u>.

14. Easter Economic Association, May 9, 1980, Montreal, CA, Chairman and Discussant, Panel:<u> Macro Aspects of Labor Economics</u>.

15. With Jonathon S. Burton, James Tashjian (student), Tom Hansen (student), "Investment Demand," <u>Eastern Economic Association</u>, Philadelphia, PA April 9, 10, 11, 1981.

16. Eastern Economic Association, Philadelphia, PA, April 9. 10, 11, 1981. Discussant: "Technology, Economic Growth Rohrlick.

17. With John Clark, "The Third Component of National Security: Economic Strategy," Western Economic Association, San Francisco, July 2-6, 1981.

18. "Measuring the Performance of the Law in Damage Claims, "Western Economic Association, San Francisco, July 2-6, 1981.

19. With Edward Koziara, "Patterns of Unemployment in the 1960's and 1970's-A Continuing of the Work of R. A. Gordon, " Western Economic Association, San Francisco, July 2-6, 1981.

20. "Economic Outlook for the Delaware Valley in the 80's"-Evening College Administrative Management Society, Drexel University, January, 1981.

21. With John Clark and Edward Koziara, "Frustrations Equilibrium Positions," Eastern Economic Association, Washington, D. C., 1982.

22. With J. R. Haupt, Jon Burton, James Tashjian, "Investment Demand," Eastern Economic Association, Washington, D.C., 1982.

23. With John Clark, "The Third Component of National Security: Economic Strategy: Part II," Western Economic Association Meetings, Los Angeles, CA July 1982.

24. Discussant-"Demographic Determinants of Savings"- Western Economic Association, July 1982.

25. Discussant-"Wages, The Labor Force and Unemployment in China" Western Economic Association, July 1982.

26. <u>The Death Case After Bolubasz</u>, Law-Insurance Seminar - Proceedings, Norristown, December 1982.

27. With Jerry Haupt and Jonathon Burton, "Investment: Net New Capital Appropriations Explained by Financial and Physical Variables," Eastern Economic Association Meetings, Boston, MA, March 1983.

28. Discussant-"A Decision Model for Product Liability," Northeast AIDS Meetings, Philadelphia, April 1983.

29. Presentation-"Evaluation of Structured Settlements," Delaware County Bar Association, November 1983.

30. Prepared a videotape for the Pennsylvania Bar Institute on Estimation of Potential Earning Capacity, June 1983.

31. With Michael P. Salvatore, Jr. and Ron Hatton, "Criminal Justice and Economic Activity," Atlantic Economic Society, Philadelphia, PA, October 1983.

32. With J. S. Burton, P. P. Donnelly, and J. R. Haupt, "The Determinants of Investment Demand in U. S. Manufacturing," Atlantic Economic Society, Philadelphia, PA, October 1983.

33. With Claudia Dunnous, "Estimating of Potential Earning Capacity in Personal Injury Litigation—Methodological Issues," Eastern Economic Association, New York, March 17, 1984.

34. With Michael Salvatore, Mary-Ann Salvatore, Phyllis Lowry-Bell, Ron Hutton. "Criminality and Economic Influences—A Profile Analysis", Atlantic Economic Conference, Rome, March 1985.

35. "Frustration Equilibrium Positions—An Update", Atlantic Economic Conference, Rome, March 1985.

36. With Pat Awerbach, Herbert Bernstein, "Conceptual Foundations: An Interdependency Approach", Eastern Economic Association—San Francisco, July, 1986.

37. PA Trial Lawyers Annual Meeting, <u>Economic Value Analysis-4 cases</u>, Proceedings June, 1987, Somerset, PA.

38. With Pat Awerbach, Zaher Zantout, "Conceptual Foundations: Third Year Preliminary Results", Western Economic Conference—Vancouver, British Colombia, July 8-10, 1987.

39. With Tom Weickowski, "The Economics-If Any-of Malpractice in Education." (Pennsylvania Economic Association) <u>Proceedings</u>, Spring, 1988.

40. With Pat Awerbuch, Wajdi Makaim, "Frustration Equilibrium and Disequilibrium Positions—Has Anything Changed in Eight Years?" (Pennsylvania Economic Association) <u>Proceedings</u>, Spring 1988.

41. Drexel University/Boeing Helicopter Connection - Quality Education Presentation, September 7, 1988.

42. Presentation - "Integrative Education" College of Engineering, Drexel University, September 14, 1988.

43. Andrew Verzilli with Tim Swift, "Malpractice in Education: The Setting," National Seminar on Successful College Teaching, University of Florida - Orlando, March 1989.

44. Presentation- "How to Evaluate and Settle Personal Injury Damages in PA", PESI Seminar. Pittsburgh, Harrisburg, and Philadelphia, September 1989

45. With Steve Bajgier, Hazem Maragah, Victor Prybutok, Michael Saccucci, "The Use of a City Neighborhood as a 'Living Laboratory' for the Application of Interdisciplinary Problem Solving Techniques" Presented to Decisions Sciences National Convention, San Diego, CA, November 1990.

46. Philadelphia Trial Lawyers Association, "The Role of the Economist in Personal Injury Litigation", March 1991, Philadelphia, PA

47. Presentation- "Proof of Personal Injury Damages in PA", PESI Seminar. Harrisburg and Philadelphia, April 1991.

48. With Frank Aufiero, Patricia Awerbuch, Chris Donato, Bruce G. Hoag, Wai Lee, Kishore Ponnavolu, Betty Robinson, Timothy Swift, Andrew Verzilli, Jr. "Jimmynomics, Reaganomics, Georgienomics: What Next?" (Pennsylvania Economic Association) <u>Proceedings</u>, May 1991.

49. Invited to present "Learning by DU-ing" Project at Franklin & Marshall College, Lancaster, PA

50. "Learning by Du-ing. What's Wrong With the Team Approach? One Class' Experience." With Dr. Steve Bajgier, Jeffrey Beachell, Rich Benevenuto, Kenny

Choitner, Kevin Collons, Chris Donato, Jeffrey Gosnear, Paul Johnson, Yew Chung Liew, Dr. Hazem Maragah, Kishore Ponnavolu, Loredana Rubini, Mr. Michael Salvatore. Sixteenth National Conference on Successful College Teaching and Administration, "Meeting Students' Needs in the Nineties" March 1-4, 1992.

51. With Jeffrey Beachell, Kevin Collons, Chris Donato, Yew Chung Liew, Kishore Ponnavolu, Timothy Swift, Andrew C. Verzilli, Jr. "Agenda for Economic Growth" (From Ikenomics, Johnnynomics to Georgenomcs) Pennsylvania Economic Association, June 1992, Indiana University of Pennsylvania.

52. With Kevin Collons, Chris Donato, Timothy Swift, Andrew C. Verzilli, Jr. "The Effect of Tax Policy on Productivity" Pennsylvania Economic Association, June 1992, Indiana University of Pennsylvania.

53. Presentation- "Today's Economics & Solutions" 25th Annual Convention, Eastern Region Bowling Proprietors Association. Atlantic City, N.J., July 30, 1992.

54. Pennsylvania Trial Lawyers Association, "My First Trial", Scranton, PA, December 4, 1992.

55. Assembled and chaired a session for the Fifth Annual International Conference conducted by the Society for the Advancement of Socio-Economics, the subject of which was students as they connect with the Community. Papers were presented by various Drexel University and University of Pennsylvania students, and by Dr. Ira Harkavy of the University of Pennsylvania. New York, NY March 1993.

56. Along with Andrew C. Verzilli, presented "Estimating Earning Capacity and Other Valuation Issues - Why Use an Economist?" for the General Liability portion of the Post & Schell Seminar, Philadelphia, PA, April 16, 1993.

57. Pennsylvania Trial Lawyers Association, "The Complete Trial", Harrisburg, PA, November 30 & December 1, 1993.

58. Along with Andrew C. Verzilli, participated in a damages seminar that was presented by MIIX, part of the Medical Society of New Jersey. We dealt with the conceptual and methodological frameworks used in estimating potential earning capacity and other issues of valuation. Fall Claim Seminar, Lawrenceville, NJ, October 27, 1995.

59. Special Topics Seminar, Executive MBA, "The 20th Century and the 3rd Millennium Here We Come", Drexel University, February 5, 2000.

**ON-GOING RESEARCH**

1. "Conceptual Foundations of Business and administration:
   An Inter-Disciplinary Approach to Business Education at the Ph.D. Level."
   Andrew Verzilli
   Patricia Awerbuch
   Zahar Zantout
   Submitted to Journal of Higher Education. Rejected - will be resubmitted to another journal.

2. "Investment Demand Groups for Interest Rate Variations"
   Lalit K. Aggarwal
   Andrew G. Verzilli
   Submitted to The Southern Business and Economic Journal.
   Rejected - will be resubmitted to another journal.

3.  "Deindustrialization of Great Britain- The Strategic Determinants"
    <u>To be published</u>                                Alok K. Chakrabarti
                                                         Thomas Chiang
                                                         John J. Clark
                                                         Andrew Verzilli

## III. SERVICE TO THE UNIVERSITY

### A. Students
1. Faculty Advisor-Bowling Team (past)
2. Faculty Advisor-ALPHA KAPPA PSI, Fraternity (past)
3. Freshman Faculty
4. Advisor-Banking Concentration in the MBA Program
5. Special Topics Presentation (Business Social Responsibility) to various Management courses.

### B. Administration

1. College of Business and Administration committee on scholarships and awards. (past)
2. University Committee on Scholarships awarded by the ROTC under the direction of Colonel Conway. (past member)
3. Twice appointed as member of the University Committee On Innovation Teaching by President Hagerty. (past member)
4. Member of the Committee for Innovative Teaching for the College of Business and Administration.
5. Member of the Core Course Curriculum Sub-Committee for the College of Business and Administration.
6. Member of DUCIT appointed through the Faculty Council.
7. Member of the Research Committee for the College of Business and Administration.
8. Chairman, Student Affairs Committee, September 1979. (past)
9. Member of the Drexel University VPAA Search Committee-August 1979.
10. Chairman, Committee on Innovative Teaching, 1980.
11. Chairman, University Tenure Appeals Committee, 1980-1985.
12. Chairman, College of Business and Administration Ph.D. Core Committee 1981-Present.
13. Chairman, College of Business and Administration Graduate Curriculum Committee, 1982-Present.
14. Co-ordinator-Conceptual Foundations Ph.D. Course.
15. Chairman-Quality in Education Committee.
16. Member of the Faculty Council Special Task Force on the "Status of the University."
17. Co-Chairman-Task Force for Coordinating the Long Term Business Simulations Project.
18. Member of Task Force which prepared the College AcademicProgram Review September 1986.
19. Member Presidential Search Committee - 1988.
20. Chairman and Founder- Quality in Education Committee - 1986 to present
21. MSA Curriculum Subcommittee, Sept. 1989
22. Member MSA Subcommittee on Teaching Support, Sept. 1989
23. Member Mission and Planning Committee-Environment-Sept. 1989

### C. Consulting Activities

1. Economic Profile Reports prepared for businesses and large corporations.

2. Human Capital Valuations. Generally prepared for courtroom presentations. Testimony has been given in various State and Federal Courts throughout the United States.

3. Interviewed by <u>Bucks County Business</u> which was published in the Volume 1, No. 2 March 1993 issue entitled "Professor Verzilli Attacks Economic Illiteracy".

### D. Future Activities

1. "Social Security Reform"
2. Book on the Financial History of the United States and Conceptual Foundations of Business and administration.
3. Ongoing research dealing with structural unemployment in the United States and research on the performance of the law in damage cases.
4. Investment Demand Analysis
5. Research on Productivity
6. Interdisciplinary Program Development
7. Quality of Education Research

## IV. POST-RETIREMENT ACTIVITIES

1. Economic Education for 4th Graders, Titus Elementary School, Spring 1994.

2. Guest Speaker, April Meeting of the Institute of Management Accountants (Delco Chapter) "Learn by Duing", April 21, 1994, Widener University, Pennsylvania.

3. A Session on Economics for Kindergarteners, Overbrook Presbyterian School.

4. "What's Wrong with Economic Education and How Can We Make It Better?" Holy Spirit High School, Absecon, New Jersey.

5. "Why the New One Room Schoolhouse is the World", Presented to the Future's Class, Drexel University, May 1994.

6. With Jeffrey Beachell, Kevin Collons, Christopher Donato, Kishore Ponnavolu, Elizabeth Robinson, Timothy Swift, Andrew C. Verzilli, Jr., Carlos Wong-Martinez "Clintonomics-Good Morning, Good Afternoon, Good Evening or Good Bye?" Pennsylvania Economic Association, May 1994, Slippery Rock University, Slippery Rock, PA.

7. "Collaborative Learning on the Streets of the World", Andrew G. Verzilli, Ph.D. et. al. What Works: Building Effective Collaborative Learning Experiences, Penn State University, June 26, 1994, Penn State University, PA.

8. "Teaching Economics for a Third of a Century: Some Experiences", Andrew G. Verzilli, Ph.D. Western Economics Association Conference, Vancouver, British Columbia, June 30, 1994.

9. "Students Connect With the Community", Andrew G. Verzilli, Ph.D., Phyllis Lowry-Bell, Ph.D. Sixth International Conference, The Society for the Advancement of Socio-Economics, Paris, France, July 15, 1994.

10. Using the concepts of "Learn by DUing" and the "Broken Tree One Room World School House" assisted and developed a training program for City of Philadelphia 9-1-1 students, during the Winter 1995. Commended by Deputy Commissioner William Bergman and Captain Jack Murphy: "You clearly recognized a need for the system

and volunteered your expert services to aid the 'City of Brotherly Love' in a time of need. It is much appreciated."

In addition, Dr. Verzilli gave an enlightening economics presentation to 9-1-1 personnel which addressed the importance of their 9-1-1 duties, their mindset and their interconnection to the community, February 29, March 20, and May 5, 1995.

11. Along with Andrew C. Verzilli, speaker for the Associates Meeting at Bennett, Bricklin & Saltzburg, Philadelphia, PA, March 13, 1995.

12. Presented with a Special Recognition Award certificate by the Doylestown Revitalization Board in honor of contributions to the revitalization of Doylestown, PA, for support and commitment in establishing the Main Street Program. May, 1995.

13. With Jeffrey Beachell, Kevin Collons, Christopher Donato, Yew Chung Liew, Kishore Ponnavolu, Elizabeth Robinson, Claire A. Simmers, Timothy Swift, Andrew C. Verzilli, Carlos Wong-Martinez "Clintonomics-Good Morning, Good Afternoon, Good Evening, Good Bye? or Hello, Newt?" Pennsylvania Economic Association, June 1995, West Chester University, West Chester, PA.

14. Along with Andrew C. Verzilli, participated in a damages seminar that was presented by MIIX, part of the Medical Society of New Jersey. We dealt with the conceptual and methodological frameworks used in estimating potential earning capacity and other issues of valuation. Fall Claim Seminar, Lawrenceville, NJ, October 27, 1995.

15. Current Drexel University, Philadelphia, PA Learn by Du-ing students and first-year Ph.D. students (state-side) connected with past Ph.D. graduates and students from the City University of Hong Kong. In this "World Students Connect" videoconferencing project that was part of the Pacific Rim Allied Economic Organizations' 2nd biennial conference, the students demonstrated that through videoconferencing students in Hong Kong and students in Pennsylvania can efficiently and effectively learn economics together in the new one-room world schoolhouse. "It was certainly beyond my expectations and quite a learning experience for myself and for everyone in Hong Kong."—Dr. Ronald K. Chung, Hong Kong

The results of this demonstration will be presented at the Western Economic Association meeting in June of 1996. Western Economic Conference—Hong Kong, January 12, 1996.

16. "World Students Connect—Report from Hong Kong: A Debriefing" The results of the "World Students Connect" videoconferencing project of the Pacific Rim Allied Economic Organizations' 2nd biennial conference, Western Economic Conference—Hong Kong, January 12, 1996, was presented by Dr. Andrew G. Verzilli at the Western Economic Association meeting in June 29, 1996, San Francisco, California.

17. Participated in the Executive MBA Program at Drexel University teaching a course in Managerial Economics.

18. Regional economic presentation to new 911 police communication students, September 17, 1997.

19. Ongoing. Regional economic presentation to new 911 police communication students, January 22, 1998.

20. 1998 Young President's Organization Education Program, YPO Philadelphia, Pennsylvania, New Jersey Chapter; Presented the topic "The Business Cycle is

       Dead–Long Live the Policy Cycle?" Analysis of the business cycle and public policy parameters, February 6, 1998

21. With Ph.D. students Saad Anbar, Anli Chang, Yi-Kai Chen, De-Wai Chou, S. Nihal Colakoglu, Jack Hudson, Euiseong Lee, Hatice Uzum, Maria Sanchez, Albena Stoeva "Asian Crisis–The Economic Impact: An Interdisciplinary Approach" Pennsylvania Economic Association, May 1998, Muhlenberg College, Allentown, PA.

22. With past students Kevin Collons, Chris Donato, Betty Robinson, Frank Robinson, Timothy Swift and Carlos Wong-Martinez "Is Downsizing Good for the Company? Good for the Country?" Pennsylvania Economic Association, May 1998, Muhlenberg College, Allentown, PA.

23. With Dr. Hazem Maragah, Wardell Holt "How to Integrate Community Service Learning in Business" Philadelphia Higher Education Network for Neighborhood Development (PHENND), October 16, 1998, LaSalle University, West Chester, PA. Workshop presenting the Drexel University 'Learn by Duing' model for integrating community service learning into business classes.

24. Presentation–"1929. Can It Happen Again?" 6th Annual East Coast Bowling Centers Convention. Atlantic City, N.J., To Be Novermber 12, 1998.

25. Along with Wardell Holt, Rona Ferguson and David Auspitz, Andrew G. Verzilli, Ph.D. presented a lecture on Learning Theory and Economic Conditions in Philadelphia to the Philadelphia 911 Police Emergency Communication Students March 31, 1999.

26. With Andrew C. Verzilli, "The 20th Century Economy Here We Come" was presented by Dr. Andrew G. Verzilli at the Western Economic meeting July 10, 1999 in San Diego, California.

27. Ongoing. Regional economic presentation to new 911 police communication students, July 26, 1999.

28. As of 2000, continues to participate as a member of the College of Business and Administration Undergraduate Curriculum Committee and Graduate Curriculum Committee at Drexel University.

29. Ongoing. Regional economic presentation to new 911 police communication students, January 10, 2000.

30. Special Topics Seminar, Executive MBA, "The 20th Century and the 3rd Millennium Here We Come", Drexel University, February 5, 2000.

31. "Is It Time to Retire Retirement?" Pennsylvania Economic Association, June 2000, Clarion University, Clarion, PA.

32. "The Conspiracy of Ignorance" Discussant, Barnes & Noble Philadelphia April 25, 2001.

33. "Taking Teachers to Court for Malpractice–Economic Consequences" Pennsylvania Economic Association, June 2001, Lycoming University, Williamsport, PA.

34. With Andrew C. Verzilli, M.B.A. "Examining Medical & Non-Medical Experts in Civil Litigation" Pennsylvania Bar Association. Discussion with question & answer period. Andrew G. Verzilli, Ph.D. June 27, 2001, Philadelphia, PA. Andrew C. Verzilli, M.B.A June 29, 2001, Mechanicsburg, PA.

35. "The Longest Expansion in United States Modern Economic Experience--So What? Western Economic Association International 76th Annual Conference, July 2001, San Francisco, CA.

36. Beginning December 7, 2001 and for 13 weeks, thirteen one-hour sessions as speaker/host own show (6 p.m. e.s.t. time slot) heard on VoiceAmerica, an internet-based talk radio show, with the focus on "major economic issues around the world" (http://www.voiceamerica.com).

37. As of April 2002, at the mid-point of a 9 week/11 session series of hook ups of one hour classes between 6th graders at St. Francis Xavier Catholic Elementary School and 6th graders at an Elementary School in Galway City, Ireland; live, in real time, via teleconferencing under the auspices of the Broken Tree One Room World School House Research Initiative.

38. Beginning June 14, 2002 and for 13 weeks, thirteen one-hour sessions as speaker/host own show (2 p.m. e.s.t. time slot) heard on VoiceAmerica, an internet-based talk radio show, with the focus on "how education and economic education can deal with local and world income distribution" (http://www.voiceamerica.com).

39. Presented a discussion, with appropriate documentation, entitled "E-Commerce and Beyond: from the Papoose of the Native American to the Railroad to E-commerce and Beyond". "WorldView 2002: Futures Unlimited!", the Annual Conference of the World Future Society, July 21, 2002, Loews Philadelphia Hotel, Philadelphia, PA.

40. "Is It Time to Retire Retirement?" Presented to the PCRA at the Court Reporters Annual Conference, Valley Forge Convention Center, Valley Forge, PA., October 2002.

41. "Is It Time to Retire Retirement? One More Time? Or Two More Times?" Written for Pennsylvania Economic Association, May 2003, West Chester University, West Chester, PA.

42. "When Teachers Stop Being Students They Stop Being Teachers" Faculty of the Future: Learning and Leading Conference, Bucks County Community College, PA. , June 2003.

43. "Where is World Poverty Going This New (Old) Century?" World Future 2003: 21st Century Opportunities and Challenges, World Future Society, Hyatt Regency at Embarcadero Center, San Francisco, CA , July 2003.

44. Open forum and questions Seminar on 'Concepts, Facts and Legal Rx in providing relevant and reliable economic estimates', CLE credits Lackawanna and Monroe County Bar Associations, May 2005, Stroudsburg, PA.

45. "One More Time—Is It Time to Retire Retirement? Or, How Many Career Changes Will Happen Over a Lifetime?" Written for Pennsylvania Economic Association, June 2005, Millersville University, Pennsylvania.

46. "Economic Experts" segment of the new medical malpractice Seminar by PaTLA, Loew's Hotel, Philadelphia, PA, November 15, 2005.

11.28.05