# ANDREW C. VERZILLI, M.B.A.
## Curriculum Vitae

500 Columbia Avenue                                       Home: (215) 393-4641
Lansdale, PA  19446                                       Office: (215) 368-7797

**Education**

December, 1991        **Master Degree in Business Administration**
                      La Salle University, Philadelphia, PA

June, 1988            **Bachelor of Science Degree in Business Administration**
                      Drexel University, Philadelphia, PA
                      Majors: Economics & Management of Information Systems

**Experience**
June, 1988 to the Present

      **Verzilli & Verzilli and Consultants**                         Lansdale, PA
      **Partner & Economist  (June 1994 to Present)**

- Provide economic and financial analysis in the preparation of reports for litigation in various jurisdictions involving:

    - Earning Capacity Estimates
    - Business Valuations
    - Statistical Analysis
    - Pension Valuations
    - Structured Settlement Valuations
    - Medical Care Costs

- Evaluate and analyze government statistics and data involving interest rates, employment, earnings, consumption, and other economic variables.

- Provide economic and financial analysis for individuals, families and small businesses.

- Expert testimony has been given in State and Federal court including the following jurisdictions:

    - Federal District Court (Eastern District, Middle District, Manhattan, West Palm Beach, Newark)
    - Lancaster County, Montgomery County (Norristown, PA), Lackawanna County (Scranton, PA), Berks County (Reading, PA), Bucks County (Doylestown, PA), Philadelphia County, Delaware County (Media, PA), Monroe County (Stroudsburg, PA), Wyoming County, PA, Mt. Holly, NJ, Philadelphia Stock Exchange, Luzerne County, White Plains, NY, Wilimingtion, DE, UI/UIM Arbitrations (Philadelphia, Lancaster, Allentown, Haddonfield (NJ), Judicate, & ADR Options)

## Teaching Experience

**Drexel University, Department of Economics**
**Adjunct Instructor (January, 1992 to April, 1999)**

- Instructor in Principles of Macroeconomics and Principles of Microeconomics (Undergraduate Day & Evening College)

- Student course evaluations have been consistently above the average for the Department of Economics.

- Highest student course evaluations in Department of Economics for Fall term, 1993.

## Other Experiences

**Andrew G. Verzilli, Ph.D. & Associates**                                **Philadelphia, PA**
**Apprentice Economic Analyst $ Work Manager**
**(co-op employment through Drexel University)**

- Provided assistance and support in the preparation of economic reports involving personal earning capacity estimates for litigation in various jurisdictions. Assisted in the evaluation of structured settlements and pension plans.

- Coordianted business operations

**General Services Administration**                                **Philadelphia, PA**
**Assistant System Manager**
**(co-op employment through Drexel University)**

- Maintained databases for the Federal Protection and Safety Division, and assisted in the development of computer training programs for division employees.

- Assisted in the development of a networked computer system for GSA. Responsible for the maintenance of mini computer system and applications.

## Research & Presentations

"Jimmynomics, Reaganomics, Georgienomics: What's Next?" (with Verzilli, A.G.; Swift, T.; Donato, C; et al.). Paper presented at the Pennsylvania Economic Association Annual Conference, May, 1991. Published in PEA Annual Proceedings, 1991.

"Real Interest Rates and Economic Growth : An Historical Perspective" Paper presented at the Pennsylvania Economic Association Annual Conference, June, 1992. Published in PEA Annual Proceedings, 1992.

"Agenda for Economic Growth" (with Verzilli, A.G.; Swift, T.; Donato, C; Collons, K; et al.). Paper presented at the Pennsylvania Economic Association Annual Conference, June, 1992. Published in PEA Annual Proceedings, 1992.

"The Effect of Tax Policy on Productivity" (with Verzilli, A.G.; Swift, T.; Donato, C; Collons, K; et al.). Paper presented at the Pennsylvania Economic Association Annual Conference, June, 1992. Published in PEA Annual Proceedings, 1992.

"Estimating Earning Capacity and Other Valuation Issues - Why Use an Economist" - Presentation with Verzilli, A.G. Post & Schell Seminar, April 16, 1993 (Philadelphia, PA).

"Social Security : Who Will Pay (2000 and beyond)?". Paper Presented at the Pennsylvania Economic Association Annual Conference May 28-29, 1993. Published in PEA Annual Proceedings, 1993.

"Our Past Presidents Wonder: Is Clintonomics the Light at The End of the Tunnel?" (with Verzilli, A.G.; Beachel, J.; Swift, T; Collons, K; et al.). Paper Presented at the Pennsylvania Economic Association Annual Conference May 28-29, 1993. Published in PEA Annual Proceedings, 1993.

"The Economist Can Not Estimate the Value of Hedonic Damages". Paper presented at the Pennsylvania Economic Association Annual Conference May, 1994. Published in PEA Annual Proceedings, 1994.

"Clintonomics - Good Morning? - Good Night? - or Good Bye" (with Verzilli, A.G; Collons, K; Donato, C; Swift, T; et al). Paper presented at the Pennsylvania Economic Association Annual Conference May, 1994. Published in PEA Annual Proceedings, 1994.

"Executive Compensation & Productivity- Are Executives Worth Their Salaries?". (With C. Wong-Martinez). Paper presented at the Pennsylvania Economic Association Annual Conference May, 1994. Published in PEA Annual Proceedings, 1994.

"The Impact of Corporate Downsizing in the Northeast" (with C. Wong-Martinez). Presented at the PEA Conference, June, 1995.

"The Economics of Railroad Retirement Pensions" (with C. Donato). Presented at the PEA Conference, June, 1995.

"The Impact of Slander on the Profitability of a Firm" -Presented at PEA Conference June, 1996

"The Economic Impact of Sporting Events/Professional Teams on the City of Philadelphia" Paper in Progress.

"Examining Medical & Non-Medical Experts in Civil Litigation". Presentation at Pennsylvania Bar Institute (CLE credits), June, 2001

"Economic Issues in Litigation". Lancaster County Bar Association  May, 2005

## Association Memberships & Non-Profit Organizations

Pennsylvania Economic Association
American Economic Association
Lansdale Little League:      Coach 2001-2004
                             Tournament Coach 2002 & 2004
                             Elected President – August 2004

## Awards

General Services Administration Outstanding Performance Award (college)
General Services Administration Certificate of Achievement (college)