```
             UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF PENNSYLVANIA

TINA LINDQUIST                    : NO. 04-249E
         Plaintiff,               :
                                  : MAGISTRATE JUDGE
   v.                             : SUSAN PARADISE BAXTER
                                  :
HEIM, L.P.                        :
         Defendant.               :
```

### PLAINTIFF'S EXPERT REPORT AND CURRICULUM VITAE OF RALPH LIPSEY BARNETT

Please take notice, pursuant to this Court's Order, Plaintiff hereby files the expert report of Ralph Lipsey Barnett attached hereto.

```
                         DALLAS W. HARTMAN, P.C.


                          /s/ Dallas W. Hartman
                         Dallas W. Hartman, Esq.
                         Attorney for Plaintiff
                         Attorney I.D. No. 41649
```

1

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the within document was served on the party below in the following manner:

VIA FIRST CLASS MAIL:

Paul R. Robinson, Esquire
MEYER, DARRAGH, BUCKLER, BEBENEK & ECK, PLLC
U.S. Steel Tower, Suite 4850
Pittsburgh, PA  15219

Attorney for DEFENDANT

|  |  |
|---|---|
|  | DALLAS W. HARTMAN, P.C. |
| DATE:  02/16/06 |   /s/ Dallas W. Hartman<br>Dallas W. Hartman, Esq.<br>Attorney for Plaintiff<br>Attorney I.D. No. 41649<br>2815 Wilmington Road<br>New Castle, PA  16105<br>(724) 652-4081 |