**APPENDIX A:**
**Illustrations Of Foot Controls in B11.3-1973**



Illustration 1
Typical Mechanical Press Brake



Illustration 3
Example of Special-Purpose Mechanical Press Brake That Incorporates
Use of Either Two-Hand Controls or Foot Pedal for One Operator

*E 3.31  Housing*



Illustration 12
Typical Press Brake Showing Housing

*E 4.2  Mechanical Press Brake*



NOTE: Hazards can be eliminated by design clearances at A (hand), B (finger), and C (hand and arm). Gears, belts, and flywheels are enclosed by cover guards.

Illustration 13
Mechanical Press-Brake Safeguards



Illustration 14
Typical Locking Lever on Foot-Pedal Control



Illustration 15
Mechanical Locking Pin in Place in Foot-Control
Stirrup Guard

AMERICAN NATIONAL STANDARD B11.3-1973



NOTE: One independent control system is a single foot pedal and the other is a two-hand operator control station.

Illustration 23
Example of Press Brake with Two Types
of Independent Control Systems



LOCKING PIN

NOTE: Air cylinder has been compressed so it becomes part of clutch-control activating mechanism. Also the locking pin, an integral part of the air-cylinder mode of operation, has been removed from its normal position and is hanging free. This allows only one of the two systems to operate at a time.

Illustration 24
Example of One Arrangement that Can Be Used to
Deactivate Two-Hand Operator Control Station
and Allow Use of Foot Pedal