## RALPH LIPSEY BARNETT

Triodyne Inc.
666 Dundee Road, Suite 103
Northbrook, IL 60062-2702
Phone (847) 677-4730
Fax (847) 647-2047
e-mail infoserv@triodyne.com
Home: Phone (847) 251-8572
Fax (847) 256-8780
e-mail rbarnett@triodyne.com

## PERSONAL

Birth ....................................................................................July 15, 1933, Chicago, IL
Marital Status ............................................................Married, two (2) children

## EDUCATION

1. Hyde Park High School, Chicago, IL, June 1951
2. BSCE, Illinois Institute of Technology, June 1955 (Dean's List)
3. MS Mechanics, Illinois Institute of Technology, January 1958
4. Completed coursework for Doctorate in Mechanics at IIT, June 1968

## HONORS

1. Collingwood Prize, American Society Civil Engineers, 1960, "Prestressed Truss Beams"
2. Prize Paper, American Society of Mechanical Engineers, (ASME), Chicago Section, 1962, "On the Lifting Capacity of Crane Booms"
3. Ceco Steel Scholarship
4. Armour Research Foundation Research Fellowship
5. Who's Who in the Midwest
6. Who's Who in America
7. Who's Who in the World
8. Who's Who in Science and Engineering
9. Anti-Hair Snare Plus™ Pool and Spa Safety Drain Cover (Barnett Patent # 6,088,842) named one of the Top 25 Products of 2001 by Pool and Spa News
10. Leonardo da Vinci Award (Interlock Inventions) ASME, September 11, 2001
11. Anti-Hair Snare Plus™ Pool and Spa Safety Drain Cover (Poczynok Design Patent # US D439,957 S) named as one of the readers' choice top 50 products of 2003 by Pool and Spa News
12. International Ergonomics Association/Journal of Occupational Safety and Ergonomics, (IEA/JOSE) Best Paper Award for 2000-2002 for "'Slip and Fall' Theory–Extreme Order Statistics"

2

## HONORARY SOCIETIES

Chi Epsilon.................................................................................Civil Engineering Honorary
          Pi Tau Sigma..................................................................................      Mecl
Tau Beta Pi...........................................................................................Engineering Honorary
Sigma Xi ..................................................................................................Research Honorary

## PROFESSIONAL SOCIETIES

American Academy of Mechanics
American Society of Civil Engineers (Life Member)
American Society of Mechanical Engineers (Life Member)
American Concrete Institute
American Society of Safety Engineers
National Safety Council
Graphic Arts Technical Foundation
American Society for Metals
American Society of Agricultural Engineers
American National Standards Institute
American Society for Engineering Education
American Association of University Professors
American Society for Testing and Materials
National Fire Protection Association
Human Factors and Ergonomics Society
American Gear Manufacturers Association, 1971 - 1998
National Drilling Contractors Association, 1980 - 1998
American Institute of Aeronautics and Astronautics

## PROFESSIONAL ACTIVITIES

1.      National Academy of Sciences/National Materials Advisory Board; Committee Member, Ceramic Processing

2.      ASCE, Control Group Member, Properties of Selected Structural Plastics and Systems

3.      ASME, Official Discusser; Materials and Fabrication Committee, Pressure Vessels and Piping Division

4.      NIOSH, Panelist, Prevention of Severe Occupational Traumatic Injuries; National Symposium on the Prevention of Leading Work-Related Diseases and Injuries.

5.      ASSE, Advisor to Staff, Board, and Committee Chairman

3

6. ASTM, Member, E-34.80 Sub-Committee on Safety Analysis for Products, Facilities and Equipment.

7. Technical Secretariat, ANSI A14 Ladder Safety Committee.

## OTHER ACTIVITIES

Board Member, 132 East Delaware Condominium Association, Chicago, Illinois; Chairman of the Engineering Committee, 1996 - 2000.

## PRE-COLLEGE EXPERIENCE

1.  Employer:      **BECKER'S PRESCRIPTION LABORATORY**
    Business:      Pharmacy
    Position:      **Apprentice Pharmacist**
    Supervisor:    Morris Becker, RPh
    Duration:      June 1944 to February 1949
    Duties: Assist Pharmacists

2.  Employer:      **SCHWARTZ BROTHERS APPLIANCE**
    Business:      Retail Television, Appliances, and Hi-Fi
    Position:      **Salesman and Assistant Manager**
    Supervisor:    Theodore Schwartz
    Duration:      February 1949 to June 1955
    Duties: 1.     Sales-Television, Hi-Fi, and Appliances
            2.     Credit
            3.     Bookkeeping
            4.     Service

3.  Employer:      **FRANK'S SHOES**
    Business:      Retail Women's & Children's Shoes
    Position:      **Part-time Salesman**
    Supervisor:    Stanley Schwartz
    Duration:      September 1951 to December 1953
    Duties: Salesman

## POST-GRADUATE EXPERIENCE

1.  Employer:      **ARMOUR RESEARCH FOUNDATION, Chicago IL**
    Business:      Contract Research
    Position:      **Associate Research Engineer-Structural Mechanics**
    Supervisor:    Raymond W. Sauer
    Duration:      July 1955 to May 1960

4

Experience:        Project Engineer - Prime Contracts
                   1.    Lightweight and Prestressed Rocket Launchers
                   2.    Blast-resistant Tunnel Closures
                   3.    Lightweight Radar Van Design
                   4.    Design of Blast Shelter Entrance Systems
                   5.    Minimum Cost Blast Shelter Design

                   **Consultant - Subcontracts**
                   1.    Telescoping Passenger Bridge for Airport Traffic
                   2.    Ultra-accuracy Velocity Measurement System for Rocket Sleds
                   3.    Minimum Weight Design of Cannon Trails
                   4.    Vulnerability of Shipyard Structures
                   5.    High Performance Extruder
                   6.    Nike Launching Platform-Hydraulics
                   7.    Prestressed/Segmented Cane for Sightless
                   8.    Minimum Weight Foxhole Covers

2.   Employer:     **ILLINOIS INSTITUTE OF TECHNOLOGY, Chicago IL**
     Position:     **Evening Instructor in Civil Engineering Department**
     Director:     Professor E.I. Feisenheiser, Chairman, C.E.Department
     Duration:     1955 to 1967
     Duties: Teach Materials Engineering and direct the
                   Materials Testing Laboratory in the Evening Division

3.   Employer:     **STANRAY CORPORATION, Chicago IL**
     Business:     Manufacturer of Railway Equipment, FRP Boats,
                   Precision Machine Parts, Aircraft Ground Facilities and Engineered
                   Plastic Products, Fabricator of Structural Steel and Aluminum Highway
                   Bridges

     Position:     **Structural Research Engineer - Research and Development**
                   **Department**
     Duration:     May 1960 to March 1962
     Supervisor:   Dr. S.J. Fraenkel, Director, Research and Development
     Experience:   Project Engineer
                   1.    Design of Off-Highway Truck Bodies
                   2.    Impact Resistance of Freight Car Bulkheads
                   3.    Minimum Cost Girder Design
                   4.    Design of Hyperbolic Paraboloid Shells for Drive-In Roofs
                   5.    Minimum Weight and Cost Design of Corrugated Plates
                   6.    Design of Plastic Composite Structures
                   7.    Impact Resistance of FRP Laminates
                   8.    FRP Silo Design Consultant

5

9.    Vulnerability of Nuclear Fuel Element Casks
10.    Design and Erection of Grain Storage Bins
11.    Aluminum Hyperbolic Paraboloid Forming
12.    Blast Fence Design for Jet Aircraft
13.    Design of Barge Covers
14.    Septic Tank Design
15.    Design of FRP Tractor Cabs
16.    Analysis and Design of FRP Boats
17.    Design of Railroad Wheel Grinding Machine
18.    Design of Lightweight Prefabricated Aluminum Highway Bridges
19.    Hydraulic Truck Body Transfer System
20.    Truck Loading: Load/Unload Systems

4.    Employer:        **IIT RESEARCH INSTITUTE, Chicago, IL**
      Business:        Contract Research/Industry and Government
      Position:        **Senior Research Engineer and Group Leader**
      Director:        Dr. Eugene Sevin-Director, Mechanics Research Division
      Duration:        March 1962 to September 1968
      Experience:      Project Engineer
                       1.    Statistical Fracture Theory
                       2.    Design in Brittle State Materials
                       3.    Prestressed Monolithic and Segmented Brittle Structures
                       4.    Design of Ceramic Aerospace Components
                       5.    Study of Debris Production
                       6.    Prestressed Ceramic Elements
                       7.    Plate Fragmentation
                       8.    Thermal Shock
                       9.    Optimum Structural Design
                       10.    Fragmentation of Reinforced Concrete Slabs
                       11.    Minimum Weight Scissor Lift Design: Aircraft Service
                       12.    Minimum Weight Temporary Airstrip Design
                       13.    Prestressed and Segmented Concrete Flatbed and Flatcar Designs
                       14.    Non-Resonating Radar Towers

                       Program Manager
                       1.    Optimum Shock Absorber Design
                       2.    Optimum Shock Insulator Synthesis
                       3.    Optimum Mechanical Design Synthesis
                       4.    Fasteners for Brittle Components

                       Administrative Title:
                       Group Leader - High Performance Structures and Materials

6

5.     Employer: **ILLINOIS INSTITUTE OF TECHNOLOGY, Chicago, IL**
       Position: **Evening Instructor in Mechanical and Aerospace Engineering**
       Chairman: Andrew A. Fejer, Professor, MMAE
       Duration: September 1967 to September 1969
       Duties: Teach MAE 413; Stresses in Machine Elements

6.     Employer: **FELT PRODUCTS MANUFACTURING CO., Skokie, IL**
       Business: Manufacturer of Gaskets and Rubber Products
       Position: **Director of Research and Development**
                 **Director of Rubber Laboratory**
                 **Director of Industrial Chemistry Laboratory**
       Duration: September 1968 to September 1969
       Experience: Project Engineer

           1.    Residential Garage Auto Stop
           2.    Pipe Insulator Development
           3.    Self Sealing Fasteners
           4.    Design of Elastomeric Bridge Pads
           5.    Punch Press Die Redesign Program
           6.    Four Roll Calendar/Optimum Performance Study
           7.    Gasket Curing Systems/I.R. and Liquid Cure
           8.    Injection Molding Machine/Rubber Program
           9.    Fourdrinier Machine/Optimum Mixing Schedules
          10.    Residential Car Wash

7.     Employer: **ILLINOIS INSTITUTE OF TECHNOLOGY, Chicago, IL**
       Position: **Professor of Mechanical and Aerospace Engineering**
       Chairman: Professor Jamal Yagoobi
       Duration: September 1969 to present
       Teaching:

| | | |
|---|---|---|
| C.E. | 306 | Civil Engineering Materials |
| MMAE | 403 | Design of Machine Elements |
| MAE | 404 | Design of Mechanical Systems |
| MAE | 415 | Design of Machines and Systems II |
| MAE | 560 | Principles of Minimum Weight Design |
| MAE | 567 | Design II, Optimization |
| MAE | 551 | Advanced Strength of Materials |
| MMAE | 195 | Statics (Architects) |
| MMAE | 419 | Design for Safety in Machines and Systems |
| MMAE | 295 | Strength of Materials (Architects) |
| MMAE | 540 | Mechanics of Solids and Structures |
| MMAE | 548 | Design and Analysis of Brittle Structures |
| Mech | 201 | Statics |
| Mech | 202 | Dynamics |
| Mech | 203 | Mechanics of Solids I |

7

| Mech | 304 | Mechanics of Aerostructures |
| Mech | 207 | Strength of Materials |

8. Employer: **TRIODYNE INC., Niles, IL**
   Position: **Chairman, Chief Scientist**
   Owner, 100% of stock
   Duration: September 1969 to present

9. Employer: **ALLIANCE TOOL AND MANUFACTURING INC., Maywood, IL**

   Manufacturers of Specialized Cutting Tools
   Position: **Chairman**
   Owner, 50% of stock
   Duration: May 1984 to June, 2003

10. Employer: **INSTITUTE FOR ADVANCED SAFETY STUDIES, Niles, IL**
    A Not-For-Profit Safety Research Consortium
    Position: **Chairman, Chief Scientist**
    Duration: January 1984 to present

11. Employer: **TRIODYNE FIRE & EXPLOSION ENGINEERS, Niles, IL**
    Position: **Board Member and Scientist**
    Owner, 25% of stock
    Duration: March 1, 1989 to May, 2003

12. Employer: **TRIODYNE ENVIRONMENTAL ENGINEERING INC., Niles, IL**
    Position: **President**
    Owner, 33% of stock
    Duration: March 1, 1989 to 2001

13. Employer: **TRIODYNE-WANGLER CONSTRUCTION CO., INC., Niles, IL**
    Position: **Chairman**
    Owner, 20% of stock
    Duration: April 27, 1993 to present

14. Employer: **TRIODYNE RECREATION ENGINEERING, INC., Niles, IL**
    Position: **Chairman**
    Owner, 25% of stock
    Duration: July 1, 1994 to August 1, 1999

15. Employer: **TRIODYNE SAFETY SYSTEMS, L.L.C., Niles, IL**
    Position: **Chairman, Chief Scientist**
    Duration: January 1, 1998 to present

8

16.  Employer:    **TRIODYNE-WANGLER SPECIALTIES, L.L.C., Niles, IL**
     Position:    **Chairman, Chief Scientist**
     Duration:    January 1, 1999 to May, 2003

17.  Employer:    **ALLIANCE BUILDING MAINTENANCE CORP., Niles, IL**
     Position:    **Chairman**
     Duration:    June 1, 1999 to January 31, 2003

## NON-TECHNICAL PUBLICATIONS

1.  "The SST Issue," Voice of the People, Chicago Tribune, (January 11, 1971).
2.  "IIT Professor Mourns Congress, Rejection of SST," Your Views of the News, Chicago Daily News (April 2, 1971).

## TECHNICAL BOOKS

1.  "The Design Testing Interface," Chapter II, Structural  Ceramics and Testing of Brittle Materials, edited by S.A. Bortz, and S. J. Acquaviavia, Gordon and Breach Science Publishers, New York, 1968.

2.  "Structural Analysis and Design in Ceramics Using Statistical Fracture Theory," Appendix 1, Ceramic Processing, Publication 1576, National Academy of Sciences, 1968.

3.  "Prestressed Brittle Structures," Barnett, R.L. and Hermann, P.C., v. 4, Chapter 5, Fracture, edited by H. Liebowitz, Academic Press, New York, 1969.

4.  "A Pressure Vessel Hatch Cover Failure - A Design Analysis," Kaplan, M.P., Willis, T., and Barnett, R.L.,  Case Histories Involving Fatigue and Fracture Mechanics, Charleston, South Carolina, March 21-22, 1985.  ASTM Publication (PCN) 04-918000-30, Philadelphia, PA 1986.

5.  "Retractable Overhead Guards for Industrial Vehicle Without seatbelts," Barnett, R. L., and Poczynok, P. J. The Engineering Science of Structures, Chapter 1, Illinois Institute of Technology, Chicago, IL, 2000.

## SELECTED TECHNICAL RESEARCH REPORTS

1.  Lightweight Structures and Prestressed Launcher Components, Rock Island Arsenal, Ord. Proj. # TU2-70, Phase 2, Theoretical Studies, January 1958, 165 pages.

9

2.  The Feasibility of Tunnel Closures to Resist Nuclear Blast, Office of Civil and Defense Mobilization, Contract # CD-SR-58-30, August 1959, 182 pages.

3.  Lightweight Structures and Prestressed Launcher Components, Rock Island Arsenal, Ord. Proj. # TU2-70, Phase 2, Experimental Investigations, October 1958, 112 pages.

4.  Lightweight Structural Design/Radar Support System, Rome Air Development Center, Contract # AF30 (603)-1799, December 1958, 66 pages.

5.  Design of Entrance System for Personnel Protective Shelters, U.S. Naval Civil Engineering Laboratory, Contract # NBY-3163, December 1959, 274 pages.

6.  Comparative Protective Structural Design, Hardening for Air Weapons Systems, Air Force Special Weapons Center, Contract # AF29 (601) 547, February 1960, 234 pages.

7.  Impact Resistance of Off-Highway Truck Bodies, Design Manual for Impact Resisting Structures, Stanray Report, November 1960, 250 pages.

8.  Minimum Cost Girder Design, Stanray Report, May 1961, 47 pages.

9.  Fiber Reinforced Plastic Shell Studies/Drive-In and Silo Structures, Stanray Report, January 1962, 111 pages.

10. Literature on Design Techniques and Analytical Methods for Brittle Materials, ASD, Air Force Systems Command, Contract # AF33 (657)-8539, April 1963, 258 pages.

11. Review of Structural Design Techniques for Brittle Components Under Static Loads, Air Force Flight Dynamics Laboratory, Air Force Systems Command, Tech. Doc. Report # FDL TDR 64-123, September 1964, 123 pages.

12. Prestressed Monolithic and Segmented Brittle Structures, NASA Contract # NASR-65904, NASA-Cr-113, October 1964, 88 pages.

13. The Behavior and Design of Brittle Structures, Air Force Flight Dynamics Laboratory, Air Force Systems Command, Technical Report AFFDL-TR-65-165, September 1965, 225 pages.

14. Studies and Debris Production, Stanford Research Institute, M6103, October 1966, 131 pages.

15. Studies in Prestressed and Segmented Brittle Structures, NASA Contract # NASR-65 04, NASA-Cr-505, June 1966, 130 pages.

10

16. Experimental Investigation of Plate Fragmentation, OCD, M6074, October 1966, 83 pages.

17. Fracture of Brittle Materials Under Transient Mechanical and Thermal Loading, Flight Dynamics Laboratory, Air Force System Command, M6100, November 1966, 163 pages.

18. High Performance Structures, NASA Contract # NASR-65 (16), NASA Cr-1038, May 1968, 117 pages.

19. Debris Formation and Translation, OCD, Contract # OCD-PS-64-201, Work Unit 3322B, November 1966, 185 pages.

20. Product Development/Auto Stop, Felt Products Report, September 1969, 98 pages.

21. LPG Tank Car Safety, Department of Transportation, July 1970, 35 pages.

22. Development of Safeguard Equipment Criteria, Department of the Army, Construction Engineering Research Laboratory, September 1970, 65 pages.

## PATENTS

1. "Minimum Energy Curb Negotiating Wheelchair," U.S. Patent No. 4,962,942 issued October 16, 1990, Ralph L. Barnett, Steven R. Schmid and Robert Kaplan.

2. "Remote and Proximal Interlock Testing Mechanisms and Testing Systems," U.S. Patent No. 5,870,317 issued February 9, 1999, Ralph L. Barnett and Theodore Liber.  Foreign patents applied for.

3. "Safety System for Multiple Drain Pools," U.S. Patent No. 5,894,609 issued April 20, 1999, Ralph L. Barnett.

4. "Drain Apparatus I," U.S. Patent No. D410,073 issued May 18, 1999, (Design Patent), Ralph L. Barnett.

5. "Drain Construction," U.S. Patent No. D421,101 issued February 22, 2000 (Design Patent), Ralph L. Barnett.

6. "Drain Construction,"  U.S. Patent No. D421,102 issued February 22, 2000 (Design Patent), Ralph L. Barnett.

7. "Drain Construction," U.S. Patent No. D421,295 issued February 29, 2000 (Design Patent), Ralph L. Barnett.

11

8.   "Drain Assembly for Preventing Hair Entanglement in a Pool or Hot Tub," U.S. Patent No. 6,088,842 issued July 18, 2000, Ralph L. Barnett.

9.   "Window Locking System," U.S. Patent No. 6,139,074 issued October 31, 2000, Ralph L. Barnett and William A. Wangler.

10.  "Window Latch," U.S. Patent No. D435,429 issued December 26, 2000 (Design Patent), Ralph L. Barnett and William A. Wangler.

11.  "Anti-Hair Snare," U.S. Patent No. D439,957S, issued April 3, 2001 (Design Patent), Ralph L. Barnett and Peter J. Poczynok.

12.  "Anti-Vacuum Drain Cover", U.S. Patent No. 6,230,337 B1 issued May 15, 2001, Ralph L. Barnett.

13.  "Zero Speed Indicating Devices and Process of Testing Same," U.S. Patent No. 6,389,875 B1 issued May 21, 2002, Ralph L. Barnett and Theodore Liber.

14.  "Anti-Slide Out Devices For Straight and Extension Ladders," U.S. Patent No. 6,405,829 B1 issued June 18, 2002, Ralph L. Barnett.

15.  "Remote and Proximal Guard Testing Systems and Testing Systems Either Separately or in Conjunction With Interlock Testing Mechanisms and Systems", U.S. Patent No. 6,604,014 B1 issued August 5, 2003, Ralph L. Barnett and Theodore Liber.

16.  "Anti-Slide Out Devices for Straight and Extension Ladders", U.S. Patent No. 6,629,582 B2 issued October 7, 2003, Ralph L. Barnett.

17.  "Counter-Latch for a Self-Dumping Hopper", U.S. Patent No. 6,733,225 issued May 11, 2004, Ralph L. Barnett, William C. Brown, Charles Sinkovits.

18.  "Drain Cover", U.S. Patent No. 6,738,994 issued May 25, 2004, Ralph L. Barnett and Peter J. Poczynok.

19.  "Interlocked Pool & Spa Drain Covers", U.S. Patent No. 6,865,755B2 issued March 25, 2005, Ralph L. Barnett.

20.  "Zero Speed Indicating Devices and Process of Testing Same". U.S. Patent No. 6,877,355 B2 issued April 12, 2005, Ralph L. Barnett and Theodore Liber.

21.  "Zero Speed Indicating Devices and Process of Testing Same". U.S. Patent No. 6,928,855 B2 issued August 16, 2005, Ralph L. Barnett and Theodore Liber.

12

## PATENTS PENDING

1.    "Limited Movement Roller System", (For moving heavy machinery) Ralph L. Barnett.

2.    "Double Wheel Chock Frame", (For controlling roller systems for moving heavy machinery) Ralph L. Barnett.

3.    "Drain Cover" (Patent Continuation), Ralph L. Barnett and Peter J. Poczynok.

4.    "Planetary Wheel With Swivel Capability", Ralph L. Barnett.

5.    "Tandem Axle With Swivel Wheels", Ralph L. Barnett.

## PROFESSIONAL TALKS, INTERVIEWS AND CRITIQUES

1.    "Teaching Engineering as a Career," ASME Student Forum, Meeting at Technology Center, Chicago, IL, March 6, 1958.

2.    "Minimum Weight Design of Beams," Illinois Section, ASCE, Friday Luncheon Program, July 1, 1959.

3.    "Lightweight Design of Ordinance Equipment," Transportation Research and Engineering Command, Fort Eustis, VA, July 9, 1959.

4.    "The Optimum Design of Structures," Northwest Indiana Sections, ASCE, Meeting at Valparaiso University, Valparaiso, IN, October 20, 1959.

5.    "The Capacity of Crane Booms," ASME Chicago Section, Chicago, IL, April 4, 1962.

6.    "On the Optimum Rigging of Crane Booms," ASME, Material Handling Engineering Session, New York, NY, November 26, 1962.

7.    "Selection of Materials for Minimum Weight Design," ASME Design Engineering Conference, New York, NY, May 22, 1963.

8.    "Statistical Design in Brittle Materials," Illinois Institute of Technology Mechanics Seminar, Chicago, IL, December 4, 1963.

*Titles by sponsoring organizations; talks on more restricted topics.

13

9.    "Survey of Optimum Structural Design," Salt Lake City, UT, May 6, 1964.

10.    "Reliability in Structural Design with Brittle Materials," ASME Design
       Engineering Conference, New York, NY, May 19, 1965.

11.    "Prestressed Ceramic Structures," Session Chairman and Speaker, Applications
       for Composite Session, American Ceramics Society, Fall Meeting, French Lick,
       IN, September 12, 1965.

12.    "Mechanical Behavior of Structural Ceramics," Evening Speaker, American
       Ceramics Society, Fall Meeting, Washington, DC, September 13, 1965.

13.    "Design in Brittle Materials," National Academy Science National Research
       Council, MAB Committee Ceramic Processing, Washington, DC, September 23,
       1965.

14.    "Joining of Ceramic Structures," S.A.M.P.E., 9th National Symposium, Dayton,
       OH, November 16, 1965.

15.    "Prestressing in Brittle Design," Ceramics Seminar, University of Washington,
       Seattle, WA, June 20, 1966.

16.    "Statistical Fracture Theory," American Society Engineering Education, 74th
       Annual Meeting, Washington State University, Pullman, WA, June 22, 1966.

17-21. Seminar - Minimum Weight Design, IITRI, Chicago, IL, five(5) lectures, July 16,
       1966.

22.    "Design with Graphite Materials," September 9, 1966.

23.    "Philosophy of Testing," American Society for Metals, Saginaw Valley Chapter,
       September 28, 1966.

24.    "Innovations in Structural Design," NASA Conference on Structural Philosophy,
       Palo Alto, CA, October 18-19, 1967.

25.    Seminar: "Thermal Shock," Thermal Stress Problems in Flight Structures, Wright
       Field, OH, November 14, 1967.

26.    Seminar: "Optimum Design Techniques," Advanced Techniques in Structural
       Engineering, Chicago, IL, May 25, 1967.

*Titles by sponsoring organizations; talks on more restricted topics.

14

27.    "The Design Testing Interface," U.S. Army Materials Research Agency Seminar,
       Structural Ceramics and Testing of Brittle Materials, Chicago, IL, March 29,
       1967.

28.    "Statistical Fracture Theory," AGARD International Meeting on Design in Brittle
       Materials, London, England, September 4-6, 1967.

29.    "Design in Brittle Materials," U.S. Army Materials and Mechanics Research
       Center Seminar, Structural Ceramics and Design with Brittle Materials, Chicago,
       IL, March 13, 1968.

30.    "Optimum Prestressed Columns," ASCE Joint Specialty Conference,
       Optimization and Nonlinear Problems, Chicago, IL, April 18-20, 1968.

31.    "Design of Statically Determinate Trusses for Minimum Weight and Deflection,"
       1968 Aviation and Space Conference, Beverly Hills, CA, June 18, 1968.

32.    "Structural Aspects of Electronic Ceramics," American Society for Testing and
       Materials, Electronics Division of the American Ceramic Society, St. Paul, MN,
       September 18, 1968.

33.    "Application of Statistical Fracture Theory to Graphite Components," American
       Society of Ceramics, Pasadena, CA, October 24, 1968.

34.    "The Real Engineer vs. the Pseudo-Engineer," ASME Pi Tau Sigma Banquet,
       Chicago, IL, May 13, 1970.

35.    "Structural Design Concepts for the Future," The World Future Society,
       Evanston, IL, May 20, 1970.

36.    "The Social Scientist's Role in the Engineering of Highway Safety," Metropolitan
       Studies Center, Chicago, IL, October 12, 1970.

37.    "Ductility, Pseudoductility, and Load Redistribution," American Ceramics
       Society, Advanced Materials: Composites and Carbon, Chicago, IL, April 26,
       1971.

38.    "The Engineer as an Expert Witness," Chi Epsilon, Binyons Restaurant, Chicago,
       IL,
       May 1, 1971.

39.    "Getting Student Engineers to Consider Aesthetics and Safety," ASEE Annual

15

Conference, Annapolis, MD, June 23, 1971.

40.     "The Role of the Expert Witness in Our Legal System," New Trier High School-West, Northfield, IL, October 27, 1971.

41.     "Statistical Fracture Theory in the Design of Brittle Materials," ASME Annual Winter Meeting, Washington, DC, December 1, 1971.

42-47.*"Product Liability Claims," Seminar, AMR International Inc., Chicago, IL: October      19-20; New York, NY: November 2-3; San Francisco, CA: December 11-12 (all 1972); Chicago: January 18-19; New York: February 22-23; Los Angeles, CA: March 15-16 (all 1973).

48.*    "Product Liability," ASME, Chicago, IL, September 19, 1972.

49.     "Mechanics and Mechanical Engineering," 1972 National Youth Conference on Science and the Environment, Chicago, IL, November 9, 1972.

50.     "Product and System Liability," Western Society of Engineers, Chicago, IL, December 13, 1972.

51.     "Professional Engineering," Chi Epsilon, Chicago, IL, April 21, 1973.

52.     "The Truth, the Courtroom, and the Engineer," ASCE, Chicago, IL, May 18, 1973.

53.     "Safety Glasses and Grinding Wheels - A Study in Forensic Engineering," Society of Experimental Stress Analysis, Chicago, IL, October 16, 1973.

54.     "Careers in Mechanics and Mechanical and Aerospace Engineering," National Youth Conference on Science and the Environment, Chicago, IL, November 8, 1973.

55.*    "Defend Your Products Against Product Liability Claims," University of Illinois, Chicago Circle Campus Engineering Alumni Association, Chicago, IL, January 17, 1974.

56.     "Safety of Woodworking Machinery," Woodworking Machinery Manufacturers of America, Rockford, IL, January 29, 1974.

57.     "Forensic Engineering," Guest Lecturer, IIT MMAE 411, February 15, 1974.

16

58.    "Cross Examination or Why There Are So Few Expert Witnesses," Western Society of Engineers, March 6, 1974.

59.    "Techniques in Product Liability," Tau Beta Pi, Chicago, IL, March 31, l974.

60.    "The Expert Witness - An Engineer's Viewpoint," United States Environmental Protection Agency Seminar, Legal Aspects of Air Pollution Control, Chicago, IL, May 6-7, 1974.

61.    "Product Liability - Design of Safety Glasses," Illinois College of Optometry, Chicago, IL, May 10, 1974.

62.*   "Product Liability for Machinery Manufacturers and Users," Forest Products Research Society, Chicago, IL, June 23, 1974.

63.    "Structural Analysis vs. Optimum Design," American Society of Mechanical Engineers, IIT, Chicago, IL, October 3, 1974.

64.*   "Your Product is Defensible," Power Transmission Design Show, Philadelphia, PA, November 12, 1974.

65.    "Product Liability from the Design Engineer's Point of View," American Society of Mechanical Engineers, IIT, Chicago, IL, April 1, l975.

66.    "Safety Glasses," Illinois College of Optometry, Chicago, IL, April 25, l975.

67.    "Relationship of Case Law to Industrial Safety," ASME, Houston, TX, December 2, 1975.

68.*   "Expert and Lawyer - Ships Passing in the Night," 12th Annual Defense Tactics Seminar, Illinois Defense Council, Chicago, IL, March 6, l976.

69.    "Crane Visibility," Crane Safety Workshop, Employers Insurance of Wausau, Milwaukee, WI, June 4, l976.

70.*   "Forensic Aspects of Full-Scale Structural Testing," Conference on Full-Scale Structural Testing, Engineering Foundation, Rindge, NH, July 19, 1976.

71-72.*"Product Liability Seminar," Greenlee Brothers and Company, Rockford, IL, November 1-4, l976.

73-74.*"The Impact of Product Liability on Corporate Survival," National Engineers

17

Week,                    Teletype Corporation, Chicago, IL, February 20-26, 1977.

75.*    "Does Consumerism Control Technology?" Second Annual Chicago Region
        Junior Engineering, Science and Humanities Symposium, IIT, Chicago, IL, March
        5, 1977.

76.     "What Went Wrong," ASME, IIT, Chicago, IL, April 12, 1977.

77.*    "The Trial Court," Design Engineering Show, ASME, McCormick Place,
        Chicago, IL, May 10, 1977.

78.*    "Impact of Product Liability on Society," The Mickey Stewart Talk Show,
        WDAI-FM, Chicago, IL, May 16, 1977.

79.     "Safety vs. Liability Protection," American Society of Safety Engineers,
        Rockford, IL, May 23, 1977.

80.*    "Manufacturing Liability and Product Liability," Society of Manufacturing
        Engineers, Chicago, IL, November 10, 1977.

81.*    Interview:  "A Cancer Creeping Over Industry (Faculty Perspectives Ralph L.
        Barnett," IIT Technology News, vol 103 #14 (December 5, 1977): 2.

82.     "Vehicle Safety," Junior Engineering, Science and Humanities Symposium,
        Chicago, IL, March 8, 1978.

83.     "Safety and the Judicial Value System," Junior Engineering, Science and
        Humanities Symposium, Chicago, IL, March 8, 1978.

84.*    "Conflicts Between the Engineering and Legal Systems," Junior Engineering,
        Science and Humanities Symposium, Chicago, IL, March 8, 1978.

85.     "Judicial Value System," Kent Law School, Chicago, IL, April 24, 1978.

86.     "Safety, the Law, and the Expert Witness," Kent Law School, Chicago, IL, April
        26, 1978.

87*.    "Gold vs. Litman Manufacturing (Problem 79)," National Institute for Trial
        Advocacy, Chicago Bar Association, Chicago, IL, March 17, 1978.

88.     "Relationship Between the Safety Expert and the Legal Profession, Kent Law
        School, Chicago, IL, July 12, 1978.

18

89.   "Development of Science/Math Track Module for High School Minority Students," Sloan Foundation Project, Department of Technology and Society, State University of New York at Stonybrook, NY, August 5, 1978.

90.   "Courtroom Communication," Kemper Insurance Company, Long Grove, IL, September 12, 1978.

91.   "Safety and Forensic Expert Stress Analysis," Society for Experimental Stress Analysis, Chicago, IL, October 12, 1978.

92.*  "Nanda vs. Ford Motor Company," Illinois Institute for Continuing Legal Education," Chicago Bar Association, Chicago, IL, October 27, 1978.

93.*  Interview: "Product Liability Litigation: The Expert Witness," Insurance Negligence and Compensation Law, American Bar Association, v. 8, # 1, November, 1978.

94.   Seminar: "Safety of Rotary Machinery," Greater Syracuse Manufacturing Engineers, Syracuse, NY, February 3, 1979.

95.   "Product Liability: An Assault on the General Public," Society for Experimental Stress Analysis, Milwaukee, WI, February 7, 1979.

96.   Seminar: "Safety of Paper Converting Machinery," Greater Dayton Mechanical Engineers, Dayton, OH, February 17, 1979.

97.*  "Trial of a Product Liability Case," American Bar Association, Miami, FL, February 19-21, 1979.

98.   Seminar: "Safety of Lumber Mill Equipment," Production Engineering Symposium, Seattle, WA, March 3, 1979.

99.   Seminar: "Safety of Concrete Machinery," Greater Waterloo Production Engineers, Waterloo, IA, March 10, 1979.

100.  "Design Philosophy and the Judicial System," Junior Engineering, Science and Humanities Symposium, Chicago, IL, March 27, 1979.

101.  "Legal Defects and Products Defects," Junior Engineering, Science and Humanities Symposium, Chicago, IL, March 27, 1979.

102.  "Air Quenching, Chemical and Banding Systems for Prestressing Safety Glasses,"

19

American College of Optometry, Chicago, IL, April 24, 1979.

103.     "Careers - The Field of Product Safety," The New York Times: Elizabeth M.
         Fowler, April 25, 1979.

104.*    "Trial of a Motorcycle Liability Case," American Bar Association Institute, San
         Diego, CA, May 31, June 1-2, 1979.

105.     "Mechanical Behavior of Insulated Crane Hooks," Crane Electrocution
         Conference, Chicago, IL, August 6, 1979.

106.     "The Multiple Roles of the Forensic Technologist," Kent Law School, Chicago,
         IL, August 30, 1979.

107.     "Football Helmets - Science vs. Law," Junior Engineering, Science and
         Humanities Symposium, Chicago, IL, April 10, 1980.

108.*    "Direct Examination of the Expert Witness Utilizing Videotape Experiments in
         the Courtroom for Product Demonstration," Mississippi Defense Lawyers
         Association, New Orleans, LA, April 24-27, 1980.

109.     "Optometry Glass Science and the Law," Illinois College of Optometry, Chicago,
         IL, May 6, 1980.

110.*    "Should Compliance with the ASME Boiler Code Create a Rebuttable
         Presumption of Proper Design?," ASME Symposium on Critical Materials and
         Fabrication Issues, San Francisco, CA, August 14-15, 1980.

111.     Seminar: "Design for Safety," Continuing Education Series, University of
         Chicago, Chicago, IL, October 15, 1980.

112.     "The Legal/Technical Interface," Kent Law School, Chicago, IL, November 5,
         1980.

113.     Seminar: "Safety and the Mechanical Press," Kitch, Srheinrich, et al., Detroit
         Athletic Club, Detroit, MI, December 6, 1980.

114.     "Radial Prestressing of Safety Lenses," Illinois College of Optometry, Chicago,
         IL, March 17, 1981.

115.     "On the Classification of Safeguard Devices," National Conference on Fluid
         Power, McCormick Place, Chicago, IL, October 22, 1981.

20

116. Seminar: "Optimum Safety Analysis of Press, Roller, and Mixer Machinery," Conway, Reiseman, Bumgardner and Kleinfeld, Braidburn Country Club, Newark, NJ, November 3, 1981.

117. Seminar: "Moral Issues in Forensic Engineering," Center for the Study of Ethics in the Professions, Chicago, IL, November 11, 1981.

118. Seminar: "Intrinsic and Hierarchial Characteristics of Safeguarding Systems," Casualty Adjusters Association of Chicago, Chicago, IL, November 18, 1981.

119. "Design Implications of Product Law," Illinois Section, ASCE, Chicago, IL, November 20, 1981.

120.a* Critique of Casework: "Trial Lawyers: Effective Industrial Safety Engineers," by Browne Greene, TRIAL.

      b. November 1981; reprinted in Professional Safety, Official Publication of the American Society of Safety Engineers, January, 1983.

121. Videotape: "Forensic Engineering," National Science Foundation, CAUSE - Multiple Approach Teaching Engineering, Triton College, River Grove, IL, December 4, 1981.

122. Television Interview: "Forensic Model Making," Two on Two, WBBM-TV, 10:30 to 11:00 PM, January 31, 1982 and August 22, 1982.

123. Radio Interview: "ZORO-Zero Obstruction Repair Overpass," Clark Weber Show, WIND Radio (560 AM), February 26, 1982.

124.* Radio Interview: "Skokie Public Library Presentation of Triodyne's Safety and Forensic Engineering," Jack Stockton Show, WIND Radio (560 AM), February 27, 1982.

125. "You the Jury," Triodyne Safety and Forensic Engineering Exhibit, Skokie Public Library, Skokie, IL, March 12, 1982.

126. Radio Interview: "ZORO-Zero Obstruction Repair Overpass," Bob and Betty Sanders Show, WBBM Radio (780 AM), March 23, 1982.

127. "From Louvered Armor to Radially Prestressed Sight Glasses," Illinois College of

21

Optometry, Chicago, IL, April 12, 1982.

128.    Seminar: "On the Safety of Paper Winders," Pulp and Paper Machinery
        Manufacturers, O'Hare Hilton, Chicago, IL, May 4, 1982.

129.    "The Undefendable Safe Product," Chicago Chapter, Society of Manufacturing,
        Elmwood Park, IL, May 13, 1982.

130.    "Anti-Diving Systems and Shock Attenuating Design of Swimming Pools,"
        Swimming Pool Litigation Conference, Detroit, MI, May 15, 1982.

131.*   Interview: "Forensic Engineering Defends Product Designs in Court," Midwest
        Engineer, May 1982.

132.*   Interview: "Colleges Tailoring Curricula to Fit Changing Job Markets," by
        Carole A. Carmichael, Chicago Tribune, July 25, 1982.

133.    Seminar: "Ethics and Reasonably Foreseeable Misuse," Center for the Study of
        Ethics in the Professions, Chicago, IL, November 3, 1982.

134.    "Concepts in Forensic and Safety Engineering," Chicago Western Chapter,
        American Society for Metals, Hinsdale, IL, November 23, 1982.

135.*   Seminar: "Product Liability Considerations in Design," American Society of
        Agricultural Engineers, Chicago, IL, December 13-14, 1982.

136.    "Product Liability as it Applies to Machine Design," American Society of Safety
        Engineers, Mt. Prospect, IL, January 17, 1983.

137.*   "The Legal Implications of Daily Engineering Activities, "Society for
        Experimental Stress Analysis, Morton Grove, IL, March 3, 1983.

138.*   "Forensic Engineering," System Safety Society - Society of Reliability Engineers,
        Milwaukee, WI, March 7, 1983.

139.*   Critique of 1982 ASAE Seminar: "Product Liability-Part I: Testing Designs in the
        Courtroom," Frank Buckingham, Implement & Tractor, March 1983.

140.*   Critique of 1982 ASAE Seminar: "Product Liability-Part II: The Best Defense...,"
        Frank Buckingham, Implement & Tractor, April 1983.

141.*   Critique of 1982 ASAE Seminar: "Product Liability-Part III: Designing for

22

Safety," Frank Buckingham, Implement & Tractor, May 1983.

142.   "Safety Analysis Methods for Farm Machinery," Agri-Component Exposition,
       Bartle Hall, Kansas City, MO, June 9, 1983.

143.*  Seminar: "Product Design in Today's Legal and Regulatory Environment," 1983
       SAE International Off-Highway Meeting and Exposition, Mecca, Milwaukee, WI,
       September 12-13, 1983.

144.   "The Dependency Hypothesis: Man Cages, Anti-Two-Blocking, Insulated
       Links," 1983 Product Safety & Technical Seminar, Construction Industry
       Manufacturers Association, Bloomingdale, IL, October 6, 1983.

145.*  Seminar: "How Should Mechanical Engineers Design Safety Into Mechanical
       Equipment," Sponsored by ASME, 71st Annual National Safety Congress and
       Exposition, National Safety Council, Conrad Hilton Hotel, Chicago, IL, October
       19, 1983.

146.   "Intrinsic Classification of Safeguarding Devices - Manufacturers' Non-Delegable
       Duty to Provide Safeguarding Devices," St. Louis Association of Defense
       Counsel, St. Louis, MO, November 3, 1983.

147.*  Seminar: "Product Design in Today's Legal and Regulatory Environment," 1983
       SAE Truck and Bus Exposition, Stouffer's on the Square, Cleveland, OH,
       November 8, 1983.

148.   "Product Liability: Theory v Practice," Society of Plastic Engineers, Chicago
       Chapter, City of Hope, Niles, IL, November 16, 1983, at Triodyne, 5950 W.
       Touhy Ave., Niles, IL 60648.

149.   Seminar: "Safety and Human Factors Engineering," Grove Manufacturing Co.,
       Shady Grove, PA, December 12, 1983.

150.*  "Product Safety and Liability Engineering," American Society of Safety
       Engineers, Region III, 12th Annual Professional Development Conference and
       2nd Annual Engineering Division Seminar, Earl Rudder Conference Center,
       Texas A&M University, College Station, TX, February 6, 1984.

151.*  Seminar: "Product Design in Today's Legal and Regulatory Environment," 1984
       SAE International Congress and Exposition, Renaissance Center, Detroit, MI,
       February 28, 1984.

152.   Seminar: "The Analysis and Design of Mobile Crane Safety Systems," Grove

23

Manufacturing Company, Shady Grove, PA, March 26-27, 1984.

153. Seminar: "Bexiga, Barker and Beshada," Kent Law School, Chicago, IL, April 13, 1984.

154. Seminar: "Safety Engineering v Liability Proofing," Conveyor Equipment Manufacturers Association, 57th CEMA Engineering Conference, Williamsburg, VA, May 10, 1984.

155.* Seminar: "Product Design in Today's Legal and Regulatory Environment," 1984 SAE Government/Industry Meeting and Exposition, Washington, DC, May 22, 1984.

156. "Safety and Human Factors Considerations in the Design of Electrodynamic Separators," Greater Portland Production Engineers, Portland, OR, June 2, 1984.

157. Seminar: "The Interlock Problem - Preliminary Findings," Conveyor Equipment Manufacturers Association, 1984 Semi-Annual Meeting, Chicago, IL, September 28, 1984.

158. Seminar: "FOPS - A Safety and Forensic Engineering Dilemma," Construction Industry Manufacturers Association, 1984 Product Safety and Technical Seminar, Lincolnshire, IL, October 18, 1984.

159. Seminar: "Safety Research, Product Liability, and Accident Prevention," National Institute of Occupational Safety and Health, Morgantown, WV, November 27, 1984.

160.* Panel Member: "The Use of Standards Controlling How Consumer and Industrial Products are Made and Used," Forum III, National Symposium on Product Safety, National Safety Council, Chicago, IL, December 5, 1984.

161. Seminar: "The Dependency Hypothesis - Expected Use," Panel on Engineering Responsibilities in the Design of Safe Equipment, ASME Winter Annual Meeting, New Orleans, LA, December 11, 1984.

162.* Critique of September, 1984 CEMA Presentation: "Interlock Problem Rated Among Industry's Toughest to Solve," CEMA Bulletin, October-December, 1984.

163.* "Safety and the Legal Environment," Tri-State Chapter, American Society of Safety Engineers, Highland, IN, March 12, 1985.

164.* Panel Member: "Prevention of Severe Occupational Traumatic Injuries," National Symposium on the Prevention of Leading Work-Related Diseases and

24

Injuries, NIOSH, Atlanta, GA, May 1-3, 1985.

165.    "Forklift Operator Restraint Systems," Meeting on Operator Protection, Industrial Truck Association, Marriott-O'Hare, Chicago, IL, June 28, 1985.

166.*   "Avoiding Trouble When the Load's Up," (Mobile Crane Lifting Encyclopedia Part 2) Construction Equipment,  v.72, # 1 (July 15, 1985), pp. 97-101.

167.    "On Safety Libraries," International Federation of Library Associations, 51st Council and General Conference, Niles, IL, August 24, 1985.

168.    "Safety Design of Converting Equipment," Kimberly-Clark Corporation, Neenah, WI, August 27, 1985.

169.*   "High-Tech Implications for the Safety Professional," Borg-Warner Corporation Loss Control Seminar, Des Plaines, IL, October 4, 1985.

170.    "The Dependency Hypothesis - Misuse," Human Factors Engineering and the Liability Interface, American Society of Agricultural Engineers Winter Meeting, Chicago, IL, December 17, 1985.

171.    "Research, Consensus and Training," International Woodworking Machinery and Furniture Supply Fair, Education and Research Meeting, Naples, FL, March 6, 1986.

172.*   Seminar: "Effective Use of Demonstrative Evidence and Exhibits in the Courtroom," Twenty-Second Annual Defense Tactics Seminar, Illinois Association of Defense Trial Counsel, Chicago, IL, March 8, 1986.

173.    "The Dependency Hypothesis - Expected Use," Summer Meeting Program, American Society of Agricultural Engineers, San Luis Obispo, CA, July 2, 1986.

174.*   Seminar: "The Product Liability Challenge: Holding the Line on Cost," Illinois Manufacturers Association, Oak Brook, IL, October 15, 1986.

175.*   "Product Liability Risk Assessment and Control," Casualty Loss Control Conference, Chicago., IL, October 22, 1986.

176.*   "Product Liability/Safety Seminar," Woodworking Machinery Importers Association, Washington, DC, November 7, 1986.

177.    "Loss Control, Research and Product Liability," Aetna Insurance Company,

25

Hartford, CT, November 11, 1986.

178.    Seminar: "Advances in Safety and Human Factors Engineering Techniques,"
Kimberly-Clark Corporation, Infant Care Products Engineering, Neenah, WI,
December 5, 1986.

179.    Seminar: "Ergonomic Considerations in the Design of Converting Machines,"
Kimberly-Clark Corporation, Feminine Care Products Engineering, Neenah, WI,
December 5, 1986.

180.    Presentation: American Society of Safety Engineers, Structure and Membership
Profile, Chicago, IL, December 16, 1986.

181.*   "The Value of Standards in Litigation for Plaintiffs and Defendants," American
Society of Agricultural Engineers, Winter Meeting, Chicago, IL, December 16,
1986.

182.    "In Search of Zero Amputations - An Innovative Approach," Johnson & Johnson
1986-87 Worldwide Safety Conferences, New Brunswick, NJ, January 12, 1987.

183.    "Design Imperatives Arising From Safety and Law," Farm Equipment
Manufacturers Association Spring Management Clinic, Corpus Christi, TX,
March 24, 1987.

184.    "Industrial Safety and Ergonomic Research," Aetna Engineering Departments,
Aetna Life & Casualty, Hartford, CT., April 15, 1987.

185.    "The Exact Theory of Safety," Connecticut Valley Chapter American Society of
Safety Engineers, Hartford, CT., April l5, l987.

186.    "Woodworking Machinery Importers Association Safety, Health and
Environmental Seminar," Sponsored by the Institute for Advanced Safety Studies,
April 24, 1987, Niles, Illinois.

187.    "The Role of Research in Loss Prevention," American Supply and Machinery
Manufacturing Association, Triple Industry Supply Convention, Los Angeles,
CA., May 11, 1987.

188.    Seminar:  "Warning Sign Philosophy and the Theory of Uniform Safety,"
Greenlee Tool Company, Rockford, IL., May 13, 1987.

189.*   Interview: "A Case for Crane Safety and Legal Reform," Construction
Equipment, July 1987.

26

190.    "Product Defect Theories from the Engineer's Perspective," The Young Lawyers Section of the Chicago Bar Association, September 29, 1987, Chicago, Illinois.

191.    "Ladder Warning Labels/Human Factors," American Ladder Institute, Hyatt Regency, Dearborn, MI., October 5, 1987.

192.    "Unethical Conduct and Product Liability," Indiana Society of Professional Engineers, 50th Anniversary, Calumet Chapter, Hammond, IN., October 20, 1987.

193.*   Interview: "Sleuths Ferret Out The Facts For Court Trials", Midwest Engineer, (November, 1987).

194.    Seminar: "Philosophical Aspects of Safety Engineering," Product Safety and Liability Prevention Program, The Role of the Engineering Expert Witness, The College of Engineering, University of Wisconsin, Madison, Wisconsin, December 14, 1987.

195.    "Principles of Safety," American Society of Agricultural Engineers, Winter Meeting, Chicago, Illinois, December 17, 1987.

196.    "Advances in Safety & Human Factors Engineering", Bodine Society of Engineers' January Meeting, Chicago, Illinois, January 21, 1988.

197.    "Interlock Research - Graphic Arts Machinery", Rockwell International, Chicago, Illinois, February 11, 1988.

198.    "Compaction Equipment - Safety and Ergonomic Principles" Wacker Corporation, Menominee Falls, Wisconsin, February 23 and 24, 1988.

199.*   Television Interview: "Metropolitan Sanitary District Tunnel and Reservoir Plan Safety," NBC - News WMAQ-TV Chicago, IL., 5:00 p.m. News, March 7, 1988.

200.    Provided research literature for OSHA Hearings, regarding Lockout/Tagout for U.S. Senate Committee on Labor and Human Resources, April, 1988.

201.    Seminar: "Safety and Human Factors Developments for Outdoor Equipment," Garden Way Mfg., Troy, NY, April 13, 1988.

202.    Interview with environmental reporter Rob Karwath of the Chicago Tribune, May 30, 1988, regarding the Metropolitan Sanitary District of Greater Chicago, Deep Tunnel Project Safety.

27

203.    Seminar: "Recognize the Hazard, Design to Avoid It," Converting Equipment Manufacturers Association, Bloomingdale, IL, June 1, 1988.

204.    Seminar: "Construction Safety," Artex Insurance Company of Dallas, Hyatt Hotel, Chicago, IL., September 21, 1988.

205.    "Judicial Contributions to Woodworking Safety," Woodworking Machinery Importers Association, 1988 Annual Meeting, Kingsmill Resort, Williamsburg, Virginia, October 21, 1988.

206.    "The Theory of Ladder Labeling and Warning," American Ladder Institute, Fall 1988 Meeting, Westin Hotel, Chicago, Illinois, October 24, 1988.

207.    "Advances in Warning Sign Theory," Chicago Bar Association, Chicago, Illinois, January 12, 1989.

208.    "Safety Manuals," Jensen Publications, New Berlin, Wisconsin, January 17, 1989.

209.    "Injury Epidemiology Issues," Annual Safety Conference of Industrial Foundation for Industrial Ergonomics and Safety Research, Clarion Hotel, Cincinnati, Ohio, June 9, 1989.

210.    Seminar: "Balancing Safety and Risk" Southern New England Bell, US Grant Hotel, San Diego, CA, September 13, 1989.

211.    "Product Liability Engineering/Legal Aspects," Critical Issues Confronting Mohawk Valley Manufacturers Seminar for New York State Department of Economic Development, Suny Institute of Technology at Utica/Rome, New York, October 17, 1989.

212.    "The Safety Design Process," Construction Industry Manufacturers Association 1989 Product Safety & Technical Seminar, Evergreen Conference Center and Resort, Stone Mountain, Georgia, October 19, 1989.

213.    Seminar: "Experimental Mechanics in Safety Engineering," Triodyne Inc., Niles, Illinois, March 1, 1990.

214.*   Seminar: "The Specialty Safety Course," Integration of Safety & Health Into Engineering Curricula: Why It Is Important and How It Can Be Accomplished, A Workshop Sponsored by The National Institute for Occupational Safety and Health (NIOSH), The University of Utah College of Engineering, and The Rocky Mountain Center for Occupational and Environmental Health, Salt Lake City, Utah, April 27, 1990.

28

215.    Seminar: "Controls and Interlocks," Converting Equipment Manufacturers
        Association (CEMA) Safety Practices Seminar, Oak Brook, Illinois, May 30,
        1990.

216.    Seminar: "Safety and Ergonomic Consideration In The Design of Pneumatic
        Hand Tools," Huck Equipment Company, Kingston, New York, June 29, 1990.

217.    Seminar: "Human Factors Engineering, Testing and Other Safety Design
        Considerations," Tuthill Corporation, Product Safety Committee Meeting,
        Westmont, IL September 26, 1990.

218.    Seminar: "Principles of Safety and Ergonomics Related to Paper Converting
        Machinery," Engineering Division of 3 M Company, St. Paul, Minnesota,
        October 2, 1990.

219.    Seminar: "Aspects of Design Philosophy & Ergonomics," The Manufacturing
        Institute, Chicago, Illinois, October 29, 1990.

220.    Symposium: "Product Integrity to Increase Profits," The Manufacturing
        Productivity Center of Illinois Institute of Technology, Chicago, Illinois,
        November 1, 1990.

221.*   Interview: "Man at Work: Ralph Barnett," Interview with reporter from the
        Catalyst, Illinois Institute of Technology, Chicago, Illinois, Winter 1990/91 issue.

222.    Seminar: "Electrical Interlock Safety Study Presentation", Society of Plastic
        Industries, McCormick Place, Chicago, Illinois, June 18, 1991.

223.    Television Interview: "Z.O.R.O. (Zero Obstruction Repair Overpass)" by Roz
        Veran of NBC News, WMAQ-TV, Chicago, Illinois 5:00 p.m., June 25, 1991.

224.    Seminar: "Fault Tree Analysis in Safety and Forensic Engineering," Construction
        Industry Manufacturers Association 1991 Product Safety and Technical Seminar,
        Nashville, Tennessee, October 3, 1991.

225.    Guest Lecturer: "Safety Engineering Fundamentals," University of Minnesota,
        School of Public Health, Division of Environmental and Occupational Health,
        Department of Agricultural Engineering, Winter Quarter 1992, January 22, 1992.

226.    Guest Speaker: "Safety Theorems Including Uniform Safety and Doctrine of
        Manifest Danger" Long-Airdox Co. 1992 Sales Conference, Oak Hill, West
        Virginia, February 11, 1992.

29

227.*    Seminar: "Safety and Ergonomics of Commercial Kitchen Equipment," Delfield
Company, Mt. Pleasant, Michigan, July 28, 1992.

228.    Guest Speaker: "The Doctrine of Manifest Danger," Construction Industry
Manufacturers Association's 1992 Product Safety Seminar (CIMA), Oak Brook,
Illinois, October 8, 1992.

229.    Guest Speaker: "The Doctrine of Manifest Danger and Its Relationship to
Reliability, Preventative Maintenance and Fail-Safe Design," American Society
of Mechanical Engineers 1993 Design Technical Conference, Albuquerque, New
Mexico, September 20, 1993.

230.    Seminar: "Safety and Industrial Human Factors," Liberty Mutual Insurance
Company (Loss Control Seminar), November 2, 1993, Niles, Illinois.

231.    Presentation: "Confluence of the Irrational," the 114th Winter Annual Meeting of
the American Society of Mechanical Engineers, December 1, 1993, New
Orleans, Louisiana.

232.    Seminar: "Anatomy of A Warning: When to Warn," and "The Principle of
Uniform Safety," ABA National Institute Product Warnings, Instructions and
User Information, Washington, DC, January 20-21, 1994.

233.    Seminar: "The Principle of Uniform Safety," CIMA 1994 Product Safety
Seminar, Haines City, Florida, March 24, 1994.

234.*    Seminar: "Tales From the Front and An Expert's View of How This Resource Can
Best Be Utilized," The Young Lawyers Section of the Chicago Bar Association,
Product Liability Seminar, October 17, 1994, Chicago, Illinois.

235.*    Panelist: "Should 'PE' Be Required in Universities and in Industry," American
Society of Mechanical Engineers Winter Annual Meeting, November 9, 1994,
Chicago, Illinois.

236.*    Seminar: "Reducing Exposure to Liability in the Preproduction or Design of
Equipment," NPES 1994 Product Safety Seminar, Chicago, Illinois, November
30, 1994.

237.*    Workshop: "Ladder Safety Research Workshop," National Institute for
Occupational Safety and Health, Morgantown, West Virginia, August 1 - 2, 1995.

238.    Guest Speaker: "Advanced Concepts in Codes and Standards," American Ladder

30

Institute Annual Fall Meeting, Washington, D.C., September 12, 1995.

239.    Guest Speaker: "The Impact of Safety Philosophy on Design Engineering," Outboard Marine Corporation Engineering Seminar, Gurnee, IL, Nov. 1, 1995.

240.    Presentation: Barnett, Ralph L. and Schmid, Steven R., "Application of the Safeguard Evaluation Protocol," American Society of Mechanical Engineers, Winter Annual Meeting, New York, NY, November, 1995.

241.    Guest Speaker: "Integrating of Safety into the Design Process" Safety and Design Engineering: An Integrated Approach organized by the American Society of Mechanical Engineers, Chicago, Illinois, March 18, 1996.

242.    Guest Speaker: "Integration of Safety Into Design", Integrating Safety Through Design Symposium, National Safety Council, Bloomingdale, Illinois, September 17, 1996.

243.    Guest Speaker: "Computer Aided Safety Information System and Advances in Warning Sign Philosophy," American Bar Association National Institute Failure to Warn Seminar, September 23, 1996, Washington, D.C.

244.    Guest Speaker: "Small Manufacturing Firm - Safety, Ethnics and Liability", National Design Engineering Conference, ASME, Evanston, Illinois, March 10, 1997.

245.    Seminar: "Safety Philosophy", Federal Signal Corp., Governess State University, University Park, Illinois, March 12, 1997.

246.*   National Safety Council Interview, Today's Supervisor, "Take Ladder Safety One Rung at a Time," Tapas, Tina D., March 1997.

247.*   Television Interview: "WD-40:" Exploding Cans, Extra Show, May 1997.

248.    "Patents: Restoring Safety," American Society of Mechanical Engineers 13th Biennial Reliability, Stress Analysis and Failure Prevention Conference, Las Vegas, NV, September 15, 1999.

249.    "Ladder Slide Out - First Order Analysis," American Society of Mechanical Engineers 13th Biennial Reliability, Stress Analysis and Failure Prevention Conference, Las Vegas, NV, September 15, 1999.

250.    "Vehicle Lifts: The Hyperstatic Problem," American Society of Mechanical Engineers 13th Biennial Reliability, Stress Analysis and Failure Prevention

31

Conference, Las Vegas, NV, September 15, 1999.

251.    "The Float Scaffold," American Society of Mechanical Engineers 1999 International Mechanical Engineering Congress & Exposition, Nashville, TN, November 15, 1999.

252.    "A New Interlock System: Movable Interlocked Barrier Guards with Motorized Openers," American Society of Mechanical Engineers 1999 International Mechanical Engineering Congress & Exposition, Nashville, TN, November 15, 1999.

252.    "Anti-Hair Entanglement-Cantilevered Grating Elements," American Society of Mechanical Engineers 1999 International Mechanical Engineering Congress & Exposition, Nashville, TN, November 15, 1999.

253.    "Snap-Lock Beads Danger Analysis," American Society of Mechanical Engineers 1999 International Mechanical Engineering Congress & Exposition, Nashville, TN, November 15, 1999.

254.    "Power Transmission Safety Standards," American Society of Mechanical Engineers 2000 International Mechanical Engineering Congress & Exposition, September 2000.

255.    "Ergonomics: Five Design Theorems," CIMA, What is Your Weakest Link? Increase Safety - - Reduce Product Liability IV, Milwaukee, WI, August 5 - 7, 2001.

256.    "Safety Potpourri," CIMA, What is Your Weakest Link?  Increase Safety - - Reduce Product Liability IV, Milwaukee, WI, August 5 - 7, 2001.

257.    "Product Liability From an Engineering Point of View," Guest Lecturer, General Engineering 300, Valparaiso University, November 13, 2001.

258.    Mock Trial Defense Expert - Vincent v Saturn Ind., Masters-In-Trial, American Board of Trial Advocates, Chicago, IL, June 28, 2002.

259.    "The World of Ladder Safety," Guest Speaker, American Ladder Institute, 2004 ALI Conference, Chicago, IL, September 20, 2004.

260.    "Infant Pull Strength – Ability to Dislodge Crib Sheets," ASTM Section F15.19 Infant Bedding and Related Accessories, ASTM Headquarters, West Conshohocken, PA, March 9, 2005.

32

261.  "Extreme Value Formulation of Human Slip - A Summary," XIX Annual International Society for Occupational Ergonomics and Safety (ISOES) Conference, Las Vegas, NV, June 28, 2005.

262.  "Standards - Impact and Impotence," XIX Annual International Society for Occupational Ergonomics and Safety (ISOES) Conference, Las Vegas, NV, June 28, 2005.

263.  "Sloped Surfaces - Ladder Slide Out," XIX Annual International Society for Occupational Ergonomics and Safety (ISOES) Conference, Las Vegas, NV, June 28, 2005.

## TECHNICAL PUBLICATIONS

1.  Barnett, R.L., "Influence Diagrams for Statically Determinate Structures," Civil Engineering v. 27 # 10 (October 1957): 81-2.

2.  Barnett, R.L., "Prestressed Truss Beams," ASCE Transactions 1960. v. 124 (1959): 472-90. Note: This paper received the Collingwood Prize for 1960.

3.  Barnett, R.L., Discussion on "Properties of Steel and Concrete and the Behavior of Structures," Journal of the Structural Division. ASCE v. 86 # ST6 (June 1960): 161-62.

4.  Barnett, R.L., "Minimum Weight Design of Beams for Deflection," ASCE Transactions, v. 128 Part 1: Paper # 3411 (1963): 221-55.

5.  Barnett, R.L. and A. Humphreys, "Design for Minimum Weight," Materials in Design Engineering, v. 55 # 1 (January 1962): 83-85.

6.  Barnett, R.L., "On the Lifting Capacity of Crane Booms," ASME Paper # 62-WA-43, November 1962.

7.  Barnett, R.L., "Selection of Materials in Minimum Weight Design," ASME Paper # 63-MD-25, May 1963.

8.  Barnett, R.L., "Minimum Deflection Design of a Uniformly Accelerating Cantilever Beam," Brief Note, Journal of Applied Mechanics v. 30 Series E # 3 (September 1963): 466-67.

9.  Barnett, R.L., "Minimum Cost Design," Frontier (Summer 1963): 26-29 and Arts and Architecture (November 1963): 15, 41.

33

10.    Barnett, R.L. and K.E. Hofer, "Strength Analysis of Joints in Brittle Materials," 9th National Symposium, Society of Aerospace Materials and Processing Engineers. Paper # VI-3, November 1965.

11.    Barnett, R.L. and P.C. Hermann, "Proof Testing in Design with Brittle Materials," J.J. Spacecraft & Rockets v. 2 # 6 (November-December 1965).

12.    Barnett, R.L., "Minimum Weight Design," Frontier (Spring 1966).

13.    About Barnett, R.L., by N.P. Chironis, "Odd Shapes and Materials Save Weight in Structures," Product Engineering v. 37 # 18 (August 29, 1966): 96-102.

14.    Barnett, R.L. and R.L. McGuire, "Statistical Approach to Analysis and Design of Ceramic Structures," American Ceramic Society Bulletin, v. 45 # 6 (June l966): 595-602.

15.    Barnett, R.L., J.F. Costello, and P.C. Hermann, "The Odds Against Fracture (Predicting Strength of Brittle Structures)," Machine Design, v. 38 # 26 (November 10, 1966): 184-91.

16.    Barnett, R.L., "Survey of Optimum Structural Design," Experimental Mechanics v. 6 # 12 (December 1966): 19a-26a.

17.    Barnett, R.L., et al., "Structural Plastics: Properties and Problems," Journal of the Structural Division, ASCE v. 93 # ST1 (February 1967): 373-80.

18.    Barnett, R.L., "Design of Statically Determinate Trusses for Minimum Weight and Deflection," Proc. 1968 Aviation and Space Conference, (June 1968).

19.    Barnett, R.L., "Optimum Prestressed Tubular Columns," Journal of the Structural Division, ASCE v. 96 # ST2 (February 1970): 291-307.

20.    Barnett, R.L., et al., "Fatigue Characteristics of Selected Plastics," Journal of the Structural Division, ASCE v. 96 ST7 (July 1970): 1567-69.

21.    "ASME Code and Product Liability: Should Compliance Create a Rebuttable Presumption of Proper Design?," a Discussion in Critical Issues in Materials and Mechanical Engineering: PVP v. 47, Proceedings of the Symposium on Critical Materials and Fabrication Issues for Pressure Vessels, Piping, Pumps, and Valves, San Francisco, CA August 12-15, 1980, 224-225.

22a.    Barnett, R.L. and P. Barroso Jr., "On Classification of Safeguard Devices -

34

Intrinsic Classification," <u>Proceedings of the 37th National Conference on Fluid Power,</u> v. 35, (October 21-23, 1981): 313-316.

b.    <u>Triodyne Safety Brief</u> v. 1 # 1 (April 1981).

c.    Society of Automotive Engineers - Seminar Series, September 12-13, 1983.

d.    Society of Automotive Engineers - Seminar Series, November 3,1983.

e.    Society of Automotive Engineers - Seminar Series, February 28, 1984.

f.    Society of Automotive Engineers - Seminar Series, May 22, 1984.

g.    Construction Industry Manufacturers Association, October 6, 1983.

h.    American Society of Safety Engineers, Proceedings, February 6-8, 1984, Region III Professional Development Conference, Texas A & M University, College Station, TX.

23a.    Barnett, R.L. and P. Barroso Jr., "On Classification of Safeguard Devices - Functional Hierarchy," <u>Proceedings of the 37th National Conference on Fluid Power,</u> v. 35, (October 21-23, 1981): 313-316.

b.    <u>Triodyne Safety Brief,</u> v. 1 # 2 (September 1981).

c.    Society of Automotive Engineers - Seminar Series, September 12-13, 1983.

d.    Society of Automotive Engineers - Seminar Series, November 3, 1983.

e.    Society of Automotive Engineers - Seminar Series, February 28, 1984.

f.    Society of Automotive Engineers - Seminar Series, May 22, 1984.

g.    Construction Industry Manufacturers Association, October 6, 1983.

35

h.          American Society of Safety Engineers, Proceedings, February 6, 1984, Region III Professional Development Conference.

24a.    Switalski, W.G. and R. L. Barnett, "Two Press Guards - A Second Look." National Safety News, v. 123 # 5 (May 1981): pp. 64-5.

b.          Triodyne Safety Brief v. 2 # 4 (September 1984).

25a.    Barnett, R.L., "Z.O.R.O. - Zero Obstruction Repair Overpass" Triodyne Safety Brief v. 1 # 3 (October 1982).

b.          Lehrer, J., "Avoiding Congestion the 'Smart Way'" Home & Away, AAA/Chicago Motor Club Magazine, September-October, 1991.

26a.    Barnett, R.L. and B.A. Hamilton, "Philosophical Aspects of Dangerous Safety Systems," Triodyne Safety Brief, v. 1 # 4 (December 1982).

b.          Society of Automotive Engineers - Seminar Series, September 12-13, 1983.

c.          Society of Automotive Engineers - Seminar Series, November 3,1983.

d.          Society of Automotive Engineers - Seminar Series, February 28, 1984.

e.          Society of Automotive Engineers - Seminar Series, May 22, 1984.

f.          Construction Industry Manufacturers Association, October 6, 1983.

g.          American Society of Safety Engineers, Proceedings, February 6, 1984, Region III Professional Development Conference.

27.     Barnett, R.L., "On Safety Codes and Standards," Triodyne  Safety Brief v. 2 # 1 (July 1983).

28a.    Barnett, R.L., "Safety and Product Liability Considerations in Farm Machinery Equipment," Triodyne Safety Brief v. 2 # 2 (August 1983).

b.          Implement & Tractor v. 98 # 4-5 (March 1983): ME-1 to ME-6; v.

36

        98 # 6 (April 1983); ME-4 to ME-6;v. 98 # 7 (May 1983 (ME-3 to ME-6. 1983).

29a.    Barnett, R.L., G.D. Litwin, and P. Barroso Jr., "The Dependency Hypothesis - Misuse," <u>Triodyne Safety Brief</u> v. 2 # 3 (November 1983).

    b.    <u>American Society of Agricultural Engineers. Paper # 85-1624</u>, December 20, 1985.

    c.    Society of Automotive Engineers - Seminar Series, September 12-13, 1983.

    d.    Society of Automotive Engineers - Seminar Series, November 3,1983.

    e.    Society of Automotive Engineers - Seminar Series, February 28, 1984.

    f.    Society of Automotive Engineers - Seminar Series, May 22, 1984.

    g.    Construction Industry Manufacturers Association, October 6, 1983.

    h.    American Society of Safety Engineers, Proceedings, February 6, 1984, Region III Professional Development Conference.

30a.    Barnett, R.L., G.D. Litwin and P. Barroso Jr., "The Dependency Hypothesis - Expected Use," <u>Triodyne Safety Brief</u> v. 3 # 1 (December 1984).

    b.    <u>American Society of Agricultural Engineers. Paper # 86-5021</u>, July 2, 1986.

    c.    Reprinted in: <u>What is Your Weakest Link?  Increase Safety - - Reduce Product Liability IV</u>, Milwaukee, WI, August 5 - 7, 2001.

31a.    Barnett, R.L. and D.B. Brickman, "Safety Hierarchy," <u>Triodyne Safety Brief</u> v. 3, # 2 (June 1985).

    b.    <u>Journal of Safety Research,</u> v. 17 # 2. (Summer 1986):  49-55.

37

32.     Switalski, W.G. and R. L. Barnett, "Trailer Hitches & Towbars," <u>Triodyne Safety Brief</u> v. 3 # 3 (July 1985).

33a.    Barnett, R.L., G. Litwin and G.H. Hutter, "The Meat Grinder Safety Throat," <u>Triodyne Safety Brief</u> v. 3 # 4 (September 1985).

    b.          "Safety Throats for Meat Grinding Equipment," <u>Journal of Engineering For Industry</u> v. 111, # 3,  August 1989, 262-268.

34a.    Brickman, D.B. and R.L. Barnett, "On Rubber Augers--Failure Modes and Effects," <u>Triodyne Safety Brief</u> v. 4 # 2 (June 1986).

    b.          <u>American Society of Agricultural Engineers, Paper # 86-5018</u>, July 2, 1986.

    c.          <u>Transactions of the ASAE,</u> v. 29, # 5 (l986): 1208-1212.

35a.    "A Proposed National Strategy for the Prevention of Severe Occupational Traumatic Injuries," in <u>Proposed National Strategies for the Prevention of Leading Work-Related Diseases and Injuries, Part 1</u>, Washington, D.C. Association of Schools of Public Health under a cooperative agreement with the National Institute for Occupational Safety and Health, (1986): 49-69.

    b.          <u>Professional Safety</u> v. 32 #12 (December 1987): pp. 26-36.

    c.          <u>Triodyne Safety Brief</u> v. 4 #4 (December 1986): 1, 3-10.

36a.    Barnett, R.L. and W. G. Switalski, "Principles of Human Safety," <u>ASAE 87 - 5513</u>. Paper presented at the 1987 International Winter Meeting of the American Society of Agricultural Engineers, Chicago, December 17, 1987, 39 pages.

    b.          <u>Triodyne Safety Brief</u> v. 5 #1 (February, 1988)

    c.          <u>Forensic Engineering</u>, v.1 #3 (1988): 153-173.

    d.          <u>Preventing Product Liability</u>, The Manufacturing Institute, October 29 & 30, 1990, Chicago, Illinois.

    e.          Symposium Proceedings, "Product Integrity to Increase Profits," The Manufacturing Productivity Center of Illinois Institute of Technology,  November 1, 1990.

38

  f.  "Overseas Product Liability Information 1993 No. 1," ("Principles of Safety") Tokyo, The Yasuda Fire & Marine Insurance Company, Limited., 1993.

  g.  ABA <u>National Institute Product Warnings, Instructions and User Information,</u> Section D, American Bar Association, Washington, DC, January, 1994.

  h.  NPES The Association for Suppliers of Printing and Publishing Technologies, "How to Reduce the Risk of Costly Liability By Producing & Marketing Safe Equipment," Chicago, Illinois, November 30, 1994.

  i.  "Principles of Human Safety," published in <u>Product Warnings, Instructions and User Information,</u> Chicago Bar Association, 1994.

  j.  Reprinted in: <u>What is Your Weakest Link?  Increase Safety - - Reduce Product Liability IV,</u> Milwaukee, WI, August 5 - 7, 2001.

37a. Barnett, R.L. and D. B. Brickman, "Deadman Controls on Lawn Mowers and Snowblowers," <u>Triodyne Safety Brief,</u> v. 5 #2 (July, 1988).

  b.  <u>Failure Prevention and Reliability - 1989,</u> New York, American Society of Mechanical Engineers, 1989, pp. 59-68.

38. Barnett, R.L., Peter Barroso Jr., Beth A. Hamilton and Gene D. Litwin, "Selected Principles of Human Safety in the Workplace," <u>International Journal of Materials and Product Technology</u> v. 4 #2 (1989): 125-44.

39a. Brickman, D.B., and Ralph L. Barnett, "Auger Elevator-Failure Modes and Effects Case Study," <u>Reliability, Stress Analysis, and Failure Prevention - 1991,</u> New York, American Society of Mechanical Engineers, 1991, pp. 95-102.

  b.  <u>Triodyne Safety Brief,</u> Vol. 9, No. 2 (January, 1994).

40a. Barnett, R.L., "The Doctrine of Manifest Danger and Its Relationship to Reliability, Preventive Maintenance and Fail-Safe Design," <u>Triodyne Safety Brief,</u> Vol. 8, No. 1 (September, 1992).

  b.  <u>ASME 10th Biennial Conference on Reliability, Stress Analysis and Failure Prevention,</u> New York, American Society of Mechanical Engineers, 1993.

39

    c.               NPES The Association for Suppliers of Printing and Publishing Technologies, "How to Reduce the Risk of Costly Liability By Producing & Marketing Safe Equipment," Chicago, Illinois, November 30, 1994.

    d.               Reprinted in: <u>What is Your Weakest Link?  Increase Safety - - Reduce Product Liability IV</u>, Milwaukee, WI, August 5 - 7, 2001.

41a.    Brickman, D.B., and Ralph L. Barnett, "On the Problem of Guarding Three Roll-Bending Machines," <u>ASME 92-WA/SAF-3</u>.  New York, American Society of Mechanical Engineers, 1992.

    b.               <u>Triodyne Safety Brief</u>, Vol. 9, No. 3, (January, 1994).

    c.               <u>The Expert Witness Journal</u>, Vol. 6, No. 3, March 1994, p. 1.

42a.    Brickman, Dennis B., and Barnett, Ralph L., "Quantification Versus Go/No-Go Criteria," <u>Reliability, Stress Analysis, and Failure Prevention - 1993</u>, DE-Vol. 55, New York, American Society of Mechanical Engineers, 1993, pp. 9-15.

    b.               <u>Triodyne Safety Brief</u>, Vol. 10, No. 4, (April, 1995).

43a.    Brickman, Dennis B., and Barnett, Ralph L., "On the Safety of Stationary Buffing Machines," <u>Safety Engineering and Risk Analysis</u>, SERA - Vol. 1. New York, American Society of Mechanical Engineers, 1993, pp. 103 - 110.

    b.               <u>Triodyne Safety Brief</u>, Vol. 11, No. 1, (April, 1995).

44a.    Barnett, R.L., "The Principle of Uniform Safety," American Bar Association, Product Warnings, Instructions and User Information, Washington, DC, January 20-21, 1994.

    b.               <u>Triodyne Safety Brief</u> Vol. 10, No. 1 (August 1994).

    c.               American Society of Mechanical Engineers Winter Annual Meeting, November 8, 1994, Chicago, Illinois.

    d.               NPES The Association for Suppliers of Printing and Publishing Technologies, "How to Reduce the Risk of Costly Liability By Producing & Marketing Safe Equipment," Chicago, Illinois, November 30, 1994.

    e.               <u>Product Warnings, Instructions and User Information</u>, Chicago American Bar Association, 1994.

40

f.              Reprinted in: <u>What is Your Weakest Link?  Increase Safety - -
                <u>Reduce Product Liability IV</u>, Milwaukee, WI, August 5 - 7, 2001.

45a.    Brickman, Dennis B., and Barnett, Ralph L., "Strongest Link Principle," <u>ASME
        94-WA/DE-2</u>.  New York, American Society of Mechanical Engineers, 1994, pp.
        1-6.

        b.              <u>Triodyne Safety Bulletin</u>, Vol. 1, No. 3, August, 1995.

        c.              <u>The Expert Witness Journal</u>, Vol. 7, No. 10, October 1995, pp. 1 &
                        2.

46a.    Brickman, Dennis B., and Barnett, Ralph L., "Portable Luggage Cart Safety - An
        Application of the Safety Hierarchy," American Society of Mechanical Engineers,
        Winter Annual Meeting, New York, NY, November, 1995.

        b.              <u>Triodyne Safety Abstract</u>, Vol. 1, No. 1, September 1995.

47a.    Brickman, Dennis B., and Barnett, Ralph L., "On The Safety of a Portable
        Grinder Guard," American Society of Mechanical Engineers, Winter Annual
        Meeting, New York, NY, November, 1995.

        b.              <u>Triodyne Safety Brief</u>, Vol. 11, No. 3, (March 1996).

48.     Barnett, Ralph L., and Schmid, Steven R., "Application of the Safeguard
        Evaluation Protocol," SERA Vol.4, Safety Engineering and Risk Analysis, ASME
        1995.

49a.    Barnett, Ralph L., and Schmid, Steven R., "Safeguard Evaluation Protocol - A
        Decision Tree for Standardizing, Optionalizing, Prohibiting, Ignoring, Enhancing
        or Characterizing Safeguards," <u>Triodyne Safety Bulletin</u>, Vol. 1, No. 1, May
        1995.

        b.              Reprinted in: <u>What is Your Weakest Link?  Increase Safety - -
                        <u>Reduce Product Liability IV</u>, Milwaukee, WI, August 5 - 7, 2001.

50a.    Barnett, Ralph L., and Schmid, Steven R., "Safeguard Evaluation Protocol - A
        Decision Tree for Standardizing, Optionalizing, Prohibiting, Ignoring, Enhancing
        or Characterizing Safeguards," <u>Triodyne Safety Brief</u>, Vol. 11, No. 2, (May
        1995).

41

b.          Product Warnings, Instructions and User Information, Chicago
            American Bar Association, 1994.

51.    Poczynok, Peter J. and Barnett, Ralph L., "Risk Analysis," Triodyne Safety
       Bulletin, Vol. 1, No. 2, June, 1995.

52.    Giebs, Claudine P., Barnett, Ralph L., and Poczynok, Peter J., "Friction Sled,"
       Triodyne Safety Bulletin, Vol. 2, No. 1, September 1995.

53a.   Barnett, Ralph L., "The Drunk, the Child and the Soldier - My, How They Fall,"
       Triodyne Safety Bulletin, Vol. 2, No. 2, September 1995.

b.     Hyde, Alvin S., Accidental Falls, Their Causes and Their Injuries, Key Biscayne,
       FL: HAI, 1996, Appendix 2, p. 249.

54a.   Barnett, Ralph L. and Poczynok, Peter J., "Safety Rules of Thumb," Triodyne
       Safety Bulletin, Vol. 2, No. 4, February 1996.

       b.          The Expert Witness Journal, Vol. 8, No. 4, April 1996, p. 2.

55.    Barnett, Ralph L. and Tudor, Andrew H., "Extension Ladders - Going Out On A
       Limb," Triodyne Safety Bulletin, Vol. 3, No. 1, February 1996.

56.    d'Entremont, Kenneth L. and Barnett, Ralph L., "Three Wheeled vs. Four
       Wheeled Turf Work Trucks," Triodyne Safety Brief, Vol. 11, No. 4, March 1996.

57a.   Brickman, Dennis B. and Barnett, Ralph L., "The Grate Debate," Triodyne Safety
       Bulletin, Vol. 4, No. 2, August, 1996.

       b.          Safety Engineering and Risk Analysis, SERA-Vol. 6, New York,
                   American Society of Mechanical Engineers, 1996, pp. 89-96.

58.    Barnett, Ralph L., "Fall Protection: Minimum Weight Lanyards for Bowhunters,"
       Triodyne Safety Bulletin, Vol 4, No. 1, August 1996.

59.    d'Entremont, Kenneth L. and Barnett, Ralph L., Society of Automotive
       Engineers, Paper No. 961761, "On the Maneuverability and Stability of Turf
       Work Trucks," August 1996.

60a.   Barnett, Ralph L., "Ladder Slide Out - First Order Analysis,"DETC99/RSAFP-
       8865, Proceedings of the 1999 ASME Design Engineering Technical
       Conferences, Las Vegas, NV, September 12 - 15, 1999, pp. 1 - 9.

42

b.          Triodyne Safety Brief, Vol. 12, No. 1, November 1996.

c.          The Expert Witness Journal, Vol. 8, No. 12, December 1996, p. 2.

61.    Barnett, Ralph L. and Glowiak, Suzanne A., "Hand Trajectories Under Free Fall," Triodyne Safety Brief, Vol. 12, No. 2, January 1997.

62a.   Brickman, Dennis B. and Barnett, Ralph L., "Infant Crib Failure Analysis Case Study," A Critical Link: Diagnosis to Prognosis: Proceedings of a Joint Conference: The 51st Meeting of the Society for Machinery Failure Prevention Technology and the 12th Biennial Conference on Reliability, Stress Analysis and Failure Prevention, Haymarket, VA, Society for Machinery Failure Prevention Technology, (April 1997): 171-180.

b.          Triodyne Safety Abstract, Vol. 2, No. 3, May 1997.

63.    Barnett, Ralph L., "Minimum Safety Standard - An Oxymoron," Triodyne Safety Bulletin, Vol. 5, No. 3, June 1997.

64.    Brickman, Dennis B., Barnett, Ralph L., and Smith, Harry R., "Bungee Cord Danger Analysis," Triodyne Safety Brief, Vol. 12, No. 3, June 1997.

65a.   Barnett, Ralph L. and Glowiak, Suzanne A., "Hand Motion During Trip and Fall Scenarios," Safety Engineering and Risk Analysis, SERA - Vol. 7, New York, American Society of Mechanical Engineers, 1997.

b.          Triodyne Safety Abstract, Vol. 2, No. 4, July 1997.

66.    Barnett, Ralph L., "Foot Controls: Riding the Pedal," Triodyne Safety Brief, Vol. 12, No. 4, July 1997.

67a.   Barnett, Ralph L. and Poczynok, Peter J., "Vehicle Lifts: The Hyperstatic Problem," DETC99/RSAFP-8860, Proceedings of the 1999 ASME Design Engineering Technical Conferences, Las Vegas, NV, September 12 - 15, 1999, pp. 83 - 87.

b.          Triodyne Safety Brief, Vol. 13, No. 2, August 1997.

68.    Switalski, William G. and Barnett, Ralph L., "Truck Mounted Ladder Racks," Triodyne Safety Bulletin, Vol. 6, No. 2, December 1997.

69.    Barnett, Ralph L., "Anti-Hair Entanglement," Triodyne Safety Alert, Vol. 1, No. 1, February 1998.

43

70a.   Barnett, Ralph L., "Design Defect: Doctrine of Alternative Design," <u>Triodyne Safety Brief</u>, Vol. 13, No. 4, June 1998.

b.       <u>The Expert Witness Journal</u>, Vol. 10, No. 9, September 1998, pp. 1 & 3.

71.    Barnett, Ralph L. and Brinckerhoff, Patrick M., "Swing Gates: The Weak Link in the Chain Link," <u>Triodyne Safety Alert</u>, Vol. 1, No. 2, July 1998.

72.    Barnett, Ralph L., "Patents: Restoring Safety," <u>DETC99/RSAFP-8864</u>, Proceedings of the 1999 ASME Design Engineering Technical Conferences, Las Vegas, NV, September 12 - 15, 1999, pp. 105 - 108.

b.       <u>Triodyne Safety Brief</u>, Vol. 14, No. 1, August 1998.

73.    Barnett, Ralph L., "Interlocked Barrier Guards: Risk Taking Philosophy," <u>Triodyne Safety Bulletin</u>, Vol. 7, No. 4, September 1998.

74a.   Brickman, Dennis B. and Barnett, Ralph L., "Safety Analysis of Roller Compactors Exposed to Rollover," <u>Safety Engineering and Risk Analysis</u>, SERA - Vol 8, American Society of Mechanical Engineers International Mechanical Engineering Congress, New York, November 1998.

b.       <u>Triodyne Safety Brief</u>, Vol. 14, No. 4, December 1998.

75a.   Barnett, Ralph L. and Barroso, Peter J., "Foot Control Activation - Reciprocating vs. Pivoting," <u>Safety Engineering and Risk Analysis</u>, SERA - Vol. 8, American Society of Mechanical Engineers International Mechanical Engineering Congress," New York, November 1998.

b.       <u>Triodyne Safety Brief</u>, Vol. 14, No. 2, September 1998.

c.       <u>The Expert Witness Journal</u>, Vol. 10, No. 11, November 1988, p. 1.

76a.   Barnett, Ralph L., "Reasonably Foreseeable Use," <u>Safety Engineering and Risk Analysis</u>, SERA Vol. 8, American Society of Mechanical Engineers International Mechanical Engineering Congress, New York, Nov. 1998.

b.       <u>Triodyne Safety Brief</u>, Vol. 14, No. 3, November, 1998.

c.       <u>The Expert Witness Journal</u>, Vol. 11, No. 3, March, 1999, pp. 1 & 4.

44

77.     Barnett, Ralph L., "Safety Potpourri," <u>Triodyne Safety Bulletin</u>, Vol. 8, No. 3, December 1988.

78a.    Barnett, Ralph L. and Poczynok, Peter J., "Retractable Overhead Guards For Industrial Vehicles Without Seat Belts," <u>Triodyne Safety Alert</u>, Vol. 1, No. 3., February, 1999.

    b.          "Retractable Overhead Guards for Industrial Vehicle Without seatbelts," Barnett, R. L., and Poczynok, P. J. <u>The Engineering Science of Structures</u>, Chapter 1, Illinois Institute of Technology, Chicago, IL, 2000.

79a.    Barnett, Ralph L. and Brickman, Dennis B., "Chipper/Shredder: The Pull-In Hypothesis," <u>DETC99/RSAFP-8868</u>, Proceedings of the 1999 ASME Design Engineering Technical Conferences, Las Vegas, NV, September 12 - 15, 1999, pp. 131 - 139.

    b.          <u>Triodyne Safety Brief</u>, Vol. 15, No. 4, November, 1999.

80a.    Barnett, Ralph L. and Liber, Theodore, "Movable Interlocked Barrier Guards With Motorized Openers," <u>Safety Engineering and Risk Analysis</u>, SERA - Vol. 9, American Society of Mechanical Engineers, November, 1999.

    b.          <u>Triodyne Safety Alert</u>, Vol. 1, No. 4, August 1999.

81a.    Poczynok, Peter J. and Barnett, Ralph L., "The Float Scaffold," <u>Safety Engineering and Risk Analysis</u>, SERA - Vol. 9, American Society of Mechanical Engineers, November 1999.

    b.          <u>Triodyne Safety Brief</u>, Vol. 15, No. 1, April 1999.

82.     Brickman, Dennis B. and Barnett, Ralph L., "Trencher - Impingement on Buried Objects," <u>DETC99/RSAFP - 8867</u>, Proceedings of the 1999 ASME Design Engineering Technical Conference, Las Vegas, NV, September 12 - 15, 1999, pp. 123 - 129.

83a.    Poczynok, Peter J., Dybek, Adam and Barnett, Ralph L., "Anti-Hair Entanglement - Cantilevered Grating Elements," <u>Safety Engineering and Risk Analysis</u>, SERA - Vol. 9, American Society of Mechanical Engineers, November 1999.

    b.          <u>Triodyne Safety Alert</u>, Vol. 2, No. 1, March 2000

45

84a.    Barnett, Ralph L. and Poczynok, Peter P., "Power Transmission Safety
        Standards", Safety Engineering and Risk Analysis, SERA - Vol. 10, American
        Society of Mechanical Engineers, September 2000.

    b.              Triodyne Safety Brief, Vol. 16, No. 3, February 2000.

85a.    Barnett, Ralph L. and Poczynok, Peter P., "Ladder Rung vs. Siderail Hand Grip
        Strategies," Triodyne Safety Brief, Vol. 16, No. 4, April 2000.

    b.              Safety Engineering and Risk Analysis, SERA - Vol. 11, New
                    York, American Society of Mechanical Engineers, November
                    2001.

86.     Barnett, Ralph L. and Liber, Theodore, "Interlocked Fixed Guards-Bolted
        Panels", Triodyne Safety Alert, Vol. 2, No. 2, May 2000.

87a.    Barnett, Ralph L. and Wambaja, Raymond, "International Safety Alert Symbol,"
        Triodyne Safety Brief, Vol. 17, No. 2, September 2000.

    b.              Safety Engineering and Risk Analysis, SERA - Vol. 11, New
                    York, American Society of Mechanical Engineers, November
                    2001.

88.     Barnett, Ralph L., "How to Climb an Unsafe Ladder," Triodyne Safety Bulletin,
        Vol. 9, No. 4, January 2001.

89.     Barnett, Ralph L., "Safety Potpourri," Triodyne Safety Brief, Vol. 17, No. 4,
        January 2001.

90a.    Barnett, Ralph L. and Switalski, William G., "Case Study: The Safety of Wood
        Railings," Triodyne Safety Brief, Vol. 18, No. 1, March 2001.

    b.              Safety Engineering and Risk Analysis, SERA - Vol. 11, New
                    York, American Society of Mechanical Engineers, November
                    2001.

91a.    Barnett, Ralph L. and Poczynok, Peter P., "Anti-Hair Snare Pool Drain Cover,"
        Safety Engineering and Risk Analysis, SERA - Vol. 11, New York, American
        Society of Mechanical Engineers, November 2001.

    b.              Triodyne Safety Brief, Vol. 18, No. 4, May, 2001.

46

92.  Barnett, Ralph L. and Pattin, Cheryl A., "Friction-Related Aspects of Human Pushing," <u>Safety Engineering and Risk Analysis</u>, SERA - Vol. 11, New York, American Society of Mechanical Engineers, November 2001.

93a.  Brickman, Dennis B. and Barnett, Ralph L., "On the Safety of Infeeding Vertical Garden Shredders," <u>IMECE2001/SERA-24000</u>, Proceedings of 2001 ASME International Mechanical Engineering Congress and Exposition, New York, NY, November 11-16, 2001, pp. 1-6.

_____b.         <u>Triodyne Safety Brief</u>, Vol. 19, No. 2, August 2001, pp. 1-6.

94.  Barnett, Ralph L., Letter to the Editor, The Main Drain Entrapment Debate, "A Life and Death Issue," <u>Pool & Spa News</u>, Volume 40, No. 20, October 17, 2001, p. 18.

95.  Barnett, Ralph L. and Ferrone, Christopher, "Tautliner Vans, Case Study: Safety Philosophy," <u>Triodyne Safety Bulletin</u>, Volume 10, No. 1, January 2002.

96a.  Barnett, Ralph L., Letter to the Editor, "More Controversy About Entrapment," <u>Pool and Spa News</u>," Vol. 41, No. 2, January 25, 2002.

     b.         Unedited version available online at www.triodyne.com/letters.

97a.  Barnett, Ralph L. and Poczynok, Peter J., "Critique: Drain Cover Standard ASME/ANSI - A112.19.8M-1987 (1996), Case Study: Steering Wheel," <u>Triodyne Safety Brief</u>, Volume 19, No. 4, February, 2002.

     b.         <u>Safety Engineering and Risk Analysis</u>, SERA - Vol 12, Las Vegas, NV, American Society of Mechanical Engineers, November 2002.

98a.  Barnett, Ralph L. and Ferrone, Christopher W., "Forklift Mounted Self-Dumping Hoppers, Counter Latch Invention," <u>Triodyne Safety Brief</u>, Volume 20, No. 1, March, 2002.

     b.         <u>Safety Engineering and Risk Analysis</u>, SERA - Vol. 12, Las Vegas, NV, American Society of Mechanical Engineers, November 2002.

99.  Barnett, Ralph L., "'Slip and Fall' Theory - Extreme Order Statistics," <u>International Journal of Occupational Safety & Ergonomics</u>, Vol. 8, No. 2, Warszawa, Poland, June 2002.

100.  Barnett, Ralph L., "Tailgating - Rule of Three," <u>Triodyne Safety Brief</u>, Volume

47

21, No. 4, October, 2002.

101a.   Barnett, Ralph L., Glowiak, Suzanne A., and Poczynok, Peter P., "Stochastic Theory of Human Slipping," <u>Safety Engineering and Risk Analysis</u>, SERA - Vol. 12, Las Vegas, NV, American Society of Mechanical Engineers, November 2002.

   b.      <u>Triodyne Safety Brief</u>, Vol. 22, No. 4, February 2003

102.    Barnett, Ralph L. and Liber, Theodore, "Human Push Capability," <u>Triodyne Safety Brief</u>, Volume 22, No. 1, November, 2002.

103a.   Barnett, Ralph L. and Poczynok, Peter J., "Above-Ground Pool Safety - Mechanical Solution," <u>Triodyne Safety Brief</u>, Vol. 23, No. 1, March, 2003.

   b.      <u>DETC2003/SERA-48690</u>, Proceedings of DETC'03 ASME 2003 Design Engineering Technical Conferences and Computers and Information in Engineering Conference, Chicago, IL, September, 2003.

104a.   Brickman, Dennis B. and Barnett, Ralph L., "Bumpers/Fenders Used for Low Speed Runover Protection," <u>Triodyne Safety Brief</u>, Vol. 23, No. 2, April, 2003.

   b.      <u>DETC2003/SERA-48688</u>, Proceedings of DETC'03 ASME 2003 Design Engineering Technical Conferences and Computers and Information in Engineering Conference, Chicago, IL, September, 2003.

   c.      <u>ACMIE Newsbrief</u>, Defense Research Institute, Winter 2005.

105a.   Switalski, William G. and Barnett, Ralph L., "Auto-Setting Ladder Inclination," <u>Triodyne Safety Brief</u>, Vol. 24, No. 1, July, 2003.

   b.      <u>DETC2003/SERA-48689</u>, Proceedings of DETC'03 ASME 2003 Design Engineering Technical Conferences and Computers and Information in Engineering Conference, Chicago, IL, September, 2003.

106.a.  Barnett, Ralph L. and Poczynok, Peter P., "Floor Reliability With Respect to Slip and Fall", <u>Triodyne Safety Brief</u>, Vol. 24, No. 3, November, 2003.

   b.      <u>IMECE2005-79160</u>, Proceedings of IMECE05 2005 ASME International Mechanical Engineering Conference and Exposition,

48

Orlando, FL, November 5-11, 2005.

107.    Barnett, Ralph L. and Pocynok, Peter P., "Boogie Board Flexibility," <u>Triodyne Safety Brief</u>, Vol. 24, No. 4, December, 2003.

108.a.  Barnett, Ralph L. and Liber, Theodore, "Sloped Surfaces - Ladder Slide Out," <u>Triodyne Safety Brief</u>, Vol. 25, No. 1, January, 2004.

    b.        <u>Proceedings of the XIX Annual International Society for Occupational Ergonomics and Safety (ISOES) Conference</u>, Las Vegas, NV, June 2005.

109.    Barnett, Ralph L. and Ferrone, Christopher W., "Ladder Cages," <u>Triodyne Safety Brief</u>, Vol. 25, No. 4, April, 2004.

110a.   Barnett, Ralph L. and Brickman, Dennis B., "Infant Pull Strength — Ability to Dislodge Crib Sheets," <u>Triodyne Safety Brief</u>, Vol. 26, No. 1, May, 2004.

    b.        IMECE2004-60588, Proceedings of IMECE04 2004 ASME International Mechanical Engineering Congress and Exposition, Anaheim, CA, November 13-20, 2004.

111a.   Barnett, Ralph L. and Poczynok, Peter P., "Slip and Fall Characterization of Floors," <u>Triodyne Safety Brief</u>, Vol. 26, No. 2, June, 2004.

    b.        IMECE2004-60195, Proceedings of IMECE04 2004 ASME International Mechanical Engineering Congress and Exposition, Anaheim, CA, November 13-20, 2004.

112.    Kaplan, Robert and Barnett, Ralph L., "Anti-Diving Safety Systems for Swimming Pools," <u>Triodyne Safety Brief</u>, Vol. 26., No. 3, August, 2004.

113a.   Barnett, Ralph L. and Brickman, Dennis B., "Limited Movement Machinery Rollers," <u>Triodyne Safety Brief</u>, Vol. 26, No. 4, September, 2004.

    b.        IMECE2004-59822, Proceedings of IMECE04 2004 ASME International Mechanical Engineering Congress and Exposition, Anaheim, CA, November 13-20, 2004.

114a.   Barnett, Ralph L., Letter to the Editor, "A Differing View on Safety," <u>Water Shapes</u>," Vol. 6, No. 10, October 2004.

    b.        Unedited version available online at www.triodyne.com/letters.

49

115.a.    Barnett, Ralph L. and Suzanne A. Glowiak, "Standards - Impact and Impotence," Triodyne Safety Brief, Vol. 27, No. 2, November, 2004.

   b.          Proceedings of the XIX Annual International Society for Occupational Ergonomics and Safety (ISOES) Conference, Las Vegas, NV, June 2005.

116.a.    Barnett, Ralph L. and Suzanne A. Glowiak, "Extreme Value Formulation of Human Slip - A Summary," Proceedings of the XIX Annual International Society for Occupational Ergonomics and Safety (ISOES) Conference, Las Vegas, NV, June 2005.

   b.          Triodyne Safety Brief, Vol. 27, No. 4, June 2005.