```
              UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF PENNSYLVANIA

TINA LINDQUIST                    : NO. 04-249E
          Plaintiff,              :
                                  : MAGISTRATE JUDGE
   v.                             : SUSAN PARADISE BAXTER
                                  :
HEIM, L.P.                        :
          Defendant.              :
```

### PLAINTIFF'S SUPPLEMENTAL EXPERT REPORT OF JOHN M. HOOD, M.D.

Please take notice, Plaintiff hereby files the supplemental expert report of John M. Hood, M.D. attached hereto.

```
                         DALLAS W. HARTMAN, P.C.


                         __/s/ Dallas W. Hartman
                         Dallas W. Hartman, Esq.
                         Attorney for Plaintiff
                         Attorney I.D. No. 41649
```

1

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the within document was served on the party below in the following manner:

VIA FIRST CLASS MAIL:

                           Paul R. Robinson, Esquire
            MEYER, DARRAGH, BUCKLER, BEBENEK & ECK, PLLC
                    U.S. Steel Tower, Suite 4850
                        Pittsburgh, PA  15219

                               Attorney for DEFENDANT


                                          DALLAS W. HARTMAN, P.C.

DATE:   02/24/06

                                          /s/ Dallas W. Hartman
                                        Dallas W. Hartman, Esq.
                                        Attorney for Plaintiff
                                        Attorney I.D. No. 41649
                                        2815 Wilmington Road
                                        New Castle, PA  16105
                                        (724) 652-4081