# Hand Microsurgery and Resconstructive Orthopaedics, LLP

300 State Street, Suite 205 Erie, Pennsylvania, 16507
Phone (814) 456-6022 Fax (814) 456-7040
Email: hmro@erie.net

John D. Lubahn, MD, FACS                    Mary Beth Cermak, MD
John M. Hood, MD                             D. Patrick Williams, DO

February 21, 2006

Dallas W. Hartman, Esquire
2815 Wilmington Road
New Castle PA 16105

RE: Tina Lindquist-Ossa

Dear Attorney Hartman:

My opinions in my previous letter dated December 12, 2005 were delivered within a reasonable degree of medical certainty.

In regard to what effect the loss of eight fingers has on Tina Lindquist's life; with this severe nature of her loss and the incomplete return of function of those parts that we were able to save, she has marked difficulty with the simplest tasks. Opening a door is a very difficult, turning a key is difficult, brushing her teeth, trying to get a small cap off of the tube and then holding the toothbrush took months for her to learn how to do. Things like buttons are nearly impossible for her to do. Tying her shoes is something that is extremely difficult to do due to the extreme nature of the loss that she has sustained with her hands. Doing anything that requires any amount of reasonable degree of force with something along the lines of mixing batter for brownies is extremely difficult because she cannot grasp and pull a spoon through a thick batter. Taking care of a child; the fine snaps and small buttons are going to be extremely difficult if not impossible for her to deal with and to function with a small baby. These are the types of things that most of us take for granted, but in this case are very difficult if not impossible for her to do on her own.

These opinions are given within a reasonable degree of medical certainty.

Sincerely,

*[signature]*

John M. Hood, M.D.

JMH/bas