# EXHIBIT "C"

ALFA-107530



# Dallas W. Hartman P.C.
## ATTORNEYS AT LAW

2815 Wilmington Road
New Castle, Pennsylvania 16105

724-652-4081 • 800-777-4081
FAX 724-652-8380

Dallas W. Hartman
  Esquire**
Raymond J. Conlon
  Esquire*
Thomas W. Minett
  Esquire°**
Jean S. Wright
  Esquire*
Wayne P. Reid
  Esquire**
Jeffrey S. Tarker
  Esquire*
Richard J. Bosco
  Esquire*
Ann Fosnaught
  Esquire*

\*   Licensed in PA
\*\* Licensed in OH and PA
°   of Counsel

*Pennsylvania*
Sharon/Hermitage
724-346-0616
Erie
814-461-8844
Butler
724-283-6662
Greenville
724-588-7277
Cranberry
724-742-0070
Mercer/Grove City
724-458-1558
Ellwood City
724-758-2510
Beaver Falls
724-846-8088

*Ohio*
Youngstown
330-757-7707
Warren
330-392-6669
Salem
330-332-8822
Lisbon
330-424-1727

March 7, 2006

VIA FACSIMILE AND REGULAR MAIL
412-471-2754

Paul R. Robinson, Esquire
MEYER, DARRAGH, BUCKLER, BEBENEK & ECK
U.S. Steel Tower, Suite 4850
600 Grant Street
Pittsburgh, PA 15219

　　　　RE:　TINA LINDQUIST V. HEIM, L.P.
　　　　　　　No. 12799 of 2004

Dear Paul:

　　I am writing this letter to follow up your recent correspondences. As we discussed at the Chicago airport after the most recent deposition of your corporate designee, I am willing to make my expert available for a deposition upon you providing me a date your expert will be available as well as copies of your expert(s) reports.

　　Further, I am in the process of having the video tape copied relating to the human factor tests. I will provide that upon my receipt of the same along with the names and addresses of the individuals who took part in that investigation.

　　I have enclosed a copy of Professor Barnett's listing of deposition/trials that he has testified at. I have also enclosed a copy of his fee scheduled pursuant to your request.

*Lawyers representing accident victims*
*No Recovery - No Fee*

MAR -8 2006

PAGE 2
MARCH 7, 2006

    As to turning over Ralph Barnett and Matthew Ulmenstine's files, I am not willing to do so. Please itemize exactly what you are looking for and I will make a determination at that time if you are entitled to receive it.

                                            Very truly yours,

                                            Dallas W. Hartman

DWH/smc
Enclosures

PROFESSOR RALPH LIPSEY BARNETT
DEPOSITION/TRIALS
Feb 16, 2006

| ACTIVITY DAT | CASE CAPTION* | ACTIVITY | POSITION |
|---|---|---|---|
| 02/21/2002 | McFarland v. Osborne | Deposition | D |
| 02/22/2002 | Jordan v. Central Mining | Deposition | D |
| 03/20/2002 | Portillo v. Valley Tool | Deposition | P |
| 04/09/2002 | Black v. National Machinery | Deposition | D |
| 04/19/2002 | Bruce v. General Truck | Deposition | P |
| 04/22/2002 | Corey v. Crestview | Deposition | P |
| 04/30/2002 | Hermann v. Cattron | Deposition | |
| 05/10/2002 | Gates v. Graycor | Deposition | P |
| 05/13/2002 | Hollis v. Waubonsee | Deposition | D |
| 05/21/2002 | Baker v. Speedway | Deposition | P |
| 06/07/2002 | Diehl v. Blaw-Knox | Deposition | D |
| 06/11/2002 | Washington v. Joslyn | Deposition | P |
| 06/21/2002 | Jordan v. Central Mine Equipment | Trial | D |
| 06/25/2002 | Gates v. Graycor | Deposition II | P |
| 07/09/2002 | Leonard v. Triodyne Inc. | Deposition | D |
| 07/23/2002 | Diehl v. Blaw-Knox | Trial | D |
| 08/23/2002 | Meyerin v. Landry | Deposition | P |
| 08/29/2002 | Harter v. Volusia County | Trial | D |
| 09/09/2002 | Hamilton v. New Brandford | Trial | P |
| 09/11/2002 | Washington v. Joslyn | Trial | P |
| 09/12/2002 | Hamilton v. New Brandford | Trial | P |
| 09/25/2002 | Venneberg v. Six Flags | Deposition | D |
| 10/22/2002 | Jore v. Kouvato | Deposition | D |
| 10/28/2002 | Kealaula v. Estes | Deposition | P |
| 11/15/2002 | Engler v. Jim Keith Tools | Deposition | P |

PROFESSOR RALPH LIPSEY BARNETT
DEPOSITION/TRIALS
Feb 16, 2006

| ACTIVITY DAT | CASE CAPTION* | ACTIVITY | POSITION |
|---|---|---|---|
| 01/08/2003 | England v. Georgia Pacific | Deposition | D |
| 01/29/2003 | Avdelas v. Werner Ladder | Deposition | P |
| 02/07/2003 | Waller v. Rockwell | Trial | D |
| 02/17/2003 | Anderson v. Raymond | Deposition | P |
| 02/27/2003 | Shisler v. Community Centers of Auburn | Deposition | P |
| 03/13/2003 | Monahan v. Midwest Power | Deposition | P |
| 03/26/2003 | Willis v. RAN Management | Deposition | P |
| 04/01/2003 | Olson v. Leonard Eisele | Deposition | D |
| 04/10/2003 | Bodoy v. Ford Motor | Deposition | P |
| 04/15/2003 | Jore v. Kouvato | Trial | D |
| 05/16/2003 | Bodoy v. Ford Motor | Deposition Part II | P |
| 06/04/2003 | Ford v. Mannesman | Deposition | D |
| 06/18/2003 | Jones v. Sico | Deposition Part II | D |
| | Jones v. Sico | Supplemental Deposition | D |
| 06/26/2003 | Vance v. APV | Deposition | P |
| 07/01/2003 | Jones v. Sico | Trial | D |
| 07/03/2003 | Klovski Consultation | Deposition | C |
| 07/23/2003 | Caseiro v. Sears | Deposition | P |
| 07/31/2003 | Mills v. Dillard's | Deposition | P |
| 08/07/2003 | De Paolantino v. TCM Manufacturing | Deposition | D |
| 09/03/2003 | Ready v. United/Goedetke | Deposition | D |
| 09/04/2003 | Shisler v. Community Centers of Auburn | Deposition II | P |
| 09/15/2003 | Benavides v. Cushman | Deposition | D |
| 09/18/2003 | Baughman v. American Augers | Deposition | D |

PAGE 2

PROFESSOR RALPH LIPSEY BARNETT
DEPOSITION/TRIALS
Feb 16, 2006

| ACTIVITY DAT | CASE CAPTION* | ACTIVITY | POSITION |
|---|---|---|---|
| 09/22/2003 | Reinhardt v. Keeper Corporation | Trial | C |
| 10/07/2003 | Ready v. United Goedetke | Trial | D |
| 10/10/2003 | Boshier v. Davis Standard | Deposition | D |
| 10/13/2003 | Klever v. Gerry's Motor Clinic | Deposition | P |
| 10/27/2003 | Geigle v. Robinson Leasing | Deposition | P |
| 10/31/2003 | Wachholz v. Levelor | Deposition | D |
| 11/13/2003 | Benavides v. Cushman | Trial | D |
| 11/24/2003 | Riner v. Garcia Security | Deposition | P |
| 12/03/2003 | Benson v. Lafarge of Canada | Deposition | P |
| 12/10/2003 | Govindaraj v. Sweeney Oil | Deposition | D |
| 12/17/2003 | Wingard v. Rotor Coaters | Deposition | P |
| 12/19/2003 | Anderson v. Raymond | Deposition | P |
| 01/15/2004 | Hipp v. Hull | Deposition | D |
| 01/27/2004 | Shisler v. Community Centers of Auburn | Daubert Hearing | P |
| 02/23/2004 | Reen v. Mt. Vernon | Deposition | D |
| 03/11/2004 | Pardo v. Evenflo | Deposition | P |
| 03/31/2004 | Wooley v. Continental Eagle | Deposition | D |
| 04/20/2004 | Benavides v. Cushman | Trial Testimony | D |
| 04/21/2004 | Benavides v. Cushman | Trial Testimony | D |
| | Water Pic v. Unifin | Deposition Part I | P |
| 04/22/2004 | Water Pic v. Unifin | Deposition Part II | P |
| 05/14/2004 | Conopco v. APV | Deposition | P |
| 05/19/2004 | Heien v. Colson Caster Co. | Deposition | D |
| 05/20/2004 | Romero v. Ditch Witch | Deposition | P |
| 06/02/2004 | Heien v. Colson Caster | Deposition Part II | D |

PAGE 3

PROFESSOR RALPH LIPSEY BARNETT
DEPOSITION/TRIALS
Feb 16, 2006

| ACTIVITY DAT | CASE CAPTION* | ACTIVITY | POSITION |
|---|---|---|---|
| 06/18/2004 | Nelson v. White Construction | Deposition | D |
| 06/28/2004 | May v. Ray's Plumbing | Deposition | P |
| 08/20/2004 | Whitt v. Erb Lumber | Deposition | P |
| 09/10/2004 | Dorazio v. US Air | Deposition | P |
| 09/17/2004 | Diehl v. Blaw Knox | Trial | D |
| 09/29/2004 | Wright v. Besser | Deposition | P |
| 10/26/2004 | Baity v. Alfa Laval | Deposition | P |
| 11/18/2004 | Wright v. Besser | Trial | P |
| 11/30/2004 | Waters v. Mechanical Sales Assoc. | Deposition | D |
| 12/16/2004 | Franzen v. Kusske | Deposition | P |
| 12/20/2004 | Penwitt v. Restad Builders | Deposition | P |
| 01/13/2005 | Cox v. Ziolowski Construction | Deposition | D |
| 03/23/2005 | Wingard v. Rotor Coaters | Trial | P |
| 04/15/2005 | McIntyre v. Clark | Trial | P |
| 04/15/2005 | McIntyre v. Clark | Trial | P |
| 05/10/2005 | Griffith v. Toro | Mediation | P |
| 06/15/2005 | Wolf v. Bilco | Deposition | D |
| 07/15/2005 | Gomez v. D R Horton | Deposition | P |
| 08/17/2005 | Josinsky v. Mettler Toledo | Deposition | D |
| 09/01/2005 | Santiuste v. Ditch Witch | Deposition | P |
| 11/18/2005 | Dolan v. Walmart | Deposition | P |

PAGE 4

**FEE SCHEDULE**

Professional Fees for Engineering Services, including Deposition, Trial Testimony, Field Inspections, Safety Research, Reports,
Travel Time, and Cancellation Fees

```
Senior Engineer/Scientist              $205/Hour
Project Engineer/Scientist             $175/Hour
Staff Engineer/Scientist         $145/Hour
Technician/Graphics         $ 95/Hour
Ralph L. Barnett                       $275/Hour
Ralph L. Barnett (Patent Testimony)    $500/Hour
Ralph L. Barnett Inspection Time Only
    (When Accompanied by Other Personnel)   $175/Hour
```

All major work done in the areas of literature searches, model making, graphic work for trial, and large scale experimentation, will be billed on the basis of individual quotations.

Typical expense charges are as follows:

Mileage   $0.445 per mile

Videotaping    $50.00 minimum
Videotape duplication    $35.00   per   tape

Photographic (Non-Rush):

```
$ 3-1/2_ x 5_  (or 4_ x 6_) prints numbered and mounted including
    labor & materials for photographic log        $1.50 each
$ 3-1/2_ x 5_  (or 4_ x 6_) prints numbered only  $1.25 each
$ 3-1/2_ x 5_  (or 4_ x 6_) prints with no numbers $1.00 each
$ 8_ x 10_ standard enlargements                  $8.00 each
```

Storage:

$ No charge for first 90 days.
$ Subsequent monthly storage fee dependent on size of item (e.g. $150 per month for automobiles).
  Past due storage fees will result in refusal to retrieve  or release artifacts.
☐ To preserve the chain of custody, Triodyne witnesses all inspections, by any parties, of artifacts  in our possession. Clients are billed at the hourly rate of the witness.  Clients will receive an estimate of the witness fee before the inspection.

Invoices:

Issued monthly, based on fees and expenses.