IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TINA LINDQUIST, | Civil Action No: 04-249E |
| Plaintiff, | |
| vs. | |
| HEIM, L.P., | JUDGE SEAN J. MCLAUGHLIN / MAGISTRATE JUDGE SUSAN PARADISE BAXTER |
| Defendant. | |
| | PAUL R. ROBINSON, ESQUIRE PA I.D. No. 65581 |

**ORDER OF COURT**

AND NOW, this _____ day of _____, 2006, it is HEREBY ORDERED, ADJUDGED and DECREED that Heim, L.P.'s motion to compel expert discovery is GRANTED.  Plaintiff is ordered to produce all file materials in the possession of plaintiff's experts Ralph Barnett and Matthew Ulmenstine, and to provide experts Barnett and Ulmenstine for depositions by the defendant.

BY THE COURT:

_____J.

P0770096.1