# EXHIBIT A



# MEYER ♦ DARRAGH
## BUCKLER BEBENEK & ECK, P.L.L.C.
Attorneys-at-Law

U.S. Steel Tower, Suite 4850 ♦ 600 Grant Street ♦ Pittsburgh, PA 15219
Phone: (412) 261-6600 ♦ Fax: (412) 471-2754

www.mdbbe.com

PAUL R. ROBINSON
ATTORNEY-AT-LAW

DIRECT DIAL: (412) 553-7146
E-MAIL: probinson@mdbbe.com

February 21, 2006

Dallas W. Hartman, Esquire
Dallas W. Hartman P.C.
2815 Wilmington Road
New Castle, PA 16105

> Re.   Tina Lindquist v. Heim, L.P.
>       Case No: 04-249E
>       D/A: 9/25/02
>       Our File: ALFA-107530

Dear Mr. Hartman:

I am in receipt of plaintiff's expert report and curriculum vitae of Ralph Lipsey Barnett and am requesting the following information related to this report:

1. video tape of the human factors investigation of accidental foot switch activation noted under roman numeral 6 (page 7) of the report;

2. listing of the five (5) males and five (5) females names and addresses who took part in this investigation;

3. a complete copy of both Ralph Lipsey Barnett and Matthew J. Ulmenstine's files.

Additionally, although you have provided a curriculum vitae for Ralph Barnett, you have not provided a rate schedule or a listing of cases in which Mr. Barnett has testified as required by the Federal Rules of Civil Procedure. Please provide this information upon your receipt of this letter.

Thank you.

Very truly yours,

PAUL R. ROBINSON

PRR/hmt

P0767177 1

# EXHIBIT B



# MEYER ♦ DARRAGH

## BUCKLER BEBENEK & ECK, P.L.L.C.

Attorneys-at-Law

U.S. Steel Tower, Suite 4850 ♦ 600 Grant Street ♦ Pittsburgh, PA 15219
Phone: (412) 261-6600 ♦ Fax: (412) 471-2754

www.mdbbe.com

MATTHEW C. ASHBY
PARALEGAL

DIRECT DIAL: (412) 553-7048
E-MAIL: mashbv@mdbbe.com

February 24, 2006

**VIA FACSIMILE (724) 652-8380**
Dallas W. Hartman, Esquire
Dallas W. Hartman P.C.
2815 Wilmington Road
New Castle, PA 16105

          Re:    Tina Lindquist v. Heim, L.P.
                 Case No: 04-249E
                 D/A: 9/25/02
                 Our File: ALFA-107530

Dear Mr. Hartman:

          Please allow this correspondence to serve as a request for dates of availability of Ralph L. Barnett for a discovery deposition in the above-captioned matter to take place in our offices. Attorney Paul Robinson of our office is available on the following dates:

                          March 16, 17, 20, 23, 24, 2006

          Please contact our office at your earliest convenience to advise dates on which you and Mr. Barnett are available.

          We look forward to hearing from you. Thank you.

                                        Very truly yours,

                                        MATTHEW C. ASHBY
                                        Paralegal to PAUL R. ROBINSON, ESQUIRE

MCA/hmt

P0767836.1

# EXHIBIT C



# Dallas W. Hartman P.C.

### ATTORNEYS AT LAW

2815 Wilmington Road
New Castle, Pennsylvania 16105

724-652-4081 • 800-777-4081
FAX 724-652-8380

Dallas W. Hartman
  Esquire**
Raymond J Conlon
  Esquire*
Thomas W. Minett
  Esquire°**
Jean S Wright
  Esquire*
Wayne P. Reid
  Esquire**
Jeffrey S. Tarker
  Esquire*
Richard J. Bosco
  Esquire*
Ann Fosnaught
  Esquire*

*   Licensed in PA
**  Licensed in OH and PA
°   of Counsel

*Pennsylvania*

Sharon/Hermitage
724-346-0616
Erie
814-461-8844
Butler
724-283-6662
Greenville
724-588-7277
Cranberry
724-742-0070
Mercer/Grove City
724-458-1558
Ellwood City
724-758-2510
Beaver Falls
724-846-8088

*Ohio*

Youngstown
330-757-7707
Warren
330-392-6669
Salem
330-332-8822
Lisbon
330-424-1727

March 7, 2006

VIA FACSIMILE AND REGULAR MAIL
412-471-2754

Paul R. Robinson, Esquire
MEYER, DARRAGH, BUCKLER, BEBENEK & ECK
U.S. Steel Tower, Suite 4850
600 Grant Street
Pittsburgh, PA 15219

        RE:  TINA LINDQUIST V. HEIM, L.P.
             No. 12799 of 2004

Dear Paul:

        I am writing this letter to follow up your recent
correspondences.  As we discussed at the Chicago airport
after the most recent deposition of your corporate designee,
I am willing to make my expert available for a deposition
upon you providing me a date your expert will be available
as well as copies of your expert(s) reports.

        Further, I am in the process of having the video tape
copied relating to the human factor tests.  I will provide
that upon my receipt of the same along with the names and
addresses of the individuals who took part in that
investigation.

        I have enclosed a copy of Professor Barnett's listing
of deposition/trials that he has testified at.  I have also
enclosed a copy of his fee scheduled pursuant to your
request.

*Lawyers representing accident victims*
*No Recovery - No Fee*

PAGE 2
MARCH 7, 2006


     As to turning over Ralph Barnett and Matthew Ulmenstine's files, I am not willing to do so. Please itemize exactly what you are looking for and I will make a determination at that time if you are entitled to receive it.

Very truly yours,


Dallas W. Hartman


DWH/smc
Enclosures

PROFESSOR RALPH LIPSEY BARNETT
DEPOSITION/TRIALS
Feb 16, 2006

| ACTIVITY DAT | CASE CAPTION* | ACTIVITY | POSITION |
|---|---|---|---|
| 02/21/2002 | McFarland v. Osborne | Deposition | D |
| 02/22/2002 | Jordan v. Central Mining | Deposition | D |
| 03/20/2002 | Portillo v. Valley Tool | Deposition | P |
| 04/09/2002 | Black v. National Machinery | Deposition | D |
| 04/19/2002 | Bruce v. General Truck | Deposition | P |
| 04/22/2002 | Corey v. Crestview | Deposition | P |
| 04/30/2002 | Hermann v. Cattron | Deposition | |
| 05/10/2002 | Gates v. Graycor | Deposition | P |
| 05/13/2002 | Hollis v. Waubonsee | Deposition | D |
| 05/21/2002 | Baker v. Speedway | Deposition | P |
| 06/07/2002 | Diehl v. Blaw-Knox | Deposition | D |
| 06/11/2002 | Washington v. Joslyn | Deposition | P |
| 06/21/2002 | Jordan v. Central Mine Equipment | Trial | D |
| 06/25/2002 | Gates v. Graycor | Deposition II | P |
| 07/09/2002 | Leonard v. Triodyne Inc. | Deposition | D |
| 07/23/2002 | Diehl v. Blaw-Knox | Trial | D |
| 08/23/2002 | Meyerin v. Landry | Deposition | P |
| 08/29/2002 | Harter v. Volusia County | Trial | D |
| 09/09/2002 | Hamilton v. New Brandford | Trial | P |
| 09/11/2002 | Washington v. Joslyn | Trial | P |
| 09/12/2002 | Hamilton v. New Brandford | Trial | P |
| 09/25/2002 | Venneberg v. Six Flags | Deposition | D |
| 10/22/2002 | Jore v. Kouvato | Deposition | D |
| 10/28/2002 | Kealaula v. Estes | Deposition | P |
| 11/15/2002 | Engler v. Jim Keith Tools | Deposition | P |

PAGE 1

PROFESSOR RALPH LIPSEY BARNETT
DEPOSITION/TRIALS
Feb 16, 2006

| ACTIVITY DAT | CASE CAPTION* | ACTIVITY | POSITION |
|---|---|---|---|
| 01/08/2003 | England v. Georgia Pacific | Deposition | D |
| 01/29/2003 | Avdelas v. Werner Ladder | Deposition | P |
| 02/07/2003 | Waller v. Rockwell | Trial | D |
| 02/17/2003 | Anderson v. Raymond | Deposition | P |
| 02/27/2003 | Shisler v. Community Centers of Auburn | Deposition | P |
| 03/13/2003 | Monahan v. Midwest Power | Deposition | P |
| 03/26/2003 | Willis v. RAN Management | Deposition | P |
| 04/01/2003 | Olson v. Leonard Eisele | Deposition | D |
| 04/10/2003 | Bodoy v. Ford Motor | Deposition | P |
| 04/15/2003 | Jore v. Kouvato | Trial | D |
| 05/16/2003 | Bodoy v. Ford Motor | Deposition Part II | P |
| 06/04/2003 | Ford v. Mannesman | Deposition | D |
| 06/18/2003 | Jones v. Sico | Deposition Part II | D |
|  | Jones v. Sico | Supplemental Deposition | D |
| 06/26/2003 | Vance v. APV | Deposition | P |
| 07/01/2003 | Jones v. Sico | Trial | D |
| 07/03/2003 | Klovski Consultation | Deposition | C |
| 07/23/2003 | Caseiro v. Sears | Deposition | P |
| 07/31/2003 | Mills v. Dillard's | Deposition | P |
| 08/07/2003 | De Paolantino v. TCM Manufacturing | Deposition | D |
| 09/03/2003 | Ready v. United/Goedetke | Deposition | D |
| 09/04/2003 | Shisler v. Community Centers of Auburn | Deposition II | P |
| 09/15/2003 | Benavides v. Cushman | Deposition | D |
| 09/18/2003 | Baughman v. American Augers | Deposition | D |

PROFESSOR RALPH LIPSEY BARNETT
DEPOSITION/TRIALS
Feb 16, 2006

| ACTIVITY DAT | CASE CAPTION* | ACTIVITY | POSITION |
|---|---|---|---|
| 09/22/2003 | Reinhardt v. Keeper Corporation | Trial | C |
| 10/07/2003 | Ready v. United Goedetke | Trial | D |
| 10/10/2003 | Boshier v. Davis Standard | Deposition | D |
| 10/13/2003 | Klever v. Gerry's Motor Clinic | Deposition | P |
| 10/27/2003 | Geigle v. Robinson Leasing | Deposition | P |
| 10/31/2003 | Wachholz v. Levelor | Deposition | D |
| 11/13/2003 | Benavides v. Cushman | Trial | D |
| 11/24/2003 | Riner v. Garcia Security | Deposition | P |
| 12/03/2003 | Benson v. Lafarge of Canada | Deposition | P |
| 12/10/2003 | Govindaraj v. Sweeney Oil | Deposition | D |
| 12/17/2003 | Wingard v. Rotor Coaters | Deposition | P |
| 12/19/2003 | Anderson v. Raymond | Deposition | P |
| 01/15/2004 | Hipp v. Hull | Deposition | D |
| 01/27/2004 | Shisler v. Community Centers of Auburn | Daubert Hearing | P |
| 02/23/2004 | Reen v. Mt. Vernon | Deposition | D |
| 03/11/2004 | Pardo v. Evenflo | Deposition | P |
| 03/31/2004 | Wooley v. Continental Eagle | Deposition | D |
| 04/20/2004 | Benavides v. Cushman | Trial Testimony | D |
| 04/21/2004 | Benavides v. Cushman | Trial Testimony | D |
|  | Water Pic v. Unifin | Deposition Part I | P |
| 04/22/2004 | Water Pic v. Unifin | Deposition Part II | P |
| 05/14/2004 | Conopco v. APV | Deposition | P |
| 05/19/2004 | Heien v. Colson Caster Co. | Deposition | D |
| 05/20/2004 | Romero v. Ditch Witch | Deposition | P |
| 06/02/2004 | Heien v. Colson Caster | Deposition Part II | D |

PAGE 3

PROFESSOR RALPH LIPSEY BARNETT
DEPOSITION/TRIALS
Feb 16, 2006

| ACTIVITY DAT | CASE CAPTION* | ACTIVITY | POSITION |
|---|---|---|---|
| 06/18/2004 | Nelson v. White Construction | Deposition | D |
| 06/28/2004 | May v. Ray's Plumbing | Deposition | P |
| 08/20/2004 | Whitt v. Erb Lumber | Deposition | P |
| 09/10/2004 | Dorazio v. US Air | Deposition | P |
| 09/17/2004 | Diehl v. Blaw Knox | Trial | D |
| 09/29/2004 | Wright v. Besser | Deposition | P |
| 10/26/2004 | Baity v. Alfa Laval | Deposition | P |
| 11/18/2004 | Wright v. Besser | Trial | P |
| 11/30/2004 | Waters v. Mechanical Sales Assoc. | Deposition | D |
| 12/16/2004 | Franzen v. Kusske | Deposition | P |
| 12/20/2004 | Penwitt v. Restad Builders | Deposition | P |
| 01/13/2005 | Cox v. Ziolowski Construction | Deposition | D |
| 03/23/2005 | Wingard v. Rotor Coaters | Trial | P |
| 04/15/2005 | McIntyre v. Clark | Trial | P |
| | McIntyre v. Clark | Trial | P |
| 05/10/2005 | Griffith v. Toro | Mediation | P |
| 06/15/2005 | Wolf v. Bilco | Deposition | D |
| 07/15/2005 | Gomez v. D R Horton | Deposition | P |
| 08/17/2005 | Josinsky v. Mettler Toledo | Deposition | D |
| 09/01/2005 | Santiuste v. Ditch Witch | Deposition | P |
| 11/18/2005 | Dolan v. Walmart | Deposition | P |

PAGE 4

## FEE SCHEDULE

Professional Fees for Engineering Services, including
Deposition, Trial Testimony, Field Inspections, Safety Research,
Reports,
Travel Time, and Cancellation Fees
        Senior Engineer/Scientist              $205/Hour
        Project Engineer/Scientist             $175/Hour
        Staff Engineer/Scientist         $145/Hour
        Technician/Graphics          $ 95/Hour
        Ralph L. Barnett                    $275/Hour
        Ralph L. Barnett (Patent Testimony)     $500/Hour
        Ralph L. Barnett Inspection Time Only
            (When Accompanied by Other Personnel)   $175/Hour


All major work done in the areas of literature searches, model
making, graphic work for trial, and large scale experimentation,
will be billed on the basis of individual quotations.


Typical expense charges are as follows:


Mileage    $0.445 per mile


Videotaping     $50.00 minimum
Videotape duplication      $35.00  per  tape


Photographic (Non-Rush):


$ 3-1/2_ x 5_ (or 4_ x 6_) prints numbered and mounted including
   labor & materials for photographic log         $1.50 each
$ 3-1/2_ x 5_ (or 4_ x 6_) prints numbered only   $1.25 each
$ 3-1/2_ x 5_ (or 4_ x 6_) prints with no numbers $1.00 each
$ 8_ x 10_ standard enlargements                $8.00 each


Storage:


$ No charge for first 90 days.
$ Subsequent monthly storage fee dependent on size of item (e.g.
$150 per month for automobiles).
   Past due storage fees will result in refusal to retrieve   or
release artifacts.
□ To preserve the chain of custody, Triodyne witnesses all
inspections, by any parties, of artifacts  in our possession.
Clients are billed at the hourly rate of the witness.  Clients
will receive an estimate of the witness fee before the
inspection.


Invoices:


Issued monthly, based on fees and expenses.

# EXHIBIT D



## Dallas W. Hartman P.C.

ATTORNEYS AT LAW

2815 Wilmington Road
New Castle, Pennsylvania 16105

724-652-4081 • 800-777-4081
FAX 724-652-8380

Dallas W. Hartman
  Esquire**

Raymond J. Conlon
  Esquire*

Thomas W. Minett
  Esquire°**

Jean S. Wright
  Esquire*

Wayne P. Reid
  Esquire**

Jeffrey S. Tarker
  Esquire*

Richard J. Bosco
  Esquire*

Ann Fosnaught
  Esquire*

\*  *Licensed in PA*
\*\* *Licensed in OH and PA*
°  *of Counsel*

*Pennsylvania*

Sharon/Hermitage
724-346-0616

Erie
814-461-8844

Butler
724-283-6662

Greenville
724-588-7277

Cranberry
724-742-0070

Mercer/Grove City
724-458-1558

Ellwood City
724-758-2510

Beaver Falls
724-846-8088

*Ohio*

Youngstown
330-757-7707

Warren
330-392-6669

Salem
330-332-8822

Lisbon
330-424-1727

March 10, 2006

Paul R. Robinson, Esquire
MEYER, DARRAGH, BUCKLER, BEBENEK & ECK
U.S. Steel Tower, Suite 4850
600 Grant Street
Pittsburgh, PA 15219

    RE:   TINA LINDQUIST V. HEIM, L.P.
         No. 12799 of 2004

Dear Paul:

    Enclosed please find a copy of the video tape of the footswitch testing provided by Professor Barnett. Also, pursuant to your request, the following are the names of the individuals who took part in the testing:

| Males: | | Females: | |
|--------|--|----------|--|
| Peter Warner | | Vicki Lipinski | |
| Dror Kopernik | | Chris Ann Smith | |
| Bryan Lewis | | Rita Curtis | |
| Eduardo Torres | | Marna Sanders | |
| James Wingfield | | Sandy Moretti | |

    Should you need additional information, please do not hesitate to contact me.

                        Very truly yours,

                        Dallas W. Hartman

DWH/smc
Enclosure

*Lawyers representing accident victims*
*No Recovery - No Fee*