```
                    UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF PENNSYLVANIA

TINA LINDQUIST                        : NO. 04-249E
          Plaintiff,                  :
                                      : JUDGE BAXTER
v.                                    :
                                      :
HEIM, L.P.                            :
          Defendant.                  :
```

### ORDER

AND NOW, this ___ day of _____, 2006, it is hereby ORDERED, ADJUDGED and DECREED that Defendant's Motion to Compel is DENIED. The parties are instructed to schedule the discovery depositions of experts by April 16, 2006, according this Court's prior Order.

                                                BY THE COURT,

                                                _____,
                                                J.