# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Tina Lindquist _____ )
_____ )
_____ )
Plaintiff )
vs. )          No. _____ CA 04-249 Erie _____
Heim, L.P. _____ )
_____ )
_____ )
Defendant )

HEARING ON   March 21, 2006 _____

Before   Chief U. S. Magistrate Judge Susan Paradise Baxter _____

Dallas W. Hartman, Esq. _____      Paul R. Robinson, Esq. _____

_____                      _____

Appear for Plaintiff                  Appear for Defendant

Hearing Begun  10:01 _____         Hearing Adjourned to  10:24 _____

Hearing concluded C.A.V. _____     Stenographer  Ron Bench _____
                                      CD:          Index:

### WITNESSES
For Plaintiff                         For Defendant

_____

Motion to Compel Discovery [Document #30] is GRANTED.

All expert depositions will be completed by April 16, 2006. Motions for summary judgment due May 15, 2006 & opposition due May 22, 2006. All other deadlines remain the same - see Document #24.

C. Sander
Law Clerk