UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TINA LINDQUIST | : NO. 04-249E |
|     Plaintiff, | : |
| | : JUDGE BAXTER |
| v. | : |
| | : |
| HEIM, L.P. | : |
|     Defendant. | : |

**ORDER**

AND NOW, this ___ day of _____, 2006, it is hereby ORDERED, ADJUDGED and DECREED that Plaintiff's Motion to Compel is GRANTED. The Defendant is ordered to produce all documents intended for use in the depositions of Plaintiff's experts or at trial, whether as direct evidence or for impeachment purposes.

BY THE COURT,

_____,
J.

1