IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TINA LINDQUIST,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>HEIM, L.P.,<br><br>　　　　　Defendant. | Civil Action No:  04-249E<br><br>JUDGE SEAN J. MCLAUGHLIN /<br>MAGISTRATE JUDGE SUSAN<br>PARADISE BAXTER<br><br>PAUL R. ROBINSON, ESQUIRE<br>PA I.D. No. 65581 |

**ORDER OF COURT**

AND NOW, to-wit, this ____ day of _____, 2006, it is hereby ORDERED, ADJUDGED, and DECREED that plaintiff's motion to compel is denied.  It furthermore is ORDERED that the motion for sanctions filed on behalf of Heim, L.P. is granted.  The Court finds that the plaintiff's motion to compel is not substantially justified, has no legal basis, and is circumspect in the various aspects set forth in defendant's response and counter-motion for sanctions.  Plaintiff's counsel is ORDERED to pay the sum of $_____ to the defendant within ten (10) days from the date of this Court's order or suffer further sanctions.

　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　_____J.
　　　　　　　　　　　　　　　　SUSAN PARADISE BAXTER
　　　　　　　　　　　　　　　　CHIEF MAGISTRATE JUDGE

P0772223.1