```
                    UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF PENNSYLVANIA

TINA LINDQUIST                       : NO. 04-249E
          Plaintiff,                 :
                                     : JUDGE BAXTER
v.                                   :
                                     :
HEIM, L.P.                           :
          Defendant.                 :
```

## ORDER

AND NOW, this ___ day of _____, 2006, it is hereby ORDERED, ADJUDGED and DECREED that Plaintiff's Motion to Compel is GRANTED.  Furthermore, the Defendant's Motion for Sanctions is DENIED.

                                        BY THE COURT,


                                        _____,
                                        J.

1