

# Dallas W. Hartman P.C.
## ATTORNEYS AT LAW

2815 Wilmington Road
New Castle, Pennsylvania 16105

724-652-4081 • 800-777-4081
FAX 724-652-8380

March 21, 2006

Dallas W. Hartman
  Esquire**
Raymond J. Conlon
  Esquire*
Thomas W. Minett
  Esquire°**
Jean S. Wright
  Esquire*
Wayne P. Reid
  Esquire**
Jeffrey S. Tarker
  Esquire*
Richard J. Bosco
  Esquire*
Ann Fosnaught
  Esquire*

  * Licensed in PA
 ** Licensed in OH and PA
  ° of Counsel

Pennsylvania
Sharon/Hermitage
724-346-0616
Erie
814-461-8844
Butler
724-283-6662
Greenville
724-588-7277
Cranberry
724-742-0070
Mercer/Grove City
724-458-1558
Ellwood City
724-758-2510
Beaver Falls
724-846-8088

Ohio
Youngstown
330-757-7707
Warren
330-392-6669
Salem
330-332-8822
Lisbon
330-424-1727

VIA FACSIMILE AND REGULAR MAIL
(412) 471-2754

Paul R. Robinson, Esquire
MEYER, DARRAGH, BUCKLER, BEBENEK & ECK
U.S. Steel Tower, Suite 4850
600 Grant Street
Pittsburgh, PA 15219

RE:  TINA LINDQUIST V. HEIM, L.P.
     No. 12799 of 2004

Dear Paul:

This letter is written to confirm that your secretary has advised that you were available on the following dates for depositions in March and April: March 28, 29, April 3, 13, 14, 19, 20, 21, 24, 2006. In that regard, I propose the following deposition schedule:

April 3 and 8, 2006 - Deposition of Gary Hutter and Dennis Cloutier

April 6, 2006 - Matt Ulmenstine in the morning (not confirmed) and Ralph Barnett in the afternoon (confirmed)

April 7, 2006 - Deposition of William Switalski

Additionally, I am requesting that you provide your experts' complete files within the next three (3) days.

Thank you for your cooperation.

Very truly yours,

Dallas W. Hartman

DWH/smc

*Lawyers representing accident victims*
*No Recovery - No Fee*

A

MAR 22 2006