```
              UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF PENNSYLVANIA

TINA LINDQUIST                      : NO. 04-249E
          Plaintiff,                :
                                    : MAGISTRATE JUDGE
   v.                               : SUSAN PARADISE BAXTER
                                    :
HEIM, L.P.                          :
          Defendant.                :
```

### PRAECIPE FOR ENTRY OF APPEARANCE AS CO-COUNSEL FOR PLAINTIFF

Kindly enter the appearance of Raymond J. Conlon as co-counsel for Plaintiff in the above-captioned case.

                                              DALLAS W. HARTMAN, P.C.

                                              __/s/ Raymond J. Conlon
                                              Attorneys for Plaintiff

                                              Dallas W. Hartman, Esq.
                                              Attorney I.D. No. 41649

                                              **Raymond J. Conlon, Esq.**
                                              **Attorney I.D. No. 49495**

                                              2815 Wilmington Road
                                              New Castle, PA  16105
                                              (724) 652-4081

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the within document was served on the party below in the following manner:

VIA FIRST CLASS MAIL:

                    Paul R. Robinson, Esquire
        MEYER, DARRAGH, BUCKLER, BEBENEK & ECK, PLLC
                U.S. Steel Tower, Suite 4850
                    Pittsburgh, PA  15219

                        Attorney for DEFENDANT

                                          DALLAS W. HARTMAN, P.C.

DATE: <u>04/07/06</u>

                                       <u>/s/ Raymond J. Conlon</u>
                                         Attorneys for Plaintiff

                                         Dallas W. Hartman, Esq.
                                         Attorney I.D. No. 41649

                                         **Raymond J. Conlon, Esq.**
                                         **Attorney I.D. No. 49495**

                                         2815 Wilmington Road
                                         New Castle, PA  16105
                                         (724) 652-4081