IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TINA LINDQUIST,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>HEIM, L.P.,<br><br>　　　　Defendant. | Civil Action No: 04-249E<br><br>**JUDGE SEAN J. MCLAUGHLIN /<br>MAGISTRATE JUDGE SUSAN<br>PARADISE BAXTER** |

## ORDER OF COURT

AND NOW, to-wit, this _____ day of _____, 2006, it is hereby ORDERED, ADJUDGED, and DECREED that the motion for summary judgment filed on behalf of the defendant, Heim, L.P., is GRANTED.  Judgment is entered in favor of Heim, L.P. and against the plaintiff, Tina Lindquist, on all claims.

　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HONORABLE SEAN J. MCLAUGHLIN

P0775885.1