IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TINA LINDQUIST,<br><br>             Plaintiff,<br><br>        vs.<br><br>HEIM, L.P.,<br><br>             Defendant. | Civil Action No:  04-249E<br><br>**JUDGE SEAN J. MCLAUGHLIN /<br>MAGISTRATE JUDGE SUSAN<br>PARADISE BAXTER**<br><br>PAUL R. ROBINSON, ESQUIRE<br>PA I.D. No. 65581<br>Meyer, Darragh, Buckler, Bebenek &<br>Eck, P.L.L.C.<br>U.S. Steel Tower, Suite 4850<br>600 Grant Street<br>Pittsburgh, PA 15219<br>(412) 261-6600<br>FAX: (412) 471-2754 |

**APPENDIX TO HEIM, L.P.'S MOTION FOR SUMMARY JUDGMENT**

- A.   Anthony Mase Deposition Excerpts

- B.   Robert Rooney Deposition Excerpts

- C.   Heim Assembly Order for Press Brake, Model No. 70-6

- D.   Gary Dietz Deposition Excerpts

- E.   Ralph L. Barnett Deposition Excerpts

- F.   Joel Nichols Deposition Excerpts

- G.   Heim Instructions and Parts Book

- H.   Photographs of Warning Affixed to Front of Press Brake; Two-Palm Button Station and Key Selector Switch; Owner's Manual Affixed to Press Brake

- I.   Tina Lindquist Deposition Excerpts

P0771642.1

J.      Gary Merkle Deposition Excerpts

K.      OSHA Worksheet

L.      Jan Oviatt Deposition Excerpts

M.     Heim, L.P.'s 1974 Foot Control Engineering Drawing A-470-D

N.      1977 Linemaster Catalog

O.      Ralph Barnett Expert Report

P.      Matthew Ulmenstine Deposition Excerpts

Q.      William Switalski, P.E. Expert Report

Respectfully submitted,

MEYER, DARRAGH, BUCKLER,
BEBENEK & ECK, P.L.L.C.


By:    /s/ Paul R. Robinson
     PAUL R. ROBINSON, ESQUIRE
     Counsel for defendant, Heim, L.P.

## PROOF OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been served upon all parties on the date and in the manner listed below:

|          |                                          |
|----------|------------------------------------------|
| _____   | First Class Mail, Postage Prepaid        |
| _____   | Certified Mail - Return Receipt Requested|
| _____   | Hand Delivery                            |
| _____   | Facsimile Transmission                   |
| _____   | Overnight Delivery                       |
|   X      | Electronic Transmission                  |

at the following address:

        Dallas W. Hartman, Esquire
        Raymond Conlon, Esquire
        Dallas W. Hartman P.C.
        2815 Wilmington Road
        New Castle, PA 16105
        *(Counsel for Plaintiff)*

        MEYER, DARRAGH, BUCKLER,
        BEBENEK & ECK, P.L.L.C.

Date: May 15, 2006        /s/ Paul R. Robinson
        PAUL R. ROBINSON, ESQUIRE

P0771642.1