# EXHIBIT "A"

P0776392.1

1                UNITED STATES DISTRICT COURT

2              WESTERN DISTRICT OF PENNSYLVANIA

3

4    TINA LINDQUIST,                    )     COPY

5              Plaintiff,               )

6         vs.                           )  NO. 04-249E

7    HEIM L.P.,                         )

8              Defendant.               )

9

10        The discovery deposition of ANTHONY ROBERT

11   MASE, JR., taken in the above-entitled cause,

12   before Kyla Elliott, a notary public of Cook

13   County, Illinois, on the 27th day of July, 2005, at

14   33 North LaSalle Street, Chicago, Illinois,

15   pursuant to Notice.

16

17

18

19

20

21   Reported by:  Kyla Elliott, CSR, RPR

22   License No.:  084-004264

23

24

1        THE WITNESS:  Correct.

2   BY MR. HARTMAN:

3        Q.   And then if you can't design them out or

4   guard against them, then the proper process for

5   manufacturing and designing a product would be to

6   warn the user of the danger, am I correct?

7        MR. ROBINSON:  Objection to the form.

8        THE WITNESS:  I believe that to be the case.

9   BY MR. HARTMAN:

10       Q.   Okay.  Does Heim use that analysis when it

11  manufactured the brake press involved in the

12  accident with Tina Lindquist?

13       A.   I believe so.

14       Q.   Now, with regard to the point protection

15  and point of operation.  At the time Heim

16  manufactured -- strike that.

17            Do I have to --

18            Do you know what brake press I'm talking

19  about that was involved in the Tina Lindquist

20  accident?

21       A.   Yes.

22       Q.   Would you describe it for me?  What's the

23  model number?

24       A.   It's a 70-6, which is a 70 ton 6-foot

1    press brake, mechanical.

2        Q.    And when was it sold?

3        A.    I believe it was sold in 1978.

4        Q.    Okay.  How long had that press brake

5    been -- how many years prior to '78 had that press

6    brake been offered for sale by Heim?

7        MR. ROBINSON:  The specific press brake ?

8        MR. HARTMAN:  The model.

9        THE WITNESS:  I'm not absolutely sure.

10   BY MR. HARTMAN:

11       Q.    Can you give me an estimate?

12       A.    My estimate would be 1968.

13       Q.    Okay.  And do you know when that model was

14   discontinued, the 70-6?

15       A.    It has not been discontinued.

16       Q.    It's still being used?

17       A.    That's correct.

18       Q.    I'm sorry, still being manufactured?

19       A.    Yes.

20       Q.    Is the 70-6 press brake part of a family

21   of press brakes, otherwise is there like a 60-6, is

22   there a family of similar press brakes except a

23   different size and width?

24       MR. ROBINSON:  I'll object to the form of the

1   question, you've just added similar and then you've

2   also added a difference in size and width.  I don't

3   know what you mean by family.

4   BY MR. HARTMAN:

5       Q.   Do you know what family press brakes would

6   be?

7       A.   I believe I know where you're going with

8   what your question is.

9       Q.   What would you call press brakes that are

10  essentially the same differing in size but

11  different in size?

12      A.   I would call them a series.

13      Q.   Okay.  What sizes are in the series of

14  press brakes that the 70-6 belongs to?

15      A.   They vary in lengths, such as, 4 foot, 6

16  foot, 8 foot, 10 foot.

17      Q.   They do not vary in tonnage?

18      A.   No.

19      MR. ROBINSON:  What were the other ones, 4

20  foot, 6 foot, 10 foot.

21      THE WITNESS:  Vary in length.  8 foot.

22  BY MR. HARTMAN:

23      Q.   The 70 series would be 70 tonnage

24  different sizes of bed, is that what you --

1    A.    That's correct.  70 ton would designate

2  the tonnage, the dash 6 would designate the length.

3    Q.    The length of what?

4    A.    The bed.

5    Q.    That's what I said.

6    A.    I'm sorry.

7    Q.    We're -- okay.  Is there like on 80

8  series, a 90 series, a 100 series of press brakes?

9    A.    Yes.

10    Q.    And would they differ -- would the series

11  differ only in that there are different bed sizes

12  as well when you talk about the 80, 90, 100?

13    A.    The change comes in tonnage and in bed

14  length.

15    Q.    Okay.  What's the lowest amount of tonnage

16  of a press brake that would be similar to the 70

17  series?

18    MR. ROBINSON:  I'll object to the question and

19  your confusion of the word similar.

20    THE WITNESS:  We build a 30-ton series, a

21  45-ton series, 70-ton series, 100-ton series.

22  BY MR. HARTMAN:

23    Q.    Is 100-ton series the highest tonnage you

24  go?

1    Q.   Do you know the negotiations that took

2    place with Heim with regard to the sale of this

3    particular machine?

4    A.   No.

5    MR. ROBINSON:   Just for clarification, are you

6    talking about from personal knowledge or from his

7    review of the sales documents that we've provided?

8    BY MR. HARTMAN:

9    Q.   Well, A, personal knowledge.

10   A.   No.

11   Q.   Reviewing the sales documents, do you know

12   how the purchasing process took place?

13   A.   I believe I do.

14   Q.   Okay.   Would you please describe that for

15   me?

16   A.   I believe from reviewing the file it was

17   sold through a distributor through an end user

18   known as Afco.

19   MR. ROBINSON:   Afco.

20   THE WITNESS:   Afco.

21   BY MR. HARTMAN:

22   Q.   Do you know what Afco was going to do with

23   the press?

24   A.   No.

1       Q.    Does Heim know what type of parts were

2   going to be worked with utilizing the press?

3       MR. ROBINSON:   Just -- I don't mean to be

4   difficult.   When you say press, I assume you're

5   meaning press brake.

6       MR. HARTMAN:   We're talking about the

7   particular press brake.

8       MR. ROBINSON:   It is a press brake, it is not a

9   press, as this witness has indicated.

10  BY MR. HARTMAN:

11      Q.    When I refer I -- I will tell you this,

12  that when I refer to this particular press brake,

13  if I utilize the term -- shortened term press, I

14  will always mean press brake.   If I say press and

15  you agree, I'm not going to say it's something

16  other than a press brake.

17      MR. ROBINSON:   I appreciate that.

18  BY MR. HARTMAN:

19      Q.    Is that fair?

20      A.    Fair.

21      Q.    When we go beyond that then I'm going to

22  be talking specifically mechanical presses, press

23  brakes and punch presses, do you understand that?

24      A.    I understand.

McCORKLE COURT REPORTERS, INC.
CHICAGO, ILLINOIS - (312) 263-0052

1       Q.   Do you know what type of parts were going

2  to be formed utilizing the press brake that's

3  involved in this lawsuit?

4       MR. ROBINSON:  At its original purchase?

5       MR. HARTMAN:  Yes.

6       THE WITNESS:  I don't believe they knew.

7  BY MR. HARTMAN:

8       Q.   As a sales manager, when a customer

9  contacts you to purchase a press brake, would you

10  inquire as to what type of parts the customer's

11  going to utilize the press brake for in order to

12  ascertain the capacity of the press brake that fits

13  the customer's needs?

14       MR. ROBINSON:  I'll object to the form of the

15  question.

16       THE WITNESS:  No.

17  BY MR. HARTMAN:

18       Q.   Tell me how it works that a customer --

19  tell me how it works with regard to typically --

20  strike that.

21            Is there a typical scenario where a person

22  purchases a press brake?

23       A.   Yes.

24       Q.   Okay.  Tell me the typical scenario?

1     A.   I believe the scenario would be a customer

2  already has a knowledge of what he wants to

3  produce, has researched that product and would

4  provide a manufacturer such as Heim or someone else

5  a typical tonnage such as a 70 ton, a certain

6  length being a 6 foot would be the request.  It is

7  a general purpose machine.

8     Q.   Okay.  So the typical sales transaction

9  does not involve Heim trying to ascertain what the

10  press brake is going to be utilized for?

11     A.   Correct.

12     Q.   The customer makes that decision and makes

13  the request from Heim as to the size of tonnage and

14  the length of the bed?

15     A.   Correct.

16     MR. ROBINSON:  Just so we have the correct

17  terminology down, when you use the term customer,

18  you might want to ask some questions or delve into

19  that issue because many times these go through

20  distributors which, in fact, is a customer and not

21  the end user.

22     MR. HARTMAN:  That's fair.  Thank you for that.

23  BY MR. HARTMAN:

24     Q.   Was this a direct purchase by Afco --

1          MR. ROBINSON:   That's it.

2    BY MR. HARTMAN:

3          Q.   Was that a direct purchase where Afco had

4    communications directly with Heim or was it a

5    hybrid where they purchased it through the

6    distributor and had direct communication with Heim

7    or did Afco just have communication with the

8    distributor?

9          A.   I believe this purchase was as an end user

10   through a distributor to Heim.

11         Q.   Did Heim have communication with Afco

12   Lycomie with regard to the purchase and sale of

13   this press brake?

14         A.   I don't believe that's the case.

15         Q.   So -- in looking at the manual and the

16   sales, it appears that a foot pedal accompanied

17   this press brake?

18         A.   Yes.

19         Q.   Am I correct that a foot pedal -- strike

20   that.

21              According to the manual a foot pedal came

22   standard with regard to these press brakes?

23         MR. ROBINSON:   What's the question?

24

1    particular purchaser HB Machinery Co?

2        A.    It says no.

3        Q.    And does this document tell us whether or

4    not HB Machinery Co requested a foot switch for

5    activation of this press brake?

6        A.    It's itemized as yes.

7        Q.    And would that mean that HB Machinery Co

8    requested a foot switch for -- to accompany the

9    sale of this particular press brake?

10       MR. HARTMAN:  I'm going to object to the form

11   of the question because there's nothing in that

12   document that indicates that there's a request, it

13   indicates what has been provided with it.  The

14   witness has already testified as a piece of

15   standard -- a standard piece of equipment that

16   accompanies all of the press brakes.  Go ahead.

17   I've noted my objection for the record.

18   BY MR. ROBINSON:

19       Q.    Does this sales document tell you that the

20   purchaser, HP Machinery Co, has requested a foot

21   switch to accompany its purchase of this press

22   brake?

23       A.    Yes.

24       MR. HARTMAN:  Are you saying, sir --

1      MR. ROBINSON:  Hold on, you're not asking

2  questions.  He's not answering your questions.

3      MR. HARTMAN:  You asked questions when I was

4  asking questions.

5      MR. ROBINSON:  I really didn't.  You're going

6  to give me the opportunity to ask him questions,

7  he's not going answer questions you interject to

8  right after mine.  That's inappropriate in every

9  sense of a taking of a deposition.

10  BY MR. ROBINSON:

11      Q.    Was the press brake that was sold -- all

12  of my questions relate to the particular press

13  brake that was sold to HB Machinery Company.  Was

14  it a completed product when sold to HB Machinery?

15      A.    A completed product in the sense that as

16  far as we're concerned does not have -- could not

17  form a function.

18      Q.    Okay.  Was it a completed product in the

19  sense that you could ship it to a company and that

20  they could begin using it as is?

21      A.    No.

22      Q.    And what types of work, what types of

23  additions needed to be added to the press brake by

24  the purchaser or by the entity to whom it was

1    shipped before it could function?

2        A.    I would suspect that the end user would

3    require a dye for it and would also provide the

4    point of operation safety required in conjunction

5    with the operation of that dye and any other

6    ancillary equipment that the end user would choose,

7    you know, such as barrier mounts or isolation pads

8    or certain ancillary equipment such as barrier

9    mounts, point of operation safety, whatever else,

10   feeding equipment.

11       Q.    Is there any indication in the sales file

12   that Heim was ever notified as to what particular

13   uses to which the purchaser or the entirety to whom

14   it was shipped was going to put to this particular

15   press brake?

16       A.    No indication.

17       Q.    Do you understand from your review of the

18   sales file that the press brake ultimately came

19   into the possession of Corey Manufacturing a

20   subsequent purchaser of the press brake?

21       A.    Only aware of it through the documents in

22   the file that would indicate that they were not the

23   first owner/operator of the machine.

24       Q.    Okay.  And is there any indication in the

1    for a particular application and then subsequently

2    have a new application that is necessary and so

3    forth and so forth and continuously change the

4    application for the press brakes?

5         A.    I wouldn't be surprised if there was

6    numerous applications for each particular press

7    brake.

8         Q.    I would take it it wouldn't surprise you

9    to know that the Corey Manufacturing employees that

10   we talked to said that there were numerous uses for

11   the press brake that was put during its use of the

12   press brake?

13        A.    I'm not surprised.

14        Q.    Do you have any way of knowing how many

15   different uses Afco Lycomie put to this particular

16   press brake throughout its 20 something years of

17   ownership of this press brake?

18        A.    No.

19        Q.    Did Heim ever receive any type of

20   complaint regarding the point of operation for this

21   particular press brake during Afco Lycomie's

22   ownership of the press brake?

23        A.    Not that I'm aware of.

24        Q.    Has Heim ever received a point of injury

1  from the use of the serial number 2176 press brake

2  while in the ownership of Afco Lycomie?

3      A.    Not that I'm aware of.

4      Q.    In the industry, sir, who selects the

5  appropriate point of operation safety device for

6  any particular application?

7      A.    It's the responsibility of the end user.

8      Q.    Are you aware that the ANSI requirements

9  since at least 1973 have placed that responsibility

10  on the end user?

11      A.    I'm aware of that, yes.

12      Q.    And particularly the employer?

13      A.    Yes.

14      Q.    And are you aware that OSHA also places

15  that responsibility upon the employer?

16      A.    I'm aware of that, yes.

17      Q.    Are you aware of any standard at all

18  governing Heim or any manufacturer of press brakes

19  that places responsibility upon the press brake

20  manufacturer for choosing an appropriate point of

21  operation safety device for a press brake?

22      A.    Not that I'm aware of.

23      Q.    Would that work if the manufacturer were

24  required to choose an appropriate -- strike that.

1          Would it work if the manufacturer would be

2    required to choose a point of operation safety

3    device for the press brake?

4          A.    I don't understand your question.  Can you

5    restate that for me?

6          Q.    Would it be practical for the manufacturer

7    of a press brake to choose a point of operation

8    safety device to accompany the sale of a press

9    brake?

10         A.    I wouldn't think so because of the

11   numerous applications they could be subjected to.

12         Q.    And if a manufacturer of a press brake did

13   supply a particular point of operation safety

14   device, can you envision situations where the use

15   to which the press brake was being made would not

16   permit the use of that particular point of

17   operation safety device?

18         A.    I don't know.  I'd say -- unless it was a

19   captive press that would be the only time it would

20   be able to do that.

21         Q.    When you say a captive press, what do you

22   mean?

23         A.    In other words, if it was just going to be

24   one application for the lifetime of that machine

# EXHIBIT "B"

P0776392.1

IN THE U.S. DISTRICT COURT

FOR THE WESTERN DISTRICT

OF PENNSYLVANIA

\* \* \* \* \* \* \* \* \*

\*

TINA LINDQUIST,          \*

    Plaintiff          \*    Case No.

    vs.              \*    04-249E

HEIM, L.P.,            \*

    Defendant          \*

\*

\* \* \* \* \* \* \* \*

DEPOSITION OF

ROBERT ROONEY

September 8, 2005



Any reproduction of this transcript
is prohibited without authorization
by the certifying agency.

19

1  there.

2  Q.      Okay.  Did you ever have any

3  problems with the Heim brake press?

4  A.      Personally?

5  Q.      Yes.

6  A.      Not anything you ---.  If you

7  know anything out of the ordinary, you

8  know, when you're running these jobs

9  and stuff, you know, we usually shut

10 them down and get maintenance over

11 there to check everything out.  If it's

12 not done properly, we aren't supposed

13 to be using it.  We red-flag it and

14 then they'll come over and knock it

15 out.  But other than that, that machine

16 just runs just like every other one.

17 Q.      Who is it that makes a decision

18 at Corry as to what type of activation

19 device would be used?  For instance,

20 the Heim had the ability to use the

21 foot pedal or the two-palm button,

22 depending upon the application.

23 A.      Who would that be?

24 Q.      Yes, who would make that

25 decision?

20

1    A.      I don't know if that would be

2    the supervisors or maintenance.

3    Q.      Was that your decision?

4    A.      No, it isn't my decision.

5    Q.      Had you ever instructed anyone

6    to use the foot pedal as opposed to the

7    two-palm button switch?

8    A.      I think everybody that was there

9    ran that job or ran various types of

10   jobs out here.  They already knew from

11   the experience they already had on that

12   job, what's going to be easier for

13   them.  Basically, it's their option.

14   Q.      It's the user's option.  So it

15   would have been Tina Lindquist's option

16   to use ---?

17   A.      I would say options there, yeah.

18   Q.      Okay.  And I think I mentioned

19   to you before we were on record, Joe

20   Nickels, we talked with him in a

21   deposition.  He said just that.  He

22   said that anytime he used the Heim

23   brake press, he would use the two

24   palm-button switch.  He didn't want to

25   use the brake pedal.  Had you ever used

21

1   the two-palm button switch on the Heim?

2   A.     I have, yeah, I have.

3   Q.     Do you know of other workers

4   that have used the two-palm button

5   switch on the Heim?

6   A.     I think everybody there has used

7   it, too.  It depends on what type of

8   job you're doing and if you have to

9   hold the part or whatever, you know.

10   Q.     And what do you mean by that?

11   Are you saying if you have to hold the

12   part, then you ---.

13   A.     Well, sometimes you have to put

14   a little bend on it.  You might have to

15   hold that part, so you got to keep one

16   hand there.  It's away from the press,

17   and you use your foot pedal unless you

18   cut a jig, it'll hold the material for

19   you.

20   Q.     What was the part that you

21   referenced as the 1707?

22   A.     Those were a core plug.  And

23   they ---.

24   Q.     A core plug?

25   A.     Yeah.

22

1  Q.      Okay.

2  A.      And they had --- lets see.  I

3  think there was four operations on that

4  brake press alone.  They ran them right

5  down the line, just different guys.

6  And that was said to be for that job

7  only.

8  Q.      For how long before the accident

9  was Corry making the 1707?

10  A.      They've been making them for

11  years.  I'd say as long as I've been

12  there.

13  Q.      Do you know of anyone else who's

14  ever been injured on the Heim press

15  brake, making the 1707?

16  A.      Nope.

17  Q.      Do you know of anyone that's

18  been injured in press-brake making, in

19  any particular part?

20  A.      I had --- nope.  That was my

21  first time I'd ever seen anybody get

22  hurt since I've been there.

23  Q.      You said you think there were

24  four different operations?

25  A.      There was four, yeah.

23

1    Q.      Can you tell us about those,

2    describe those for us?

3    A.      Well, you got two forms, one on

4    each end.  The material comes in flat,

5    and then one here and you go through

6    all your steps.  Then you flip your

7    starter on.  I think there's like a

8    little butterfly or something.  And on

9    the fourth stage that she was in, you

10   had to put the part on.  You only had

11   two little tabs for locators.  You had

12   to squeeze it around the manual.

13   Q.      With your hands?

14   A.      With your hands.

15   Q.      Right.

16   A.      And then that's when you pull it

17   out.

18   Q.      Okay.  Can you describe for us

19   what the product looks like before any

20   work is done on it ---?

21   A.      It's a flat piece of steel, is

22   all it is.

23   Q.      And how big is it?

24   A.      That piece of ---.  The part

25   would probably be only maybe about

26

1   A.        Every operation has a different

2   tool.

3   Q.        You just used the word tool.  Is

4   that the same as using the word die?

5   A.        Yeah.  Tools and tool.

6   Q.        Pardon me?

7   A.        Tool.

8   Q.        Are you using the word die and

9   tool to be the same?

10  A.        I'm using a different tool.

11  That would be a different tool.

12  Q.        Okay.  Help me out.

13  A.        Presses would have a different

14  die.  Yeah, if you're going into a

15  punch press, that's a test called a

16  die.  Just two of them is in the break

17  press.  You know, you might have to

18  change your top tool or your bottom

19  tool.

20  Q.        Okay.

21  A.        You might have a different punch

22  or whatever.  A different radius or

23  whatever.

24  Q.        Yes, okay.  What are you

25  referring to as the die?

27

1  A.        The die is like a punch press

2  die with --- you know, like 100 punch

3  presses, little punches and it appears

4  out in spurts.  That's a die.

5  Q.        Okay.  What did you need to

6  change out during each of the

7  operations?  What do you call that, is

8  that a tool?

9  A.        Yeah.  I had top and bottom.

10  Q.        Okay.  Have you ever seen the

11  Heim press brake perform an operation

12  without any tools or without any dies

13  on it?

14  A.        With nothing on it?

15  Q.        I think you're kind of answering

16  my question.  Was it able --- did it

17  function if there weren't any tools or

18  dies on it?  Could you actually use it

19  for anything at Corry if it didn't have

20  any tools or dies on it?

21  A.        They probably could, but I've

22  never seen it used.  I see what you're

23  saying.  You know, like cornering or

24  whatever?

25  Q.        Yes, whatever came in.  Whenever

28

1  the press brake did not have any tools

2  or dies on it, it couldn't perform any

3  function, could it?

4  A.      No.

5  Q.      Okay. And so one of the things

6  that had to be done with these

7  operations is for each operation, it

8  would have to be tooled and new dies

9  would have to be installed?

10  A.      Yep.

11  Q.      It couldn't work until that was

12  done?

13  A.      That's right.

14  Q.      Okay.

15  A.      Every job has its own tool.

16  Q.      And during each of these

17  operations, would you run through that

18  entire operation, one side being bent

19  on all of the pieces, and then when you

20  were done with that, then you would

21  start the other operation and bend the

22  other side?

23  A.      Yep.

24  Q.      And then the third process of

25  the butterfly and the fourth process of

29

1  hand forming on the manual ---

2  A.      Yep.

3  Q.      --- to finalize the final

4  product.

5  A.      Yep.  When they walked out

6  there, that product was --- after you

7  handled it.  Then lots came in,

8  probably, I've seen them in 250 pieces

9  in one line.  So you handle them in 250

10 pieces times four.  You got to go

11 through four different dies.

12 Q.      Okay.  How long did it take to

13 change out the dies during each of the

14 processes?

15 A.      About five minutes.

16 Q.      That's it?  And you changed out

17 those dies for each of those

18 operations?  You have to answer

19 verbally.

20 A.      Yes, I have.

21 Q.      Had you ever trained anyone on

22 the operation of the press brake or any

23 of the presses at Corry Manufacturing?

24 A.      Everyone over there has, all the

25 guys did.

38

1  cut too easily.

2  Q.      And how so, what do you mean by

3  that?

4  A.      Well, you never know.  At least

5  if you're standing up, you can get out

6  of the way of something, you know, like

7  if a piece of steel comes at you or

8  whatever, you know.  You're not going

9  to be stuck there, you know.  So my

10  motto was always, I like to stand.

11  Q.      When you stand and perform the

12  various operations that need to be

13  performed for the 1707, would you move

14  the foot pedal or would it all stay in

15  one location?

16  A.      You can stand it wherever you

17  wanted.

18  Q.      Was there a need to move it

19  during these different operations?

20  A.      Shouldn't have to, really.

21  Q.      Can you describe the foot pedal

22  that existed at the time of her injury?

23  A.      What it was is, it looked like a

24  regular --- well, it looked like that

25  bowl.  You stick your foot inside.

39

1    Q.        It was fully-enclosed housing?

2    A.        Yep.

3    Q.        But you had to stick your foot

4    inside?

5    A.        Yep.

6    Q.        Did it have a plate over the

7    front?

8    A.        No.

9    Q.        Did any of ---.  Well, can you

10   describe it any more?

11   A.        All it is, is just a foot pedal.

12   Just a foot pedal with a housing on the

13   top.  That's all it was.  And you put

14   it in.  You stick your foot the whole

15   way in, so it had be.

16   Q.        That's a good point.  How far in

17   from the outside of the housing was the

18   actual pedal?

19   A.        It was probably two or three

20   inches.

21   Q.        Okay.  So you couldn't just have

22   your ---.

23   A.        Stick your toes.

24   Q.        You would actually stick your

25   whole foot in up through the instep of

40

1    your foot?   Is that yes?

2    A.      I would say yes.   Yes.

3    Q.      Did you ever have any problems

4    with the foot pedal that existed?

5    A.      I never had any problems with

6    the foot pedal.

7    Q.      What color was the foot pedal?

8    A.      Yellow.

9    Q.      Do you know where that came

10   from?

11   A.      I don't know.   It's another

12   maintenance issue there.

13   Q.      Do you know where it went after

14   this accident?

15   A.      I couldn't tell you that either.

16   Q.      No one seems to know.   I think

17   it was maybe thrown away.

18   A.      It could've been.

19   Q.      Do you have any idea how old

20   that foot pedal was?

21   A.      I don't know.   There's a

22   questionnaire that you need to ask

23   maintenance.

24   Q.      Well, we did and they didn't

25   know either.   You don't know if that

# EXHIBIT "C"

# HEIM CORP.

ACKNOWLEDGEMENT

FRANKFORT, ILL. 60423          P. O. BOX R

815-469-2335

## ASSEMBLY ORDER FOR PRESS BRAKE

2176 w)m          Week of:

Date Rec'd. 4/21/78     MODEL NO. 70-6          SERIAL NO. 2176     DUE DATE 5/18/78

SOLD TO: H-S MACHINERY CO.          P.O. NO. 3458

SHIP TO: AVCO LYCOMING DIVISION, 550 South Main St., Stratford, Conn. 06497

## PRESS BRAKE TO INCLUDE:

| | Specification | | | Specification | | | Specification |
|---|---|---|---|---|---|---|---|
| BASE PRICE | | | | | | COUNTER-BALANCE | NO |
| STROKE | 3" | | RAM INDICATOR | YES | | RAM MACHINE FOR ANGLES | NO |
| SHUT HEIGHT | 12" | | RAM POWER | YES | | | |
| MOTOR HP | 5 | | HORN EXT. RIGHT | NO | | BED MACHINE FOR ANGLES | NO |
| | | | LEFT | NO | | | |
| MOTOR RPM | 3600 | | LUBRICATION: | | | WELDED ANGLES | NO |
| | | | ONE SHOT | YES | | | |
| MOTOR FRAME | | | AUTOMATIC | NO | | PERMANENT FLANGED BED | NO |
| | | | TRU-KON-TROL PRESS BRAKE | YES | | PERMANENT FLANGED RAM | NO |
| PULLEY | | | TRU-KON-TROL PUNCH PRESS | NO | | | |
| | | | | | | CAST BRACKET | NO |
| STARTER: STD. | YES | | PALM BUTTONS | NO | | | |
| REV. | NO | | | | | BOLSTER PLATE | NO |
| | | | FOOT SWITCH | YES | | | |
| VOLTAGE | 440 V | | BACK GAUGE, FRONT | YES | | DIE BLOCK | YES |
| | | | OPER. MANUAL | YES | | | |
| | | | POWER | NO | | PAINT | STD. |

## OPTIONAL EQUIPMENT:

**THIS ORDER IS SUBJECT TO CANCELLATION CHARGES.**

REMARKS:

This order is accepted subject to the right of the purchaser to cancel the same at any time prior to shipment upon written notice to this company of such cancellation and payment of a cancellation charge of twenty per cent of the total amount of the order. If such notice is received within fifteen days from the date of the order, such cancellation charge will be waived.

Date Completed _____ By _____ Date Shipped _____ By _____

Code: MA=Machine for angles    H=Horn Press    PF=Permanent Flange

# INSPECTION SHEET PRESS BRAKE

| Date | | Model No. 90-6 | | Serial No. 2176 |
|---|---|---|---|---|

| Item | Check | Spec./Comment | OK | By | Objection | Correction | OK | By |
|---|---|---|---|---|---|---|---|---|
| Stroke | Dim. inches | 3" | B7 | | | | | |
| Shut Height | Ram to bed strk dn-adj. up | 12" | CB7 | | | | | |
| Strokes/minute | Actual count | 25 strokes | CB7 | ✓ | | | | |
| Flywheel | Exact dia. and thickness | 24" x 3½" | B7 | ✓ | OK by WALLY + B RAMSEY | | | |
| Flywheel Rotation | Clockwise/counterclockwise | c.c.w. | B7 | | | | | |
| V-Belts | Section size and length | B-85 | B7 | | | | | |
| V-Pulley | O.D. and bore | 4460-80 | B7 | | | | | |
| Ram Adj. Up | Actual ram indicator reading | .0180 | CB | ✓ | | | | |
| Ram Adj. Down | Actual ram indicator reading | 6.500 | B7 | ✓ | | | | |
| Ram and Bed Alignment | Clamp bar on each end bring ram down and measure | L.5, 5¼16 R.5¹¹⁄16, 5¼16 | CB7 | | | | | |
| Lubricator | Make and size | Bijur one shot | B7 | | | | | |
| Lube Type | Kind of oil or grease used | Lubricant 4/ | B7 | | | | | |
| Oil Meters (Ram Guides) | Actual size | #1 | B7 | | | | | |
| Oil Meters (Conn. Rods) | Actual size | #3 | B7 | | | | | |
| Meters (Main Brngs) | Actual size | #2 | B7 | | | | | |
| Oil Lines | Purged and fittings tight | ok | B7 | | | | | |
| C'bal. Cylinders | Bore and stroke | NA | B7 | | | | | |
| C'bal Cyl. Bar | Size and length | NA | B7 | | | | | |
| C'bal. Cyl. P.S.I. | Press. req'd to take up ram | NA | B7 | | | | | |
| C'bal Pressure Sw. | P.S.I. set @ | NA | | | | | | |
| Main Pressure Sw. | P.S.I. set @ | 72 PSI | | | | | | |
| Clutch Hub | Bore & thickness | 2⅛ x 3" | B7 | | | | | |
| Clutch Hub Lock | Type and tightness | Nut & Lock Ring | B7 | | | | | |
| Clutch Plates | Quantity and size | 3 plate | B7 | | | | | |
| Clutch Shims | Quantity and thickness | 2 per Pin | B7 | ✓ | | | | |
| Clutch Operation | Friction and heat | OK | | ✓ | | | | |
| Brake Hub | Shape, bore and thickness | 9" x 2⅛" | B7 | | | | | |
| Brake Disc | Bolts, runout and concentricity | 3 bolts | B7 | | | | | |
| Brake Caliper(s) | Quantity bolts and run out | one | B7 | | | | | |
| er Mtg. Bolts | Dia. length and head clearnce | 1" x 9; ½ clearnce | B7 | | | | | |
| Die Block | Position in groove and size | standard | B7 | | | | | |
| Horn. Extension(s) | Length and R and/or L | Nor | B7 | | | | | |

| Item | Check | Spec./Comment | OK | By | Objection | Correction | OK | By |
|------|-------|---------------|-----|-----|-----------|------------|-----|-----|
| Operat. Back Ga. | Type required | | | | Back Ordered | | ✓ | |
| Machine For Angles | Bed and/or ram | N.c | Ckt | | | | | |
| Motor H.P. and RPM | From nameplate | 5HP: 3495 | | | ✓ | | | |
| Motor Volt and Frequency | From nameplate | 220-440 Gpm | | | ✓ | | | |
| Motor Starter | Make size and type | Allen O. Mile. | | | ✓ | | | |
| Heater Relays | Size Number | 63B737 | Ø | N | ✓ | | | |
| Circuit Breaker | Make, amps and volt rating | 15A 600V | ✓ | N | ✓ | | | |
| Press Controls | Quantity and type of oper. stations | 1 & DPLa | | | ✓ | | | |
| Press Control Specs | Location and type of connection | Floor | | | ✓ | | | |
| Motor Wiring | Wire size | #14 | | ✓ | ✓ | | | |
| Motor Start-Up | Time req'd for full flywheel rpm | 7 seconds | ✓ | ✓ | ✓ | | | |
| Elect. Dwg. Used | Dwg. number and date | D-7602 | | ✓ | ✓ | | | |
| Cams | Setting all modes and rotation | Set.Ang.Brkn | | ✓ | ✓ | | | |
| Lube Cycle | Actual time and oil amount | 0.50 | ✓ | | ✓ | | | |
| in Bearings Clearance | Jack up ram with knuckle tight (loosen it after check) | .015 | ✓ | | ✓ | | | |
| Knuckle Clearance | Use feeler gauge & lock upper nut | .003 | | | ✓ | | | |

**Special Features and Notes**

**Radication**

Left

Bottom  .000
UP  .000
Down  .000

Right

.000
+. .005
-. .005

Ckt