# EXHIBIT "E"

P0776392.1

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ORIGINAL

TINA LINDQUIST,                    )

      Plaintiff,                   )

   vs.                             ) No. 04-249E

HEIM, L.P.,                        )

      Defendants.                  )

    The video deposition of RALPH L. BARNETT, called for examination pursuant to the Rules of Civil Procedure for the United States District Courts pertaining to the taking of depositions, taken before Patricia L. Wangler, a notary public within and for the County of DuPage and State of Illinois, at 33 North LaSalle Street, Illinois, on the 6th day of April, 2006, at the hour of 12:00 o'clock p.m.

Reported By:  Patricia L. Wangler, CSR

License No.:  084-002417

1

1    points today as well as some other documents

2    that I will show to you.  I want to see if I can

3    state the gist of your opinion --

4         A.    All right.

5         Q.    -- so that we can have a working

6    knowledge of what that is.  Is it your opinion

7    that the foot control that was being used by

8    Tina Lindquist at the time of her injury was

9    defective because it did not have a gate on the

10   front of the foot control?

11        A.    I think that's a complete statement of

12   the -- of my opinion.

13        Q.    In reviewing your report I didn't

14   notice any other areas of defect that you were

15   claiming other than the one I just stated.

16        A.    That's correct, but it is -- with the

17   only thing I would add to that is that I want

18   the same footswitch that was involved in this

19   accident with the addition of the gate because

20   Linemaster makes the -- everything else should

21   be there and the gate also should be -- you

22   know, should be added, and that's part of the

23   testing I did was with the full -- with the

24   Linemaster switch with the gate on it.

                                                    19

1       Q.   So is it fair to say that the opinion,

2    the only opinion that you have expressed so far

3    in your report and the only opinion that you

4    intend to express to a jury and to the court

5    would be the one that I just stated relative to

6    the foot control that was being used by Tina

7    Lindquist being defective because it did not

8    have a gate on the front of it?

9       A.   Right, and whatever ancillary things

10   support that, you know, the -- support that

11   opinion.

12      Q.   And I want to make sure I understand --

13      A.   Because I have done testing and I would

14   want to show them the testing, but it is all

15   based on that one conclusion.

16      Q.   So you are saying that there are other

17   facts --

18      A.   Yes.

19      Q.   -- that you have gleaned that support

20   that opinion, that there is testing that you

21   have performed that supports that opinion.  Is

22   there anything else that is ancillary that

23   supports that opinion?

24           And I want to make sure I include your

                                                    20

1    single stroke capability you will have a person

2    take it apart, put it into a machine, make the

3    stamp, take the part and put it into a bin that

4    is a good part, somehow will get rid of the

5    scrap, either by blowing on it or falls through.

6    We do that again.

7         And you sit there like you are part of

8    the machine.  The operator becomes part of the

9    machine.  Part in, stamp out, part in, stamp

10    out.  And you do this so that it's so

11    repetitious that there is no cognitive process

12    going on.  You are a part of the infeed, outfeed

13    system of the machine.  And so --

14    Q.    In that situation the gated foot

15    control is a bad thing.

16    A.    Oh, my goodness, it will cut down the

17    number of parts you make, you know, to something

18    like -- to 20 percent, 33 percent of what you

19    could make before, your leg wants to fall off,

20    you know, when you do this thing.

21         If I would show you what you have to do

22    to make a proper stroke with an Allen-Bradley,

23    you would faint.  And you would think that the

24    leg that is doing the work wants to fall off, it

48

1    is the other leg that is supporting your body.

2        Q.    Supporting your weight, your body, I

3    understand.

4        A.    Ram, ram.

5        Q.    And with that, just so I understand

6    your basis for concluding that those are the --

7    those gated foot controls are the most

8    inappropriate type of foot control is that it

9    encourages the user to ride the pedal such that

10   their foot remains inside the control so they do

11   not have to fight that gate?

12       A.    That's correct.

13       Q.    Is that fair?

14       A.    That's fair.  And you have to remember

15   that they have no special device in the

16   Allen-Bradley to deal with riding the pedal.

17           I mean so if you ride it, your finger

18   is on the trigger just like you are walking

19   through the woods with your shotgun loaded,

20   cocked and your finger is on the trigger, it is

21   exactly --

22       Q.    I have seen you use that analogy

23   before.

24       A.    Exactly.  It works perfectly.

49

1        Q.    And if something goes wrong as you

2    pointed out before, a sneeze, a lean forward --

3        A.    A startled response.

4        Q.    -- a tremor, that's right, then you --

5    because your foot is in the control it doesn't

6    make much movement of that pedal and the machine

7    activates and if your hands are in there and if

8    you don't have the point of operation safety

9    device they are coming off?

10       A.    Right.

11       Q.    Have you seen people -- strike that.

12             Have you seen employers use press

13   brakes in that type of what I will call assembly

14   line setup, part in, stamp out?

15       A.    It's -- they have usually very short

16   runs.  The -- there is much more time between

17   the parts.  For example, the case that I said to

18   you that I had done before, that you asked for

19   that was either -- it probably wasn't Heim, but

20   it probably was Rousselle which at one time I

21   don't understand the ownership, but I think on a

22   couple occasions Heim owned Rousselle.  And

23   there was a machine that does 105 strokes per

24   minute.  The -- and so if you have that thing

                                              50

1    set up to take full advantage of the machine, in

2    two minutes you make 210 parts.

3        In the case we have at bar, this woman

4    is making 200 parts in a day, not in 2 minutes,

5    in a day.  So you normally on a press brake

6    operation have much more time between parts

7    because you are fussing with it, you are putting

8    it into the machine and you lining things up and

9    you are holding things.  It is a -- it is not

10   that routine that I just described.

11       Q.    My question was have you seen employers

12   use press brakes in that assembly line type of

13   process that you described is typically used

14   with a power press?

15       A.    I haven't.

16       Q.    Never seen it?

17       A.    I have never seen it, but that doesn't

18   mean that you can't do it.  It is just that I

19   can tell you what typically is done with

20   machines of this kind.

21       Q.    I take it it would be accurate to say

22   that the existence of the gate increases the

23   likelihood of riding the pedal regardless of

24   whether or not it is a press brake or a power

                                                    51

1    press to some extent?

2        A.    No question about it, no question about

3    it.

4        Q.    Do you know if Tina Lindquist was

5    riding the pedal at the time?

6        A.    I know that she wasn't riding the

7    pedal.

8        Q.    And how do you know that?

9        A.    It is because the machine has a single

10   stroke capability.

11       Q.    I don't follow what -- your

12   explanation.  Describe it more for the court

13   please.

14       A.    This particular pedal, the one that was

15   used at the time of the accident has got a

16   locking plate in the back and the machine has a

17   single stroke capability, so that means if you

18   push down on the pedal, you get one stroke and

19   only one stroke and you will never get another

20   stroke on this machine until you fully lift your

21   foot off the pedal at which point it locks.

22       Q.    Even if you have the locking plate

23   pushed back while you depress the pedal?

24       A.    When you push the -- when you push down

                                                          52

1       A.    It is a wonderful thing.

2       Q.    Is it an enhanced safety feature?

3       A.    It is an enhanced safety feature.

4       Q.    What safety features -- I have heard

5  different -- I have read I suppose and heard

6  different people refer to various features as

7  safety features?

8       A.    Yes.

9       Q.    What safety features in your opinion

10 existed on the foot control that Tina Lindquist

11 was using at the time of her incident?

12      A.    She had a guard on the top, she had a

13 guard on both sides, she had a locking plate in

14 the back.  She had an orange color, and those

15 are the features that she had.

16      Q.    How about warnings on the foot control,

17 are those considered safety features in your

18 opinion?

19      A.    Well --

20      Q.    And I don't --

21      A.    -- they are considered to be safety

22 features.  They are useless, you know, the -- in

23 terms of operational, you know, operational

24 problems because it goes like this, there are

                                              55

1    two kinds of human errors, one kind of human

2    error is a mistake.  You mean to do something,

3    you, in fact, do it and it turns out later that

4    was the wrong thing, the plant blew up.

5            Another human error is a slip, you mean

6    to grab the red one, but you grab the blue one

7    instead and that leads to an injury.

8            Now, the two are very important

9    distinctions because where in the first one you

10   can give a warning sign, you can say here is

11   what we want you to do, you know, the -- so you

12   don't make a mistake.  We will tell you what to

13   do so that when you execute properly, it doesn't

14   lead to mischief.

15           It doesn't help you to put a warning

16   sign on the second one because the person always

17   wanted to grab the right button, they wanted to

18   grab the red one, it was a slip they grabbed the

19   blue one, you see, so that warning sign is no

20   good.

21           The warning signs they put on the -- on

22   footswitches which with time have become more

23   and more elaborate, are the ones that prevent

24   mistakes, not slips.

                                                    56

1      Q.    How did you determine that the one she

2    was using had a kick plate or a locking plate?

3      A.    I saw a picture of it.

4      Q.    And can you show us that?

5      A.    I think so.

6      Q.    Great.  You have given me three --

7         MR. HARTMAN:  No, that's --

8         MR. ROBINSON:  Mr. Hartman, let's not do

9    that.  I am asking some questions here of this

10    witness.

11         MR. HARTMAN:  Well, don't confuse him with

12    the one from the office.  That's crazy.

13         MR. ROBINSON:  Mr. Hartman, your comments

14    are sanctionable.  They are unprofessional.

15         MR. HARTMAN:  Do what you have you have to

16    do, Paul.

17         MR. ROBINSON:  And why don't you be quiet

18    over there while I conduct the discovery

19    deposition.  You are being very inappropriate.

20    You are going to be sanctioned.

21         MR. HARTMAN:  Paul, I am going to represent

22    my client as I see fit.  If you believe what I

23    do is sanctionable, there is nothing to put on

24    the record.  Just go do it.

57

1        MR. ROBINSON:  It will be done.

2    BY MR. ROBINSON:

3        Q.   You have handed me two sets of

4    documents.

5        A.   Yes.

6        Q.   Let's mark the first one as Exhibit A

7    and we will mark the second one as Exhibit B

8    because I see they used numbers.  It might make

9    that more clear for us.

10                      (Whereupon, Barnett Deposition

11                       Exhibits A and B were marked

12                       for identification.)

13   BY MR. ROBINSON:

14       Q.   The first set of documents which you

15   handed me was Exhibit Barnett A, what are those?

16       A.   I have no idea.  They are in my file,

17   and there has been no representation made to me

18   about that, about what's on those figures.

19       Q.   Is this the one she was using at the

20   time of her incident?

21       A.   That I can't tell you.  I will tell you

22   about the second one.

23       Q.   What do you understand these pictures

24   to be, 11 through 18?

                                                    58

1          A.    I have no understanding.

2          Q.    Have you ever asked anyone as to why

3    they are in your file?

4          A.    I don't think I have asked anyone.

5    They are in my file, but I have no

6    understanding.

7          Q.    I mean why haven't you asked anyone?

8          A.    Well, you can't ask negative questions

9    like that.  Don't ask me why I haven't asked

10   anyone.  I haven't felt the need to ask anyone.

11          I am only making you happy.  Making you

12   happy is not what I do.  You see, I am not

13   interested in making you happy.  You don't even

14   enter into my safety analysis of a machine.

15          But I am here to help you.  You asked

16   me for the pictures, I am showing you pictures.

17   Continue asking questions.

18          Q.    Did you want to take a break?

19          A.    No.

20          Q.    You seem to be getting upset for some

21   reason.

22          A.    No, I am -- if I am upset, I am upset

23   because you are playing a game and I don't like

24   games.

                                                    59

1    actually have statements in the record, I don't

2    know where I read it, but maybe of the other

3    expert reports.

4        Q.    The employees of Corry have indicated

5    they think that it had been discarded at some

6    point.

7        A.    Yes, that's what I read.

8        Q.    We know it was present when Mr. Hartman

9    took these photographs; is that fair?

10       A.    Yes, it is.

11       Q.    And who has represented to you that the

12   foot control -- who, if anyone, has represented

13   to you that the foot control shown in

14   Photograph 29, it is the only one I am concerned

15   with right now because you said it is the only

16   one that confirms the existence of a lock

17   plate --

18       MR. HARTMAN:  Is that the proper term, a

19   lock plate?

20       THE WITNESS:  No, that's good enough.

21       MR. ROBINSON:  That's what he used earlier

22   so --

23       MR. HARTMAN:  You are changing terms.  I

24   just wanted to clarify.

71

1    BY MR. ROBINSON:

2        Q.    Do you have any problem with that?

3        A.    No.

4        Q.    I thought you used that term.

5        A.    I did use it.

6        Q.    I used the new term "kick plate."

7        A.    Kick plate, lock plate, but the real

8    function is a lock plate.

9        MR. ROBINSON:  Okay, Mr. Hartman, if you

10    could stop asking questions and making

11    statements.  Please raise your objection without

12    speaking, and then that's the appropriate way

13    for this to be handled.  I am asking that this

14    be handled in the appropriate form and manner.

15    And I am asking for that.

16        MR. HARTMAN:  Paul -- and I will give it to

17    you when it is appropriate to do it in that

18    manner.  When there is a question that I have as

19    it relates to your questioning, as it relates to

20    use of terms, I will always interrupt to make

21    sure there is a clarification, if not for the

22    witness' understanding, mine because I do have a

23    right to understand the proceedings as well.

24

72

1    BY MR. ROBINSON:

2        Q.    Has anyone represented to you that the

3    foot control shown in Photograph 29 is the foot

4    control that was being used by Tina Lindquist at

5    the time of her injury?

6        A.    This is what Mr. Hartman represented to

7    me.

8        Q.    Has anyone else besides Mr. Hartman

9    represented that to you?

10       A.    No.

11       Q.    And Mr. Hartman has the machine, the

12   press brake now?

13       A.    Yes, he has it in the plant someplace

14   that he showed to me.

15       Q.    And the foot control is missing?

16       A.    That's correct.

17       Q.    Are you able to tell by looking at

18   these photographs with certainty who the

19   manufacturer of this foot control is that's

20   shown in Photograph 29 and 30?

21       A.    It -- I think that it's -- I don't know

22   what certainty means.

23       Q.    Certainty --

24       A.    As an expert, you know, it looks like a

                                                      73

1          A.    I have no recollection.

2          Q.    You only recall the foot control

3    itself?

4          A.    Yes.

5          Q.    Do many foot controls look alike?

6          A.    I think that the Linemaster has gone to

7    a lot of trouble to distinguish their controls

8    so that they are identifiable just by glancing

9    at them.  And, remember, these are all my

10    clients, the foot control people are all my

11    clients so I have a special tendency to pay

12    attention to things like this but not the cords.

13          What I like is when I see a yellow cord

14    or a colorful cord, I, of course, am thrilled

15    because slip and fall is the second largest

16    producer of death and disabling injury in the

17    world every single year, and falling over these

18    cords is a real problem.  I love to see a

19    colorful cord.

20          Q.    The -- what's the model number of the

21    Linemaster foot control with a lock plate?

22          A.    I haven't a clue.  That was done by

23    Ulmenstein.  The -- and I have not looked at --

24    I mean I have the catalogues listed in the

81

1    report, but that part of the report is written

2    by Ulmenstein.

3        Q.   It is referenced as a 511.  Do you have

4    any reason to dispute that?

5        A.   None.  I thought the 511 was that group

6    that had those -- that safety kick plate in them

7    so --

8        Q.   That's what I am referring to.

9        A.   Yeah.

10       Q.   You just used the word "safety kick

11   plate," but that's the lock plate that we

12   described?

13       A.   Right, there is no other function, it

14   has no other function except safety.

15       Q.   Okay.  Has anyone ever told you that a

16   511, a Model 511 was sold with the Heim press

17   brake in 1978?

18       A.   As a matter of fact, all the data that

19   I have in the file indicates that Heim has not a

20   clue what they sent out, you know, on the

21   machine.

22       Q.   My -- we will get to that statement.

23   My question was has anyone ever told you that a

24   Model 511 accompanied the sale of the press

82

1    brake in 1978?

2        A.    No, no one did.

3        Q.    You don't have any way to confirm that?

4        A.    I have -- to confirm that nobody told

5    me?

6        Q.    No, I am sorry, that's a good point.

7             You don't have any way to confirm what

8    was -- what model of press -- what model foot

9    control accompanied the Heim press brake at the

10   time of its sale in 1978; do you?

11       A.    That's correct, I can't do it.

12       Q.    Is there any difference in appearance

13   between the Linemaster foot control that has

14   that locking plate and the model that does not

15   have that locking plate besides, of course,

16   looking inside seeing the locking plate?

17       A.    Right, only if you look into the unit

18   can you tell the difference, otherwise they have

19   maintained the same cover and the same geometry.

20       Q.    So if you look in Photograph 30 or any

21   of the other photographs of -- Photograph 30,

22   Exhibit B or any of the other photographs in

23   your file, you would have no way of telling if

24   that's a model with a locking plate or without?

                                                    83

1      A.    Absolutely correct.

2      Q.    Okay.  You made a statement that what

3    you have seen is that Heim doesn't have a clue,

4    I think was your terminology, as to what model

5    of foot control accompanied the sale of its

6    press brake in 1978; is that right?

7      A.    Yes.

8      Q.    How do you know they didn't sell one --

9    that they didn't supply their press brake with a

10   gate that you are claiming is the only reason of

11   defect?

12     A.    Exactly why I made all the inquiries

13   from Mr. Hartman.  I said you know that if they

14   supplied one with a gate, I can't be an expert

15   for you because I would have approved of that.

16     Q.    Yeah.

17     A.    And so all of my efforts to find out

18   what they have supplied, you know, have failed,

19   and I fault them for this.  I don't like the

20   idea that they don't -- you have a manual, the

21   manual should have in the manual a list, a parts

22   list so that if somebody breaks something and

23   they want to replace it, you have a fighting

24   chance to replace it with the correct thing that

                                                    84

1    you design.

2         This manual doesn't have a parts list.

3    I never had a case like this where the

4    manufacturer couldn't tell me what the equipment

5    was that went with the machine.  This is the

6    first case I have ever had like this in 32,000

7    cases.

8         Q.   So you are just assuming in your

9    opinion then that it, one, did not have a gate,

10   and we don't have any way of disproving or

11   proving that; right?

12        A.   Right.

13        Q.   And you are assuming that it had a kick

14   plate because the model that she was using had a

15   kick plate and we don't have any way to prove or

16   disprove that?

17        A.   Well, I have more.

18        Q.   Is that accurate what I said so far?

19        A.   But there is more.

20        Q.   Go ahead.

21        A.   First of all, it has to do with

22   inductive inference, that every machine that I

23   saw in the 70 -- in the '76, '75, '80, all had

24   the Linemaster, every one I ever seen by Heim

                                                      85

1    with my own accuracy of the things that I wrote

2    let alone to be bothered with his accuracy.

3        Q.    The model number is significant because

4    you would want -- I would think if a company

5    either that you represented in the past or that

6    I am presently representing is sued for an

7    accident, you would want to make sure on the

8    plaintiff's side that that foot control was the

9    same one that was accompanying the sale; is that

10   right?

11       A.    Absolutely not, absolutely not.  Expert

12   witnesses, we don't make evidence.  We only

13   report things that people tell us.  We -- if we

14   were on the scene of this accident, then we

15   would be, you know, fact witnesses and we could

16   tell you.

17           But we are always receiving things.  We

18   don't add -- we don't add evidence to a file.

19   When -- we are never the ones that see anything.

20           When we have in the file drawings that

21   have these numbers on it, which I have seen a

22   drawing of this and then I read later on that it

23   has been disclaimed by the Heim representatives

24   and say, we -- you know, yeah, we gave you the

                                                    90

1    drawing, but we don't know whether that's the

2    drawing or not.  The file has got a lot of

3    confusion in it because people are furnishing

4    things and then disclaiming later or, you know,

5    making statements later that we just don't know.

6              And I don't criticize them for telling

7    the truth.  If they don't know, they should say

8    they don't know, but no numbers were made up.

9              They are in our file.  And if they are

10   used inappropriately, it is because somebody has

11   made a decision that, gee, they wouldn't have

12   sent us a drawing unless that was the drawing

13   that they sent out.

14       Q.   If -- where are the facts, any facts

15   that you have seen that indicate that the foot

16   control that Tina Lindquist was using is the

17   same one that was supplied with the press brake

18   in '78?

19       A.   I have no facts like that.

20       Q.   Okay.  I see what you are saying.

21       A.   I told you all the elements that I have

22   got.

23       Q.   Who made the decision then if we don't

24   know what model was supplied with the press

91

1    brake in '78, who made the decision that this

2    reference to the 532 is incorrect?  How can you

3    determine it is incorrect if you don't know the

4    right answer?

5        A.    Well, I was under the impression that

6    the -- that that model number refers to a unit

7    that has no kick plate.

8        Q.    And who told you this?

9        A.    I am -- I think that is part of the

10    discussions with Matt Ulmenstein.

11        Q.    And Mr. Hartman, right?

12        A.    I don't remember Hartman being involved

13    in that.

14        Q.    You don't remember Mr. Hartman being

15    there?

16        A.    No, not being involved in discussions

17    of that kind.

18        Q.    Okay.  Well, who made -- how could

19    there have been a decision made that the

20    reference to the 532 was in error if no one

21    knows what number actually accompanied the

22    machine in '78?

23        A.    It is very simple.  If you take a look

24    at the unit with the kick plate, and you look at

                                                              92

1    the catalogue, you can say, wait a minute, that

2    number doesn't go along with the kick plate,

3    that's not -- you know, in the series that has

4    the kick plate in it.

5         Now, remember, Ulmenstein is the

6    contact with Mr. Hartman. They talk all the

7    time. I very seldom talk to Mr. Hartman.

8         Q.   I understand.

9         A.   When he comes to Chicago, you know, I

10   talk to him, but he has been here twice.

11        Q.   Do you know how the decision was made

12   to reference the -- to change or at least to

13   attempt to change this reference to the 532

14   model as being supplied with the machine in

15   1978?

16        A.   I have no idea. I just know that

17   the -- you know, when we issue a report like

18   this, we make the statement, this report

19   contains initial opinions, we reserve the right

20   to amend this report in the face of further

21   information.

22        That's what Ulmenstein is doing is he

23   now feels that this is not accurate so he is

24   going to make a change in that. It is a report

93

1      Q.    Did you indicate in here that striking

2    the ski nose hard with a flat toe shoe will

3    almost always defeat the liftable gate and allow

4    a one motion activation?

5      A.    Yes.  The emphasis is on the word

6    "hard."

7      Q.    I am just asking did you include that

8    sentence?

9      A.    I did.

10     Q.    And a hard -- a hard strike will almost

11   always defeat the lift gate?

12     A.    Yes.  And then the last one contains a

13   similar observation.

14     Q.    Where?  Where it says as a practical

15   matter?

16     A.    Yes.

17     Q.    The ski nose enabled the process to be

18   accomplished using a single forceful motion?

19     A.    Yes.  This is not speculation.  I

20   watched my students doing this.

21     Q.    Should this machine, this press brake

22   as it was used by Corry have been equipped with

23   a point of operation safety device?

24     A.    When it was sent out from Heim?

123

1       Q.    No, sir.  Well, sure, yes.  I think I

2    know your answer to that.

3       A.    When it was sent out to Heim, the

4    answer is no.

5       Q.    Should it have had one at the time of

6    the incident?

7       A.    Yes.

8       Q.    Would it be a misuse of the machine not

9    to have a point of operation safety device?

10      A.    It depends on the circumstances because

11   there are some operations on a press brake where

12   you can't use any point of operation.

13      Q.    I am referring to the one that Tina

14   Lindquist was using, would it be a misuse of

15   that press brake to use it as Tina Lindquist was

16   using it without a point of operation safety

17   device?

18      A.    Based on the information that I have at

19   my disposal, I think it is a misuse of the

20   machine not to have a point of operation safety

21   device.

22      Q.    And regardless of the type of foot

23   control that was in -- that was used, if the

24   machine -- if the press brake had a point of

                                                   124

1    operation safety device, this accident could not

2    have happened; is that accurate?

3        A.   If the -- if I have the full

4    understanding of how this accident happened,

5    what was --

6        Q.   Sure.

7        A.   -- being done, then there is a point of

8    operation device that could have prevented this

9    accident.

10       Q.   Do you consider a two-palm switch -- by

11   the way, do you refer to them as two-palm

12   switches?

13       A.   Yes.

14       Q.   Do you refer to a two-palm switch as

15   being a point of operation safety device?

16       A.   What I do is I -- you know, it is a

17   hostage control, and it can be used as a -- as a

18   safety device.  And it has got -- you need to do

19   a few things to make it, you know, to make it

20   work, but it is -- you know, if the machine has

21   got the right circuitry and it is located far

22   enough from the machine, then releasing either

23   one of the buttons while it is exercising the

24   dangerous part of the stroke will freeze it and

125

1    you can't have the accident.

2        Q.    Did you know that this press brake,

3    that Corry had installed a two-palm button

4    switch on Heim press brake?

5        A.    Yes, and I examined that control.

6        Q.    Would the use of that control have

7    prevented this accident?

8        A.    I think so if it was located far enough

9    from the machine, not super far but --

10       Q.    Because it would have precluded her

11    hands from being in the ram area and would have

12    required her hands to be on the buttons I take

13    it is how that works; is that right?

14       A.    That's right.  I am now -- you know,

15    the -- the way she has described it.  That

16    doesn't mean a third-party can't do something.

17    You know, there is other scenarios.

18       Q.    Sure.  And I am referring to

19    specifically the manner in which she was

20    injured.

21       A.    Right.

22       Q.    The use of that two-palm button switch

23    would have prevented that?

24       A.    I think so.

                                              126

1        Q.    Did you know that the -- that Corry

2    installed a light curtain on the press brake

3    after the accident?

4        A.    Yes.

5        Q.    It is actually shown in the 29, 30

6    photographs of Exhibit B?

7        A.    Yes.

8        Q.    And did you know that they continued to

9    perform this particular part process that Tina

10    Lindquist was using at the time of her injury

11    with the use of that light curtain?

12        A.    Right.

13        Q.    And do you consider -- do you call them

14    a light curtain?

15        A.    Yeah, I do.

16        Q.    And is a light curtain a point of

17    operation safety device?

18        A.    Yes.

19        Q.    Would the use of that light curtain

20    have prevented Tina Lindquist's injury?

21        A.    With the same proviso, if it is set up

22    properly --

23        Q.    Sure.

24        A.    -- then it will do the job.

                                                    127

1      Q.   And they set it up properly after the

2  accident; didn't they?

3      A.   I don't know whether they set it up

4  properly, but they -- that light curtain that I

5  saw can be set up properly so that you won't

6  have the accident.

7          They need to do a lot of things.  You

8  have got to make sure just like with the

9  two-hand controls and the light curtain, you

10  have to make sure that the Heim press follows

11  orders so that when you tell it to stop, it, in

12  fact, will freeze the ram, you know, without too

13  much drift.  And so if you can do that, then

14  this will -- this can become a component of a

15  proper two-hand control which could have

16  prevented the accident.

17      Q.   If -- if there was an ungated foot

18  control on this press brake with appropriate

19  point of operation safety device, a light

20  curtain and a -- the use of a two -- strike

21  that.

22          If there was an appropriate point of

23  operation safety device and there was an ungated

24  foot control being used on this Heim press brake

128

1    being used by Tina Lindquist, would you still

2    consider the foot control to be defective?

3        A.    Oh, certainly, but that doesn't mean

4    that you will have an accident.

5        Q.    Is it your opinion that an ungated foot

6    control is defective when in use on any press

7    brake?

8        A.    I can't tell you any press brake, but

9    the -- and I don't think I only want to talk

10   about the business of the gating because I want

11   to talk about specifically the Linemaster with

12   the locking plate and the front gate, the --

13   that or something equivalent should be on every

14   single press brake, the -- that's a general

15   purpose press brake.

16       Q.    I know.  This case here concerns you

17   have indicated this one had a locking plate, so

18   that's not an issue for your testimony.  And now

19   we are talking about the only opinion you have

20   expressed today being that you think it is

21   defective because it didn't have a gate.  So I

22   need to focus on that.

23       A.    Yeah, but what my problem is -- it is

24   not much of a problem, but when you only talk

                                              129

1    foot control without a locking plate would not

2    be defective on a power press?  Have you ever

3    testified to that?

4         A.    I have advocated the -- that gates not

5    be used on power presses for certain kinds of --

6    for certain kinds of -- you know, of

7    footswitches, so I am actually -- you know,

8    advocated the thing and published it and so

9    forth.  I have the publications here that won't

10   let you do it.

11        Q.    That say that a foot control is

12   actually more dangerous with a gate?

13        A.    That's right, and this is a -- that has

14   to do with the punch press.  And it has nothing

15   to do with a press brake.

16        Q.    Unless the punch press is used

17   similar -- excuse me, unless the press brake is

18   used in a similar fashion as a punch press, is

19   that right?

20        A.    Well, I don't know how this is going to

21   be used in a similar fashion to the -- you know,

22   to the units that I am talking about because I

23   am talking about fast machines that are full

24   revolution machines and this thing here is a

136

1    partial revolution machine that is slow motion

2    compared to the -- you know, to -- to punch

3    presses and has -- the general purpose of the

4    machine has you migrating and spending lots of

5    time between strokes.

6         The -- it is a completely different

7    animal, and I thought one of your witnesses did

8    a wonderful job of educating you on the

9    differences between the two machines.

10        Q.    Is a -- is riding the pedal the most

11   prevalent cause of accidental activation of

12   power presses?

13        A.    Yes.

14        Q.    And is it true that the more difficult

15   it is to step into and out of a foot control the

16   more likely it is that operators will ride the

17   pedal?

18        A.    Yes.

19        Q.    Is it also true that the -- that

20   85 percent of all machine accidents are caused

21   by the user and only 5 percent of machine

22   accidents are caused by the machine?

23        A.    Yes.  Those were the statistics that I

24   have published.

137

1       Q.    And as I mentioned to you --

2       A.    They change --

3       Q.    -- you try to draw your comments into

4    one transcript for use?

5       A.    I think you are accurately representing

6    it.

7       Q.    Have you ever taught at any other

8    location other than the institute here in

9    Chicago?

10      A.    You mean with over 300 seminars around

11   the world?

12      Q.    So there are other times where you have

13   taught?

14      A.    Yes.

15      Q.    And you have taught the industry as

16   well I think?

17      A.    Yes.

18      Q.    Have you ever taught the industry that

19   using an ungated foot control is defective on a

20   press brake?

21      A.    I don't think I have addressed that

22   issue at all.

23      Q.    Have you ever taught in your -- how

24   long have you been teaching at the -- in

                                                138

```
1    Chicago?
2        A.    47 years.
3        Q.    Have you ever taught in your courses
4    that using an ungated foot control on a press
5    brake is defective?
6        A.    Probably.  The -- because what I am
7    trying to do is minimize accidental activation,
8    and I would have gone through with my class all
9    of the different schemes that we now know about
10   for minimizing accidental activation.
11       Q.    As you sit here today, sir, do you ever
12   remember teaching a class and indicating that
13   the use of an ungated foot control in a foot
14   brake is defective?
15       A.    I don't really think the -- I have ever
16   stated it in that way.
17       Q.    Have you ever written that opinion --
18   because that's the opinion you have here in this
19   case?
20       A.    Right, right.
21       Q.    Have you ever written on that opinion
22   before?
23       A.    No, I think all the things I have
24   written about are power presses, not press
```

139

1    brakes.

2        Q.    You have never written on a press

3    brake?

4        A.    I have never written about this on a

5    press brake.

6        Q.    You wrote about foot controls you said

7    with use on press brakes or power presses?

8        A.    No, the things that I have done are

9    general.  My work on -- is human factors work on

10   foot controls which allow you to apply this

11   stuff to any machine.

12       Q.    That's my point.  You have written on

13   the use of foot controls on any machine which

14   would include press brakes; is that fair?

15       A.    That's right.

16       Q.    Okay.  Have you ever written that the

17   use of ungated foot control on a press brake is

18   defective?

19       A.    No, you see in here I don't take any

20   machine -- on any of these things I have not

21   taken a machine and said for this machine this

22   is the one you have to use.  I have not done

23   that on press brakes.

24       Q.    Would it be fair to say that in

                                                    140

1                    (Whereupon, Barnett Deposition

2                    Exhibit F was marked for

3                    identification.)

4    BY MR. ROBINSON:

5        Q.   We have located some publications from

6    OSHA, safeguarding equipment in protecting

7    workers from amputations, have you ever seen

8    this before?

9        A.   No.

10       Q.   Where they actually give a -- what they

11   have quoted as a properly guarded foot control

12   and there is some discussion about --

13       A.   For what machine?  And how is it

14   configured?

15       Q.   Have you ever seen this before?

16       A.   I have seen that picture before but not

17   in this document, and they can't make a

18   statement like that if you don't talk about the

19   machine.

20       Q.   Okay.  Do you know that OSHA

21   investigated this?

22       A.   I did hear that they did.  I thought

23   there was a citation for not having a point of

24   operation device.

                                            163

1      Q.   Would you agree with that?

2      A.   I would.

3      Q.   If you were testifying for the

4    manufacturer, that would be something that you

5    would be pointing out, that it would have been

6    the employer's responsibility to have included a

7    point of operation safety device?

8      A.   I am testifying for the plaintiff and I

9    am saying it.  I don't represent -- I represent

10   the field of safety.  I don't care whether it is

11   plaintiff or defense.  I represent the truth.

12     Q.   So you would be regardless of who you

13   are representing indicating that it was the

14   employer should have had an appropriate point of

15   operation safety device on this press brake?

16     A.   Absolutely.  On this particular

17   operation, absolutely.

18     Q.   Do you know why she wasn't using the

19   two-palm button switch?

20     A.   Yes, I do.

21     Q.   Why is that?

22     A.   Because her employer had told her to do

23   this hand thing, had used the switch and said --

24   which would -- you know, a supervisory switch

                                                    164

1      A.   Right, absolutely.

2      Q.   That's not the way Tina Lindquist's

3   injury occurred; is it?

4      A.   Of course not.  It has nothing to do

5   with that.

6      Q.   Is there any similarity in the test

7   that you conducted and the manner in which Tina

8   Lindquist was injured?

9      A.   None whatsoever.  That's not what the

10   test was for.

11      Q.   Did Tina Lindquist ever tell you that

12   she accidently put her foot into the foot

13   control?

14      A.   She didn't tell me anything.

15      Q.   Did you ever read anything in her

16   testimony that indicated she accidently put her

17   foot into the foot control?

18      A.   I don't recall her saying that.  I

19   think she said she wasn't riding the pedal and

20   had taken her foot out of the control and

21   then -- but I don't recall her saying anything

22   about what she did.  I don't know that she knew

23   what she did.

24      Q.   Have you assumed -- but you have

                                                    180

```
 1    assumed that she accidently put her foot into

 2    the foot control; haven't you?

 3         A.   That's much of an assumption, you know,

 4    the --

 5         Q.   Isn't --

 6         A.   But that is an accurate statement when

 7    you have a one-parameter system.

 8         Q.   Do you have any factual evidence or

 9    support that she -- other than your assumption

10    do you have any actual evidence, testimony,

11    eyewitness, her, that says that she accidently

12    put her foot into the foot control?

13         A.   The -- yes, we -- I have her accident

14    that she had an accident with a foot control and

15    there is only one way to do it, you have to step

16    onto it.

17         Q.   Do you have any actual factual evidence

18    that she accidently with her foot located

19    outside of the foot control, she accidently

20    stuck it into the foot control and activated the

21    foot pedal?

22         A.   No, I don't.

23         Q.   For that to have occurred -- are you

24    assuming that's what occurred?
```

181

1      A.    Yes.

2      Q.    And for that to have occurred she would

3   have had to accidently stuck her foot the entire

4   way in such that she activated that lock plate

5   that you mentioned; right?

6      A.    Absolutely right.

7      Q.    Has she ever told you that she stuck

8   her foot all the way in and actuated that kick

9   plate?

10     A.    Everything we know about her we will

11  have to get from her deposition because I didn't

12  interview her.

13     Q.    Okay.  And her deposition testimony did

14  not indicate that she stuck it all the way in

15  and hit that kick plate?

16     A.    Right, I don't think she knows.

17     Q.    Well, did you see that she has

18  indicated she did not accidentally put her foot

19  into that foot control?

20     A.    I don't think she said that either.

21     Q.    Do you have your summary of the --

22     A.    Unfortunately --

23     Q.    Of her testimony?

24     A.    I don't have the summary, and I didn't

                                                      182

1    have the deposition to rereview last night.

2        Q.    Suffice it to say you have not seen the

3    deposition of Gary Dietz?

4        A.    Correct.

5        Q.    Gary Merkle?

6        A.    Correct.

7        Q.    Kevin Messenger?

8        A.    Correct.

9        Q.    Joel Nichols?

10       A.    Correct.

11       Q.    Jan Oviat?

12       A.    Correct.

13       Q.    Dave Phillips?

14       A.    Correct.

15       Q.    Robert Rooney?

16       A.    Correct, he was the setup man; wasn't

17   he.

18       Q.    Or her husband?

19       A.    Wasn't Rooney the setup man?

20       Q.    Yes, for her husband?

21       A.    Correct.

22       Q.    Who she said trained her?

23       A.    I don't remember that.

24       Q.    I guess you wouldn't have if you didn't

183

1         MR. ROBINSON:  There is no need for us to

2    talk about it.

3                   (Recess taken.)

4         THE VIDEOGRAPHER:  Back on the record at

5    3:47 p.m.

6    BY MR. ROBINSON:

7         Q.   Sir, have you ever designed a foot

8    control for either a punch press or a press

9    brake?

10        A.   I am hesitating because I did some

11   research on the design or evaluation of a design

12   for someone else, but I think the most direct

13   answer is no, but there has been proposals for

14   foot controls and patent work and I have

15   reviewed those professionally.

16        Q.   When a proper point of operation device

17   is used, are all foot controls equally safe?

18        A.   If the -- if the -- if a proper one is

19   used, they all are equally safe because they

20   are -- just activation means and you don't need

21   to have any safety at all.

22        Q.   So had the employer used an appropriate

23   point of operation safety device, the foot

24   control that she was using at the time of the

                                              190

1    incident would have been safe?

2        A.    Absolutely.  You are, of course,

3    focusing on her accident and not on all things

4    that can happen.

5        Q.    Yes, that's for our purposes today and

6    in this lawsuit that's what's significant.

7            What is an arch press?

8        A.    It is -- just -- it is a frame, and it

9    has to do with how the frame is made on the

10   press, but it has no special attributes other

11   than that.

12       Q.    Is it -- does it fall under the

13   category of a punch press or a press brake?

14       A.    Punch press.

15       Q.    Do people -- do users use punch presses

16   in ways that are -- let me back up and preface

17   my question.  You are talking about the

18   differences -- let me ask it even more

19   generally.

20           What is the difference between the

21   punch press and the press brake relative to your

22   comment that you need a gated foot control on

23   the press brake and you don't need a gated foot

24   control on the punch press?

                                            191

1       A.    The --

2       Q.    Please list all of the differences that

3   are relevant in your consideration.

4       A.    Well, the punch press, there is a need

5   to rapidly stroke -- make rapid cycles and so

6   the -- there is very little time if you set it

7   up correctly for taking apart, putting it into

8   the machine, making the press, removing the part

9   and then starting that cycle over, so there are

10  very short cycle times on punch presses and very

11  long cycle times relatively speaking on press

12  brakes.

13         The -- if you have short cycle times,

14  it takes time to get your foot out and place it

15  on the ground properly.  It is much faster if

16  you can ride the pedal.  The --

17      Q.    What was the activation times for Tina

18  Lindquist?

19      A.    It is 35 strokes per minute on her

20  machine.  The -- it is about half of the average

21  punch press.

22      Q.    How quickly was she applying the -- how

23  frequently was she applying the foot control?

24      A.    I don't think I can tell you.  I just

192

1    the pedal up against the back plate so it is in

2    a perfect position for you to activate the

3    press.

4         Now, you take your foot off, you have

5    already got an equilibrium position established

6    where your foot is all the way into the pedal,

7    an activating position.

8         Q.   Do you know if her foot would have been

9    able to be inside the foot control and not

10   necessarily resting on the pedal?

11        A.   It would -- it can go inside, not rest

12   on the pedal at all and just in one stroke which

13   is what you will see my people doing and one

14   stroke you hit the back plate and push down

15   simultaneously.

16        Q.   I am saying the possibility also exists

17   that she had her foot inside the foot control,

18   not actually resting on the pedal so she doesn't

19   have that friction --

20        A.   Just dangling in the air?

21        Q.   Dangling inside the housing --

22        A.   Yes.

23        Q.   -- and that by leaning forward she does

24   the same thing, activates the kick plate, that

                                                    212

1    is a possibility; isn't it?

2        A.    That is a possibility that she can do

3    that.  It is the -- if you have the gate on the

4    front, the -- you can't stop somebody that has

5    opened up the gate, put their foot in there,

6    poised the thing in a position that you just

7    described, then you bypassed all of the safety

8    devices we are talking about, so you are ready

9    to -- you know, you are ready to go ahead and

10   make a stroke.  It is almost everything you have

11   done is advertent to make a stroke.

12           But if you are not making a stroke and

13   you take your foot out and don't have the plate

14   resting on your foot, you know, which is not a

15   desirable thing to have a plate resting on your

16   foot, the -- then you are outside, you are not

17   going to get in.  I don't care what you do, you

18   won't get in unless you are advertently getting

19   in.

20       Q.    Would you agree that if she was riding

21   the pedal, if her foot was inside the foot

22   control and for whatever reason her foot

23   voluntarily moved -- involuntarily moved forward

24   and hit that kick plate, accidently activated

213

1    the pedal, that the gate would be meaningless --

2    the absence of a gate would be meaningless?

3         A.    Oh, right, because she has already

4    bypassed the gate.   In order to do -- what you

5    have done with your question is you have

6    eliminated the gate and then we start off with

7    no gate.

8              She has already opened the gate, put

9    her foot into the thing, and she is now -- if

10   she is contacting the pedal at that point,

11   leaning forward is not going to get her up

12   against that plate.

13             That's just like being on the floor,

14   just because you lean forward, your foot doesn't

15   slide forward when you do this, it would be

16   stabilized.   So she needs to do something which

17   is really weird, she is lifting up on the gate

18   and balancing the gate upward and she has got

19   her foot off the pedal, so she actually has --

20   supporting the weight of the gate on a foot

21   that's not on the pedal itself to ride it.   And

22   then because she moves forward she now, you

23   know, activates the thing.   It is just too many

24   unlikely things.

                                                   214