# EXHIBIT "F"

P0776392.1

U.S. DISTRICT COURT

FOR THE WESTERN DISTRICT

OF PENNSYLVANIA

* * * * * * * *

TINA LINDQUIST,        *

    Plaintiff        *    Case No.

    vs.            *    04-249-ENE

HEIM, LP,            *

    Defendant        *

         * * * * * * * *

DEPOSITION OF

JOEL NICHOLS

July 22, 2005



Any reproduction of this transcript
is prohibited without authorization
by the certifying agency.

Sargent's Court Reporting Service, Inc.
(814) 536-8908

38

1   Q.      Okay.

2   A.      That's a 32-inch hydroform at

3   the time the accident happened.

4   Q.      Okay.  You were at it?

5   A.      Yeah.

6   Q.      Why don't you draw that on

7   there then, if you would, please?

8   WITNESS COMPLIES

9   BY ATTORNEY ROBINSON:

10  Q.      Then you were standing at the

11  32-inch hydroform when the accident

12  happened?

13  A.      Yeah.  Prior to that, I went

14  up to Tina Lindquist and told her ---

15  you know, asked her to stand up at

16  the press.  She might be more

17  comfortable standing at it than

18  sitting, you know, in order to

19  prevent that accident.  Because like

20  I said, when I worked at Tonnard, the

21  accidents I seen up there happened

22  with a foot pedal.  And the reason

23  for that is what I call riding the

24  pedal.  You know, keeping your foot

25  overtop of the pedal ---

39

1  Q.        Uh-huh (yes).

2  A.        --- and I knew that particular

3  part and the operation she was doing

4  on there, she was going to have to be

5  leaning into the machine to squeeze

6  that part around that mandrel, and

7  her chances of --- if she was riding

8  the pedal, ---

9  Q.      Yeah.

10 A.        --- of tripping it, ---

11 Q.      Yeah.

12 A.        --- were pretty good.

13 Q.      Do you think this accident

14 happened because she was riding the

15 pedal?

16 A.      It's a possibility.

17 Q.      Do you know of any other way

18 it could have happened other than her

19 riding the pedal?

20 A.      Machine malfunction.

21 Q.      Has anyone ever suggested that

22 the machine malfunctioned?

23 A.      No, that's the only --- those

24 are the only two possibilities.

25 Q.      If we remove machine

40

1  malfunction from the possibilities,

2  do you know of any other way this

3  accident could have happened other

4  than her riding the pedal?

5  A.      No.

6  Q.      Because the pedal is actually

7  protected with the housing; isn't it?

8  A.      Yeah.

9  Q.      So you can't accidentally just

10  step on it?

11  A.      Right.

12  Q.      You have to actually insert

13  your foot into it and then push ---

14  A.      Right.

15  Q.      --- down; right?

16  A.      Right.

17  Q.      And have you seen operators

18  ride the pedal before?

19  A.      Yeah.

20  Q.      Have you seen Tina Lindquist

21  ride the pedal before?

22  A.      No, not that particular time.

23  As far as I know, that was the first

24  time she had ran the press brake was

25  that day there.   Because I don't

41

1    remember her running the press brake

2    prior to that day.

3    Q.        Do you remember her operating

4    any other presses at the plant?

5    A.        Yeah.

6    Q.        What ---?

7    A.        One of the smaller punch

8    presses.

9    Q.        Did you ever see her operating

10   any press brakes that were operated

11   by a foot switch besides this one?

12   A.        No.

13   Q.        And I saw a reference in the

14   internal accident report from ---

15   A.        Right.

16   Q.        --- Corry about your

17   conversation that you had with Tina

18   Lindquist before ---

19   A.        Yeah.

20   Q.        --- her injury.  It sounds

21   like that conversation occurred

22   shortly before her injury?

23   A.        Within 15 minutes before the

24   injury happened.

25   Q.        And what shift were you

42

1    working?

2    A.        I was working first shift at

3    the time.

4    Q.        Which would be what time, sir?

5    A.        That would be quarter to 7:00

6    in the morning till 3:15 in the

7    afternoon would be the first shift.

8    Q.        Okay.  And Tina Lindquist was

9    working that same shift; is that

10   right?

11   A.        Yes.

12   Q.        All right.  And, I understand,

13   Tina Lindquist was working on the

14   Heim press brake during that shift?

15   A.        Yes.

16   Q.        And you were working at the

17   32-inch hydroform that you've drawn

18   on Exhibit Z?

19   A.        Right.

20   Q.        And what caused you to ---

21   well, first of all, where did this

22   conversation occur?

23   A.        Over at the press brake.

24   Q.        Did you walk from the 32-inch

25   hydroform to the press brake?

43

1    A.        Yes.

2    Q.        Did you walk over with the

3    specific purpose of having a

4    conversation with Tina Lindquist

5    because she was sitting ---

6    A.        No, because I was ---.

7    Q.        --- at a chair?

8    A.        I was logging onto a job for

9    the 32-inch which I had to pass by

10   the press brake to log onto the

11   computer.

12   Q.        Okay.  And where was the

13   computer?

14   A.        We need another doorway here

15   (indicating).

16   Q.        Would you show that, if you

17   can?

18   WITNESS COMPLIES

19   A.        Okay.  We have a doorway here

20   (indicating).

21   BY ATTORNEY ROBINSON:

22   Q.        Sure.

23   A.        Another section of the

24   building out here (indicating) where

25   they do the tack --- you know,

44

1   tacking and braising ---

2   Q.      Okay.

3   A.      --- out at this area.  You

4   have another doorway that comes here

5   (indicating) to the outside.

6   Q.      Yeah.

7   A.      And right here (indicating) at

8   that doorway is a computer to ---.

9   Q.      Put a C on it is all we need

10  to do; if you would please?

11  WITNESS COMPLIES

12  A.      Okay.

13  BY ATTORNEY ROBINSON:

14  Q.      Thank you.

15  A.      That's the computer logon I've

16  drawn right there (indicating).  So I

17  have to walk down past the press

18  brake, you know, by the 250 ton,

19  through that doorway, to logon that

20  job.  And on my way back through, I

21  had stopped at the press brake, you

22  know, and suggested to Tina to stand

23  up so she wouldn't ride the pedal.

24  Other than that, you know, I'd asked

25  --- you know, I'd ask her to be very

45

1   careful on that.  You know, it's like

2   I said, I've seen way too many

3   accidents happen up at Tonnard.  I

4   didn't want to see an accident happen

5   to her, and it ended up happening

6   anyway.

7   Q.      And shortly after you told

8   her, it sounds like?

9   A.      Yeah.

10  Q.      Did she hear you?

11  A.      Yeah, because I stopped at the

12  press and I was talking to her.

13  Q.      Would you --- can you relay,

14  for us, in as much detail as you can,

15  the conversation that you and Tina

16  had at that time?  You said this was

17  approximately 15 or so minutes before

18  the accident?

19  A.      Yeah.

20  Q.      And I know you might not have

21  it verbatim, but as best as you can,

22  tell us what each of you communicated

23  to each other, please.

24  A.      Like I said, basically what I

25  communicated to her was, you know,

46

1   asking her if she could stand up at

2   it.

3   Q.      Did you see her sitting down?

4   A.      Yeah, she was sitting at the

5   press.

6   Q.      I saw a number of chairs out

7   here in this room (indicating).  Have

8   you seen those?

9   A.      Yeah.

10  Q.      Sitting up on the counters and

11  some are sitting ---

12  A.      Yeah.

13  Q.      --- in front of the machines?

14  A.      Right.  None of those are like

15  the chairs that are over in Building

16  Three.

17  Q.      Okay.  What was --- can you

18  describe the chair that she was

19  sitting in when you saw her?

20  A.      It was a black, you know,

21  height-adjustable chair.

22  Q.      Okay.  The ones out there are

23  black height-adjustable chairs as

24  well; are they not?

25  A.      I didn't see any ones that

47

1    were.

2    Q.      Okay.  All right.  How many

3    legs?

4    A.      I'd say up to about five.

5    Q.      Okay.  Does it have a little

6    bar down at the bottom between two of

7    the legs where you can put your feet?

8    A.      Yeah.

9    Q.      All right.  So far we're

10   describing what I've seen out here.

11   A.      Yeah.

12   Q.      Maybe ---.

13   A.      There's a lever here in ---

14   it's got the lever on the side to

15   adjust the height on it.

16   Q.      Yeah.  Okay.  Maybe before we

17   go off the record but after we're

18   done with the questions we can go

19   look at one of the chairs out here

20   and you can tell me if that looks

21   like one of them?

22   A.      All right.

23   Q.      And when you walked over to

24   her, was she sitting in her chair?

25   A.      Yeah, she was sitting in her

48

1    chair.

2    Q.      Completely sitting?

3    A.      Yeah.

4    Q.      Were her feet off the ground?

5    A.      I didn't notice that, but ---.

6    Q.      Where was the foot switch

7    located?

8    A.      It was far enough out to where

9    she was able to get her foot to it.

10   Q.      How far was the chair from the

11   press brake at that time?

12   A.      Pretty close, because like I

13   said, you had to actually lean into

14   the press a little bit to get that

15   part to squeeze.

16   Q.      Did you see her leaning into

17   the press while she was working on

18   that press brake?

19   A.      You didn't have to, because

20   I've had to run that before.  And

21   like I said, I've always stood at

22   that and I've always, you know ---

23   I've had to lean into it to get those

24   parts to squeeze around that mandrel.

25   Q.      And did you see her leaning

67

1    Q.       What other operators have used

2    the --- before her accident, have

3    used the two-palm button switch to

4    operate the Heim press brake?

5    A.       It was depending on the

6    operator and what job you're doing.

7    Q.       How about this particular job

8    that --- this 1707 part that Tina was

9    forming at the time of her accident.

10   You had said that you always operated

11   the Heim press brake when forming

12   that part with the two-palm button

13   control; is that right?

14   A.       Yeah.

15   Q.       And do you know of other

16   people that would operate the Heim

17   press brake when making this 1707

18   part with the two-palm button switch?

19   A.       Some, but not all.

20   Q.       And who else would?

21   A.       I can't recollect at this

22   point in time.

23   Q.       Okay.

24   A.       I mean, it's been so long

25   since they've redone the tooling down

68

1    there that you don't --- you don't

2    use the foot pedal on them --- the

3    press brakes over here anymore.

4    Q.      Except for the one?

5    A.      All except for that one

6    particular job.

7    Q.      There are certain --- I

8    understand there are certain jobs

9    that --- where you can't use a two-

10   palm button ---.

11   A.      Right, just this one

12   particular job that I know of that

13   --- right offhand.

14   Q.      Could the operator decide

15   whether or not to use this foot

16   switch or the two-palm button switch

17   like you did?

18   A.      Yes, because of the light

19   curtains that are on the press brakes

20   we have now, yes.

21   Q.      No, I mean, before this

22   accident, did an operator such as

23   Tina Lindquist have the ability to

24   operate this particular press brake

25   with the two-palm button switch

69

1    rather than ---

2    A.        Yeah.

3    Q.        --- the ---?

4    A.        Upon her request, yes.  But

5    like I said, the set-up man at the

6    time was always in a hurry and he'd

7    always tell people that they're

8    wasting time, that the foot pedal was

9    faster.

10   Q.        But would he tell you --- did

11   he ever tell you that you could not

12   use the foot switch --- or you could

13   not use the two-palm button switch?

14   A.        It basically wasn't his

15   decision.  It was basically operator

16   preference of whether he wanted the

17   foot pedal or hand button, but he

18   would still argue with you about it.

19   Q.        Okay.  Was he a supervisor of

20   operations?

21   A.        He was a group leader.  He

22   wasn't a supervisor.

23   Q.        Was he a boss of the operators

24   --- press operators?

25   A.        I really wouldn't say the boss

70

1  because the foreman's the boss.

2  Q.      Did he have the ability to

3  tell you, as a press operator of this

4  Heim press brake, to use the foot

5  switch?

6  A.      No, because as far as I know,

7  an operator can, you know --- if

8  they're not comfortable with the way

9  something is set up, they can refuse

10  to run it the way that it is set up.

11  Q.      Were you taught that during

12  your training with Corry, that you

13  had the ability ---

14  A.      Yeah.

15  Q.      --- as an operator to choose

16  the ---?

17  A.      Right, it's --- you know, it's

18  common sense.  I mean, if you don't

19  feel something's safe you can, you

20  know, bring it to your set-up man's

21  attention or your supervisor's

22  attention.  And you have to get, you

23  know --- they have to do something

24  about it to where it's not ---.

25  Q.      Did you ever bring up with

71

1    anyone --- any supervisor your

2    position that using the foot switch

3    was not --- the manner in which it

4    was being used was not safe?

5    A.      You know, the set-up man,

6    which I told him, you know, I don't

7    like the foot switch, I'd rather use

8    the hand button.

9    Q.      And I mean other than Bob

10   Rooney?

11   A.      No, we went through so many

12   supervisors over in Building Three it

13   was almost pointless to talk to a

14   supervisor.

15   Q.      Why have they done through so

16   many supervisors?

17   A.      Honestly, I don't know.  It

18   might have to do with something with

19   production or whatever.  I'm not

20   exactly sure.

21   Q.      Do you remember Gary Deitz

22   (phonetic) being the supervisor at

23   the time ---

24   A.      Yes.

25   Q.      --- of this incident?

79

1    Q.        Did that warning exist on the

2    press brake at the time Tina

3    Lindquist was injured?

4    A.        Yes, it did.

5    Q.        And was that fastened directly

6    to the --- on the front of the press

7    brake and facing the operator?

8    A.        Yes.

9    Q.        Is there anything that

10   obstructed Tina Lindquist's ---

11   A.        No.

12   Q.        --- view of that?

13   A.        No.

14   Q.        Tina Lindquist has also

15   testified that she has never seen

16   that warning and never noticed that

17   warning, at any time, before her

18   injury.  Do you have any explanation

19   as to anything that would have

20   prohibited her from seeing that

21   warning?

22   A.        No.

23   Q.        The very first warning says to

24   never place any part of your body

25   under the ram or within the die area;

80

1    do you see that?

2    A.        Yeah.

3    Q.        Is that easy for you to

4    understand?

5    A.        Yeah.

6    Q.        What does that --- what is

7    that telling you?

8    A.        Don't get your hands in the

9    way of operating the machine.

10   Q.        Okay.  And it says, never, so

11   under any ---

12   A.        Right.

13   Q.        --- circumstances; right?

14   A.        Right.

15   Q.        Okay.  The next warning says

16   to never operate, install dies or

17   maintain this machine without proper

18   instruction and without first reading

19   and understanding the operator's or

20   machine manual?

21   A.        Right.

22   Q.        Do you have any trouble

23   understanding that?

24   A.        No.

25   Q.        And what is that telling you?

81

1    A.        If you're not qualified, don't

2    run it.

3    Q.        Is it also telling you to make

4    sure you read the operator's manual

5    with this?

6    A.        Right.

7    Q.        And we talked to two

8    maintenance personnel, so far, that

9    have said the manual ---

10   A.        It always tucked along the

11   side.

12   Q.        There you go.  We're looking

13   at Corry P, Photo 40.  It shows the

14   side of the Heim press brake and it

15   has a bin and it has an operator's

16   manual in the bin; is that right?

17   A.        Yes.

18   Q.        And did that operator's manual

19   exist in the machine, the Heim press

20   brake, at the time of her injury?

21   A.        Yes, it did.  All the presses

22   have them.

23   Q.        So it was available to any

24   operator who chose to read it ---

25   A.        Right.