# EXHIBIT "H"

P0776392.1



18



19





31



32







