# EXHIBIT "I"



IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT

OF PENNSYLVANIA

\* \* \* \* \* \* \* \*

TINA LINDQUIST,          \*

    Plaintiff          \*    Case No.

    vs.               \*    04-249E

HEIM L.P.,               \*

    Defendant          \*

    \* \* \* \* \* \* \* \*

DEPOSITION OF

TINA LINDQUIST

June 28, 2005



Any reproduction of this transcript
is prohibited without authorization
by the certifying agency.



Sargent's Court Reporting Service, Inc.
(814) 536-8908

56

1    sometimes it was hard to squeeze the

2    part over the mandrel; if you could

3    consider that a problem, I don't

4    know.

5    Q.      Did the press brake ever

6    operate differently than you thought

7    it should operate?

8    A.      What do you mean, like I

9    thought it should have been some

10   other way than I was running it?

11   Q.      No, did the machine ever do

12   something that you didn't expect it

13   to do?

14   A.      No, it just would do the part,

15   it would form it.

16   Q.      So is it safe to say that on

17   all of the occasions where you used

18   that press brake before you were

19   injured that the machine appeared to

20   work properly.

21   A.      Yes.

22   Q.      And on this particular time

23   where you were injured, did it appear

24   to you that the machine was working

25   properly?

57

1   A.        Yeah.

2   Q.        I take it then, you're not

3   claiming that the machine

4   malfunctioned in some way?

5   A.        No.

6   Q.        Do you know if any type of

7   service or repairs were performed on

8   this particular press brake after

9   your injury?

10  A.        Like if they did something

11  different after?

12  Q.        Yes.

13  A.        They took away the foot pedal,

14  so you didn't use that anymore.

15  Q.        And who took that away?

16  A.        I don't know.

17  Q.        Someone from Corry

18  Manufacturing?

19  A.        Yeah.

20  Q.        Okay.

21  A.        And there was light curtains

22  put on it.

23  Q.        And who put on the light

24  curtains?

25  A.        Somebody from Corry

85

1           just have some idea as to what
2           we're talking about.
3                   (Exhibit B marked for
4                   identification.)
5    BY ATTORNEY ROBINSON:
6    Q.      And then how would you apply
7    the foot switch?
8    A.      You'd hit it with your foot
9    and it would bring the machine down.
10   Q.      During the first process that
11   you described, are you standing or
12   sitting?
13   A.      You could do either.  I'd
14   usually sit for a little bit, then
15   I'd stand to give my legs stretching.
16   It was whichever you were more
17   comfortable with doing.
18   Q.      And during the second process
19   that you've just finished describing,
20   would you stand or sit?
21   A.      The same.  I would sit some of
22   it and I would stand some of it.
23   Q.      And when you're sitting, on
24   what are you sitting?
25   A.      A chair.

86

1    Q.        Describe the chair for me.

2    A.        It was black, and it's one

3    where you can adjust the height.  It

4    just has legs, it doesn't have any

5    wheels on it and it had a back to it,

6    a little one.  There was no arms on

7    it.

8    Q.        How far away was the chair

9    position from the press?

10   A.        I don't know, this far away.

11   Q.        Length of a sheet of paper?

12   A.        Little bit longer than the

13   sheet of paper.

14   Q.        And where would the foot

15   switch be during those first few

16   processes?

17   A.        It would be on the floor, by

18   the machine on the right.

19   Q.        Is that because you're right

20   handed, you use your right foot to

21   apply the foot switch?

22   A.        Yeah.

23   Q.        Okay, and would your foot ---

24   so it sounds like you could position

25   the metal into the die area without

87

1  standing up?

2  A.      Yeah.

3  Q.      And would your foot remain in

4  the foot switch during this time?

5  A.      No, I'd move it away from it,

6  over to by my chair, and then when I

7  had the part in there, then I'd move

8  it up, because it was right beside

9  the machine.  I would just move it up

10  then and hit the pedal.

11  Q.      Describe the foot switch for

12  me.

13  A.      I don't know, it looked like a

14  foot switch.  I think it was yellow,

15  I'm not sure.  It had just the pedal

16  on it, and when you step on it, it

17  would just make it touch the ground,

18  or you know, touch the bottom.

19  Q.      Did it have a covered roof or

20  housing over it?

21  A.      I don't remember, I'm not

22  positive.

23  Q.      You don't remember if you had

24  to stick your foot into it or whether

25  or not you could just step on top of

88

1    it?

2    A.        No, it was just, you'd move it

3    over to it, just slide it over to the

4    foot pedal and do it.

5    Q.        My question was simply, do you

6    not remember if it had a housing over

7    it or if it was just an exposed

8    pedal?

9    A.        I don't remember.

10   Q.        Was there any writing on the

11   foot switch?

12   A.        I don't think so, I never

13   noticed any if there was.

14   Q.        Do you know if the foot switch

15   was sold with the Heim press brake

16   when the press brake was sold in

17   1978?

18   A.        I don't know.

19   Q.        Do you know who installed that

20   foot switch?

21   A.        I don't know.

22   Q.        Do you know who the

23   manufacturer was of that foot switch?

24   A.        Don't know.

25                  ATTORNEY ROBINSON:

89

1          There's a very blurry

2     picture that I have --- this

3     is the picture that was

4     supplied to me with a number

5     on top.  It has been marked as

6     number 65 and we will use that

7     for purposes of the

8     deposition, but we're going to

9     mark the other copy as Exhibit

10    C.

11              (Exhibit C marked for

12          identification.)

13    BY ATTORNEY ROBINSON:

14    Q.     And I'll ask you, does that

15    appear to be the foot switch that you

16    were using on the date that you were

17    injured?

18    A.     Yes.

19    Q.     And do you see that it has an

20    enclosed pedal?

21    A.     Yes.

22    Q.     Does that refresh your memory

23    that the pedal that you were using

24    was an enclosed pedal?

25    A.     Yes.

140

1    doing those steps one and two.  Is

2    that the same as this step that you

3    were performing when you were

4    injured?

5    A.    I would sit and stand, I mean,

6    I don't know if I would've sit more

7    than I would stand.  I would switch

8    back and forth.  I would sit for a

9    little bit, then if my legs get

10   tired, I'd move the chair and I'd

11   stand and do it.

12   Q.    You were sitting at the time

13   of this incident, weren't you?

14   A.    Yeah, I was sitting at the

15   time of the incident.

16   Q.    So you were actually

17   performing this step while you were

18   sitting in front of the press brake.

19   Was your foot inside the foot switch,

20   the housing of the foot switch that

21   we saw in one of those photographs?

22   A.    It wasn't inside of it.  I

23   took it away from it after I had

24   finished the last part, to get the

25   other part to put it on there.

141

1    Q.        Okay.  Then how did the

2    machine operate?

3    A.        You'd form it --- you mean,

4    how did it run with my accident?

5    Q.        Yeah.

6    A.        I don't know, I don't know if

7    my foot slipped or what it was, but

8    the pedal got hit somehow.  I don't

9    know how.

10   Q.        Many of the OSHA records and

11   investigative records from Corry said

12   that you had your foot inside the

13   housing of the foot switch, resting

14   on it and that you accidentally

15   bumped it.

16                    ATTORNEY HARTMAN:

17              I'm going to object and

18         if you're going to ask a

19         question based on OSHA

20         records, I would ask you to

21         produce such a record that

22         makes that statement and

23         question her on that.  We are

24         not going to testify as to

25         your recitation of what OSHA

142

1           records say.  If they say what

2           you say they said, I would ask

3           you to produce it.  Otherwise,

4           ask your question as to what

5           happened.

6    BY ATTORNEY ROBINSON:

7    Q.      Is that what you were doing?

8    A.      No, it wasn't resting on the

9    pedal, it was away from it.

10   Q.      Do you know of any way you can

11   apply the pedal if your foot is not

12   inside the housing?

13   A.      If it got --- if it would slip

14   or something into it, it wasn't like

15   the thing you pushed was way up off

16   the ground and you had to lift your

17   foot up all the way to put it in

18   there.  It was wide enough, the hole

19   was, to be able to fit it, you know,

20   slide it in there.

21   Q.      How high up was the pedal off

22   of the ground?

23   A.      It was right on the ground.

24   The whole foot pedal was right on the

25   ground.

143

1    Q.      Isn't there a space between

2    the actual foot switch, the actual

3    foot lever and then the ground?

4    A.      A little bit, I don't know.    I

5    never got on the ground to see how

6    far off of it it was.

7    Q.      Can you give any estimate as

8    to how far off the ground the foot

9    lever was?

10   A.      No, because you can't see it

11   from when you're sitting or standing.

12   You'd have to get on the ground, eye

13   level with it to see.

14   Q.      Was there a piece of metal

15   that acted as a door for the foot

16   switch, so that if you wanted to put

17   your foot in, you'd actually have to

18   push back the piece of metal and then

19   push down?

20   A.      No, I don't think so.

21   Q.      Do you know the answer to that

22   question?

23   A.      No, what do you mean?    I'm

24   confused, a door that would close it?

25   Cover the hole?

144

1    Q.        Yes.

2    A.        Oh no, there wasn't one of

3    those.

4    Q.        Do you have any memory of your

5    foot slipping into the foot switch

6    housing?

7    A.        No, I don't know how it

8    happened or anything.

9    Q.        When you were using the press

10   brake for the first step, when you

11   would press the foot switch, how many

12   times would the press brake operate?

13   How would it operate?

14   A.        It would come down and go back

15   up.

16   Q.        And then stop?

17   A.        I don't know, after it would

18   come up, I would take my foot off of

19   it, I don't know if you would've kept

20   it on there if it would've kept on

21   going.

22   Q.        Did you ever have it keep

23   going?

24   A.        No.

25   Q.        Okay.  And when you would

145

1  perform the second step, would the

2  same thing be true, that you would

3  push the foot switch, take your foot

4  off, and there would just be one

5  stroke?

6  A.      Yes.

7  Q.      And would the same be true for

8  the third step, or whatever number it

9  was when you were injured, that you

10  would hit the foot switch and it

11  would perform one stroke, and return

12  to the top and stop?

13  A.      You'd hit the foot switch and

14  after it forms the part and it went

15  up, I'd take my foot off the pedal.

16  Q.      And did you ever have it,

17  during this process in which you were

18  injured, did you ever have the press

19  brake make more than one rotation

20  after you took your foot off?

21  A.      No.

22  Q.      Did you ever set the press

23  brake to determine how many times it

24  would operate with one application of

25  the foot switch?

146

1    A.        No.

2    Q.        Did you know that there were

3    different settings for that press

4    brake?

5    A.        No.

6    Q.        Did any of the other press

7    brakes in which you were trained have

8    different settings?

9    A.        I didn't run any other press

10   brakes besides that one.

11   Q.        Did any of the other presses

12   have different settings to determine

13   how many revolutions the machine

14   would make?

15   A.        I don't recall.  I don't know

16   for sure.  It would usually do just

17   the one and then it would stop.

18   Q.        Do you ever use this

19   particular press brake with the

20   continuous running?

21   A.        No.

22   Q.        Did you ever use this

23   particular press brake with a jog

24   feature, such as you hit it, it would

25   come down a little bit, if you hit it

147

1  again, it would come down a little
2  bit?
3  A.    No.
4  Q.    The only setting that you
5  recall using is the single stroke
6  where you'd hit it once, take your
7  foot off and it would go one press,
8  and it would come back and return to
9  the starting position; is that right?
10  A.    Yeah, you'd hit it once and it
11  would come down and go back up.
12  Q.    Okay.  What kind of shoe or
13  boot were you wearing at the time of
14  this incident?
15  A.    I was wearing a sneaker.
16  Q.    Were you wearing any type of
17  specialized sneaker at all?
18  A.    No, there was no --- you
19  didn't have to, just wear a sneaker,
20  that's what you're supposed to wear
21  to work, you didn't have to have
22  steel-toed or anything.
23  Q.    I understand you were wearing
24  gloves at the time this happened?
25  A.    Yes.

148

1    Q.      Was that a requirement of

2    Corry Manufacturing?

3    A.      Some of the parts you were

4    required to because it would be sharp

5    and cut you.  It was basically up to

6    the person, if they weren't

7    comfortable wearing it then they

8    didn't have to, but if you were more

9    comfortable doing it, you would.  But

10   they recommended that you wear them

11   with more parts than they would.

12   Q.      Did you wear any type of

13   safety glasses?

14   A.      Yes, I had safety glasses on.

15   Q.      And did you have them on at

16   the time of the accident?

17   A.      Yes.

18   Q.      How long were your fingers

19   inside the die area when you were

20   performing this step in which you

21   were injured?

22   A.      I don't know, long enough to

23   squeeze the part around the mandrel,

24   I don't know how long it would take.

25   I never timed it or anything, so I

149

1    wouldn't even know where to begin to

2    even estimate.

3    Q.     So what you had to do, like I

4    understand from your testimony so

5    far, is you had to make sure the

6    product was fastened on those tabs;

7    is that right?

8    A.     Yes.

9    Q.     And your hands would be inside

10   the die area during that process,

11   wouldn't they?

12   A.     Yes.

13   Q.     And then you had to actually

14   hand mold, to some extent, the metal

15   around the mandrel; is that right?

16   A.     Yes.

17   Q.     And your hands would actually

18   be inside the die area during that

19   process; is that right?

20   A.     Yes.

21   Q.     And then what did you have to

22   do?  Did you have to close a gate?

23   A.     Yeah, after you got it on the

24   pin, before you hand formed it, you

25   would close the gate.

150

1    Q.       And during that process of

2    closing the gate, your hands would be

3    inside the die area; is that right?

4    A.       Yes.

5    Q.       So three different aspects of

6    this step, you would actually have

7    your hands inside the die area, like

8    the instructions manual tells you not

9    to do; is that right?

10   A.       Yes, but the setup sheet told

11   you to do it.

12   Q.       Did you have to do anything

13   else during this step that caused

14   your hands to be inside that die

15   area?

16   A.       Just hand form it over the

17   mandrel.

18   Q.       Of what we talked about?

19   Putting it on the pins, hand forming

20   it, and closing the gate?

21   A.       No.

22   Q.       How about when you opened the

23   gate, did your hands also have to be

24   in the die area during that process?

25   A.       When you took the part out,

151

1    after it was formed, yeah.

2    Q.      What were you doing --- which

3    part of that process were you doing

4    when the press activated?

5    A.      I was hand forming the part on

6    the mandrel.

7    Q.      You were hand forming.  You

8    said you were sitting on your chair?

9    A.      Yeah.

10   Q.      How far away was the foot

11   switch from your foot?

12   A.      I don't know, it was moved

13   back away from it, but I don't know

14   how many inches or anything, but it

15   was moved back away from it.

16   Q.      Do you have a memory of

17   removing your foot completely from

18   the foot switch after you made the

19   previous press?  Before you were

20   injured?

21   A.      The previous part that I had

22   ran?

23   Q.      Yes.

24   A.      Yes, my foot, I moved it away

25   from it.

152

1    Q.      And do you have any

2    explanation as to how the press brake

3    operated?

4    A.      What do you mean, how it got

5    hit?

6    Q.      How it activated, how it

7    started?

8    A.      No, I don't know.  My foot

9    slipped or something, I don't know.

10   You used oil, so there could have

11   been oil or something, I don't know.

12   Q.      So you don't know if your foot

13   slipped and hit the foot switch or

14   not?

15   A.      No.

16   Q.      Has anyone ever given you any

17   ideas as to how the press brake may

18   have activated?

19   A.      No.

20   Q.      At the time of your injury?

21   A.      No.

22   Q.      Do you remember your foot

23   slipping at all?

24   A.      No.

25   Q.      Do you know if somebody else

153

1  activated the press brake?

2  A.      There was nobody else near me

3  to activate it.  I mean, there was

4  people in that side of the building,

5  but there was nobody close enough to

6  be able to hit it.

7  Q.      It sounds like after the

8  previous piece, the press brake had

9  made one revolution and stopped; is

10  that right?

11  A.      Yes.

12  Q.      And then it had stopped for

13  how long before your injury?

14  A.      Until I got done putting the

15  other part in.  I took that one out

16  and put the other one in.  I don't

17  know how long it was.

18  Q.      So it didn't just continuously

19  run then?

20  A.      No.

21  Q.      You didn't accidentally stick

22  your hands in while the machine was

23  running, it sounds like.

24  A.      No.

25  Q.      You just have no idea how the

154

1   press brake activated when your hands

2   were in there?

3   A.       No.

4   Q.       Is that right?

5   A.       That's right.

6   Q.       Did you ever tell anyone that

7   you had your foot inside the foot

8   switch while you were forming the

9   metal?

10  A.       No.

11                  ATTORNEY HARTMAN:

12                  Paul, you've said that

13              for months and I've not seen

14              any document that says that,

15              and if you have it, just give

16              me the page number.

17                  ATTORNEY ROBINSON:

18                  Everything's been

19              produced.

20                  ATTORNEY HARTMAN:

21                  Paul, I'm just asking

22              as a courtesy, if you tell me

23              the page number of whatever

24              document you're referring to.

25                  ATTORNEY ROBINSON:

155

1              I think there are many.

2         ATTORNEY HARTMAN:

3              One would suffice, as

4         opposed to all of them, if you

5         would be courteous enough to

6         provide it.

7    BY ATTORNEY ROBINSON:

8    Q.      Corry Manufacturing

9    investigated this accident, are you

10   aware of that?

11   A.      I knew they write up

12   investigation sheets after there was

13   an accident.  If there was one that

14   happened in the shop, you had to

15   write up a sheet.  I didn't know ---.

16   Q.      Do you know who Gary Deitz is?

17   A.      He was my boss at the time and

18   my supervisor.

19   Q.      What was he the supervisor of

20   besides you?

21   A.      Building three.

22   Q.      Building three, that's what I

23   thought, but I wasn't quite sure.

24   He's indicated in his internal

25   accident report that the root cause

156

1    of the accident was that the press

2    brake was not properly set-up for

3    operation and the press was set-up to

4    run with a foot pedal without any

5    other guarding the operation. The

6    operation should have been setup to

7    run using the palm buttons for two

8    hand operation. Do you agree with

9    that?

10   A.     I didn't know there was palm

11   buttons.

12   Q.     But now, with what you know,

13   do you agree with that?

14   A.     I think the palm buttons

15   should have been, yes.

16   Q.     Has anyone ever said why they

17   weren't using those palm buttons?

18   A.     Nobody ever did, it was always

19   the foot pedal, so I don't think

20   anybody even asked. It was always

21   the foot pedal every time I had ever

22   seen it run.

23   Q.     I'm saying, has anyone, has

24   Gary Deitz or any supervisor of Corry

25   ever explained why they were not

157

1    using the two palm buttons that they

2    started to use after your accident?

3    A.      No.

4    Q.      Did you know that Corry

5    inspected the machine, the press

6    brake, after your accident and found

7    it to be working properly?

8    A.      No.

9    Q.      Has anyone ever suggested to

10   you that the press brake did not

11   perform properly?

12   A.      Nobody said anything to me

13   about it.

14   Q.      No one has ever said to you

15   that something went wrong with the

16   press brake or that it malfunctioned

17   or did something that it wasn't

18   supposed to do?

19   A.      No.

20   Q.      Do you know Mr. Messenger?

21   A.      Yeah.

22   Q.      What's his first name?

23   A.      Kevin.

24   Q.      Kevin.  How do you know him?

25   A.      He was the maintenance man.

158

1    Q.      Do you know him in any other

2    capacity other than through your

3    employment with Corry Manufacturing?

4    A.      No.

5    Q.      Did he or anyone else that he

6    knew actually inspect the foot pedal

7    to see if anything may have been

8    blocking it, and he found actually

9    nothing wrong with the foot pedal?

10   A.      No.

11   Q.      He never told you that?

12   A.      No.

13   Q.      Have you ever read the

14   internal reports from Corry

15   Manufacturing?

16   A.      I think I looked at some of

17   them, but I don't know if I got them

18   all or whatever.

19   Q.      Mr. Messenger also found that

20   the pedestal containing the two palm

21   buttons was at the far right of the

22   press and not being used.  Has anyone

23   ever told you that?

24   A.      No.

25   Q.      And you don't know where any

159

1   other mechanical press brake was

2   located in the plant, is that what

3   you said?

4   A.     I knew there was one over in

5   building one, but I had never ran it

6   or anything.

7   Q.     Do you know who the

8   manufacturer of that mechanical press

9   brake was?

10  A.     No.

11  Q.     Do you know if it contained

12  light curtains?

13  A.     Yes, it had light curtains.

14  Q.     How do you know that?

15  A.     Because I had walked by it

16  before and I would see it on there.

17  And Jamie had worked over there

18  before and he knew that there was

19  some on there, he had mentioned it to

20  me.

21  Q.     Even though you didn't read

22  the instructions manual or the

23  warnings located on the machine, did

24  you know that there was a danger if

25  you placed your hands inside the die?

160

1    A.        No, I figured they wouldn't

2    have you do it if something like that

3    would happen.

4    Q.        Didn't you know that if you

5    accidentally pressed the foot switch

6    with your fingers in there, that you

7    could cause yourself a serious

8    injury?

9    A.        I just assumed they wouldn't

10   have you doing it if it would cause

11   you injury.

12   Q.        I'm asking you, your own mind.

13   Did it strike you that it might be

14   dangerous to stick your hands in a

15   die area if you could accidentally

16   hit a foot switch?

17   A.        Well, if you had your hand in

18   a die that came down I knew that you

19   could crush your hands.

20   Q.        I take it you knew that if you

21   had your hands in the die area, and

22   you accidentally pressed the foot

23   switch, you could cut off your

24   fingers.

25   A.        I knew it could crush them,

161

1  yeah.

2  Q.      You were aware of that before

3  you were injured, weren't you?

4  A.      Yeah, I knew it could if it

5  was hit.

6  Q.      Say that again.

7  A.      I knew it could come down and

8  crush them if your hands were in the

9  machine when it was hit, the buttons

10  or whatever.

11  Q.      And did you also know that you

12  had to, with the way they were

13  setting it up, that you had to be

14  extra cautious to make sure that you

15  didn't accidentally press that foot

16  switch while your hands were in

17  there?

18  A.      Yes.

19  Q.      You knew there were no light

20  curtains on the machine; is that

21  right?

22  A.      Yes, I knew that.

23  Q.      And you thought there were no

24  two palm button switches available;

25  is that right?

162

1   A.      I didn't think there were any,

2   yeah.

3   Q.      And you knew that if you hit

4   the foot switch and you had your

5   hands inside the die area that

6   nothing was going to stop that press

7   brake from coming down; is that

8   right?

9   A.      Yes.

10  Q.      And you knew all of that

11  before you were injured; didn't you?

12  A.      Yes.

13  Q.      Did you ever raise any type of

14  concern at all with the way Corry

15  Manufacturing was having you perform

16  this process, with anyone at Corry?

17  Did you ever raise any type of

18  concern to anyone at Corry with

19  regard to the way they were having

20  you use this machine?

21  A.      You mean before the accident?

22  Q.      Yes.

23  A.      No.

24  Q.      How about after?

25  A.      I haven't really talked to

163

1  anyone, no.

2  Q.      I'm just asking because you

3  differentiated and said you did

4  before.

5  A.      I just wanted to make sure I

6  understood the question.

7  Q.      I don't know have any problem

8  with you asking for clarification.  I

9  want you to continue to do that.

10  Have you understood all the questions

11  I've been asking so far?

12  A.      Yes.

13  Q.      And will you continue to let

14  me know if you don't understand it?

15  A.      Yes.

16  Q.      Okay, great.  Since I happen

17  to be looking at one particular

18  document, PMACNSL0105, that'd be PMA

19  Council, Mr. Bordinero, at 105.  Do

20  you know who Graig, G-R-A-I-G, is?

21  Graig, I think it's Mr. but I'm not

22  sure.

23  A.      I don't think so.

24  Q.      There's reference in here, in

25  this particular document that you

164

1    were sitting while you were

2    performing this cycle, that part's

3    accurate; right?

4    A.        Yeah.

5    Q.        And that you leaned forward to

6    take the part out, and in doing so,

7    had her foot on the pedal and

8    accidentally started the cycle that

9    caused the injury.

10   A.        No, it's not true.

11   Q.        Any idea where that

12   information came from?

13   A.        Don't have a clue.

14   Q.        You're saying you don't know

15   what caused the press brake to start;

16   is that right?

17   A.        No, I don't know.

18   Q.        You don't know if you bumped

19   the foot pedal or something else

20   happened?

21   A.        I don't know.

22   Q.        Paula Murkle has indicated in

23   PMA0155 that while your hands were in

24   the machine, you used the foot pedal

25   to start the machine.  Do you know

165

1  where that information came from?

2  A.      No.  She's not even in our

3  building.

4  Q.      Did you ever tell anyone what

5  happened, as to --- strike that.

6          Did you ever tell anyone how

7  you thought the press brake activated

8  when your hands were inside the die

9  area?

10 A.      I said that I thought it got

11 hit somehow, but I don't know, and it

12 came down when I ---

13 Q.      Pardon me?

14 A.      I had said I think it got hit

15 somehow, but I don't know how, and it

16 came down onto my hands when I was

17 forming the part.  When people would

18 ask me, I wasn't sure, I just know it

19 got hit somehow.

20 Q.      Was there an occasion before

21 this accident where you caused some

22 damage to a die or to a mandrel with

23 this particular press brake?

24 A.      I don't recall.  With that

25 particular job?

166

1    Q.      No, let's just say any press

2    at Corry Manufacturing.

3    A.      I don't think so, but I'm not

4    sure, I don't remember if there was.

5    I don't think so, though.

6    Q.      Did anyone at Corry ever tell

7    you not to sit in a chair while you

8    were running this press brake?

9    A.      No, because other people would

10   sit and run it, too.  It would depend

11   on the person, if they preferred to

12   sit or stand.

13   Q.      Do you know who Joel Nichols

14   is?

15   A.      I know who he is, yes.

16   Q.      Who is he?

17   A.      He ran hydro-form in building

18   three.

19   Q.      Do you remember him telling

20   you on the day this accident happened

21   and before you were injured not to

22   sit at the press brake?

23   A.      No.

24   Q.      That you might be injured?

25   A.      No.

208

1              ATTORNEY HARTMAN:

2                  Here's what I'll tell

3          you.  We went out and took

4          pictures of whatever they

5          showed us.

6              ATTORNEY ROBINSON:

7                  Right, and I just

8          wondered if you have any

9          information if that is the

10         foot switch that was being

11         used at the time of the

12         injury.

13             ATTORNEY HARTMAN:

14                 Other than my client

15         telling me that that's what

16         the foot switch looked like

17         that she was using, that's

18         what I have.

19     BY ATTORNEY ROBINSON:

20     Q.     I take it you are still

21     receiving wage payments from the

22     Workers' Compensation carrier.

23     A.     Yes.

24     Q.     And is that on a --- is that

25     still $527 every two weeks?

209

1   A.      Yes.

2   Q.      And they're still paying for

3   all of your medical bills?

4   A.      We're having a problem with

5   them right now, paying for my help

6   mate.  They're not wanting to pay

7   that.

8   Q.      The PMA's not wanting to pay

9   that, why?

10  A.      They're trying to say that

11  it's not medical and it was never

12  medical with them, they always came

13  to help me out around the house.  And

14  just like the last couple of months,

15  they've just been giving us a hard

16  time and they haven't paid over

17  $2,000 or something like that.

18  Q.      And is that being challenged

19  in the Workers' Compensation

20  proceeding, I assume?

21  A.      Yes.

22  Q.      And is someone from Mr.

23  Hartman's firm representing you in

24  the Workers' Compensation

25  proceedings?

210

1   A.        Barbara Welton is.

2                   ATTORNEY HARTMAN:

3                   She used to be, she's

4           not with my firm anymore.

5                   ATTORNEY ROBINSON:

6                   And did your case go

7           with her?

8                   ATTORNEY HARTMAN:

9                   The Workers' Comp did.

10                  ATTORNEY ROBINSON:

11                  I saw there was one

12          item of stationary she signed

13          with your letterhead.   I

14          didn't know she had left.

15  BY ATTORNEY ROBINSON:

16  Q.        And she's still representing

17  you, then, in your Workers'

18  Compensation proceedings?

19  A.        Yeah.

20  Q.        Do you have any current plans

21  to settle your Workers' Compensation

22  or compromise your Workers'

23  Compensation claim?

24  A.        No, we haven't discussed it.

25  Q.        What color do you remember the

211

1  foot switch being?

2  A.      Yellow.

3  Q.      And you don't remember

4  damaging the machine in April,

5  specifically April 16 of '02, five

6  months or so before your accident?

7  A.      No, I don't remember.

8  Q.      By not pulling out some part

9  or taking off some part before you

10  ran the next piece?

11  A.      No, I don't remember.

12  Q.      Do you remember being put on

13  probation for some absences, for not

14  following some attendance guidelines,

15  or break guidelines?

16  A.      I remember being put on

17  probation because I was a couple

18  minutes late coming back from lunch

19  and I did that a few times, and so

20  they put me on probation.

21  Q.      And did you have any other

22  disciplinary action, of any sort,

23  taken against you by Corry

24  Manufacturing while you were employed

25  there for almost two years?

212

1   A.        Not that I remember.

2   Q.        Did you ever use your left

3   foot to operate the foot switch?

4   A.        No.

5   Q.        Do you know of any way this

6   accident could have happened if that

7   machine was being used with the two

8   palm button switch?

9   A.        I don't know, I don't think

10  so, but I don't know.

11  Q.        If you need your two hands to

12  hit the buttons, it doesn't seem like

13  you could've had your hands inside

14  the press brake.

15  A.        No.

16  Q.        If your employer had followed

17  the instructions and warnings on the

18  machine and in the instruction and

19  parts manual and required you to keep

20  your hands out of the die area, do

21  you know of any way this accident

22  could have happened?

23  A.        No.

24  Q.        Do you have any way of knowing

25  that the foot switch that you were

213

1    using at the time of your injury was

2    on the machine when it was sold in

3    1978?

4    A.     I have no idea.

5    Q.     Do you know of anyone who

6    would have that information?

7    A.     No.

8    Q.     Did you know that the press

9    brake was sold to a company out in

10   Connecticut and used for over 20

11   years and then ultimately sold,

12   apparently at an auction, and

13   purchased by Corry Manufacturing?

14   A.     No.

15   Q.     So I take it you'd have no way

16   of knowing what use the Connecticut

17   company that purchased it, made of

18   that press brake for that 20 or 21

19   plus years?

20   A.     No, I don't have any idea.

21   Q.     Do you think you were

22   appropriately trained by Corry

23   Manufacturing on the use of that

24   press brake?

25   A.     I think so.  If I didn't, I