# EXHIBIT "P"

P0776392.1

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

TINA LINDQUIST,              )          ORIGINAL

      Plaintiff,             )

  vs.                        ) No. 04-249E

HEIM, L.P.,                  )

      Defendants.            )

The video deposition of MATTHEW

ULMENSTEIN, called for examination pursuant to

the Rules of Civil Procedure for the United

States District Courts pertaining to the taking

of depositions, taken before Patricia L.

Wangler, a notary public within and for the

County of DuPage and State of Illinois, at

33 North LaSalle Street, Illinois, on the

6th day of April, 2006, at the hour of

9:00 o'clock a.m.

Reported By:  Patricia L. Wangler, CSR

License No.:  084-002417

1

1      Q.   Great.  There is one more piece of

2    paper there with you.  What all did you bring?

3      A.   Just that and the note of where to be.

4      Q.   May I see it please.

5      A.   Sure.

6      Q.   You are hesitating.  Do you have any

7    reason to hesitate in giving me that piece of

8    paper that relates to this case?

9      A.   No.

10     Q.   Okay.

11     A.   I just didn't know you would be asking

12   for it.

13     Q.   No, because you weren't provided with a

14   copy of my notice of deposition; right?

15     A.   I have no idea.

16     Q.   Okay.  If we look at 3, Section 3, it

17   says identification.

18     A.   Yes, sir.

19     Q.   Who provided that?

20     A.   That was both Professor Barnett and

21   myself.

22     Q.   And I note here that the second

23   paragraph indicates that we were dealing with a

24   Model 532-SWH Hercules heavy duty footswitch

                                          60

1    with a full shield provided at the time of the

2    sale of this press brake; is that right?

3         A.    That is what the report states.

4         Q.    Do you have any reason to dispute that?

5         A.    Yes.

6         Q.    And what is that?

7         A.    That is that that was my error in

8    indicating the model number that was provided on

9    a drawing supplied by Heim that they cannot

10   determine if it was the correct drawing or

11   not -- or the correct specification.

12        Q.    Do you know what footswitch was

13   supplied with the press brake back in 1978?

14        A.    I do not.

15        Q.    Does Professor Barnett know?

16        A.    I have no idea as to what he knows or

17   does not know.

18        Q.    Do you know of anyone that's ever -- do

19   you know of anyone that knows what footswitch

20   was provided with the press brake back in 1978?

21        A.    I have no idea.

22        Q.    I take it you saw the 1974 drawing that

23   was produced by Heim which identifies a 532-SWH?

24        MR. HARTMAN:   It is a 1982 drawing.

61

1      MR. ROBINSON:  Counsel, 1974 drawing, thank

2  you.

3      THE WITNESS:  But it is -- there was scratch

4  marks on it.

5  BY MR. ROBINSON:

6      Q.   Did you see the 1974 drawing that

7  identifies the 532-SWH?

8      A.   I saw a page that was barely readable

9  and Model 532-SWH was noted on there and then

10  scratched off for a replacement model I believe

11  in '82 I believe the date was.

12      Q.   Yes, okay.  And the last sentence of

13  that identification section indicates -- where

14  it indicates -- let me -- that was a horrible

15  beginning of my question.

16          The first sentence identifies it as a

17  Model 532-SWH; is that right?

18      A.   That is what the report states.

19      Q.   And the second sentence says, "This is

20  consistent with photographs of the subject

21  footswitch after the accident"?

22      A.   Which is incorrect.

23      Q.   That's incorrect as well?

24      A.   No, the -- it -- it -- the model number

                                                    62

1    is inconsistent with the photographs of the

2    footswitch after the accident.

3        Q.    Well, who wrote that, that, "This is

4    consistent with photographs of the subject

5    footswitch after the accident"?

6        A.    I believe I did.

7        Q.    Did Professor Barnett read this before

8    he signed it?

9        A.    I have no idea as to what he did or

10   not.

11       Q.    Do you think that he would do that?

12       A.    I cannot speculate as to what he would

13   do or would not do.

14       Q.    Does he typically read things that he

15   signs?

16       A.    I believe so.

17       Q.    If you turn to Page 7, it is again

18   indicated it was a 532-SWH sold with the subject

19   press brake; doesn't it?

20       A.    Yes, sir.

21       Q.    Who wrote this section?

22       A.    I believe I inserted the model number

23   in the report section that was dictated to me by

24   Professor Barnett.

                                                    63

1      Q.   Well, who indicated -- back to our

2    first section where it says, This is consistent

3    with photographs of the subject footswitch, how

4    did that error occur?  Why is that wrong I guess

5    is a better way to say?  Why are you testifying

6    that that's now wrong?

7      A.   No, I am testifying that the

8    consistency with the photographs and the

9    Model 532 is incorrect.

10     Q.   Yeah, and how did that happen?  I

11   assume you looked at the photographs.  I assume

12   either you or Professor Barnett looked at the

13   photographs and then looked at the 532 and said

14   they look to be the same because that's what

15   this says, that's what this says; right?

16     A.   That is -- I believe it says that it is

17   consistent with the photographs of the subject

18   footswitch.

19     Q.   Yeah, it says the 532 is consistent

20   with -- the Model 532-SWH is consistent with the

21   photographs of the subject footswitch; is that

22   right.

23     A.   Yes, and I said that's incorrect

24   several times now.

                                               64

1      Q.   Yes, okay, I want to make sure the

2   record has your -- your -- the errors in your

3   report identified.  And how did that error

4   occur?

5      A.   The error occurred because I -- we had

6   already written the -- I believe the section was

7   already written in terms of the -- describing

8   the footswitch as it does in the following

9   paragraph.  And then I came upon the one page,

10   the Drawing A-470 was it?  I believe that's the

11   number.

12      Q.   I believe it is.

13      A.   The specification of the footswitch.

14   And I saw the model number and just inserted it

15   into the report and didn't do the proper

16   research into what the Model 532 entailed.

17      Q.   If you were to rewrite your report

18   would you include a different number?

19      A.   If I were to rewrite the report, I

20   wouldn't include the Model 532.

21      Q.   That's the same one you have included.

22      A.   Yes, I would not include that number.

23      Q.   What would you include, what number,

24   what model number?

65

1        A.    I wouldn't specify a model number.

2        Q.    Well, how do you know if Tina Lindquist

3    was using the foot control that was sold with

4    the machine in '78?

5        A.    Personally I have no idea as to an

6    opinion on that.

7        Q.    That's not -- okay.

8              Have you talked with Mr. Hartman about

9    this issue, about identifying the food switch

10   that Tina Lindquist was using as being the same

11   as the one that was sold in '78?  Have you

12   talked with him at all about that issue?

13       A.    The subject might have been broached in

14   terms --

15       Q.    Might have been broached?  When would

16   that have been broached?

17       A.    Perhaps on a phone call and he might

18   have said such things to Professor Barnett.  I

19   have no idea.

20       Q.    Do you remember those conversations,

21   Mr. Ulmenstein?

22       A.    I do not.

23       Q.    Why do you say they might have been

24   broached, and they might have been broached in a

                                              66

1    phone call and they might have been broached in

2    a conversation with Professor Barnett?

3        A.    Because I believe that the

4    identification in this case is fairly important.

5        Q.    Have you heard of anyone -- have you

6    heard anyone indicate that the foot control that

7    Tina Lindquist was using at the time of the

8    accident was the one that was sold with the

9    machine at the time in 1978?  Has anyone said

10   that to you?

11       A.    No one has said that this footswitch

12   was specifically the one sold with the machine

13   to me.

14       Q.    I lost you.  I am a little hard of

15   hearing.  I am sorry.  Say that again.

16       A.    Sorry.  No one has said to me that this

17   footswitch was specifically the one that was --

18   that came with the machine.

19       Q.    Has anyone told you that it is not?

20       A.    No one has told me specifically that it

21   is not.

22       Q.    Have you read the deposition

23   transcripts of some of the employees of Corry

24   Manufacturing that have given their opinions

67

1    that they would not be the same?

2        A.    I have not.

3        Q.    That's a pretty significant issue did

4    you say to make sure we have the same footswitch

5    used by Tina Lindquist as the one sold back in

6    1978; right?

7        A.    I am not certain.

8        Q.    Sorry?

9        A.    I am not certain.  I can't --

10       Q.    I think you just said it a moment ago.

11   It is a pretty significant question; isn't it?

12   You wouldn't want to sue Heim for providing a

13   dangerous footswitch that wasn't even in use at

14   the time of the accident; would you?

15       A.    I have no idea, sir.

16       Q.    Does that make sense to you, sir, that

17   you would author a report or your employer or

18   Mr. Barnett would author a report trying to hold

19   Heim liable for supplying a footswitch back in

20   1978 that wasn't even in use at the time of the

21   plaintiff's injury?

22       A.    I can't give --

23       Q.    Does that make any sense to you, sir?

24       A.    I can't give any opinion on it, sir.

68

1      Q.   You can't even say if that makes sense

2   to you?

3      A.   Not in this venue in terms of I cannot

4   make a statement to that.

5      Q.   What foot control was used for the

6   testing that you have described?

7      A.   I believe one of the foot controls was

8   indicated towards the end of the report, 511, I

9   believe they are both 511's.

10     Q.   When you say both 511's, what do you

11  mean by that?

12     A.   The -- the Linemaster Model 511B2 I

13  believe was one of the models.

14     Q.   I want you to check your report because

15  this is something I want to make sure we

16  don't --

17     A.   On Page 11 in C the -- it indicates

18  that the Linemaster 511B2 used in our human

19  factors testing.  They were both Linemaster 511

20  models I believe, one with the gate, one

21  without, both with the antitrip treadle latch.

22     Q.   And was a 511 chosen?

23     A.   I believe that was what we had in

24  Triodyne's selection of footswitches from

69

1    Linemaster.

2        Q.    Why wasn't a 532 chosen?

3        A.    I have no idea.

4        Q.    You can still buy a 532 from Linemaster

5    today; can't you?

6        A.    I am not certain.

7        Q.    Have you looked at any of their

8    literature that has been identified in the

9    report that you saw?

10       A.    I have not looked at any of the current

11   literature whether you can buy a 532 today, sir.

12       Q.    Do you have any reason to believe you

13   cannot go out to Linemaster and buy a 532 today?

14       A.    I have no reason to believe that I can.

15       Q.    Why wasn't there -- was there any

16   attempt made by Triodyne employees to obtain a

17   532 for testing purposes since that's what was

18   identified in the report as being provided back

19   in 1978 with the machine?

20       A.    No, sir.

21       MR. HARTMAN:  I am going to object to the

22   form of the question and that the witness has

23   indicated that that 532 number is an incorrect

24   number --

70

1    photographs to be?

2        A.    I believe those photographs are of a

3    footswitch that was at Mr. Hartman's office.

4        Q.    Okay.  Who took these photographs?

5        A.    I believe Christopher Ferrone.

6        Q.    Who is that?

7        A.    He was an engineer for Triodyne at the

8    time, and he is currently -- he followed Peter

9    Poczynok as previously mentioned to Arca.

10       Q.    Can you spell his last name for the

11   court reporter.

12       A.    F-E-R-R-O-N-E.

13       Q.    Okay.  And in another document that we

14   were given is the original report --

15       A.    Yes.

16       Q.    -- that Professor Barnett brought with

17   him.  He indicated on here that on Page 2 there

18   is some handwriting and he said it was yours.

19       A.    Yes, sir.

20       Q.    Is that your handwriting?

21       A.    It is.

22       Q.    And when did you write that on that

23   report?

24       A.    I believe it was yesterday afternoon.

89

1      Q.   Was it in the presence of Mr. Hartman?

2      A.   No.

3      Q.   Why was that inserted?

4      A.   Because we had realized the error of

5   the 532, naming the 532 that I discussed

6   earlier.

7      Q.   Did you have any conversations with

8   Mr. Hartman about that error before you wrote

9   that notation?

10     A.   We -- I believe we had discussed it,

11   yes.

12     Q.   And --

13     A.   Not that day, not yesterday but

14   previously.

15     Q.   Is that the catalyst, if you will, that

16   brought about the change in the report?

17     A.   No.  The change was realizing that it

18   was an error and wanting to -- we were thinking

19   of writing a corrected report because of that

20   error.

21     Q.   Did you have the conversation with

22   Mr. Hartman where this error was discussed?

23     A.   I believe I have had a conversation

24   where it has been mentioned with him.  I can't

90

1    recall the conversation.

2        Q.    Tell the court if you would all the

3    details of that conversation.

4        A.    I cannot recall the details of that

5    conversation.

6        Q.    The only thing you recall is that you

7    and he had a conversation --

8        A.    Regarding that error.

9        Q.    -- wherein there was discussed an issue

10    regarding the erroneous reference to a

11    Model 532?

12        A.    Yes, I brought it up.

13        Q.    What's the correct reference?

14        A.    Again, I am not certain as to the

15    correct model number.

16        Q.    Have you ever learned the correct model

17    number?

18        A.    No, sir.

19        Q.    How could you determine that it is an

20    error if you don't know the correct one?

21        A.    Because the 532 would not be consistent

22    with the footswitch that was in use at the time.

23        Q.    Yeah, but this is referring to the

24    footswitch that was sold in 1978.  This isn't

91

1    referring to the footswitch -- notice here,

2    Manual for the subject machine illustrates a

3    Linemaster footswitch which based upon the

4    interrogatories document production of Heim is a

5    Model 532-SWH; do you see that?

6         A.   I see that.

7         Q.   Is that an error?

8         A.   Yes.

9         Q.   And have you how determined that to be

10   an error if you don't know what the actual model

11   was that was sold in 1978?

12        A.   I believe it is an error because --

13   well, first, it was error to name a model in the

14   first place in that Heim though they provided

15   the -- that specification sheet that I discussed

16   earlier, also in the interrogatories noted that

17   they had no proof as to it being the correct

18   model number.

19        Q.   Do you know what model Heim sold in

20   1978 with this press brake?

21        A.   I do not.

22        Q.   Do you know if it was even a Linemaster

23   footswitch?

24        A.   I do not know what Heim sold.

                                                        92

```
 1        Q.   Do you know of anyone that knows the

 2    details, the manufacturer with a model number of

 3    the foot control that accompanied the sale of

 4    Heim's press brake in 1978?

 5        MR. HARTMAN:  Other than Professor Barnett.

 6        MR. ROBINSON:  No, not other than

 7    Professor Barnett.

 8    BY MR. ROBINSON:

 9        Q.   Do you know of anyone that does.

10        A.   I believe Professor Barnett does.

11        Q.   What does -- I just talked to him.  He

12    doesn't know either.

13        MR. HARTMAN:  Well, I object to the form of

14    the question because that is not what that

15    witness testified over six hours.

16    BY MR. ROBINSON:

17        Q.   Okay, what -- besides Mr. Hartman's

18    comment --

19        MR. HARTMAN:  And your misstatement of the

20    record.

21    BY MR. ROBINSON:

22        Q.   -- what makes you think that

23    Professor Barnett knows the model of the foot

24    control that accompanied the press brake in
```

93

1    1978?

2        A.    I can't be sure if he knows the model

3    or not.

4        Q.    Have you ever talked to him about the

5    model number?

6        A.    No, I have not.

7        Q.    So why did you answer Professor Barnett

8    if you don't know?

9        A.    Because he was around then and he was

10   using -- he was around the presses and -- that

11   Heim was making at the time and he has a better

12   idea than I do.  I was born in 1976.

13       Q.    Have you -- has Professor Barnett ever

14   told you that he knew specifically what foot

15   control came with this particular press brake --

16       A.    He --

17       Q.    -- regardless of how old he is?

18       A.    He has not told me that.

19       Q.    Has anyone ever suggested to you that

20   he has any information as to what manufacturer

21   or what model foot control accompanied the sale

22   of this press brake in 1978?

23       A.    I believe he has said that he knows the

24   type of footswitches that were in use at that

                                          94

1    time.

2        Q.    No, I am asking specifically about the

3    one that accompanied either the manufacturer or

4    the model that accompanied this particular Heim

5    press brake that's at issue in this litigation.

6            Has he ever suggested to you that he

7    knows which model or which manufacturer was

8    supplied with that press brake in 1978, this

9    particular one?

10        A.    I believe that Heim itself has agreed

11    that it has been a Linemaster that's been on the

12    machines.

13        Q.    Would you answer my question, sir.

14        MR. HARTMAN:    Would you quit intimidating or

15    tying to intimidate.

16        MR. ROBINSON:    The question --

17        MR. HARTMAN:    -- the witness.  I am going to

18    object to your being rude and sarcastic to

19    witnesses because you don't like their

20    testimony.  You should show some sense of

21    decorum to this gentleman.

22        MR. ROBINSON:    You explaining --

23        MR. HARTMAN:    He came back here as a

24    courtesy.

95

1       MR. ROBINSON:  -- professional behavior is

2   meaningless.

3       MR. HARTMAN:  He came back as a courtesy to

4   you.

5       MR. ROBINSON:  No, he came back because you

6   know he is required to come back because we

7   weren't given the full materials.  Let me ask it

8   again.

9       MR. HARTMAN:  You were given the full

10  materials.

11      MR. ROBINSON:  Why don't you read back the

12  question please.

13          Please listen to the question.

14          And if you can't locate it, I know it.

15              (Whereupon, the record was read

16               as requested.)

17      THE WITNESS:  He does know -- I believe he

18  has indicated that he knows that it is a

19  Linemaster that came with this machine.

20  BY MR. ROBINSON:

21      Q.   Professor Barnett has told you that?

22      A.   I believe so.

23      Q.   And what did he tell you about that?

24      A.   I don't believe we have necessarily had

                                                    96

```
1     a discussion directly at that as it has been

2     admitted that they used Linemaster.

3          Q.    I don't want you to talk about what you

4     think has been admitted and what you may not

5     think has been admitted.  My question --

6          A.    I am answering the question.

7          Q.    No, well, please listen to the

8     question.  I will ask it again.  Has

9     Professor Barnett ever told you that he knows

10    either the manufacturer or the model number of

11    the foot control that accompanied the sale, the

12    1978 sale of this press brake?

13         A.    I believe he has indicated that he

14    knows that it was a Linemaster.

15         Q.    And what did he tell you about that?

16         A.    I can't recall any specifics as to what

17    he told me about that.

18         Q.    Did he tell you how he would know such

19    a thing?

20         A.    I believe he has said Heim has used

21    Linemaster exclusively for a long period of

22    time.

23         Q.    Okay, that's something else you

24    remember him saying to you?
```

97

1      A.    I believe so.

2      Q.    Do you remember anything else about

3   this conversation with Professor Barnett as to

4   him knowing the actual manufacturer and model

5   number of the foot control that went with this

6   particular Model 70-6 press brake in 1978?

7      A.    I do not.

8      Q.    When you and Mr. Hartman had your

9   conversation about changing this report --

10      MR. HARTMAN:  Objection to that -- framing

11   that question that way.

12      MR. ROBINSON:  What's wrong with that?

13      MR. HARTMAN:  Because you are indicating

14   here -- you are implying that I asked him to

15   change the report or that I was involved in

16   changing the report.

17   BY MR. ROBINSON:

18      Q.    No.  When you and Mr. Hartman -- did

19   you -- you have already indicated you and

20   Mr. Hartman had a conversation about this

21   changing the report; right?

22      A.    I indicated that we had had a

23   discussion about the error.

24      Q.    Right.

98

1          A.    Of naming the 532.

2          Q.    Right, and you would like to change

3     this report; is that right?

4          A.    Yes.

5          Q.    Okay.  So when you and Mr. Hartman had

6     a conversation about changing the report, how

7     did that conversation take place?  Was it via

8     telephone?

9          A.    I believe so, yes.

10         Q.    Who initiated that telephone call?

11         A.    I am not certain as to who initiated

12    the telephone call.

13         Q.    You don't know if Mr. Hartman called

14    you about it?

15         A.    I don't -- I don't know if that -- if

16    that phone call was directly related to that

17    issue.

18         Q.    Who was the first person to bring up

19    the perceived error in the report?

20         A.    I was.

21         Q.    And what caused you to learn about this

22    error?

23         A.    Because of Mr. Switalski's report that

24    described the 532, and I looked into it and saw

                                                      99

1      that it was an error.

2          Q.    And what about Mr. Switalski's report

3      are you referring?

4          A.    I am referring to where he -- first

5      where he indicated that we had identified the

6      footswitch as a 532-SWH.  That certainly gave me

7      pause in that I believe that it had been Heim

8      and that made me look at the interrogatories.

9      And I saw that -- I saw that Heim had no proof

10     as to the specification that you have right

11     there in your hands being -- that they had any

12     proof that that was the correct specification.

13         Q.    No proof, what is that?  What is

14     Barnett Exhibit D?  Have you ever seen that

15     before?

16         A.    I believe so.

17         Q.    Do you know what that is?

18         A.    That's the specification, A-470 that I

19     discussed earlier I believe.

20         Q.    And what's the date of that drawing?

21         A.    The date of the drawing is 7-9-74 in

22     the box below.

23         Q.    That four years prior to the sale at

24     issue?

                                                     100

1      A.    I believe so.

2      Q.    Does that indicate to you what type of

3    footswitch was in use by Heim at any time?

4      A.    I am not exactly sure what it indicates

5    to me other than a list of footswitches.

6      Q.    Does it indicate to you -- are you able

7    to glean any information from that document as

8    you review it as to whether or not it indicates

9    that Heim was using any particular footswitches

10   at any particular time?

11     A.    I don't understand the -- I don't

12   understand the two entries on the sheet here,

13   the one that's handwritten and the one that's

14   typed.  I don't understand what the difference

15   there is.

16     Q.    Does this tell you, sir, what type

17   of -- what model of foot control was sold by

18   Heim at any given time with its machinery?

19     A.    It lists footswitches, and it says used

20   on all presses at the bottom.

21     Q.    Does it give you any dates as to when

22   particular models were used?

23     A.    Like the first date is 7-9-74 at the

24   bottom.

101

1      Q.   Yeah, and does it indicate to you in

2   any way as to what was in use at that time from

3   1974, the date you just read?

4      A.   Well, they have a notation 1 that I

5   don't see anywhere on here, that on 11-9-82 the

6   511B4 was 532-SWH.

7      Q.   Does that suggest to you that prior to

8   November 9, of '82, they used a 532 and that it

9   was changed on November 9th of '82 to a 511B4?

10      A.   It's -- I have no idea what the No. 1

11   notation is.  No. 2 here has a note up here and

12   No. 1 doesn't have one.

13      Q.   Does this suggest to you at all, sir,

14   that they were using a 532 as of 19 -- as of

15   July 9, '74, and as of November 9 of '82, they

16   switched it to a 511B4?

17      A.   I can't be sure that that's what this

18   means.

19      Q.   Have you had any conversations with

20   anyone including Mr. Hartman about that issue?

21      A.   I have had discussions after I found

22   the interrogatory that said that they had this

23   and couldn't prove that this meant anything with

24   the machine.  And I have had discussions that --

102

1    regarding my error in identifying it as a 532

2    based off of this.

3        Q.    Have you spoken with Mr. Hartman about

4    this document?

5        A.    I believe so.

6        Q.    And by this document I am referring to

7    Barnett Exhibit D.

8        A.    I believe so.

9        Q.    Would you tell the court and jury the

10   content of the conversation that you had with

11   Mr. Hartman about that document.

12       A.    I believe I mentioned that I had

13   pulled -- when I noticed that I was in error, I

14   believe that I notified him in some

15   conversations, like I said before I am not sure

16   if I called him or he called me, and I brought

17   this up in conversation that the 532 mentioned

18   the report was in error and I had pulled it off

19   of this sheet here.  And I believe he directed

20   me to the interrogatories.

21       Q.    Have you read something that says that

22   a 532 was not in use in 1978?

23       A.    No, only that they had no proof that

24   this was correct.

                                              103

1      Q.   The only document that we have is

2   something that suggests that a 532 was in use

3   from 1974 until 1982; would that be accurate?

4      A.   The only document that's been supplied

5   about switches by Heim I suppose.

6      Q.   And nothing else to suggest anything

7   other than a 532 from 1974 to 1982; would that

8   be accurate?

9      A.   I don't believe so.  It is usually the

10   Heim corporate designees nor the interrogatories

11   being able to note that this was the footswitch

12   in use.

13      Q.   What do those interrogatory answers say

14   that you are referring to?

15      A.   It is the second set of

16   interrogatories, second request No. 4.

17      Q.   Yeah, and what does it say?

18      A.   Can I pull it out of here?

19      Q.   Sure.  What do you remember it saying

20   while you are looking?

21      A.   Well, I remember it saying that they

22   have included this specification, but they have

23   no proof as to it being the correct

24   specification.

104

1      Q.   Did you read the other interrogatory

2   responses that also address that issue?

3      A.   I can't be certain.

4      Q.   About the inability to confirm what was

5   actually sold because of the absence of people

6   involved with the sale being present?

7      A.   I don't recall seeing that.

8      Q.   Do you have the answer in front of you?

9      A.   Oh, for the previous question, yes.

10      Q.   And there is a flag on there with an

11   arrow?

12      A.   Yes, sir.

13      Q.   Who put that on there?

14      A.   I did.

15      Q.   And when did you put that on there?

16      A.   I put that on there last night.

17      Q.   Why was that?

18      A.   I was giving this to Professor Barnett.

19      Q.   Was Mr. Hartman present as well?

20      A.   Not when I put this on.

21      Q.   And why did you put that on there?

22      A.   Because I wanted to draw his attention

23   to that.

24      Q.   For what purpose?

105

1      A.    Because of the error in the report.

2      Q.    When did you note the error?

3      A.    When I received Switalski's's report.

4      Q.    Which was when, sir?

5      A.    Which was I believe -- I can't remember

6    what day they came in.  It was a Wednesday or a

7    Thursday evening.

8      Q.    How long ago approximately?

9      A.    Two weeks perhaps.

10     Q.    How come a revised report wasn't

11   prepared for these depositions?

12     A.    It had been discussed, we hadn't

13   prepared it.  We had other work we had been

14   doing.

15     Q.    Was there any discussions about

16   preparing a revised report?

17     A.    Yes.

18     Q.    And providing it to us so that we knew

19   prior to today and prior to asking questions on

20   the issue about the error?

21     A.    There were no discussions about that.

22     Q.    Did you have discussions about -- I

23   thought you just answered that there were

24   discussions.

106

1      A.    We had discussions about writing

2   revised report, but -- not --

3      Q.    Did you have cushions with Mr. Hartman

4   about that?

5      A.    I believe I may have indicated to him

6   that we wanted to correct that.

7      Q.    This indicates Heim has searched its

8   records to determine if any drawings or

9   specifications exist with regard to the foot

10  pedal that was supplied with the Model 70-6

11  press brake at issue.  The attached drawing may

12  be a drawing for the footswitch supplied with

13  the press brake at issue.  Is that what it says?

14     A.    I didn't see the emphasis there on the

15  may be.  I saw it more on the may, but may be --

16     Q.    Did I read it correctly, sir?  Sir, I

17  am going to continue reading.  Have I read it

18  correctly so far?  Have I read the words

19  correctly, sir?

20     A.    I believe you added emphasis that

21  wasn't necessarily there.

22     Q.    Strike out the issue with the emphasis.

23     MR. HARTMAN:  No, no, we are not striking

24  anything.

107

```
 1    BY MR. ROBINSON:

 2        Q.   Have I --

 3        MR. HARTMAN:  Wait, wait, for the record,

 4    for the record we don't strike anything at your

 5    request.  We are going to have exactly --

 6        MR. ROBINSON:  Who is we?

 7        MR. HARTMAN:  Me, I don't -- I am

 8    instructing Mr. Ulmenstein not to strike

 9    anything at Mr. Robinson's without concept from

10    me because once again he tries to play games and

11    misconstrue what is really there.

12             And when the witness on his own

13    admission picks it up, he doesn't like it and

14    then he wants to strike --

15        MR. ROBINSON:  I don't know what you are

16    talking about.  Tell me when you are done.  I

17    will move on.

18        MR. HARTMAN: Okay.

19        MR. ROBINSON:  Are you done?

20        MR. HARTMAN:  Yep.

21    BY MR. ROBINSON:

22        Q.   Let me read it again.  I don't want you

23    to worry or comment upon any inflection that you

24    may think I have mentioned in my voice or any
```

108

1    emphasis.  The only thing I want to know is if I

2    am reading it correctly for the court.

3         A.   I believe since it is a videotape

4    deposition that the emphasis certainly matters.

5         Q.   Sure, it may to you and that's fine.

6    You have made your point.  But for my purposes

7    now let me at least see if I read this

8    correctly, "Without waiving these objections,

9    Heim has searched its records to determine if

10   any drawings or specifications exist with regard

11   to the foot pedal that was supplied with the

12   Model 70-6 press brake at issue.  The attached

13   drawing may be a drawing for the footswitch

14   supplied with the press brake at issue

15   considering the date of the drawing, but Heim

16   has no ability of verifying this;" do you see

17   that?

18        A.   I do.

19        Q.   So the only response that you have from

20   Heim is that it, in fact, may be but there is no

21   ability to verify it; is that accurate?

22        A.   I am not certain if that's the only --

23   the only response that we have that indicates

24   that they can't verify.

109

1      Q.    What does it say about any other issue

2    regarding whether or not it is -- that's a

3    drawing of the footswitch that was supplied in

4    1978 other than that it may be, but there is no

5    ability to verify it?  What other substance is

6    there that I am missing?

7      A.    I can't say that it is the only

8    indication in any of the materials produced by

9    Heim. That's --

10     Q.    That's the only one you know of today,

11   right now; right?

12     A.    Right now, currently, yes.

13     Q.    So why was it that you decided that the

14   reference to the 532 being sold in 1978 was in

15   error if this says that it may be, there is just

16   no ability to verify?  Why would you say it is

17   in error?

18     A.    Because the footswitch that was

19   observed was not a 532.

20     Q.    This is the footswitch that was

21   observed after the accident?

22     A.    Yes.

23     Q.    And you have no ability to confirm that

24   that's the same one that was sold at the time

110

1    the machine was sold in '78; do you?

2        A.   I have no ability to say either way.

3        MR. ROBINSON:  Okay, I don't have any

4    further questions.

5        MR. HARTMAN:  I have one question.

6                         EXAMINATION

7    BY MR. HARTMAN:

8        Q.   I need Professor Barnett's report.

9    There has been a lot of fuss made about the 532

10   identification of the foot control.  Would you

11   please look at Page 2, the last paragraph under

12   identification.

13       A.   Yes.

14       Q.   After you identify the switch as a 532,

15   does that -- does the next paragraph describe

16   what it is that you are identifying as a 532

17   switch in your mind at the time you prepared

18   this report?

19       A.   I believe so.  I believe that the --

20   the -- that last paragraph there was written

21   previous to entering the model number.

22       Q.   And when you are trying to enter the

23   model number for 532, were you trying to

24   accurately describe what that paragraph is as it

                                                    111