UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

```
TINA LINDQUIST              : NO. 04-249E
          Plaintiff,        :
                            : JUDGE SEAN MCLAUGHLIN/
    v.                      : MAGISTRATE JUDGE SUSAN
                            : PARADISE BAXTER
HEIM, L.P.                   :
          Defendant.        :
```

**<u>ORDER</u>**

AND NOW this _____ day of _____, 2006, Defendant's Motion

for Summary Judgment is DENIED.


BY THE COURT,


_____,
J.