IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TINA LINQUIST, | : | Civil Action No: 04-249E |
| | : | |
| Plaintiff, | : | JUDGE SEAN MCLAUGHLIN/ |
| | : | MAGISTRATE JUDGE SUSAN |
| vs. | : | PARADISE BAXTER |
| | : | |
| | : | |
| HEIM, L.P., | : | |
| Defendant. | : | |

## APPENDIX TO PLANTIFF'S MOTION FOR SUMMARY JUDGEMENT

A.   Sworn Affidavit of Ralph Barnett

B.   Ralph Barnett Deposition Excerpts

C.   Kevin Messinger Deposition Excerpts

D.   Gary Merkle Deposition Exceprts

E.   Robert Rooney Deposition Excerpts

F.   Joel Nicols Deposition Excerpts

G.   Dave Phillips Deposition Excerpts

H.   Tina Linquist Deposition Excerpts

I.   Anthony Robert Mase, Jr. Deposition Excerpts

J.   Gary Hutter Deposition Excerpts

K.   Dennis Cloutier Deposition Excerpts

L.   William Switalski Deposition Excerpts

M.   Gary Dietz Deposition Excerpts

N.   Jan Oviatt Deposition Excerpts

O.   Heim Drawing A-470-D

P.   Expert Report of Ralph Barnett

Q.   Heim Instructions & Parts Book

R.   Original Purchase Documents

S.   Sworn Affidavit of Tina Linquist

T.   Photographs 29-30 (Barnett Depo. Exhibit B)

U.   Assembly Order & Instruction Sheet

V.   Answers to Admisssions / Interrogatories

W.   October 27, 2003 letter

X.   Answers to Plaintiff's Interrogatories - Second Set

Y.   1977 Linemaster Catalog

Z.   Expert Report of William Switalski

AA.  Defendant's Response to Plaintiff's Request for
     Admissions

BB.  Defendant's Response to Plaintiff's Request for
     Admissions- Second Set.

CC.  ANSI B11.3-1973, section 4.2.4.2.4

DD.  Expert Report of Dennis Cloutier

EE.  Expert Report of Gary Hutter


                            DALLAS W. HARTMAN, P.C.


                            /s/ Dallas W. Hartman
                            Attorneys for Plaintiff

                            Dallas W. Hartman, Esq.
                            Attorney I.D. No. 41649

                            Raymond J. Conlon, Esq.
                            Attorney I.D. No. 49495

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the within document was served on the party below in the following manner:


Paul R. Robinson, Esquire
MEYER, DARRAGH, BUCKLER, BEBENEK & ECK, PLLC
U.S. Steel Tower, Suite 4850
Pittsburgh, PA  15219

Attorney for DEFENDANT




                                DALLAS W. HARTMAN, P.C.

DATE:  05/22/06

                                /s/ Dallas W. Hartman
                                Attorneys for Plaintiff

                                Dallas W. Hartman, Esq.
                                Attorney I.D. No. 41649

                                Raymond J. Conlon, Esq.
                                Attorney I.D. No. 49495

                                2815 Wilmington Road
                                New Castle, PA  16105
                                (724) 652-4081