# EXHIBIT B
# (Part I)

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

COPY

TINA LINDQUIST,            )

     Plaintiff,          )

  vs.                      ) No. 04-249E

HEIM, L.P.,                )

     Defendants.         )

The video deposition of RALPH L. BARNETT,

called for examination pursuant to the Rules of

Civil Procedure for the United States District

Courts pertaining to the taking of depositions,

taken before Patricia L. Wangler, a notary

public within and for the County of DuPage and

State of Illinois, at 33 North LaSalle Street,

Illinois, on the 6th day of April, 2006, at the

hour of 12:00 o'clock p.m.

Reported By: Patricia L. Wangler, CSR

License No.: 084-002417

1

1    points today as well as some other documents

2    that I will show to you. I want to see if I can

3    state the gist of your opinion --

4        A.  All right.

5        Q.  -- so that we can have a working

6    knowledge of what that is. Is it your opinion

7    that the foot control that was being used by

8    Tina Lindquist at the time of her injury was

9    defective because it did not have a gate on the

10   front of the foot control?

11       A.  I think that's a complete statement of

12   the -- of my opinion.

13       Q.  In reviewing your report I didn't

14   notice any other areas of defect that you were

15   claiming other than the one I just stated.

16       A.  That's correct, but it is -- with the

17   only thing I would add to that is that I want

18   the same footswitch that was involved in this

19   accident with the addition of the gate because

20   Linemaster makes the -- everything else should

21   be there and the gate also should be -- you

22   know, should be added, and that's part of the

23   testing I did was with the full -- with the

24   Linemaster switch with the gate on it.

19

1    Q.   So is it fair to say that the opinion,

2    the only opinion that you have expressed so far

3    in your report and the only opinion that you

4    intend to express to a jury and to the court

5    would be the one that I just stated relative to

6    the foot control that was being used by Tina

7    Lindquist being defective because it did not

8    have a gate on the front of it?

9    A.   Right, and whatever ancillary things

10   support that, you know, the -- support that

11   opinion.

12   Q.   And I want to make sure I understand --

13   A.   Because I have done testing and I would

14   want to show them the testing, but it is all

15   based on that one conclusion.

16   Q.   So you are saying that there are other

17   facts --

18   A.   Yes.

19   Q.   -- that you have gleaned that support

20   that opinion, that there is testing that you

21   have performed that supports that opinion.   Is

22   there anything else that is ancillary that

23   supports that opinion?

24              And I want to make sure I include your

                                                   20

1    on roof crushing, but I can't take a case

2    against tires.  That's how the engineer code of

3    ethics works.

4        Q.   Do you know of any press brake

5    manufacturers that you have been adverse to

6    because of your involvement on behalf of a

7    plaintiff?

8        A.   I just haven't got the memory of --

9    there is a number of foreign machines that I

10   have not represented and so I have -- I think

11   Dearco is a plaintiff's case, against Dearco, I

12   think Wieson and Myles is a plaintiff's case

13   against the manufacturer, there is a German

14   company M-U-H-E, and then O-N-D, Bender and

15   Machine, and that's a plaintiff's case against

16   them.  I think the YMG case is against that

17   company, so the --

18       Q.   Those are the single cases I think you

19   are pointing out from your list?

20       A.   Yes, exactly.

21       Q.   So there are 4 there of the 111?

22       A.   Right.

23       Q.   Have you ever represented a plaintiff

24   in a case adverse to an American manufacturer of

                                              31

1    press brakes?

2        A.   I just -- I don't remember.  I don't

3    remember.

4        Q.   You can't think of any today?

5        A.   Right, I would have to really look at

6    that to see.

7        Q.   Would you have any records available to

8    you?  When you say I have to look at it, do you

9    just assume there are records?

10       A.   Well, I have to talk to the project

11   engineers and see what they remember because I

12   don't have this computerized, this is not

13   computerized.

14       Q.   And I am just trying to learn how it

15   would be that you would go about doing such a

16   thing.

17       A.   Right.  At one time we were going to

18   put together a system like this and it was

19   $2 1/2 million to put that together and it is

20   $2 1/2 million that doesn't serve any real

21   purpose except to make defense and plaintiff's

22   attorneys happy at depositions of this kind.

23       Q.   What was 2 1/2 million?

24       A.   2 1/2 million to put together my work

32

1   so that you could go ahead and answer questions,

2   what was the plaintiffs, what were the defense,

3   what was your position on the cases, who can

4   you -- you know, that sort of strategic

5   information.

6       Q.   Did you get more than one quote on that

7   number?

8       A.   It was from Beth Hamilton who did the

9   work and said, you have to be kidding.  You

10  know, the -- and said it is $2 1/2 million to

11  do this.

12      Q.   Did you get more than one quote?

13      A.   No, that's from my head librarian at

14  that time.

15      Q.   Is she still with you?

16      A.   She is not with any of us.

17      Q.   Yeah, okay.

18           Have you also represented foot control

19  manufacturers?

20      A.   Oh, yes.

21      Q.   And can you list for us.  I have seen a

22  list.  I could probably go through it and

23  make -- see -- let's do it that way.

24      A.   I can could try and help you.

                                                    33

1   Linemaster, you know, Allen-Bradley, Reese,

2   Square D, the -- those are ones that I can

3   remember now.

4      Q.   Clark Controller?

5      A.   What's that again?

6      Q.   Clark Controller?

7      A.   Absolutely.

8      Q.   Allen-Bradley, Linemaster, Clark

9   Controller, Square D, Reese, anyone else?

10      A.   I am sure there is others, but that's

11   what I can think of.

12      Q.   If you think of any today, feel free if

13   it pops into your mind to let me know.

14      A.   I will do that, I will do that.

15      Q.   Have you ever represented a plaintiff

16   adverse, similar question as I did with the

17   press brakes, adverse to a foot control

18   manufacturer?

19      A.   I don't really recall, a plaintiff

20   against a switch manufacturer.

21      Q.   Do you call them footswitches or foot

22   controls?

23      A.   I call them both, but the standard for

24   press brakes call the switches that are electric

34

1    and pneumatic, they call them foot controls, and

2    then there is foot pedals, you know, that

3    they --

4        Q.    Treadles?

5        A.    -- which we call pedals for mechanical,

6    and treadles is another mechanical, but they are

7    really long bars in front of the machine as

8    opposed to a thing that's about the size of your

9    shoe.

10       Q.    What do you call the device that you

11   believe Tina Lindquist was using at the time of

12   her injury?

13       A.    That would be a foot control.

14       Q.    I want to make sure I have the -- we

15   use the same terminology because as you point

16   out, there are differences depending upon which

17   term you use; right?

18       A.    Absolutely.  And you will have to watch

19   me because the formalism imposed by standards

20   has -- is -- does not mean the entire industry

21   calls everything by the same -- by the same

22   names.

23       Q.    In this case alone I have heard many,

24   many different terminology used.

35

1      A.   Right, foot actuating devices, and we

2   have a whole group of things, but so that the

3   jury can follow what we are dealing with, you

4   and I will do our best to try to call things by

5   one name that everybody is using so as not to

6   confuse anybody more than we have to.

7      Q.   Right, I appreciate that.

8           Have you ever in the -- just to

9   complete I guess the similar types of questions,

10  how many cases do you estimate, sir, that you

11  have handled on behalf of the foot control

12  industry?

13          You mentioned the companies involved

14  now, the similar question with the 111 and the

15  press brakes, how many times have you defended

16  foot controls?

17     A.   I didn't make an attempt to find that

18  out.  I just looked at punch presses, you know,

19  mechanical presses and press brakes is all I

20  looked at, but I don't know.

21     Q.   Give it to me this way then, for

22  Allen-Bradley give me a minimum number that you

23  know that you represented them on.

24     A.   A dozen.

                                              36

1    Q.   And when I say represented them on, I

2    am referring to performed any work, not

3    necessarily been deposed but been retained.

4    A.   Yes, certainly a dozen.

5    Q.   Linemaster?

6    A.   I would also guess a dozen.

7    Q.   Clark Controller?

8    A.   I would think that would be a

9    half a dozen.

10   Q.   Square D?

11   A.   I would guess a half a dozen.

12   Q.   Do you know Norm Wetlan (phonetic)?

13   A.   I know who he is.

14   Q.   How about Reese?

15   A.   Reese, I think it is about -- also

16   about a half a dozen, maybe four.

17   Q.   Roughly I have 42, over --

18   A.   Oh, sure.

19   Q.   Do you feel very comfortable?

20   A.   Oh, absolutely.

21   Q.   Have you represented foot control

22   manufacturers against claims of defects with

23   those foot controls where the foot control at

24   issue did not have a gate on the front?

37

1        A.   Oh, certainly, certainly.

2        Q.   And how many times would that be

3    approximately?

4        A.   I don't know.  I have no way of

5    knowing.

6        Q.   Do you recall maybe the converse, how

7    many times of those 40 plus you represented a

8    foot control manufacturer where there was a

9    gate?

10       A.   Well, I think in almost every

11   Allen-Bradley case there was a gate, so I

12   represented, you know, because of the mousetrap

13   design.  I have represented a lot of people with

14   the gate.

15           But my position -- see, I have a

16   position that doesn't allow -- that doesn't hold

17   a footswitch manufacturer responsible for

18   selecting the right footswitch for a piece of

19   machinery.

20       Q.   What do you mean by that?

21       A.   Well, what happens is is that somebody

22   will have a piece of machinery and blame a

23   footswitch manufacturer for furnishing the wrong

24   footswitch for that machine.  And it turns out

                                                   38

1    the footswitch manufacturers have absolutely no

2    idea what it is that they have to do for a

3    particular machine.  It is completely outside of

4    their purview.  And so what I have done is

5    represented what those manufacturers do, the

6    menu that they provide and that it is the

7    responsibility of the machine manufacturers to

8    select from their menu those footswitches --

9    footswitches or foot controls or foot pedals or

10   foot treadles which are -- you know, which makes

11   some sense for their machine.

12          It is a drop forge, you know, if it is

13   a sewing machine, if it is a press brake or a --

14   a punch press, all of these things require

15   different kinds of switches or pedals or foot

16   controls depending on what it is.

17          And there is not a chance -- you know,

18   when -- Allen-Bradley is one of the largest

19   manufacturers of electrical devices in this

20   country, you know.  I met with their staff and

21   so many occasions that, you know, I can't even

22   bring to tell you.  And that's just a joke, they

23   have not a clue what kind of a foot, you know,

24   control, that they shouldn't send out for a

39

1    given machine.  That's why they retain me.

2        Q.   Is part of that reason because it

3    depends on what type of use is being put to that

4    machine?

5        A.   Exactly, but it is more than that, is

6    that they are experts on the manufacturer of

7    foot controls.  They are not experts on every

8    machine that we have extent in the

9    United States, you see, so they just don't have

10   the expertise to do a power press, the expertise

11   to do a press brake, the expertise to do a

12   sewing machine.

13           They don't know how you are going to

14   use, what the machines -- how you are going to

15   use the machines and what are the requirements

16   for every machine.

17           And there are -- it's really amazing.

18   I have -- you know, if I show you a foot control

19   that has absolutely no guard on it at all, and I

20   will show you it is the optimum control because

21   it is used for an emergency stop, you want to be

22   able to hit it from every direction, sort of

23   like the control we use in San Francisco on

24   those -- the streetcars where a man is clanging,

                                                    40

1    he keeps hitting the control, you know, as a

2    clanging thing, he wants to be able to hit it

3    from every direction, you don't put a cover on

4    such a control, you want him to be able to get

5    to it.

6          And if you use that, for example, in a

7    punch press operation, it would be the most

8    dreadful control in the world. The -- it

9    depends on what you are trying to do.

10    Q.    What -- can you give me a percentage of

11    the number of cases that -- of the ones where

12    you have represented the foot control industry,

13    the number of cases that would include a gate,

14    the number of cases that would not involve a

15    gate?

16    A.    I have no idea.

17    Q.    I take it from what you are saying that

18    you have claimed in your representation of the

19    injury that --

20    A.    Excuse me, I do have an idea.

21    Q.    Great.

22    A.    In almost every case that I have had

23    against the foot control people every one of

24    them wants the mousetrap device. I don't care

                                                    41

1    press to some extent?

2        A.    No question about it, no question about

3    it.

4        Q.    Do you know if Tina Lindquist was

5    riding the pedal at the time?

6        A.    I know that she wasn't riding the

7    pedal.

8        Q.    And how do you know that?

9        A.    It is because the machine has a single

10    stroke capability.

11        Q.    I don't follow what -- your

12    explanation.  Describe it more for the court

13    please.

14        A.    This particular pedal, the one that was

15    used at the time of the accident has got a

16    locking plate in the back and the machine has a

17    single stroke capability, so that means if you

18    push down on the pedal, you get one stroke and

19    only one stroke and you will never get another

20    stroke on this machine until you fully lift your

21    foot off the pedal at which point it locks.

22        Q.    Even if you have the locking plate

23    pushed back while you depress the pedal?

24        A.    When you push the -- when you push down

                                                        52

1    A.    So you do have to lift your foot up all

2    the way, you see. And when you do that, it

3    locks into place. This has got a device on it

4    which really is one of the best things that ever

5    happened in terms of the so what.

6         See, it has nothing to do with riding

7    the pedal anymore. It is riding the pedal, so

8    what, there is a device that protects you.

9    Q.    Do any of the manufacturers have you

10   called them locking plates, is that the same

11   thing as a kick plate?

12   A.    The kick plate, that's what we are

13   talking about, only Linemaster.

14   Q.    Do the manufacturers have -- do any of

15   them have lock plates and gates?

16   A.    Sure, Linemaster. Linemaster is the

17   only one that I know of commercially. Your

18   expert Switalski has also mentioned that to you.

19   That's the only one we are aware of that has the

20   kick plate. Somebody patented it, you know,

21   even before Linemaster, but the only one that I

22   know that manufactures a unit with this locking

23   plate is Linemaster.

24   Q.    Is the locking plate a good thing?

54

1  A. It is a wonderful thing.

2  Q. Is it an enhanced safety feature?

3  A. It is an enhanced safety feature.

4  Q. What safety features -- I have heard

5 different -- I have read I suppose and heard

6 different people refer to various features as

7 safety features?

8  A. Yes.

9  Q. What safety features in your opinion

10 existed on the foot control that Tina Lindquist

11 was using at the time of her incident?

12  A. She had a guard on the top, she had a

13 guard on both sides, she had a locking plate in

14 the back. She had an orange color, and those

15 are the features that she had.

16  Q. How about warnings on the foot control,

17 are those considered safety features in your

18 opinion?

19  A. Well --

20  Q. And I don't --

21  A. -- they are considered to be safety

22 features. They are useless, you know, the -- in

23 terms of operational, you know, operational

24 problems because it goes like this, there are

                55

1    Q.   How did you determine that the one she

2    was using had a kick plate or a locking plate?

3    A.   I saw a picture of it.

4    Q.   And can you show us that?

5    A.   I think so.

6    Q.   Great.  You have given me three --

7    MR. HARTMAN:  No, that's --

8    MR. ROBINSON:  Mr. Hartman, let's not do

9    that.  I am asking some questions here of this

10   witness.

11   MR. HARTMAN:  Well, don't confuse him with

12   the one from the office.  That's crazy.

13   MR. ROBINSON:  Mr. Hartman, your comments

14   are sanctionable.  They are unprofessional.

15   MR. HARTMAN:  Do what you have you have to

16   do, Paul.

17   MR. ROBINSON:  And why don't you be quiet

18   over there while I conduct the discovery

19   deposition.  You are being very inappropriate.

20   You are going to be sanctioned.

21   MR. HARTMAN:  Paul, I am going to represent

22   my client as I see fit.  If you believe what I

23   do is sanctionable, there is nothing to put on

24   the record.  Just go do it.

57

1    photographs.

2         The second photograph I know all about.

3    This photograph is in my file shows the kind of

4    switch that I am familiar with and the type that

5    would have been on the machine.  I don't know

6    its origin.

7         Q.   Looking at -- please just bear with me,

8    Professor Barnett.  Looking at Barnett

9    Exhibit A, have you ever had any discussions

10   with Mr. Hartman as to what these photographs

11   show?

12        A.   I have already answered that, nobody

13   has ever --

14        Q.   Please.

15        A.   -- made any representation to me about

16   those photographs.

17        Q.   I said have you had any discussion with

18   Mr. Hartman about what these photographs show?

19        A.   No.

20        Q.   Do you have -- do you know how they

21   came into your file?

22        A.   No.

23        Q.   Have you ever seen them before today?

24        A.   Sure, I have seen them before.  They

                                                    61

1    BY MR. ROBINSON:

2        Q.    Has anyone represented to you that the

3    foot control shown in Photograph 29 is the foot

4    control that was being used by Tina Lindquist at

5    the time of her injury?

6        A.    This is what Mr. Hartman represented to

7    me.

8        Q.    Has anyone else besides Mr. Hartman

9    represented that to you?

10       A.    No.

11       Q.    And Mr. Hartman has the machine, the

12   press brake now?

13       A.    Yes, he has it in the plant someplace

14   that he showed to me.

15       Q.    And the foot control is missing?

16       A.    That's correct.

17       Q.    Are you able to tell by looking at

18   these photographs with certainty who the

19   manufacturer of this foot control is that's

20   shown in Photograph 29 and 30?

21       A.    It -- I think that it's -- I don't know

22   what certainty means.

23       Q.    Certainty --

24       A.    As an expert, you know, it looks like a

73

1    Linemaster and the -- I have a lot of experience

2    with that.  Has somebody copied the Linemaster

3    so that it is a fake Linemaster?  That's always

4    a possibility, but, you know, the likelihood as

5    far as I am concerned is that it is a

6    Linemaster.

7        Q.    I understand what you are saying.  You

8    have no way to confirm whether or not it is a

9    copy --

10       A.    Right.

11       Q.    -- or some other manufacturer's; is

12   that right?

13       A.    That's right.

14       Q.    What color is the housing of the foot

15   control shown in this -- these photographs, 29

16   and 30?

17       A.    I consider it to be orange.

18       Q.    Do you know that Tina Lindquist has

19   indicated she believes she was using a yellow

20   foot control at the time of her incident?

21       A.    I heard that, but you have to

22   understand who I am.  I am a person who says

23   something is orange and my wife will say, you

24   are not right, it is burnt something or it is a

                                                     74

1    they have supplied with their foot controls?

2        A.   I don't think I can answer it.  I don't

3    know one way or the other.

4        Q.   Okay.  Do you have any way of

5    confirming whether or not the cord that is shown

6    in Photographs 29 and 30 were the cord that

7    accompanied the sale of the press brake back in

8    1978?

9        A.   I have no way of knowing.

10       Q.   Do you have any way of knowing if the

11   foot control that is shown in Photographs 29 and

12   30 accompanied the sale of the press brake back

13   in 1978?

14       A.   All I can tell you is that this is the

15   type of footswitch that I am familiar with that

16   would have accompanied the unit, but I can't

17   tell you that it was the -- it was the

18   footswitch that came with it.

19            I can simply tell you that it is

20   exactly the kind that I have seen on that

21   vintage press brake by Heim and -- in the past.

22       Q.   Let me make sure I understand what you

23   are saying, repeat for the court what you have

24   just said please.

                                              77

1      A.   I have no recollection.

2      Q.   You only recall the foot control

3    itself?

4      A.   Yes.

5      Q.   Do many foot controls look alike?

6      A.   I think that the Linemaster has gone to

7    a lot of trouble to distinguish their controls

8    so that they are identifiable just by glancing

9    at them.  And, remember, these are all my

10   clients, the foot control people are all my

11   clients so I have a special tendency to pay

12   attention to things like this but not the cords.

13        What I like is when I see a yellow cord

14   or a colorful cord, I, of course, am thrilled

15   because slip and fall is the second largest

16   producer of death and disabling injury in the

17   world every single year, and falling over these

18   cords is a real problem.  I love to see a

19   colorful cord.

20     Q.   The -- what's the model number of the

21   Linemaster foot control with a lock plate?

22     A.   I haven't a clue.  That was done by

23   Ulmenstein.  The -- and I have not looked at --

24   I mean I have the catalogues listed in the

81

1       A.   Absolutely correct.

2       Q.   Okay.  You made a statement that what

3   you have seen is that Heim doesn't have a clue,

4   I think was your terminology, as to what model

5   of foot control accompanied the sale of its

6   press brake in 1978; is that right?

7       A.   Yes.

8       Q.   How do you know they didn't sell one --

9   that they didn't supply their press brake with a

10  gate that you are claiming is the only reason of

11  defect?

12      A.   Exactly why I made all the inquiries

13  from Mr. Hartman.  I said you know that if they

14  supplied one with a gate, I can't be an expert

15  for you because I would have approved of that.

16      Q.   Yeah.

17      A.   And so all of my efforts to find out

18  what they have supplied, you know, have failed,

19  and I fault them for this.  I don't like the

20  idea that they don't -- you have a manual, the

21  manual should have in the manual a list, a parts

22  list so that if somebody breaks something and

23  they want to replace it, you have a fighting

24  chance to replace it with the correct thing that

                                                    84

1    you design.

2        This manual doesn't have a parts list.

3    I never had a case like this where the

4    manufacturer couldn't tell me what the equipment

5    was that went with the machine. This is the

6    first case I have ever had like this in 32,000

7    cases.

8        Q.   So you are just assuming in your

9    opinion then that it, one, did not have a gate,

10   and we don't have any way of disproving or

11   proving that; right?

12       A.   Right.

13       Q.   And you are assuming that it had a kick

14   plate because the model that she was using had a

15   kick plate and we don't have any way to prove or

16   disprove that?

17       A.   Well, I have more.

18       Q.   Is that accurate what I said so far?

19       A.   But there is more.

20       Q.   Go ahead.

21       A.   First of all, it has to do with

22   inductive inference, that every machine that I

23   saw in the 70 -- in the '76, '75, '80, all had

24   the Linemaster, every one I ever seen by Heim

                                                    85

1    has had a Linemaster and the Linemasters that

2    they had in the late 70's all had this, this

3    locking plate to the back.

4              In the -- when OSHA first came out in,

5    '70, '71, '72, they used Linemaster, but they

6    did not have a kick plate. So I have my own

7    inductive inference that I am using. I have

8    seen pictures that somebody has represented to

9    me that this is the accident unit, the accident

10   unit looks like it has all the elements that I

11   am familiar with, with the machine.

12             I know from the catalogues that this

13   kick plate was available at the time of the '78

14   sale. There is no question that, you know, that

15   it was available and much before that the -- and

16   I have at least the statement from the

17   manufacturer that one of their principle

18   suppliers was Linemaster. That's what I have.

19        Q.   Linemaster sells the 532 model that you

20   have indicated in your report was included with

21   the sale of this press brake in 1978; is that

22   true?

23        A.   I can't -- I am having difficulty with

24   models because, you know, first of all, there is

                                                    86

1    a mixup in our report on model numbers, and I

2    don't actually work with model numbers.

3        Q.    Where is your report?

4        A.    It should be in here.  I made it

5    disappear somehow.  Here it is.

6        Q.    Is this a copy of your report?

7        A.    Yes.

8        Q.    This right here?

9        A.    Yes.

10       MR. ROBINSON:  Let's mark that as Exhibit C

11   please.

12                        (Whereupon, Barnett Deposition

13                         Exhibit C was marked for

14                         identification.)

15   BY MR. ROBINSON:

16       Q.    There are some handwritten notations on

17   here?

18       A.    Yes.

19       Q.    And correct me if I read this wrong, on

20   Page 2 it has a bracket and it says, "Insert how

21   model number was named in error."

22       A.    Right.

23       Q.    When was that written?

24       A.    That was written by -- by

                                              87

1    Mr. Ulmenstein, and I don't know when he wrote

2    that in.

3        Q.    You don't know when he wrote that in?

4        A.    No.

5        Q.    When is the first time you saw that?

6        A.    I think probably last night.  I simply

7    asked for a copy of the -- of the -- of the --

8    my report so that I could study it last night,

9    and I got Appendix A, Appendix B and this copy

10   that you have in front of you.

11       Q.    And do you know that Mr. Ulmenstein had

12   spoken with Mr. Hartman about this before he

13   told you to insert this?

14       A.    No, I don't know one way or the other.

15       Q.    Have you ever talked with Mr. Hartman

16   about changing this reference to the Model 532

17   as being supplied with the press brake?

18       A.    No.

19       Q.    Not at all?

20       A.    No.

21       Q.    Do you know it is referenced a couple

22   of times in your report that the Model 532 is

23   what was accompanying the sale of the press

24   brake back in 1978?

                                                        88

1      A.   Yes.

2      Q.   And there is even a reference to that

3    model, and I will quote, "is consistent with

4    photographs of the subject footswitch after the

5    accident;" do you see that?

6      A.   Yes.

7      Q.   What photographs would that be?

8      A.   I don't know because the -- this is --

9    Ulmenstein wrote that particular identification

10   part, not me.

11         Model numbers have no meaning for me.

12   I own a whole bunch of Linemasters, and I know

13   what they look like, but I don't -- if you said

14   what are the model numbers that you own, and you

15   know all the research that I have done on this

16   thing, all the testing, I can't tell you the

17   model number.  I don't pay attention to model

18   numbers.

19     Q.   When you signed this, you read this

20   whole report; right?

21     A.   I did.

22     Q.   Did you ever have any discussions about

23   the accuracy of his model numbers?

24     A.   No, I didn't.  I have enough trouble

89

1  brake in '78, who made the decision that this

2  reference to the 532 is incorrect?  How can you

3  determine it is incorrect if you don't know the

4  right answer?

5      A.   Well, I was under the impression that

6  the -- that that model number refers to a unit

7  that has no kick plate.

8      Q.   And who told you this?

9      A.   I am -- I think that is part of the

10  discussions with Matt Ulmenstein.

11      Q.   And Mr. Hartman, right?

12      A.   I don't remember Hartman being involved

13  in that.

14      Q.   You don't remember Mr. Hartman being

15  there?

16      A.   No, not being involved in discussions

17  of that kind.

18      Q.   Okay.  Well, who made -- how could

19  there have been a decision made that the

20  reference to the 532 was in error if no one

21  knows what number actually accompanied the

22  machine in '78?

23      A.   It is very simple.  If you take a look

24  at the unit with the kick plate, and you look at

92

1    used?

2        A.   Sure, I do know.

3        Q.   Go ahead, tell us.

4        A.   It means that somebody that has looked

5    at the machine could have said, gee, it is time

6    to replace this, it is wearing out, and they --

7    I am going to replace this switch and the --

8    so they replace the switch with something that

9    they think is either equivalent or better than

10   the one they had before, but you haven't given

11   them any example of here is the proper one to

12   put on.

13           See, I would be upset because the

14   manual should be showing you what is the proper

15   switch to put on.  This is a design defect case.

16   And I don't care what, in fact, was supplied.  I

17   care what was designed.  And then, you know, if

18   something was changed later on, you should be

19   able to look at a manual and say here is the one

20   we want on there.

21       Q.   This is a new opinion that we talked

22   about preliminarily when we started, it is not

23   contained in your report.  Did you ever raise

24   any issues with the manual in your report such

                                              98

1     A.   I have no idea.

2     Q.   Do you know if it was Avco Lycoming,

3   the end user of the press brake?

4     A.   I have no information about that.  I

5   would like to think that Heim is the one that

6   made the decision because they are the ones that

7   should make the decision.

8     Q.   You think -- is it your testimony that

9   the manufacturer of a press brake is in a better

10   position to choose the type of foot control for

11   a general purpose I think is how you described a

12   press brake than the employer that tools and

13   dies the machine?

14     A.   Well, I would put it this way, I would

15   only add the word "should," he should be in a

16   better position than his customers for deciding

17   what is the best -- you know, the best selection

18   of a foot control.

19     Q.   Have you ever testified that it is the

20   employer, the end user that is in the best

21   position to choose the appropriate type of foot

22   control?

23     A.   There are -- there are certainly

24   circumstances where you will have to change the

105

1    it means that the foot control must not allow

2    the machine to work unless the operator tells it

3    to work.

4         The foot control must work the machine

5    when the operator tells it to work the machine.

6    And so minimizing the probability of accidental

7    activation is the responsibility of the designer

8    of the machine.

9         And if he has 11 scenarios, each one of

10   which would use a different footswitch, he

11   should lay that out in his manual.  If you have

12   this circumstances, use one, this circumstances,

13   use this one.

14        The -- but when he sends out a general

15   purpose machine, he ought to go ahead and try to

16   reflect what the industry wants is to minimize

17   the probability of accidental activation.

18   Q    Do you know how many uses Avco Lycoming

19   put to this press brake in the 20 plus years

20   they used it without any reported injury?

21   A.   No, and I also don't know their

22   reporting system.  I don't know how many

23   injuries they really had.

24   Q.   Do you know of any?

                                                    108

1    product liability work for them at one time.

2        Q.   Do you remember doing the product

3    liability work for Avco?

4        A.   Not really, but it is just not an

5    unfamiliar name for me.

6        Q.   Do you know if during that sales

7    transaction if Heim was ever advised as to what

8    types of uses Avco Lycoming was intending to use

9    that press brake for?

10       A.   No, but if they were, then the machine

11   becomes a dedicated press brake, not a general

12   purpose press brake.

13       Q.   I understand that.

14       A.   And once you know how it is going to be

15   used, you have an obligation to put on exactly

16   the safety devices that are required. And that

17   is not just to stop with the foot control. If

18   you know how it is going to be used, you should

19   be doing a whole point of operation design, foot

20   controls. Everything should be done by you.

21   The -- so I am giving Heim the benefit of the

22   doubt that this is a general purpose machine.

23           A general purpose machine, there is no

24   way for Heim to know how it is going to be used

                                                    111

1    so they can't put on point of operation devices.

2         If I knew for one second that they had

3    information how the thing was being used, my

4    opinions would be different in this case as I

5    would hold them totally responsible to do what

6    the entire industry does, and that is design the

7    exact point of operation devices for this

8    machine because it is a dedicated machine and

9    not a general purpose.  But I don't believe for

10   one second this discussion you and I are having,

11   you know --

12        Q.   What do you mean?

13        A.   -- that this is not a general purpose

14   machine.  I don't believe -- I think it is a

15   general purpose machine.

16        Q.   Who said it is not?

17        A.   Well, you gave from a hypothetical, you

18   are talking about the mechanisms by which a

19   machine no longer becomes a general purpose

20   machine.  It becomes dedicated.  It is a big

21   deal in our business.

22        Q.   I hear what point you are making.  I

23   don't know where you got that from that anyone

24   has suggested this was not a general purpose

                                                    112

1    involves many considerations;" is that an

2    accurate statement?

3        A.    Yes.

4        Q.    "Including a knowledge of operator

5    movement in the work space"?

6        A.    Yes.

7        Q.    Would the end user know what --

8    operator movement in the work space?

9        A.    Yes.

10       Q.    Do you have any indication or any

11   evidence to suggest that Heim ever knew of the

12   operator movement in the work space?

13       A.    Well, they know that the -- as a

14   general purpose machine the -- generally what

15   kind -- that you are going to have movement in

16   the -- in the workplace.

17       Q.    No, I mean in specifics of what was

18   going to be done at Avco Lycoming.

19       A.    Oh, no, that you are not going to know

20   that, but this is written for -- this isn't

21   written for press brakes.  This is giving you

22   information for any machine.  And once you know

23   it is a press brake and a general purpose press

24   brake, you know a lot about what you have to

                                                    115

1    a press brake. People who have a punch press

2    operation will normally use a punch press.

3        Q.   I know what you are saying normally.   I

4    am not talking about the normal situation

5    because we don't know what that is related to

6    this.

7        A.   Yes, but I do know the normal

8    situation.  I hold Heim responsible or any

9    manufacturer of press brake responsible for

10   sending out a -- controls that are for the

11   general purpose use of the machine.

12          That doesn't mean you can't cook up

13   something special that no one has ever heard

14   about before, but there is a general purpose use

15   of this machine and that's what you have to

16   supply.

17          And, remember, here is an article on --

18   that gives you information to help you make

19   selections.  But this could be used for a

20   thousand different kinds of machines.

21          And what I asked for in No. 9 is that

22   when you select the foot control as a

23   manufacturer of the machine, that you know what

24   kind of machine you have got.

119

1              Is this a welding machine?  Is this a

2    sewing machine?  Is it an overhead pin router?

3    What kind of machine have you got?  And they

4    know what they are sending out, a press brake.

5              And a 6-foot press brake is normally

6    operated with only one person so they don't have

7    to put dual controls on, so they know that, and

8    they know it is a general purpose press brake,

9    so they know that.  And to the extent that they

10   can send out proper footswitches which is

11   relatively easy to do, they now know how to make

12   a selection.

13      Q.    If we look at the last item on here you

14   indicate another important factor consideration

15   in the proper selection of foot control is the

16   various anticipated uses of the foot control on

17   multimode machinery, that would be something

18   Avco Lycoming or the end user would know; right?

19      A.    That's right.

20      Q.    Do you have any information that Heim

21   would know what -- the various anticipated uses

22   of the foot control?

23      A.    Sure they do because they are sending

24   out a general purpose machine, so they have to

                                              120

1   assume that this thing is going to see a huge

2   variety of things that they are working on.

3       Q.   Who would be in your opinion,

4   Professor, who would be in a better position to

5   know the various anticipated uses of the foot

6   control on multimode machinery, the press brake

7   manufacturer or the end user?

8       A.   Oh, the press brake manufacturer.  This

9   press brake has been sold to many different

10  people, and Heim is in a better position to

11  understand that than any one person who buys it.

12      Q.   Have you ever testified --

13      THE VIDEOGRAPHER:  Mr. Robinson.

14      MR. ROBINSON:  Oh, I am sorry.

15      THE VIDEOGRAPHER:  We are off the record at

16  2:13 p.m.

17                  (Recess taken.)

18      THE VIDEOGRAPHER:  This is the beginning of

19  Tape No. 2.  Back on the record at 2:16 p.m.

20  BY MR. ROBINSON:

21      Q.   Have you ever testified that the end

22  user would be in the best position to know

23  the -- I will quote, "the various anticipated

24  uses of the foot control on multimode

121

1    machinery"?

2       A.    Absolutely.  And this is why it is so

3    important on point of operation devices.  And

4    there is more to it than that, but it is because

5    there doesn't exist a single general purpose

6    safety device, you know, for a machine and every

7    one of the devices is a Type 4, Type 5.  That

8    means they can -- the wrong safety device can

9    hurt you.

10      Q.    I am referring to your reference in the

11   foot control section of your --

12      A.    Right, right.

13      Q.    Okay, so you have testified to that,

14   that the end user is in the best possible

15   situation to know -- to make a determination for

16   the proper selection of a foot control when

17   determining the -- and addressing the various

18   anticipated uses of the foot control on

19   multimode machinery?

20      A.    On a general purpose machine, that's

21   correct.

22      Q.    Under lift gate, that's No. 4, do you

23   see that?

24      A.    Yes.

122

1      Q.   No, sir.  Well, sure, yes.  I think I

2  know your answer to that.

3      A.   When it was sent out to Heim, the

4  answer is no.

5      Q.   Should it have had one at the time of

6  the incident?

7      A.   Yes.

8      Q.   Would it be a misuse of the machine not

9  to have a point of operation safety device?

10      A.   It depends on the circumstances because

11  there are some operations on a press brake where

12  you can't use any point of operation.

13      Q.   I am referring to the one that Tina

14  Lindquist was using, would it be a misuse of

15  that press brake to use it as Tina Lindquist was

16  using it without a point of operation safety

17  device?

18      A.   Based on the information that I have at

19  my disposal, I think it is a misuse of the

20  machine not to have a point of operation safety

21  device.

22      Q.   And regardless of the type of foot

23  control that was in -- that was used, if the

24  machine -- if the press brake had a point of

124

1    you can't have the accident.

2        Q.    Did you know that this press brake,

3    that Corry had installed a two-palm button

4    switch on Heim press brake?

5        A.    Yes, and I examined that control.

6        Q.    Would the use of that control have

7    prevented this accident?

8        A.    I think so if it was located far enough

9    from the machine, not super far but --

10       Q.    Because it would have precluded her

11   hands from being in the ram area and would have

12   required her hands to be on the buttons I take

13   it is how that works; is that right?

14       A.    That's right.   I am now -- you know,

15   the -- the way she has described it.   That

16   doesn't mean a third-party can't do something.

17   You know, there is other scenarios.

18       Q.    Sure.   And I am referring to

19   specifically the manner in which she was

20   injured.

21       A.    Right.

22       Q.    The use of that two-palm button switch

23   would have prevented that?

24       A.    I think so.

                                              126

1    Q.   Did you know that the -- that Corry

2    installed a light curtain on the press brake

3    after the accident?

4    A.   Yes.

5    Q.   It is actually shown in the 29, 30

6    photographs of Exhibit B?

7    A.   Yes.

8    Q.   And did you know that they continued to

9    perform this particular part process that Tina

10    Lindquist was using at the time of her injury

11    with the use of that light curtain?

12    A.   Right.

13    Q.   And do you consider -- do you call them

14    a light curtain?

15    A.   Yeah, I do.

16    Q.   And is a light curtain a point of

17    operation safety device?

18    A.   Yes.

19    Q.   Would the use of that light curtain

20    have prevented Tina Lindquist's injury?

21    A.   With the same proviso, if it is set up

22    properly --

23    Q.   Sure.

24    A.   -- then it will do the job.

127

1      Q.    And they set it up properly after the

2    accident; didn't they?

3      A.    I don't know whether they set it up

4    properly, but they -- that light curtain that I

5    saw can be set up properly so that you won't

6    have the accident.

7            They need to do a lot of things.  You

8    have got to make sure just like with the

9    two-hand controls and the light curtain, you

10   have to make sure that the Heim press follows

11   orders so that when you tell it to stop, it, in

12   fact, will freeze the ram, you know, without too

13   much drift.  And so if you can do that, then

14   this will -- this can become a component of a

15   proper two-hand control which could have

16   prevented the accident.

17     Q.    If -- if there was an ungated foot

18   control on this press brake with appropriate

19   point of operation safety device, a light

20   curtain and a -- the use of a two -- strike

21   that.

22           If there was an appropriate point of

23   operation safety device and there was an ungated

24   foot control being used on this Heim press brake

                                                    128

1    being used by Tina Lindquist, would you still

2    consider the foot control to be defective?

3        A.    Oh, certainly, but that doesn't mean

4    that you will have an accident.

5        Q.    Is it your opinion that an ungated foot

6    control is defective when in use on any press

7    brake?

8        A.    I can't tell you any press brake, but

9    the -- and I don't think I only want to talk

10    about the business of the gating because I want

11    to talk about specifically the Linemaster with

12    the locking plate and the front gate, the --

13    that or something equivalent should be on every

14    single press brake, the -- that's a general

15    purpose press brake.

16        Q.    I know.  This case here concerns you

17    have indicated this one had a locking plate, so

18    that's not an issue for your testimony.  And now

19    we are talking about the only opinion you have

20    expressed today being that you think it is

21    defective because it didn't have a gate.  So I

22    need to focus on that.

23        A.    Yeah, but what my problem is -- it is

24    not much of a problem, but when you only talk

                                                    129

1    about the gate, it makes it sound like if all

2    you had was a gate I am going to be happy.  And

3    I am not going to be happy if all you have is a

4    gate.

5        Q.    And what is it that you want to be

6    happy?

7        A.    I want to have the locking plate --

8        Q.    Okay.

9        A.    -- and the gate.

10        Q.    Okay.

11        A.    So -- and that's what I want on it.

12        Q.    Well, you have indicated there is a

13    locking plate on this.

14        A.    There is.

15        Q.    So the only thing for this case you

16    wanted was a gate?

17        A.    Right.

18        Q.    Okay.  So --

19        A.    Remember, I am going to have -- if I

20    live long enough, there will be a lot of people

21    looking at this record and I don't want them

22    misreading the record of saying, gee, you said

23    this thing here and then I have to explain to

24    them it was implicit that I had the locking

130

1    plate.

2         I want it to be made clear that in this

3    particular case because it already has the

4    locking plate I want the addition of this gate.

5    Q.   And what if it did not have the locking

6    plate, would you --

7    A.   Then I am not as happy with the thing

8    because there are too many applications where

9    you can ride the pedal and this thing won't --

10   prevents you from riding the pedal.

11   Q.   So would it be safe to say then that if

12   the foot control did not have a locking plate,

13   you would -- you would consider -- well, you

14   don't like to use the word "safe" so let me do

15   it the other way.

16        Is it your opinion then if the foot

17   control did not have a locking gate, that

18   it would -- a locking plate, that you would not

19   require it to have a gate?

20   A.   The -- no, no, I don't think I would

21   say it that way.  The gate helps, but the

22   locking plate and the gate really moves in the

23   spirit of the industry that wants you to inhibit

24   accidental activation.

131

1      Q.   I think you addressed this issue.  If

2    the foot control did not have a locking plate,

3    would you consider it defective without a gate?

4    I thought you just said, no, you wouldn't?

5         MR. HARTMAN:  He didn't say that.

6         THE WITNESS:  I am confused.

7    BY MR. ROBINSON:

8      Q.   Remove the locking plate from the foot

9    control.

10     A.   Then I would not consider this to be an

11   effective system.

12     Q.   My question is would you consider it to

13   be defective without a gate if it did not have

14   that locking plate?

15     A.   Yes, I would.

16     Q.   Okay, I think it is now said two

17   different ways so we have to make sure it is

18   clear.

19        MR. HARTMAN:  Wait, I am going to object

20   because you are -- you keep characterizing this

21   witness' testimony and he has been absolutely

22   clear.  And if you want to review the record, he

23   has answered this multiple times.  You might not

24   like the answer, but he has specifically

                                                    132

1     MR. ROBINSON:  Please let me -- please let

2     me move on here.

3     BY MR. ROBINSON:

4         Q.    I want you to assume that the foot

5     control that Tina Lindquist was using did not

6     contain a locking plate.

7         A.    All right.

8         Q.    And you are the expert looking at that

9     foot control, and that foot control does not

10    have a gate, everything else is the same.

11        A.    Okay.

12        Q.    Is the foot control defective?

13        A.    Yes.

14        Q.    And why is it defective?

15        A.    Because it does not properly inhibit

16    accidental activation.

17        Q.    What do you mean by that?

18        A.    Well, the standards in the industry use

19    the word "inhibit."  You see, if it was a -- if

20    it was a foot pedal, they are really strong on

21    the thing and they will not allow you to have

22    any chance of accidently activating this

23    machine.

24            But knowing how dreadful foot controls

134