UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TINA LINDQUIST | : NO. 04-249E |
|     Plaintiff, | : |
| | : THE HONORABLE |
| v. | : SEAN J. MCLAUGHLIN |
| | : |
| HEIM, L.P. | : |
|     Defendant. | : |

## ORDER

AND NOW, this ___ day of _____, 200__, it is hereby ORDERED, ADJUDGED and DECREED that Plaintiff's Motion to Continue Trial is GRANTED. This case will be re-listed for the March 12, 2007, trial term.

BY THE COURT,

_____,
J.

1