IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TINA LINDQUIST,<br><br>        Plaintiff,<br><br>vs.<br><br>HEIM, L.P.,<br><br>        Defendant. | Civil Action No: 04-249E<br><br>**JUDGE SEAN J. MCLAUGHLIN /<br>MAGISTRATE JUDGE SUSAN<br>PARADISE BAXTER** |

## ORDER OF COURT

AND NOW, to wit, this ____ day of _____, 2006, upon consideration of Heim's objections to Magistrate Judge's report and recommendation, it is hereby ORDERED, ADJUDGED, and DECREED that the objections to the Magistrate Judge's December 11, 2006 report and recommendations are sustained. Summary judgment is entered in favor of Heim, L.P. and against the plaintiff, Tina Lindquist, on each of the plaintiff's claims, and all claims and this civil action are dismissed with prejudice.

                                                BY THE COURT:

                                                _____
                                                HONORABLE SEAN J. MCLAUGHLIN,
                                                District Judge, U.S. District Court for the
                                                Western District of Pennsylvania

P0798346.1