```
                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF PENNSYLVANIA

TINA LINDQUIST                      : NO. 04-249E
           Plaintiff,               :
                                    : THE HONORABLE
    v.                              : SEAN J. MCLAUGHLIN
                                    :
HEIM, L.P.                          :
           Defendant.               :
```

**ORDER**

NOW this ___ day of _____, 2007, for the reasons set forth herein, it is hereby ORDERED that:

1. Defendant's Objections to the Magistrate Judge's Report and Recommendation are hereby stricken.

2. The Report and Recommendation of United State Magistrate Judge Susan Paradise Baxter is hereby approved and adopted.

                                        BY THE COURT,


                                        _____,J.