```
              UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF PENNSYLVANIA

TINA LINDQUIST                    : NO. 04-249E
          Plaintiff,              :
                                  : THE HONORABLE
   v.                             : SEAN J. MCLAUGHLIN
                                  :
HEIM, L.P.                        :
          Defendant.              :
```

## ORDER

NOW this ___ day of _____, 2007, it is hereby ORDERED that:

1. The Report and Recommendation of United States Magistrate Judge Susan Paradise Baxter is APPROVED and ADOPTED.

2. Defendant's Motion for Summary Judgment is DENIED.

BY THE COURT,

_____,J.

1