# EXHIBIT "A"

Pam L. Anderson - Activity in Case 1:04-cv-00249-SJM-SPB LINDQUIST v. HEIM, L.P., "Report and Recommendations"

---

**From:** <ecf_intake_pawd@pawd.uscourts.gov>
**To:** <pawd_ecf@pawd.uscourts.gov>
**Date:** 12/11/2006 4:22 PM
**Subject:** Activity in Case 1:04-cv-00249-SJM-SPB LINDQUIST v. HEIM, L.P., "Report and Recommendations"

---

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

## Western District of Pennsylvania

Notice of Electronic Filing

The following transaction was received from lrw, entered on 12/11/2006 at 4:18 PM EST and filed on 12/11/2006

**Case Name:** LINDQUIST v. HEIM, L.P.,
**Case Number:** 1:04-cv-249
**Filer:**
**Document Number:** 51

**Docket Text:**
REPORT AND RECOMMENDATIONS that [41] MOTION for Summary Judgment filed by HEIM, L.P., be denied. Objections to R&R due by 12/28/2006. Signed by Judge Susan Paradise Baxter on 12/11/06. (lrw)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1098469114 [Date=12/11/2006] [FileNumber=681880-0
] [03bd37371365a05b9efcb55ded5732240977ccd4ab2787c554e7d5bc1589f89fd84
e259497c11c309dd385338b58240c4012e66353fb3e754b4ef1a453a92c56]]

**1:04-cv-249 Notice will be electronically mailed to:**

Raymond J. Conlon    rconlon@dallashartman.com

Dallas W. Hartman    schieze@dallashartman.com, dhartman@dallashartman.com; wreid@dallashartman.com

Paul R. Robinson    probinson@mdbbe.com, panderson@mdbbe.com

file://C:\Documents and Settings\administrator\Local Settings\Temp\XPGrpWise\457D85...    12/12/2006

1:04-cv-249 Filer will deliver notice by other means to: