IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TINA LINDQUIST,<br><br>  Plaintiff,<br><br>vs.<br><br>HEIM, L.P.,<br><br>  Defendant. | Civil Action No: 04-249E<br><br>**JUDGE SEAN J. MCLAUGHLIN /<br>MAGISTRATE JUDGE SUSAN<br>PARADISE BAXTER**<br><br>PAUL R. ROBINSON, ESQUIRE<br>PA I.D. No. 65581<br>Meyer, Darragh, Buckler, Bebenek &<br>Eck, P.L.L.C.<br>U.S. Steel Tower, Suite 4850<br>600 Grant Street<br>Pittsburgh, PA 15219<br>(412) 261-6600<br>FAX: (412) 471-2754 |

## ORDER OF COURT

AND NOW, to-wit, this _____ day of _____, 2007, it is hereby ORDERED, ADJUDGED, and DECREED that plaintiff's motion to strike defendant's objections to Magistrate Judge's report and recommendation is denied.

BY THE COURT:

_____J.

P0799154.1