# EXHIBIT "A"

IN THE COURT OF COMMON PLEAS
LAWRENCE COUNTY, PENNSYLVANIA
CIVIL ACTION - LAW

STEPHEN T. PIPER, by and through : 
his Parents and Natural Guardians, : C.A. NO. 11241-2003
DAVID and JOYCE PIPER and DAVID :
and JOYCE PIPER, in their own : JURY TRIAL DEMANDED
right, :
      Plaintiffs, :
v. :
   :
KYLE PIPER, :
      Defendant. :

### ORDER OF COURT

AND NOW, this 11th day of August, 2006, it is hereby ORDERED, ADJUDGED and DECREED that the above cases is set to commence trial on March 12, 2007 at 9:00 A.m. 5 days reserved.

The Prothonotary shall be responsible for properly serving a copy of this order upon all counsel of record and unrepresented parties to this action, in accordance Pa.R.C.P. No. 236 and Rule L236.

BY THE COURT,

_____
J.