```
              UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF PENNSYLVANIA

TINA LINDQUIST                       : NO. 04-249E
          Plaintiff,                 :
                                     : THE HONORABLE
   v.                                : SEAN MCLAUGHLIN
                                     :
HEIM, L.P.                           :
          Defendant.                 :
```

## NOTICE OF WITHDRAW OF APPEARANCE AS CO-COUNSEL FOR PLAINTIFF

Kindly withdraw the appearance of Raymond J. Conlon as co-counsel for Plaintiff in the above-captioned case.

DALLAS W. HARTMAN, P.C.

 /s/ Dallas W. Hartman                  /s/ Raymond J. Conlon

**Dallas W. Hartman, Esq.**              **Raymond J. Conlon, Esq.**
**Attorney I.D. No. 41649**              **Attorney I.D. No. 49495**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the within document was served on the party below in the following manner:

VIA FIRST CLASS MAIL:

Paul R. Robinson, Esquire
MEYER, DARRAGH, BUCKLER, BEBENEK & ECK, PLLC
U.S. Steel Tower, Suite 4850
Pittsburgh, PA  15219

Attorney for DEFENDANT

DALLAS W. HARTMAN, P.C.

DATE: 03/22/07

 /s/ Dallas W. Hartman
Attorneys for Plaintiff

Dallas W. Hartman, Esq.
Attorney I.D. No. 41649

2815 Wilmington Road
New Castle, PA  16105
(724) 652-4081