IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TINA LINDQUIST,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>HEIM, L.P.,<br><br>　　　　　Defendant. | Civil Action No: 04-249E<br><br>**JUDGE SEAN J. MCLAUGHLIN** |

### ORDER OF COURT

AND NOW, this _____ day of _____, 2007, the motion for Azzarello hearing filed on behalf of the defendant, Heim, L.P., is GRANTED. It is hereby ORDERED, ADJUDGED, and DECREED that an Azzarello hearing is scheduled for _____, 2007 at _____ o'clock \_\_\_.m. in Courtroom C.

　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　SEAN J. MCLAUGHLIN, DISTRICT JUDGE

P0807862.1