IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TINA LINDQUIST,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>HEIM, L.P.,<br><br>　　　　Defendant. | Civil Action No:  04-249E<br><br>**JUDGE SEAN J. MCLAUGHLIN** |

### ORDER OF COURT

AND NOW, this _____ day of _____, 2007, the motion in limine to exclude the testimony of Ralph L. Barnett or, alternatively, for a <u>Daubert</u> hearing, filed on behalf of the defendant, Heim, L.P., is GRANTED.  It is hereby ORDERED, ADJUDGED, and DECREED that plaintiff's expert, Ralph L. Barnett, is precluding from testifying at the trial of this case.

　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　SEAN J. MCLAUGHLIN, DISTRICT JUDGE

P0808363.1