IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TINA LINDQUIST,<br><br>      Plaintiff,<br><br>vs.<br><br>HEIM, L.P.,<br><br>      Defendant. | Civil Action No:  04-249E<br><br>**JUDGE SEAN J. MCLAUGHLIN**<br><br><br>PAUL R. ROBINSON, ESQUIRE<br>PA I.D. No. 65581<br>MEYER, DARRAGH, BUCKLER,<br>BEBENEK & ECK, P.L.L.C.<br>U.S. Steel Tower, Suite 4850<br>600 Grant Street<br>Pittsburgh, PA 15219<br>(412) 261-6600<br>FAX: (412) 471-2754 |

**APPENDIX (VOL. 1) TO HEIM, L.P.'S MOTION IN LIMINE TO
EXCLUDE THE TESTIMONY OF RALPH L. BARNETT OR,
ALTERNATIVELY, FOR A <u>DAUBERT</u> HEARING**

<u>Exhibit</u>

   A.    Ralph L. Barnett Deposition

           Part 1 – pp. 1-45
           Part 2 – pp. 46-90
           Part 3 – pp. 91-135
           Part 4 – pp. 136-179
           Part 5 – pp. 180-224
           Part 6 – pp. 225-249 (End)

   B.    Tina Lindquist Deposition Excerpts

   C.    Ralph Barnett Post-Deposition Affidavit

   D.    Ralph Barnett Expert Report

E. Matthew Ulmenstine Deposition

> Part 1 – pp. 1-45
> Part 2 – pp. 46-89
> Part 3 – pp. 90-121 (End)

Respectfully submitted,

MEYER, DARRAGH, BUCKLER,
BEBENEK & ECK, P.L.L.C.


By: /s/ Paul R. Robinson
PAUL R. ROBINSON, ESQUIRE
Counsel for defendant, Heim, L.P.

## PROOF OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been served upon all parties on the date and in the manner listed below:

| | |
|---|---|
| _____ | First Class Mail, Postage Prepaid |
| _____ | Certified Mail - Return Receipt Requested |
| _____ | Hand Delivery |
| _____ | Facsimile Transmission |
| _____ | Overnight Delivery |
| X | Electronic Transmission |

at the following address:

> Dallas W. Hartman, Esquire
> Dallas W. Hartman P.C.
> 2815 Wilmington Road
> New Castle, PA 16105
> *(Counsel for Plaintiff)*

MEYER, DARRAGH, BUCKLER,
BEBENEK & ECK, P.L.L.C.

Date: April 9, 2007        /s/ Paul R. Robinson
                           PAUL R. ROBINSON, ESQUIRE

P0808352.1