# EXHIBIT A

# PART 3

1   drawing, but we don't know whether that's the

2   drawing or not.  The file has got a lot of

3   confusion in it because people are furnishing

4   things and then disclaiming later or, you know,

5   making statements later that we just don't know.

6          And I don't criticize them for telling

7   the truth.  If they don't know, they should say

8   they don't know, but no numbers were made up.

9          They are in our file.  And if they are

10  used inappropriately, it is because somebody has

11  made a decision that, gee, they wouldn't have

12  sent us a drawing unless that was the drawing

13  that they sent out.

14      Q.   If -- where are the facts, any facts

15  that you have seen that indicate that the foot

16  control that Tina Lindquist was using is the

17  same one that was supplied with the press brake

18  in '78?

19      A.   I have no facts like that.

20      Q.   Okay.  I see what you are saying.

21      A.   I told you all the elements that I have

22  got.

23      Q.   Who made the decision then if we don't

24  know what model was supplied with the press

91

1    brake in '78, who made the decision that this

2    reference to the 532 is incorrect?  How can you

3    determine it is incorrect if you don't know the

4    right answer?

5        A.   Well, I was under the impression that

6    the -- that that model number refers to a unit

7    that has no kick plate.

8        Q.   And who told you this?

9        A.   I am -- I think that is part of the

10   discussions with Matt Ulmenstein.

11       Q.   And Mr. Hartman, right?

12       A.   I don't remember Hartman being involved

13   in that.

14       Q.   You don't remember Mr. Hartman being

15   there?

16       A.   No, not being involved in discussions

17   of that kind.

18       Q.   Okay.  Well, who made -- how could

19   there have been a decision made that the

20   reference to the 532 was in error if no one

21   knows what number actually accompanied the

22   machine in '78?

23       A.   It is very simple.  If you take a look

24   at the unit with the kick plate, and you look at

                                                    92

1    the catalogue, you can say, wait a minute, that

2    number doesn't go along with the kick plate,

3    that's not -- you know, in the series that has

4    the kick plate in it.

5        Now, remember, Ulmenstein is the

6    contact with Mr. Hartman.  They talk all the

7    time.  I very seldom talk to Mr. Hartman.

8        Q.   I understand.

9        A.   When he comes to Chicago, you know, I

10   talk to him, but he has been here twice.

11       Q.   Do you know how the decision was made

12   to reference the -- to change or at least to

13   attempt to change this reference to the 532

14   model as being supplied with the machine in

15   1978?

16       A.   I have no idea.  I just know that

17   the -- you know, when we issue a report like

18   this, we make the statement, this report

19   contains initial opinions, we reserve the right

20   to amend this report in the face of further

21   information.

22       That's what Ulmenstein is doing is he

23   now feels that this is not accurate so he is

24   going to make a change in that.  It is a report

93

1    to Mr. Hartman.  I have my own mistakes that I

2    have made in the report.

3        Q.    Did he tell you at all in addition to

4    him referencing the 532 in error, what

5    photographs he reviewed that he reported as

6    being consistent with that model?

7        A.    No.

8        Q.    So I guess there are two errors that

9    Mr. Ulmenstein is now claiming to make; is that

10   right?

11       A.    Well --

12       Q.    Is that right?

13       A.    I don't know what he is claiming to

14   make.  I only see over here he says that there

15   is something in error and he is going to --

16   obviously he wants to straighten that out.

17       Q.    And you said -- is that his

18   handwriting?

19       A.    That's his handwriting.

20       Q.    Do you know what was the catalyst for

21   him putting that down, for making that reference

22   to it being in error?

23       A.    Don't know.

24       Q.    Do you know when he did that?

94

1        A.    I also don't know.

2        Q.    If Heim sold the Model 532 as included

3    throughout the report and that's the different

4    model than the model that she was using, the

5    511, the lawsuit has no basis; isn't that fair?

6        A.    You are asking me a legal question and

7    I can't answer that.

8        Q.    Do you know of any reason why someone

9    would hold a press brake manufacturer liable for

10   supplying a defective -- excuse me, for

11   supplying a foot control if that wasn't the foot

12   control that was used --

13       MR. HARTMAN:    I am going to object to that.

14       MR. ROBINSON:    Would you let me finish the

15   question.

16       MR. HARTMAN:    I am sorry, I thought you were

17   done.  Go ahead.

18   BY MR. ROBINSON:

19       Q.    Do you know -- would you testify if you

20   knew that the Model 532 was sold with the press

21   brake in 1978 and that --

22       A.    Is the 532 the one with the -- without

23   the kick plate?

24       Q.    Without the kick plate, yes, sir.  If

95

1    you knew that that was sold with the press brake

2    in 1978, but that Tina Lindquist was using a

3    different Model 511 foot control that came from

4    some other entity, would you be testifying that

5    Heim is liable?

6       A.   Absolutely.  I would have -- I would be

7    even stronger because, remember, I am not an

8    attorney.  I would have said, you sent out one

9    that is the worst one that you could possibly

10   have sent out.  You don't even have the kick

11   plate in there.  And so I would have been even

12   more upset than I am because, you know, I have

13   already have assumed that you have got a more

14   advanced safety model on the thing and then you

15   need a -- you need an additional gate in the

16   front which is what I am claiming.

17           But there -- this is a question of law,

18   what is it that you have to do, you know, the --

19   from my point of view as a technologist you put

20   one -- you sent this thing out with a kick

21   plate -- with a foot control that's even worse

22   than the one that I have seen, I will be even

23   more upset.  So, I, of course, would testify and

24   in some states I would be allowed to testify, in

96

1    other states I would not be allowed because you

2    would make the lawsuit disappear.  Completely

3    legal questions that are outside of anything

4    that ordinary people consider that make any

5    sense.

6        Q.   You have testified in a lot of cases.

7    Do you know of any way that the Model 532, let's

8    assume for purposes of this discussion that it

9    was sold, the press brake was sold with the

10   Model 532 --

11       A.   All right.

12       Q.   -- and that that does not contain a

13   kick plate.

14       A.   That is the one with no kick plate?

15       Q.   Yes, sir.

16       A.   Okay.

17       Q.   And she was injured with a 511 with a

18   kick plate supplied by somebody else.

19       A.   Yes.

20       Q.   Do you know of any way that the 532

21   could have caused any injuries to Tina Lindquist

22   if it wasn't in use?

23       A.   If it wasn't in use?

24       Q.   Yeah, if that wasn't what was being

97

1    used?

2        A.   Sure, I do know.

3        Q.   Go ahead, tell us.

4        A.   It means that somebody that has looked

5    at the machine could have said, gee, it is time

6    to replace this, it is wearing out, and they --

7    I am going to replace this switch and the --

8    so they replace the switch with something that

9    they think is either equivalent or better than

10   the one they had before, but you haven't given

11   them any example of here is the proper one to

12   put on.

13        See, I would be upset because the

14   manual should be showing you what is the proper

15   switch to put on.  This is a design defect case.

16   And I don't care what, in fact, was supplied.  I

17   care what was designed.  And then, you know, if

18   something was changed later on, you should be

19   able to look at a manual and say here is the one

20   we want on there.

21        Q.   This is a new opinion that we talked

22   about preliminarily when we started, it is not

23   contained in your report.  Did you ever raise

24   any issues with the manual in your report such

98

1    as --

2        A.    No.

3        Q.    -- you are now raising?

4        A.    No, because I am not raising it now.

5    That's just not one.

6        Q.    I thought I just heard you just raise

7    an issue.

8        A.    You are the one that brought it up.  If

9    you bring this thing up, I will tell you other

10   problems that we have got.

11       MR. HARTMAN:  And I am going to object to

12   the argument -- I am going to object to

13   Mr. Robinson's argumentative nature because

14   he presented --

15       MR. ROBINSON:  Just raise your objection.

16       MR. HARTMAN:  Wait.  I am going to raise it

17   the way I want to it.

18       MR. ROBINSON:  I understand.  You are doing

19   it.

20       MR. HARTMAN:  I am going to object to

21   Mr. Robinson being argumentative with this

22   witness because he presented the witness with a

23   hypothetical situation which is not one that the

24   witness has studied before and then asked him to

99

```
 1   opine on issues, and now he doesn't like what he

 2   has heard and he is saying it is new --

 3       MR. ROBINSON:  I do like what I heard, I do

 4   like what I heard just so you know.

 5       MR. HARTMAN:  The very reason for this

 6   witness giving testimony on issues as it relates

 7   to the manual and replacement parts is in

 8   response to the hypothetical that Mr. Robinson

 9   gave.

10          So go ahead, you can ask your

11   questions.

12       MR. ROBINSON:  Yes, please don't assume what

13   I like and don't like, Mr. Hartman.

14          Did we mark this -- or can we mark this

15   as Exhibit D please.

16                  (Whereupon, Barnett Deposition

17                   Exhibit D was marked for

18                   identification.)

19   BY MR. ROBINSON:

20       Q.   I think this may be the drawing that

21   you were referring to earlier; is that right?

22       A.   That is correct.

23       Q.   And what is the original date of that

24   drawing?
```

100

1      A.    It says 7-9-74.

2      Q.    And Heim's name I see is on that?

3      A.    Yes.

4      Q.    Do you know, have you ever seen

5   anything like this before?

6      A.    I don't think I understand the

7   question.

8      Q.    Have you ever seen a drawing or a

9   document that's similar to this for a foot

10  control?

11     A.    I don't -- I don't see anything special

12  about this drawing.

13     Q.    What does that tell you?

14     A.    I think they are trying to tell you

15  that they are switching, they are changing from

16  one model to another.

17     Q.    And what model were they changing from

18  and what model were they changing to?

19     A.    It is a Model 532 which is the one

20  without the plate and they are changing it to a

21  511 which is the one that has this locking

22  plate.

23     Q.    When does that change occur according

24  to that document?

101

1      A.    I am having a little trouble reading

2    this change date on here.  But it is in there.

3    There is the box.

4      Q.    Do you understand that to be 1982?

5      A.    To tell you the truth it looks like

6    1932.

7      Q.    Okay.  Have you ever looked at that

8    document before?

9      A.    I have.  I mean mostly because it has

10   been included in Answers to Interrogatories and

11   things, but I have not studied this document.

12     Q.    Did you ever understand or has anyone

13   ever explained to you that the people that were

14   involved with the sale of this machine, the

15   press brake in 1978 aren't around anymore, has

16   anyone ever told you that?

17     A.    No.

18     Q.    Mr. Hartman hasn't told you that?

19     A.    No.

20     Q.    And that as a result of that Heim could

21   produce documents that go back to 1974 that

22   would suggest a certain model of press brake --

23   excuse me, a certain model of foot control but

24   without someone who was involved in the actual

                                              102

1    sale telling which one actually went that there

2    is just no way to confirm with certainty that

3    the type of foot control that was sold, has

4    anyone told you that?

5        A.    No, they haven't, and that's pretty

6    pathetic because, you know, one of the things

7    that you do if you set up a proper, a proper

8    system, you don't need human beings around to

9    tell you.  You leave a paper trail to tell you

10   what's going on.  You don't say, oh my God, Jake

11   died and we don't have Jake around anymore.

12       Q.    I understand you have a problem with

13   the -- I guess the historical preservation of

14   documents.

15       A.    Right.

16       Q.    I understand what you are saying.

17       A.    But I am not here to criticize that.

18   That's not what I am --

19       Q.    It doesn't --

20       A.    That's not my role as an expert

21   witness.

22       Q.    You have criticized it and that's okay.

23       A.    Yeah, I have criticized it because you

24   brought the thing up, but I certainly am not

103

1    going to be happy when I am teaching students

2    this is exactly what you don't do.

3        Q.   Yeah, and these are -- this is a side

4    issue for purposes of this lawsuit --

5        A.   Right.

6        Q.   -- whether or not their historical

7    information is up to your standards or to

8    someone else's standards.

9        A.   Right, and I would hold Heim, I am not

10   here as an expert, you know, to criticize --

11       Q.   On historical preservation?

12       A.   -- right, I am -- you know, to

13   criticize Heim on historical preservation of

14   documents, that's not what I am here to do, and

15   I won't do that in a courtroom.

16       Q.   Can you foresee a situation -- well,

17   first of all, do you know who made the decision

18   regardless of what model of foot control or what

19   manufacturer of foot control or what type of

20   foot control was supplied in 1978, do you know

21   who made that decision?

22       A.   No, I don't.

23       Q.   Do you know if it was HB Machinery, the

24   distributor that purchased the press brake?

104

1       A.    I have no idea.

2       Q.    Do you know if it was Avco Lycoming,

3    the end user of the press brake?

4       A.    I have no information about that.  I

5    would like to think that Heim is the one that

6    made the decision because they are the ones that

7    should make the decision.

8       Q.    You think -- is it your testimony that

9    the manufacturer of a press brake is in a better

10   position to choose the type of foot control for

11   a general purpose I think is how you described a

12   press brake than the employer that tools and

13   dies the machine?

14      A.    Well, I would put it this way, I would

15   only add the word "should," he should be in a

16   better position than his customers for deciding

17   what is the best -- you know, the best selection

18   of a foot control.

19      Q.    Have you ever testified that it is the

20   employer, the end user that is in the best

21   position to choose the appropriate type of foot

22   control?

23      A.    There are -- there are certainly

24   circumstances where you will have to change the

105

1    foot control depending on what you are doing,

2    but what you send out originally, that should be

3    a general purpose foot control.  And that ought

4    to be the designer of the machine that describes

5    that.

6        Q.    Sure.  And you are saying that there

7    could be a change in the use of that machine

8    that would result in the end user being in a

9    position to say we need to change that foot

10   control similar to what you talked about earlier

11   with now you may be perhaps having a repetitive

12   type of motion, maybe you want to get rid of

13   your gated foot control, is that all accurate?

14       A.    That's all accurate.  You might, for

15   example, want to use a foot control as an

16   emergency stop device in which case you have to

17   take all of the guards off of it.

18       Q.    Do you know in this situation, in this

19   sale, if the end user Avco Lycoming or the

20   distributor was in a better position than Heim

21   to know what the most appropriate foot control

22   was?

23       A.    They are not in the best position to

24   know what the most appropriate foot control is

106

1    to send out with a general purpose machine.  If

2    they are now going to dedicate the machine --

3        Q.    I mean for their use?

4        A.    For their use, in dedicating their use,

5    then they will be -- they may be in a better

6    position because they know the circumstances in

7    which it is going to be used.

8        Q.    Yeah.  And as you sit here today you

9    don't know if that situation existed, that

10   Avco Lycoming made the decision that they wanted

11   to purchase whichever foot control they

12   ultimately received by Heim?

13       A.    I have no way of knowing this.

14       Q.    Well, if Avco Lycoming told Heim to

15   send them a 532, a 511 with antitrip with no

16   gate, would you still fault Heim for sending

17   them that?

18       A.    Yes, I would.

19       Q.    And tell the court why you would then

20   fault them.

21       A.    Because Heim has an obligation to put

22   in their literature the characteristics of a

23   foot control that will obey orders from

24   operators.  And by obeying -- by obeying orders

107

1    it means that the foot control must not allow

2    the machine to work unless the operator tells it

3    to work.

4         The foot control must work the machine

5    when the operator tells it to work the machine.

6    And so minimizing the probability of accidental

7    activation is the responsibility of the designer

8    of the machine.

9         And if he has 11 scenarios, each one of

10   which would use a different footswitch, he

11   should lay that out in his manual.  If you have

12   this circumstances, use one, this circumstances,

13   use this one.

14        The -- but when he sends out a general

15   purpose machine, he ought to go ahead and try to

16   reflect what the industry wants is to minimize

17   the probability of accidental activation.

18   Q.    Do you know how many uses Avco Lycoming

19   put to this press brake in the 20 plus years

20   they used it without any reported injury?

21   A.    No, and I also don't know their

22   reporting system.  I don't know how many

23   injuries they really had.

24   Q.    Do you know of any?

108

1    A.    I don't know of any, one way or the

2    other.

3    Q.    Do you know of how many uses Corry made

4    of this particular press brake?

5    A.    No, I don't.

6    Q.    Do you know if it were in the

7    thousands?

8    A.    Don't know.  I have no information.

9    Q.    Have you read the transcripts?

10    A.    I have.

11    Q.    And what number -- did you see any

12    number as to the number of uses, different types

13    of applications were used with this particular

14    press brake?

15    A.    I don't recall the number being

16    estimated.

17    Q.    Would you at least agree that the more

18    uses and the more varying types of uses that an

19    end user makes of a press brake, the more likely

20    it would be that the end user would be in the

21    best position to choose the appropriate foot

22    control device?

23    A.    No, it has to be -- you have to be very

24    specific that if you have a dedicated situation

109

```
 1    that calls for a different footswitch, then

 2    since you know you have the input information,

 3    you know, of how you are going to use it, you

 4    should be able to go to the manufacturer's

 5    manual and say, here is my input information

 6    which I know better than you, Mr. Manufacturer,

 7    let me see what the appropriate foot control is

 8    for that situation.

 9        Q.    Do you know if Avco Lycoming -- did you

10    know that Avco Lycoming is the original

11    purchaser of this machine?

12        A.    That's what I have read.

13        Q.    Do you know if they ever told -- did

14    you know it was purchased through a distributor

15    HB Machinery?

16        A.    Yes.

17        Q.    Have you ever dealt with HB Machinery?

18        A.    I don't think so.

19        Q.    Have you ever dealt with Avco Lycoming --

20        A.    It is possible that I have.  I just

21    don't remember.

22        Q.    Have you ever dealt with Avco Lycoming

23    out in Connecticut?

24        A.    I don't know.  I may have done some
```

110

1    product liability work for them at one time.

2         Q.   Do you remember doing the product

3    liability work for Avco?

4         A.   Not really, but it is just not an

5    unfamiliar name for me.

6         Q.   Do you know if during that sales

7    transaction if Heim was ever advised as to what

8    types of uses Avco Lycoming was intending to use

9    that press brake for?

10        A.   No, but if they were, then the machine

11   becomes a dedicated press brake, not a general

12   purpose press brake.

13        Q.   I understand that.

14        A.   And once you know how it is going to be

15   used, you have an obligation to put on exactly

16   the safety devices that are required.  And that

17   is not just to stop with the foot control.  If

18   you know how it is going to be used, you should

19   be doing a whole point of operation design, foot

20   controls.  Everything should be done by you.

21   The -- so I am giving Heim the benefit of the

22   doubt that this is a general purpose machine.

23             A general purpose machine, there is no

24   way for Heim to know how it is going to be used

111

1    so they can't put on point of operation devices.

2         If I knew for one second that they had

3    information how the thing was being used, my

4    opinions would be different in this case as I

5    would hold them totally responsible to do what

6    the entire industry does, and that is design the

7    exact point of operation devices for this

8    machine because it is a dedicated machine and

9    not a general purpose.  But I don't believe for

10   one second this discussion you and I are having,

11   you know --

12        Q.   What do you mean?

13        A.   -- that this is not a general purpose

14   machine.  I don't believe -- I think it is a

15   general purpose machine.

16        Q.   Who said it is not?

17        A.   Well, you gave from a hypothetical, you

18   are talking about the mechanisms by which a

19   machine no longer becomes a general purpose

20   machine.  It becomes dedicated.  It is a big

21   deal in our business.

22        Q.   I hear what point you are making.  I

23   don't know where you got that from that anyone

24   has suggested this was not a general purpose

                                                  112

1    machine.

2        MR. ROBINSON:  Would you please mark this

3    Exhibit E.

4                    (Whereupon, Barnett Deposition

5                     Exhibit E was marked for

6                     identification.)

7        MR. ROBINSON:  This is the safety brief.

8        MR. HARTMAN:  Thank you, Paul.

9    BY MR. ROBINSON:

10       Q.   Would you identify this for the record

11   please absent my highlighting notations.

12       A.   Yeah, this is -- this is a paper that I

13   have written on, foot controls riding the pedal.

14       Q.   I noted here on -- just on this issue

15   that we are talking about you have a section

16   entitled Conclusions?

17       A.   Yes.

18       Q.   And the Conclusion No. 9 indicates

19   that -- by the way, did you write this?

20       A.   Yes, I did.  Did I have a coauthor on

21   that?  Let me see.

22       Q.   It is reported as you only, but I don't

23   know the answer to your question.

24       A.   If my name is the only one on there, I

                                                   113

1    am the one that wrote it.

2        Q.    Okay, and your name is the only name on

3    there, so you are the only one that wrote it; is

4    that accurate?

5        A.    That is absolutely accurate.

6        Q.    And you are welcome to use mine.  I see

7    you are looking there.

8        A.    I want to see if I have a copy of it.

9        MR. HARTMAN:  I can't read yours, Paul.

10       MR. ROBINSON:  Yes, mine is a smaller copy.

11       THE WITNESS:  Give me a second.

12   BY MR. ROBINSON:

13       Q.    Sure.  This is Volume 12, No. 4,

14   July 1997; is that right?

15       A.    Yes.

16       Q.    Did you locate a copy?

17       A.    I did.

18       Q.    Okay.  And I note on Conclusion No. 9

19   you indicate, "The proper selection of a foot

20   control is not straightforward."

21       A.    Right.

22       Q.    And is that a correct statement?

23       A.    It is.

24       Q.    And it then goes on to say, "It

114

1    involves many considerations;" is that an

2    accurate statement?

3        A.    Yes.

4        Q.    "Including a knowledge of operator

5    movement in the work space"?

6        A.    Yes.

7        Q.    Would the end user know what --

8    operator movement in the work space?

9        A.    Yes.

10       Q.    Do you have any indication or any

11   evidence to suggest that Heim ever knew of the

12   operator movement in the work space?

13       A.    Well, they know that the -- as a

14   general purpose machine the -- generally what

15   kind -- that you are going to have movement in

16   the -- in the workplace.

17       Q.    No, I mean in specifics of what was

18   going to be done at Avco Lycoming.

19       A.    Oh, no, that you are not going to know

20   that, but this is written for -- this isn't

21   written for press brakes.  This is giving you

22   information for any machine.  And once you know

23   it is a press brake and a general purpose press

24   brake, you know a lot about what you have to

115

1    know to make a selection.

2        Q.    It then goes on to say you need to have

3    knowledge of steadiness requirements for part

4    insertion.

5        A.    Yes.

6        Q.    That would be something that is known

7    by the end user also?

8        A.    Yes.

9        Q.    Avco.  Do you have any information to

10    suggest that Heim ever knew of the steadiness

11    requirements for part insertion?

12        A.    I have no information.

13        Q.    And then it indicates, "Another

14    important consideration is the use of point of

15    operation safeguarding," do you see that?

16        A.    Yes.

17        Q.    Is that an accurate statement?

18        A.    It is.

19        Q.    Would Avco Lycoming be in the best

20    position to know which point of operation

21    safeguarding was in use?

22        A.    For each one of the operations that

23    they are doing, yes.

24        Q.    You have written on that issue quite

116

1    frequently, indicated that it is the employer's

2    responsibility to choose the appropriate point

3    of operation safety devices; isn't that correct?

4         A.   Yes, I am an authority on that.

5         Q.   Okay, which I have noticed.  And you

6    have also defended manufacturers of press brakes

7    indicating that they would not be in a position

8    to choose the appropriate point of operation

9    safety device?

10        A.   That's correct.

11        Q.   So with this factor it would be the end

12   user, Avco Lycoming to be in the best position

13   or even Corry Manufacturing after they purchased

14   it in 1999 I believe?

15        A.   Yes.

16        Q.   Okay.  And then it goes on to say that

17   technology transfer.  What does that mean?

18   That's another important factor.

19        A.   It has to do with the training of your

20   people.

21        Q.   And that would be something that only

22   Avco Lycoming would know with regard to this

23   particular press brake; is that right?

24        A.   Yes.

117

1      Q.    Do you have any information or evidence

2    to suggest that Heim knew of the training

3    technology transfer category that existed during

4    the sale of this press brake?

5      A.    Well, if it is a general purpose

6    machine, they know the range of the technology

7    transfer.  They won't know specifically from job

8    to job who has been assigned to it.

9      Q.    Which is significant, isn't it, in

10    choosing an appropriate foot control knowing the

11    specifics?

12      A.    No.

13      Q.    That's not important at all?

14      A.    No, no, no, it is the -- it is

15    important that you know that you are selecting a

16    footswitch for a press brake, that's No. 1, and,

17    2, a general purpose press brake, No. 2.

18      Q.    I thought you said it was important to

19    know about the use of the particular machine.

20    For instance, if you had a press brake that was

21    used more along the lines of a power press such

22    that there was a repetitive use of the machine?

23      A.    That's -- you know, what's happened is

24    that is -- that is not a general purpose use of

118

 1    a press brake.  People who have a punch press

 2    operation will normally use a punch press.

 3        Q.   I know what you are saying normally.  I

 4    am not talking about the normal situation

 5    because we don't know what that is related to

 6    this.

 7        A.   Yes, but I do know the normal

 8    situation.  I hold Heim responsible or any

 9    manufacturer of press brake responsible for

10    sending out a -- controls that are for the

11    general purpose use of the machine.

12            That doesn't mean you can't cook up

13    something special that no one has ever heard

14    about before, but there is a general purpose use

15    of this machine and that's what you have to

16    supply.

17            And, remember, here is an article on --

18    that gives you information to help you make

19    selections.  But this could be used for a

20    thousand different kinds of machines.

21            And what I asked for in No. 9 is that

22    when you select the foot control as a

23    manufacturer of the machine, that you know what

24    kind of machine you have got.

                                                        119

1          Is this a welding machine?  Is this a

2    sewing machine?  Is it an overhead pin router?

3    What kind of machine have you got?  And they

4    know what they are sending out, a press brake.

5          And a 6-foot press brake is normally

6    operated with only one person so they don't have

7    to put dual controls on, so they know that, and

8    they know it is a general purpose press brake,

9    so they know that.  And to the extent that they

10   can send out proper footswitches which is

11   relatively easy to do, they now know how to make

12   a selection.

13        Q.   If we look at the last item on here you

14   indicate another important factor consideration

15   in the proper selection of foot control is the

16   various anticipated uses of the foot control on

17   multimode machinery, that would be something

18   Avco Lycoming or the end user would know; right?

19        A.   That's right.

20        Q.   Do you have any information that Heim

21   would know what -- the various anticipated uses

22   of the foot control?

23        A.   Sure they do because they are sending

24   out a general purpose machine, so they have to

                                              120

1    assume that this thing is going to see a huge

2    variety of things that they are working on.

3        Q.   Who would be in your opinion,

4    Professor, who would be in a better position to

5    know the various anticipated uses of the foot

6    control on multimode machinery, the press brake

7    manufacturer or the end user?

8        A.   Oh, the press brake manufacturer.  This

9    press brake has been sold to many different

10   people, and Heim is in a better position to

11   understand that than any one person who buys it.

12       Q.   Have you ever testified --

13       THE VIDEOGRAPHER:  Mr. Robinson.

14       MR. ROBINSON:  Oh, I am sorry.

15       THE VIDEOGRAPHER:  We are off the record at

16   2:13 p.m.

17                (Recess taken.)

18       THE VIDEOGRAPHER:  This is the beginning of

19   Tape No. 2.  Back on the record at 2:16 p.m.

20   BY MR. ROBINSON:

21       Q.   Have you ever testified that the end

22   user would be in the best position to know

23   the -- I will quote, "the various anticipated

24   uses of the foot control on multimode

121

1    machinery"?

2        A.    Absolutely.  And this is why it is so

3    important on point of operation devices.  And

4    there is more to it than that, but it is because

5    there doesn't exist a single general purpose

6    safety device, you know, for a machine and every

7    one of the devices is a Type 4, Type 5.  That

8    means they can -- the wrong safety device can

9    hurt you.

10       Q.    I am referring to your reference in the

11   foot control section of your --

12       A.    Right, right.

13       Q.    Okay, so you have testified to that,

14   that the end user is in the best possible

15   situation to know -- to make a determination for

16   the proper selection of a foot control when

17   determining the -- and addressing the various

18   anticipated uses of the foot control on

19   multimode machinery?

20       A.    On a general purpose machine, that's

21   correct.

22       Q.    Under lift gate, that's No. 4, do you

23   see that?

24       A.    Yes.

                                                    122

1        Q.   Did you indicate in here that striking

2    the ski nose hard with a flat toe shoe will

3    almost always defeat the liftable gate and allow

4    a one motion activation?

5        A.   Yes.  The emphasis is on the word

6    "hard."

7        Q.   I am just asking did you include that

8    sentence?

9        A.   I did.

10       Q.   And a hard -- a hard strike will almost

11   always defeat the lift gate?

12       A.   Yes.  And then the last one contains a

13   similar observation.

14       Q.   Where?  Where it says as a practical

15   matter?

16       A.   Yes.

17       Q.   The ski nose enabled the process to be

18   accomplished using a single forceful motion?

19       A.   Yes.  This is not speculation.  I

20   watched my students doing this.

21       Q.   Should this machine, this press brake

22   as it was used by Corry have been equipped with

23   a point of operation safety device?

24       A.   When it was sent out from Heim?

123

 1        Q.   No, sir.  Well, sure, yes.  I think I
 2    know your answer to that.
 3        A.   When it was sent out to Heim, the
 4    answer is no.
 5        Q.   Should it have had one at the time of
 6    the incident?
 7        A.   Yes.
 8        Q.   Would it be a misuse of the machine not
 9    to have a point of operation safety device?
10        A.   It depends on the circumstances because
11    there are some operations on a press brake where
12    you can't use any point of operation.
13        Q.   I am referring to the one that Tina
14    Lindquist was using, would it be a misuse of
15    that press brake to use it as Tina Lindquist was
16    using it without a point of operation safety
17    device?
18        A.   Based on the information that I have at
19    my disposal, I think it is a misuse of the
20    machine not to have a point of operation safety
21    device.
22        Q.   And regardless of the type of foot
23    control that was in -- that was used, if the
24    machine -- if the press brake had a point of

                                                    124

1    operation safety device, this accident could not

2    have happened; is that accurate?

3         A.   If the -- if I have the full

4    understanding of how this accident happened,

5    what was --

6         Q.   Sure.

7         A.   -- being done, then there is a point of

8    operation device that could have prevented this

9    accident.

10        Q.   Do you consider a two-palm switch -- by

11   the way, do you refer to them as two-palm

12   switches?

13        A.   Yes.

14        Q.   Do you refer to a two-palm switch as

15   being a point of operation safety device?

16        A.   What I do is I -- you know, it is a

17   hostage control, and it can be used as a -- as a

18   safety device.  And it has got -- you need to do

19   a few things to make it, you know, to make it

20   work, but it is -- you know, if the machine has

21   got the right circuitry and it is located far

22   enough from the machine, then releasing either

23   one of the buttons while it is exercising the

24   dangerous part of the stroke will freeze it and

125

1    you can't have the accident.

2        Q.    Did you know that this press brake,

3    that Corry had installed a two-palm button

4    switch on Heim press brake?

5        A.    Yes, and I examined that control.

6        Q.    Would the use of that control have

7    prevented this accident?

8        A.    I think so if it was located far enough

9    from the machine, not super far but --

10       Q.    Because it would have precluded her

11   hands from being in the ram area and would have

12   required her hands to be on the buttons I take

13   it is how that works; is that right?

14       A.    That's right.  I am now -- you know,

15   the -- the way she has described it.  That

16   doesn't mean a third-party can't do something.

17   You know, there is other scenarios.

18       Q.    Sure.  And I am referring to

19   specifically the manner in which she was

20   injured.

21       A.    Right.

22       Q.    The use of that two-palm button switch

23   would have prevented that?

24       A.    I think so.

126

1    Q.   Did you know that the -- that Corry

2    installed a light curtain on the press brake

3    after the accident?

4    A.   Yes.

5    Q.   It is actually shown in the 29, 30

6    photographs of Exhibit B?

7    A.   Yes.

8    Q.   And did you know that they continued to

9    perform this particular part process that Tina

10    Lindquist was using at the time of her injury

11    with the use of that light curtain?

12    A.   Right.

13    Q.   And do you consider -- do you call them

14    a light curtain?

15    A.   Yeah, I do.

16    Q.   And is a light curtain a point of

17    operation safety device?

18    A.   Yes.

19    Q.   Would the use of that light curtain

20    have prevented Tina Lindquist's injury?

21    A.   With the same proviso, if it is set up

22    properly --

23    Q.   Sure.

24    A.   -- then it will do the job.

127

1    Q.   And they set it up properly after the

2    accident; didn't they?

3    A.   I don't know whether they set it up

4    properly, but they -- that light curtain that I

5    saw can be set up properly so that you won't

6    have the accident.

7         They need to do a lot of things.  You

8    have got to make sure just like with the

9    two-hand controls and the light curtain, you

10   have to make sure that the Heim press follows

11   orders so that when you tell it to stop, it, in

12   fact, will freeze the ram, you know, without too

13   much drift.  And so if you can do that, then

14   this will -- this can become a component of a

15   proper two-hand control which could have

16   prevented the accident.

17   Q.   If -- if there was an ungated foot

18   control on this press brake with appropriate

19   point of operation safety device, a light

20   curtain and a -- the use of a two -- strike

21   that.

22        If there was an appropriate point of

23   operation safety device and there was an ungated

24   foot control being used on this Heim press brake

                                            128

1    being used by Tina Lindquist, would you still

2    consider the foot control to be defective?

3        A.    Oh, certainly, but that doesn't mean

4    that you will have an accident.

5        Q.    Is it your opinion that an ungated foot

6    control is defective when in use on any press

7    brake?

8        A.    I can't tell you any press brake, but

9    the -- and I don't think I only want to talk

10   about the business of the gating because I want

11   to talk about specifically the Linemaster with

12   the locking plate and the front gate, the --

13   that or something equivalent should be on every

14   single press brake, the -- that's a general

15   purpose press brake.

16       Q.    I know.  This case here concerns you

17   have indicated this one had a locking plate, so

18   that's not an issue for your testimony.  And now

19   we are talking about the only opinion you have

20   expressed today being that you think it is

21   defective because it didn't have a gate.  So I

22   need to focus on that.

23       A.    Yeah, but what my problem is -- it is

24   not much of a problem, but when you only talk

                                                    129

1    about the gate, it makes it sound like if all

2    you had was a gate I am going to be happy.  And

3    I am not going to be happy if all you have is a

4    gate.

5        Q.    And what is it that you want to be

6    happy?

7        A.    I want to have the locking plate --

8        Q.    Okay.

9        A.    -- and the gate.

10       Q.    Okay.

11       A.    So -- and that's what I want on it.

12       Q.    Well, you have indicated there is a

13   locking plate on this.

14       A.    There is.

15       Q.    So the only thing for this case you

16   wanted was a gate?

17       A.    Right.

18       Q.    Okay.  So --

19       A.    Remember, I am going to have -- if I

20   live long enough, there will be a lot of people

21   looking at this record and I don't want them

22   misreading the record of saying, gee, you said

23   this thing here and then I have to explain to

24   them it was implicit that I had the locking

130

1    plate.

2           I want it to be made clear that in this

3    particular case because it already has the

4    locking plate I want the addition of this gate.

5        Q.   And what if it did not have the locking

6    plate, would you --

7        A.   Then I am not as happy with the thing

8    because there are too many applications where

9    you can ride the pedal and this thing won't --

10   prevents you from riding the pedal.

11       Q.   So would it be safe to say then that if

12   the foot control did not have a locking plate,

13   you would -- you would consider -- well, you

14   don't like to use the word "safe" so let me do

15   it the other way.

16          Is it your opinion then if the foot

17   control did not have a locking gate, that

18   it would -- a locking plate, that you would not

19   require it to have a gate?

20       A.   The -- no, no, I don't think I would

21   say it that way.  The gate helps, but the

22   locking plate and the gate really moves in the

23   spirit of the industry that wants you to inhibit

24   accidental activation.

131

1      Q.   I think you addressed this issue.  If

2    the foot control did not have a locking plate,

3    would you consider it defective without a gate?

4    I thought you just said, no, you wouldn't?

5      MR. HARTMAN:  He didn't say that.

6      THE WITNESS:  I am confused.

7    BY MR. ROBINSON:

8      Q.   Remove the locking plate from the foot

9    control.

10     A.   Then I would not consider this to be an

11   effective system.

12     Q.   My question is would you consider it to

13   be defective without a gate if it did not have

14   that locking plate?

15     A.   Yes, I would.

16     Q.   Okay, I think it is now said two

17   different ways so we have to make sure it is

18   clear.

19     MR. HARTMAN:  Wait, I am going to object

20   because you are -- you keep characterizing this

21   witness' testimony and he has been absolutely

22   clear.  And if you want to review the record, he

23   has answered this multiple times.  You might not

24   like the answer, but he has specifically

132

1    indicated that --

2        MR. ROBINSON:  You don't need to repeat

3    testimony, Mr. Hartman.

4        MR. HARTMAN:  Well, then, listen, I am not

5    going to let you keep asking the same question

6    over and over again.  And your question, you

7    keep doing it and you keep trying to

8    mischaracterize what this witness has said, so

9    either --

10       MR. ROBINSON:  Your self-serving comments

11   are totally inappropriate.

12       MR. HARTMAN:  So either I am going to -- I

13   am either going to state what he said or I am

14   going to ask you to review the transcript to see

15   what he said, or if you are not willing to be

16   satisfied with either of them, we are not going

17   to answer the same question again.

18       MR. ROBINSON:  You don't have the ability to

19   tell this witness not to answer the questions.

20       MR. HARTMAN:  This is ridiculous, Paul, the

21   way you are handling this.

22       MR. ROBINSON:  Make your snide comments, you

23   have repeatedly done it.

24       MR. HARTMAN:  It is clear --

133

1          MR. ROBINSON:  Please let me -- please let

2     me move on here.

3     BY MR. ROBINSON:

4          Q.   I want you to assume that the foot

5     control that Tina Lindquist was using did not

6     contain a locking plate.

7          A.   All right.

8          Q.   And you are the expert looking at that

9     foot control, and that foot control does not

10    have a gate, everything else is the same.

11         A.   Okay.

12         Q.   Is the foot control defective?

13         A.   Yes.

14         Q.   And why is it defective?

15         A.   Because it does not properly inhibit

16    accidental activation.

17         Q.   What do you mean by that?

18         A.   Well, the standards in the industry use

19    the word "inhibit."  You see, if it was a -- if

20    it was a foot pedal, they are really strong on

21    the thing and they will not allow you to have

22    any chance of accidently activating this

23    machine.

24              But knowing how dreadful foot controls

                                                      134

1    are, they have -- they recognize that they are

2    really tough once you have made the decision to

3    use a foot control to regain the -- you know,

4    the traditional safety, so they use the word

5    "inhibit." And by inhibit that's another word

6    to minimize the probability of accidental

7    activation.

8        Q.   Okay, so just so I understand your

9    opinion, if the foot control that she was using

10   either did or did not have a locking plate

11   without a gate, your opinion is it would be

12   defective?

13       A.   Right.

14       Q.   Okay.  Have you ever testified to the

15   contrary, that it would not be defective?

16       A.   On a press brake?

17       Q.   On a press brake or a power press.

18       A.   Well --

19       Q.   I am just asking that question.

20       A.   Well, the -- I have no idea because I

21   am prepared to talk about press brakes.  The

22   power press is a completely different animal

23   than the press brake.

24       Q.   Have you ever testified that an ungated

                                               135