# EXHIBIT B



IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT

OF PENNSYLVANIA

\* \* \* \* \* \* \* \*

TINA LINDQUIST,          \*

    Plaintiff          \*    Case No.

    vs.                \*    04-249E

HEIM L.P.,               \*

    Defendant          \*

\* \* \* \* \* \* \* \*

DEPOSITION OF

TINA LINDQUIST

June 28, 2005

COPY

Any reproduction of this transcript
is prohibited without authorization
by the certifying agency.



Sargent's Court Reporting Service, Inc.
(814) 536-8908

86

1    Q.       Describe the chair for me.

2    A.       It was black, and it's one

3    where you can adjust the height.    It

4    just has legs, it doesn't have any

5    wheels on it and it had a back to it,

6    a little one.    There was no arms on

7    it.

8    Q.       How far away was the chair

9    position from the press?

10   A.       I don't know, this far away.

11   Q.       Length of a sheet of paper?

12   A.       Little bit longer than the

13   sheet of paper.

14   Q.       And where would the foot

15   switch be during those first few

16   processes?

17   A.       It would be on the floor, by

18   the machine on the right.

19   Q.       Is that because you're right

20   handed, you use your right foot to

21   apply the foot switch?

22   A.       Yeah.

23   Q.       Okay, and would your foot ---

24   so it sounds like you could position

25   the metal into the die area without

87

1    standing up?

2    A.       Yeah.

3    Q.       And would your foot remain in

4    the foot switch during this time?

5    A.       No, I'd move it away from it,

6    over to by my chair, and then when I

7    had the part in there, then I'd move

8    it up, because it was right beside

9    the machine.  I would just move it up

10   then and hit the pedal.

11   Q.       Describe the foot switch for

12   me.

13   A.       I don't know, it looked like a

14   foot switch.  I think it was yellow,

15   I'm not sure.  It had just the pedal

16   on it, and when you step on it, it

17   would just make it touch the ground,

18   or you know, touch the bottom.

19   Q.       Did it have a covered roof or

20   housing over it?

21   A.       I don't remember, I'm not

22   positive.

23   Q.       You don't remember if you had

24   to stick your foot into it or whether

25   or not you could just step on top of

88

1  it?

2  A.      No, it was just, you'd move it

3  over to it, just slide it over to the

4  foot pedal and do it.

5  Q.      My question was simply, do you

6  not remember if it had a housing over

7  it or if it was just an exposed

8  pedal?

9  A.      I don't remember.

10  Q.      Was there any writing on the

11  foot switch?

12  A.      I don't think so, I never

13  noticed any if there was.

14  Q.      Do you know if the foot switch

15  was sold with the Heim press brake

16  when the press brake was sold in

17  1978?

18  A.      I don't know.

19  Q.      Do you know who installed that

20  foot switch?

21  A.      I don't know.

22  Q.      Do you know who the

23  manufacturer was of that foot switch?

24  A.      Don't know.

25              ATTORNEY ROBINSON:

140

1  doing those steps one and two.  Is

2  that the same as this step that you

3  were performing when you were

4  injured?

5  A.     I would sit and stand, I mean,

6  I don't know if I would've sit more

7  than I would stand.  I would switch

8  back and forth.  I would sit for a

9  little bit, then if my legs get

10  tired, I'd move the chair and I'd

11  stand and do it.

12  Q.     You were sitting at the time

13  of this incident, weren't you?

14  A.     Yeah, I was sitting at the

15  time of the incident.

16  Q.     So you were actually

17  performing this step while you were

18  sitting in front of the press brake.

19  Was your foot inside the foot switch,

20  the housing of the foot switch that

21  we saw in one of those photographs?

22  A.     It wasn't inside of it.  I

23  took it away from it after I had

24  finished the last part, to get the

25  other part to put it on there.

141

1    Q.       Okay.   Then how did the

2    machine operate?

3    A.       You'd form it --- you mean,

4    how did it run with my accident?

5    Q.       Yeah.

6    A.       I don't know, I don't know if

7    my foot slipped or what it was, but

8    the pedal got hit somehow.  I don't

9    know how.

10   Q.       Many of the OSHA records and

11   investigative records from Corry said

12   that you had your foot inside the

13   housing of the foot switch, resting

14   on it and that you accidentally

15   bumped it.

16                   ATTORNEY HARTMAN:

17              I'm going to object and

18         if you're going to ask a

19         question based on OSHA

20         records, I would ask you to

21         produce such a record that

22         makes that statement and

23         question her on that.  We are

24         not going to testify as to

25         your recitation of what OSHA

142

1         records say.  If they say what

2         you say they said, I would ask

3         you to produce it.  Otherwise,

4         ask your question as to what

5         happened.

6    BY ATTORNEY ROBINSON:

7    Q.      Is that what you were doing?

8    A.      No, it wasn't resting on the

9    pedal, it was away from it.

10   Q.      Do you know of any way you can

11   apply the pedal if your foot is not

12   inside the housing?

13   A.      If it got --- if it would slip

14   or something into it, it wasn't like

15   the thing you pushed was way up off

16   the ground and you had to lift your

17   foot up all the way to put it in

18   there.  It was wide enough, the hole

19   was, to be able to fit it, you know,

20   slide it in there.

21   Q.      How high up was the pedal off

22   of the ground?

23   A.      It was right on the ground.

24   The whole foot pedal was right on the

25   ground.

143

1    Q.      Isn't there a space between

2    the actual foot switch, the actual

3    foot lever and then the ground?

4    A.      A little bit, I don't know.  I

5    never got on the ground to see how

6    far off of it it was.

7    Q.      Can you give any estimate as

8    to how far off the ground the foot

9    lever was?

10   A.      No, because you can't see it

11   from when you're sitting or standing.

12   You'd have to get on the ground, eye

13   level with it to see.

14   Q.      Was there a piece of metal

15   that acted as a door for the foot

16   switch, so that if you wanted to put

17   your foot in, you'd actually have to

18   push back the piece of metal and then

19   push down?

20   A.      No, I don't think so.

21   Q.      Do you know the answer to that

22   question?

23   A.      No, what do you mean?  I'm

24   confused, a door that would close it?

25   Cover the hole?

144

1   Q.       Yes.

2   A.       Oh no, there wasn't one of

3   those.

4   Q.       Do you have any memory of your

5   foot slipping into the foot switch

6   housing?

7   A.       No, I don't know how it

8   happened or anything.

9   Q.       When you were using the press

10  brake for the first step, when you

11  would press the foot switch, how many

12  times would the press brake operate?

13  How would it operate?

14  A.       It would come down and go back

15  up.

16  Q.       And then stop?

17  A.       I don't know, after it would

18  come up, I would take my foot off of

19  it, I don't know if you would've kept

20  it on there if it would've kept on

21  going.

22  Q.       Did you ever have it keep

23  going?

24  A.       No.

25  Q.       Okay.  And when you would

145

1    perform the second step, would the

2    same thing be true, that you would

3    push the foot switch, take your foot

4    off, and there would just be one

5    stroke?

6    A.      Yes.

7    Q.      And would the same be true for

8    the third step, or whatever number it

9    was when you were injured, that you

10   would hit the foot switch and it

11   would perform one stroke, and return

12   to the top and stop?

13   A.      You'd hit the foot switch and

14   after it forms the part and it went

15   up, I'd take my foot off the pedal.

16   Q.      And did you ever have it,

17   during this process in which you were

18   injured, did you ever have the press

19   brake make more than one rotation

20   after you took your foot off?

21   A.      No.

22   Q.      Did you ever set the press

23   brake to determine how many times it

24   would operate with one application of

25   the foot switch?

146

1    A.        No.

2    Q.        Did you know that there were

3    different settings for that press

4    brake?

5    A.        No.

6    Q.        Did any of the other press

7    brakes in which you were trained have

8    different settings?

9    A.        I didn't run any other press

10   brakes besides that one.

11   Q.        Did any of the other presses

12   have different settings to determine

13   how many revolutions the machine

14   would make?

15   A.        I don't recall. I don't know

16   for sure. It would usually do just

17   the one and then it would stop.

18   Q.        Do you ever use this

19   particular press brake with the

20   continuous running?

21   A.        No.

22   Q.        Did you ever use this

23   particular press brake with a jog

24   feature, such as you hit it, it would

25   come down a little bit, if you hit it

147

1   again, it would come down a little

2   bit?

3   A.        No.

4   Q.        The only setting that you

5   recall using is the single stroke

6   where you'd hit it once, take your

7   foot off and it would go one press,

8   and it would come back and return to

9   the starting position; is that right?

10  A.        Yeah, you'd hit it once and it

11  would come down and go back up.

12  Q.        Okay.  What kind of shoe or

13  boot were you wearing at the time of

14  this incident?

15  A.        I was wearing a sneaker.

16  Q.        Were you wearing any type of

17  specialized sneaker at all?

18  A.        No, there was no --- you

19  didn't have to, just wear a sneaker,

20  that's what you're supposed to wear

21  to work, you didn't have to have

22  steel-toed or anything.

23  Q.        I understand you were wearing

24  gloves at the time this happened?

25  A.        Yes.

148

1    Q.        Was that a requirement of

2    Corry Manufacturing?

3    A.        Some of the parts you were

4    required to because it would be sharp

5    and cut you.  It was basically up to

6    the person, if they weren't

7    comfortable wearing it then they

8    didn't have to, but if you were more

9    comfortable doing it, you would.  But

10   they recommended that you wear them

11   with more parts than they would.

12   Q.        Did you wear any type of

13   safety glasses?

14   A.        Yes, I had safety glasses on.

15   Q.        And did you have them on at

16   the time of the accident?

17   A.        Yes.

18   Q.        How long were your fingers

19   inside the die area when you were

20   performing this step in which you

21   were injured?

22   A.        I don't know, long enough to

23   squeeze the part around the mandrel,

24   I don't know how long it would take.

25   I never timed it or anything, so I

149

1    wouldn't even know where to begin to

2    even estimate.

3    Q.      So what you had to do, like I

4    understand from your testimony so

5    far, is you had to make sure the

6    product was fastened on those tabs;

7    is that right?

8    A.      Yes.

9    Q.      And your hands would be inside

10   the die area during that process,

11   wouldn't they?

12   A.      Yes.

13   Q.      And then you had to actually

14   hand mold, to some extent, the metal

15   around the mandrel; is that right?

16   A.      Yes.

17   Q.      And your hands would actually

18   be inside the die area during that

19   process; is that right?

20   A.      Yes.

21   Q.      And then what did you have to

22   do?  Did you have to close a gate?

23   A.      Yeah, after you got it on the

24   pin, before you hand formed it, you

25   would close the gate.

150

1  Q.      And during that process of
2  closing the gate, your hands would be
3  inside the die area; is that right?
4  A.      Yes.
5  Q.      So three different aspects of
6  this step, you would actually have
7  your hands inside the die area, like
8  the instructions manual tells you not
9  to do; is that right?
10  A.      Yes, but the setup sheet told
11  you to do it.
12  Q.      Did you have to do anything
13  else during this step that caused
14  your hands to be inside that die
15  area?
16  A.      Just hand form it over the
17  mandrel.
18  Q.      Of what we talked about?
19  Putting it on the pins, hand forming
20  it, and closing the gate?
21  A.      No.
22  Q.      How about when you opened the
23  gate, did your hands also have to be
24  in the die area during that process?
25  A.      When you took the part out,

151

1  after it was formed, yeah.

2  Q.    What were you doing --- which

3  part of that process were you doing

4  when the press activated?

5  A.    I was hand forming the part on

6  the mandrel.

7  Q.    You were hand forming.  You

8  said you were sitting on your chair?

9  A.    Yeah.

10  Q.    How far away was the foot

11  switch from your foot?

12  A.    I don't know, it was moved

13  back away from it, but I don't know

14  how many inches or anything, but it

15  was moved back away from it.

16  Q.    Do you have a memory of

17  removing your foot completely from

18  the foot switch after you made the

19  previous press?  Before you were

20  injured?

21  A.    The previous part that I had

22  ran?

23  Q.    Yes.

24  A.    Yes, my foot, I moved it away

25  from it.

152

1    Q.      And do you have any

2    explanation as to how the press brake

3    operated?

4    A.      What do you mean, how it got

5    hit?

6    Q.      How it activated, how it

7    started?

8    A.      No, I don't know.  My foot

9    slipped or something, I don't know.

10   You used oil, so there could have

11   been oil or something, I don't know.

12   Q.      So you don't know if your foot

13   slipped and hit the foot switch or

14   not?

15   A.      No.

16   Q.      Has anyone ever given you any

17   ideas as to how the press brake may

18   have activated?

19   A.      No.

20   Q.      At the time of your injury?

21   A.      No.

22   Q.      Do you remember your foot

23   slipping at all?

24   A.      No.

25   Q.      Do you know if somebody else

153

1    activated the press brake?

2    A.       There was nobody else near me

3    to activate it.  I mean, there was

4    people in that side of the building,

5    but there was nobody close enough to

6    be able to hit it.

7    Q.       It sounds like after the

8    previous piece, the press brake had

9    made one revolution and stopped; is

10   that right?

11   A.       Yes.

12   Q.       And then it had stopped for

13   how long before your injury?

14   A.       Until I got done putting the

15   other part in.  I took that one out

16   and put the other one in.  I don't

17   know how long it was.

18   Q.       So it didn't just continuously

19   run then?

20   A.       No.

21   Q.       You didn't accidentally stick

22   your hands in while the machine was

23   running, it sounds like.

24   A.       No.

25   Q.       You just have no idea how the

154

1  press brake activated when your hands

2  were in there?

3  A.      No.

4  Q.      Is that right?

5  A.      That's right.

6  Q.      Did you ever tell anyone that

7  you had your foot inside the foot

8  switch while you were forming the

9  metal?

10 A.      No.

11                    ATTORNEY HARTMAN:

12              Paul, you've said that

13         for months and I've not seen

14         any document that says that,

15         and if you have it, just give

16         me the page number.

17                    ATTORNEY ROBINSON:

18              Everything's been

19         produced.

20                    ATTORNEY HARTMAN:

21              Paul, I'm just asking

22         as a courtesy, if you tell me

23         the page number of whatever

24         document you're referring to.

25                    ATTORNEY ROBINSON:

163

1  anyone, no.

2  Q.     I'm just asking because you

3  differentiated and said you did

4  before.

5  A.     I just wanted to make sure I

6  understood the question.

7  Q.     I don't know have any problem

8  with you asking for clarification.  I

9  want you to continue to do that.

10 Have you understood all the questions

11 I've been asking so far?

12 A.     Yes.

13 Q.     And will you continue to let

14 me know if you don't understand it?

15 A.     Yes.

16 Q.     Okay, great.  Since I happen

17 to be looking at one particular

18 document, PMACNSL0105, that'd be PMA

19 Council, Mr. Bordinero, at 105.  Do

20 you know who Graig, G-R-A-I-G, is?

21 Graig, I think it's Mr. but I'm not

22 sure.

23 A.     I don't think so.

24 Q.     There's reference in here, in

25 this particular document that you

164

1    were sitting while you were

2    performing this cycle, that part's

3    accurate; right?

4    A.        Yeah.

5    Q.        And that you leaned forward to

6    take the part out, and in doing so,

7    had her foot on the pedal and

8    accidentally started the cycle that

9    caused the injury.

10   A.        No, it's not true.

11   Q.        Any idea where that

12   information came from?

13   A.        Don't have a clue.

14   Q.        You're saying you don't know

15   what caused the press brake to start;

16   is that right?

17   A.        No, I don't know.

18   Q.        You don't know if you bumped

19   the foot pedal or something else

20   happened?

21   A.        I don't know.

22   Q.        Paula Murkle has indicated in

23   PMA0155 that while your hands were in

24   the machine, you used the foot pedal

25   to start the machine.  Do you know

210

1    A.        Barbara Welton is.

2                    ATTORNEY HARTMAN:

3                    She used to be, she's

4         not with my firm anymore.

5                    ATTORNEY ROBINSON:

6                    And did your case go

7         with her?

8                    ATTORNEY HARTMAN:

9                    The Workers' Comp did.

10                   ATTORNEY ROBINSON:

11                   I saw there was one

12        item of stationary she signed

13        with your letterhead.  I

14        didn't know she had left.

15   BY ATTORNEY ROBINSON:

16   Q.        And she's still representing

17   you, then, in your Workers'

18   Compensation proceedings?

19   A.        Yeah.

20   Q.        Do you have any current plans

21   to settle your Workers' Compensation

22   or compromise your Workers'

23   Compensation claim?

24   A.        No, we haven't discussed it.

25   Q.        What color do you remember the

211

1    foot switch being?

2    A.      Yellow.

3    Q.      And you don't remember

4    damaging the machine in April,

5    specifically April 16 of '02, five

6    months or so before your accident?

7    A.      No, I don't remember.

8    Q.      By not pulling out some part

9    or taking off some part before you

10   ran the next piece?

11   A.      No, I don't remember.

12   Q.      Do you remember being put on

13   probation for some absences, for not

14   following some attendance guidelines,

15   or break guidelines?

16   A.      I remember being put on

17   probation because I was a couple

18   minutes late coming back from lunch

19   and I did that a few times, and so

20   they put me on probation.

21   Q.      And did you have any other

22   disciplinary action, of any sort,

23   taken against you by Corry

24   Manufacturing while you were employed

25   there for almost two years?