# EXHIBIT E

# PART 3

1     Q.    Was it in the presence of Mr. Hartman?

2     A.    No.

3     Q.    Why was that inserted?

4     A.    Because we had realized the error of

5     the 532, naming the 532 that I discussed

6     earlier.

7     Q.    Did you have any conversations with

8     Mr. Hartman about that error before you wrote

9     that notation?

10    A.    We -- I believe we had discussed it,

11    yes.

12    Q.    And --

13    A.    Not that day, not yesterday but

14    previously.

15    Q.    Is that the catalyst, if you will, that

16    brought about the change in the report?

17    A.    No.  The change was realizing that it

18    was an error and wanting to -- we were thinking

19    of writing a corrected report because of that

20    error.

21    Q.    Did you have the conversation with

22    Mr. Hartman where this error was discussed?

23    A.    I believe I have had a conversation

24    where it has been mentioned with him.  I can't

90

1    recall the conversation.

2        Q.   Tell the court if you would all the

3    details of that conversation.

4        A.   I cannot recall the details of that

5    conversation.

6        Q.   The only thing you recall is that you

7    and he had a conversation --

8        A.   Regarding that error.

9        Q.   -- wherein there was discussed an issue

10   regarding the erroneous reference to a

11   Model 532?

12       A.   Yes, I brought it up.

13       Q.   What's the correct reference?

14       A.   Again, I am not certain as to the

15   correct model number.

16       Q.   Have you ever learned the correct model

17   number?

18       A.   No, sir.

19       Q.   How could you determine that it is an

20   error if you don't know the correct one?

21       A.   Because the 532 would not be consistent

22   with the footswitch that was in use at the time.

23       Q.   Yeah, but this is referring to the

24   footswitch that was sold in 1978.  This isn't

                                                    91

1    referring to the footswitch -- notice here,

2    Manual for the subject machine illustrates a

3    Linemaster footswitch which based upon the

4    interrogatories document production of Heim is a

5    Model 532-SWH; do you see that?

6        A.    I see that.

7        Q.    Is that an error?

8        A.    Yes.

9        Q.    And have you how determined that to be

10   an error if you don't know what the actual model

11   was that was sold in 1978?

12       A.    I believe it is an error because --

13   well, first, it was error to name a model in the

14   first place in that Heim though they provided

15   the -- that specification sheet that I discussed

16   earlier, also in the interrogatories noted that

17   they had no proof as to it being the correct

18   model number.

19       Q.    Do you know what model Heim sold in

20   1978 with this press brake?

21       A.    I do not.

22       Q.    Do you know if it was even a Linemaster

23   footswitch?

24       A.    I do not know what Heim sold.

92

1      Q.   Do you know of anyone that knows the

2   details, the manufacturer with a model number of

3   the foot control that accompanied the sale of

4   Heim's press brake in 1978?

5      MR. HARTMAN:  Other than Professor Barnett.

6      MR. ROBINSON:  No, not other than

7   Professor Barnett.

8   BY MR. ROBINSON:

9      Q.   Do you know of anyone that does.

10     A.   I believe Professor Barnett does.

11     Q.   What does -- I just talked to him.  He

12   doesn't know either.

13     MR. HARTMAN:  Well, I object to the form of

14   the question because that is not what that

15   witness testified over six hours.

16   BY MR. ROBINSON:

17     Q.   Okay, what -- besides Mr. Hartman's

18   comment --

19     MR. HARTMAN:  And your misstatement of the

20   record.

21   BY MR. ROBINSON:

22     Q.   -- what makes you think that

23   Professor Barnett knows the model of the foot

24   control that accompanied the press brake in

93

1    1978?

2        A.   I can't be sure if he knows the model

3    or not.

4        Q.   Have you ever talked to him about the

5    model number?

6        A.   No, I have not.

7        Q.   So why did you answer Professor Barnett

8    if you don't know?

9        A.   Because he was around then and he was

10   using -- he was around the presses and -- that

11   Heim was making at the time and he has a better

12   idea than I do.  I was born in 1976.

13       Q.   Have you -- has Professor Barnett ever

14   told you that he knew specifically what foot

15   control came with this particular press brake --

16       A.   He --

17       Q.   -- regardless of how old he is?

18       A.   He has not told me that.

19       Q.   Has anyone ever suggested to you that

20   he has any information as to what manufacturer

21   or what model foot control accompanied the sale

22   of this press brake in 1978?

23       A.   I believe he has said that he knows the

24   type of footswitches that were in use at that

94

 1   time.

 2        Q.   No, I am asking specifically about the

 3   one that accompanied either the manufacturer or

 4   the model that accompanied this particular Heim

 5   press brake that's at issue in this litigation.

 6             Has he ever suggested to you that he

 7   knows which model or which manufacturer was

 8   supplied with that press brake in 1978, this

 9   particular one?

10        A.   I believe that Heim itself has agreed

11   that it has been a Linemaster that's been on the

12   machines.

13        Q.   Would you answer my question, sir.

14        MR. HARTMAN:  Would you quit intimidating or

15   tying to intimidate.

16        MR. ROBINSON:  The question --

17        MR. HARTMAN:  -- the witness.  I am going to

18   object to your being rude and sarcastic to

19   witnesses because you don't like their

20   testimony.  You should show some sense of

21   decorum to this gentleman.

22        MR. ROBINSON:  You explaining --

23        MR. HARTMAN:  He came back here as a

24   courtesy.

                                            95

1       MR. ROBINSON:  -- professional behavior is

2   meaningless.

3       MR. HARTMAN:  He came back as a courtesy to

4   you.

5       MR. ROBINSON:  No, he came back because you

6   know he is required to come back because we

7   weren't given the full materials.  Let me ask it

8   again.

9       MR. HARTMAN:  You were given the full

10   materials.

11       MR. ROBINSON:  Why don't you read back the

12   question please.

13           Please listen to the question.

14           And if you can't locate it, I know it.

15               (Whereupon, the record was read

16                as requested.)

17       THE WITNESS:  He does know -- I believe he

18   has indicated that he knows that it is a

19   Linemaster that came with this machine.

20   BY MR. ROBINSON:

21       Q.   Professor Barnett has told you that?

22       A.   I believe so.

23       Q.   And what did he tell you about that?

24       A.   I don't believe we have necessarily had

96

1    a discussion directly at that as it has been

2    admitted that they used Linemaster.

3        Q.   I don't want you to talk about what you

4    think has been admitted and what you may not

5    think has been admitted.  My question --

6        A.   I am answering the question.

7        Q.   No, well, please listen to the

8    question.  I will ask it again.  Has

9    Professor Barnett ever told you that he knows

10   either the manufacturer or the model number of

11   the foot control that accompanied the sale, the

12   1978 sale of this press brake?

13       A.   I believe he has indicated that he

14   knows that it was a Linemaster.

15       Q.   And what did he tell you about that?

16       A.   I can't recall any specifics as to what

17   he told me about that.

18       Q.   Did he tell you how he would know such

19   a thing?

20       A.   I believe he has said Heim has used

21   Linemaster exclusively for a long period of

22   time.

23       Q.   Okay, that's something else you

24   remember him saying to you?

97

 1      A.   I believe so.

 2      Q.   Do you remember anything else about

 3   this conversation with Professor Barnett as to

 4   him knowing the actual manufacturer and model

 5   number of the foot control that went with this

 6   particular Model 70-6 press brake in 1978?

 7      A.   I do not.

 8      Q.   When you and Mr. Hartman had your

 9   conversation about changing this report --

10      MR. HARTMAN:  Objection to that -- framing

11   that question that way.

12      MR. ROBINSON:  What's wrong with that?

13      MR. HARTMAN:  Because you are indicating

14   here -- you are implying that I asked him to

15   change the report or that I was involved in

16   changing the report.

17   BY MR. ROBINSON:

18      Q.   No.  When you and Mr. Hartman -- did

19   you -- you have already indicated you and

20   Mr. Hartman had a conversation about this

21   changing the report; right?

22      A.   I indicated that we had had a

23   discussion about the error.

24      Q.   Right.

                                                     98

1      A.    Of naming the 532.

2      Q.    Right, and you would like to change

3   this report; is that right?

4      A.    Yes.

5      Q.    Okay.  So when you and Mr. Hartman had

6   a conversation about changing the report, how

7   did that conversation take place?  Was it via

8   telephone?

9      A.    I believe so, yes.

10     Q.    Who initiated that telephone call?

11     A.    I am not certain as to who initiated

12  the telephone call.

13     Q.    You don't know if Mr. Hartman called

14  you about it?

15     A.    I don't -- I don't know if that -- if

16  that phone call was directly related to that

17  issue.

18     Q.    Who was the first person to bring up

19  the perceived error in the report?

20     A.    I was.

21     Q.    And what caused you to learn about this

22  error?

23     A.    Because of Mr. Switalski's report that

24  described the 532, and I looked into it and saw

99

1    that it was an error.

2        Q.    And what about Mr. Switalski's report

3    are you referring?

4        A.    I am referring to where he -- first

5    where he indicated that we had identified the

6    footswitch as a 532-SWH.  That certainly gave me

7    pause in that I believe that it had been Heim

8    and that made me look at the interrogatories.

9    And I saw that -- I saw that Heim had no proof

10    as to the specification that you have right

11    there in your hands being -- that they had any

12    proof that that was the correct specification.

13        Q.    No proof, what is that?  What is

14    Barnett Exhibit D?  Have you ever seen that

15    before?

16        A.    I believe so.

17        Q.    Do you know what that is?

18        A.    That's the specification, A-470 that I

19    discussed earlier I believe.

20        Q.    And what's the date of that drawing?

21        A.    The date of the drawing is 7-9-74 in

22    the box below.

23        Q.    That four years prior to the sale at

24    issue?

100

1      A.    I believe so.

2      Q.    Does that indicate to you what type of

3    footswitch was in use by Heim at any time?

4      A.    I am not exactly sure what it indicates

5    to me other than a list of footswitches.

6      Q.    Does it indicate to you -- are you able

7    to glean any information from that document as

8    you review it as to whether or not it indicates

9    that Heim was using any particular footswitches

10   at any particular time?

11     A.    I don't understand the -- I don't

12   understand the two entries on the sheet here,

13   the one that's handwritten and the one that's

14   typed.  I don't understand what the difference

15   there is.

16     Q.    Does this tell you, sir, what type

17   of -- what model of foot control was sold by

18   Heim at any given time with its machinery?

19     A.    It lists footswitches, and it says used

20   on all presses at the bottom.

21     Q.    Does it give you any dates as to when

22   particular models were used?

23     A.    Like the first date is 7-9-74 at the

24   bottom.

101

1        Q.    Yeah, and does it indicate to you in

2    any way as to what was in use at that time from

3    1974, the date you just read?

4        A.    Well, they have a notation 1 that I

5    don't see anywhere on here, that on 11-9-82 the

6    511B4 was 532-SWH.

7        Q.    Does that suggest to you that prior to

8    November 9, of '82, they used a 532 and that it

9    was changed on November 9th of '82 to a 511B4?

10       A.    It's -- I have no idea what the No. 1

11   notation is.  No. 2 here has a note up here and

12   No. 1 doesn't have one.

13       Q.    Does this suggest to you at all, sir,

14   that they were using a 532 as of 19 -- as of

15   July 9, '74, and as of November 9 of '82, they

16   switched it to a 511B4?

17       A.    I can't be sure that that's what this

18   means.

19       Q.    Have you had any conversations with

20   anyone including Mr. Hartman about that issue?

21       A.    I have had discussions after I found

22   the interrogatory that said that they had this

23   and couldn't prove that this meant anything with

24   the machine.  And I have had discussions that --

102

1   regarding my error in identifying it as a 532

2   based off of this.

3       Q.   Have you spoken with Mr. Hartman about

4   this document?

5       A.   I believe so.

6       Q.   And by this document I am referring to

7   Barnett Exhibit D.

8       A.   I believe so.

9       Q.   Would you tell the court and jury the

10  content of the conversation that you had with

11  Mr. Hartman about that document.

12      A.   I believe I mentioned that I had

13  pulled -- when I noticed that I was in error, I

14  believe that I notified him in some

15  conversations, like I said before I am not sure

16  if I called him or he called me, and I brought

17  this up in conversation that the 532 mentioned

18  the report was in error and I had pulled it off

19  of this sheet here.  And I believe he directed

20  me to the interrogatories.

21      Q.   Have you read something that says that

22  a 532 was not in use in 1978?

23      A.   No, only that they had no proof that

24  this was correct.

                                              103

1      Q.    The only document that we have is

2    something that suggests that a 532 was in use

3    from 1974 until 1982; would that be accurate?

4      A.    The only document that's been supplied

5    about switches by Heim I suppose.

6      Q.    And nothing else to suggest anything

7    other than a 532 from 1974 to 1982; would that

8    be accurate?

9      A.    I don't believe so.  It is usually the

10   Heim corporate designees nor the interrogatories

11   being able to note that this was the footswitch

12   in use.

13     Q.    What do those interrogatory answers say

14   that you are referring to?

15     A.    It is the second set of

16   interrogatories, second request No. 4.

17     Q.    Yeah, and what does it say?

18     A.    Can I pull it out of here?

19     Q.    Sure.  What do you remember it saying

20   while you are looking?

21     A.    Well, I remember it saying that they

22   have included this specification, but they have

23   no proof as to it being the correct

24   specification.

104

1    Q.    Did you read the other interrogatory

2    responses that also address that issue?

3    A.    I can't be certain.

4    Q.    About the inability to confirm what was

5    actually sold because of the absence of people

6    involved with the sale being present?

7    A.    I don't recall seeing that.

8    Q.    Do you have the answer in front of you?

9    A.    Oh, for the previous question, yes.

10    Q.    And there is a flag on there with an

11    arrow?

12    A.    Yes, sir.

13    Q.    Who put that on there?

14    A.    I did.

15    Q.    And when did you put that on there?

16    A.    I put that on there last night.

17    Q.    Why was that?

18    A.    I was giving this to Professor Barnett.

19    Q.    Was Mr. Hartman present as well?

20    A.    Not when I put this on.

21    Q.    And why did you put that on there?

22    A.    Because I wanted to draw his attention

23    to that.

24    Q.    For what purpose?

105

1    A.    Because of the error in the report.

2    Q.    When did you note the error?

3    A.    When I received Switalski's's report.

4    Q.    Which was when, sir?

5    A.    Which was I believe -- I can't remember

6    what day they came in.  It was a Wednesday or a

7    Thursday evening.

8    Q.    How long ago approximately?

9    A.    Two weeks perhaps.

10    Q.    How come a revised report wasn't

11    prepared for these depositions?

12    A.    It had been discussed, we hadn't

13    prepared it.  We had other work we had been

14    doing.

15    Q.    Was there any discussions about

16    preparing a revised report?

17    A.    Yes.

18    Q.    And providing it to us so that we knew

19    prior to today and prior to asking questions on

20    the issue about the error?

21    A.    There were no discussions about that.

22    Q.    Did you have discussions about -- I

23    thought you just answered that there were

24    discussions.

106

1    A.   We had discussions about writing

2    revised report, but -- not --

3    Q.   Did you have cushions with Mr. Hartman

4    about that?

5    A.   I believe I may have indicated to him

6    that we wanted to correct that.

7    Q.   This indicates Heim has searched its

8    records to determine if any drawings or

9    specifications exist with regard to the foot

10   pedal that was supplied with the Model 70-6

11   press brake at issue.  The attached drawing may

12   be a drawing for the footswitch supplied with

13   the press brake at issue.  Is that what it says?

14   A.   I didn't see the emphasis there on the

15   may be.  I saw it more on the may, but may be --

16   Q.   Did I read it correctly, sir?  Sir, I

17   am going to continue reading.  Have I read it

18   correctly so far?  Have I read the words

19   correctly, sir?

20   A.   I believe you added emphasis that

21   wasn't necessarily there.

22   Q.   Strike out the issue with the emphasis.

23   MR. HARTMAN:  No, no, we are not striking

24   anything.

107

1    BY MR. ROBINSON:

2        Q.   Have I --

3        MR. HARTMAN:  Wait, wait, for the record,

4    for the record we don't strike anything at your

5    request.  We are going to have exactly --

6        MR. ROBINSON:  Who is we?

7        MR. HARTMAN:  Me, I don't -- I am

8    instructing Mr. Ulmenstein not to strike

9    anything at Mr. Robinson's without concept from

10   me because once again he tries to play games and

11   misconstrue what is really there.

12           And when the witness on his own

13   admission picks it up, he doesn't like it and

14   then he wants to strike --

15       MR. ROBINSON:  I don't know what you are

16   talking about.  Tell me when you are done.  I

17   will move on.

18       MR. HARTMAN: Okay.

19       MR. ROBINSON:  Are you done?

20       MR. HARTMAN:  Yep.

21   BY MR. ROBINSON:

22       Q.   Let me read it again.  I don't want you

23   to worry or comment upon any inflection that you

24   may think I have mentioned in my voice or any

108

1    emphasis.  The only thing I want to know is if I

2    am reading it correctly for the court.

3         A.   I believe since it is a videotape

4    deposition that the emphasis certainly matters.

5         Q.   Sure, it may to you and that's fine.

6    You have made your point.  But for my purposes

7    now let me at least see if I read this

8    correctly, "Without waiving these objections,

9    Heim has searched its records to determine if

10   any drawings or specifications exist with regard

11   to the foot pedal that was supplied with the

12   Model 70-6 press brake at issue.  The attached

13   drawing may be a drawing for the footswitch

14   supplied with the press brake at issue

15   considering the date of the drawing, but Heim

16   has no ability of verifying this;" do you see

17   that?

18        A.   I do.

19        Q.   So the only response that you have from

20   Heim is that it, in fact, may be but there is no

21   ability to verify it; is that accurate?

22        A.   I am not certain if that's the only --

23   the only response that we have that indicates

24   that they can't verify.

109

1    Q.    What does it say about any other issue

2    regarding whether or not it is -- that's a

3    drawing of the footswitch that was supplied in

4    1978 other than that it may be, but there is no

5    ability to verify it?  What other substance is

6    there that I am missing?

7    A.    I can't say that it is the only

8    indication in any of the materials produced by

9    Heim. That's --

10    Q.    That's the only one you know of today,

11    right now; right?

12    A.    Right now, currently, yes.

13    Q.    So why was it that you decided that the

14    reference to the 532 being sold in 1978 was in

15    error if this says that it may be, there is just

16    no ability to verify?  Why would you say it is

17    in error?

18    A.    Because the footswitch that was

19    observed was not a 532.

20    Q.    This is the footswitch that was

21    observed after the accident?

22    A.    Yes.

23    Q.    And you have no ability to confirm that

24    that's the same one that was sold at the time

110

1    the machine was sold in '78; do you?

2        A.    I have no ability to say either way.

3        MR. ROBINSON:  Okay, I don't have any

4    further questions.

5        MR. HARTMAN:  I have one question.

6                      EXAMINATION

7    BY MR. HARTMAN:

8        Q.    I need Professor Barnett's report.

9    There has been a lot of fuss made about the 532

10   identification of the foot control.  Would you

11   please look at Page 2, the last paragraph under

12   identification.

13       A.    Yes.

14       Q.    After you identify the switch as a 532,

15   does that -- does the next paragraph describe

16   what it is that you are identifying as a 532

17   switch in your mind at the time you prepared

18   this report?

19       A.    I believe so.  I believe that the --

20   the -- that last paragraph there was written

21   previous to entering the model number.

22       Q.    And when you are trying to enter the

23   model number for 532, were you trying to

24   accurately describe what that paragraph is as it

111

```
 1    describes the foot pedal at the time of the

 2    accident and at the time of the sale of the

 3    machine by Heim?

 4         A.   I believe so.

 5         MR. HARTMAN:  I have no further questions.

 6         MR. ROBINSON:  Let's mark this answer to

 7    interrogatory as our next exhibit.  We will mark

 8    it as Ulmenstein Exhibit B.

 9         MR. HARTMAN:  Are we done with him?

10         MR. ROBINSON:  No.

11         MR. HARTMAN:  Okay.

12                   (Whereupon, Ulmenstein

13                    Deposition Exhibit B was marked

14                    for identification.)

15                 FURTHER EXAMINATION

16    BY MR. HARTMAN:

17         Q.   I am going to have you read that

18    paragraph as well.  Would you please read the

19    paragraph that describes the foot pedal in

20    question that you were labeling as a 532.

21         A.   From Page 2 of Triodyne's report,

22    Section 3, third paragraph, "Photographs taken

23    of the accident footswitch illustrate a

24    Linemaster footswitch which is not constructed
```

112

1    with a safety gate.  It is constructed with an

2    antitrip treadle mechanism, a latch that

3    requires a certain foot insertion into the

4    switch to depress the pedal.  Figure 1 below is

5    a page from the 1977 Linemaster catalogue which

6    illustrates the Linemaster model shipped by Heim

7    and used by Miss Lindquist at the time of her

8    accident."

9        Q.   Did you intend that the Figure 1 below

10   be the foot control that has the latch in the

11   back?

12       A.   The antitrip treadle mechanism, yes.

13       MR. ROBINSON:  I will object to the form of

14   the question.

15       MR. HARTMAN:  I have no further questions.

16                FURTHER EXAMINATION

17   BY MR. ROBINSON:

18       Q.   On Ulmenstein Exhibit B I noticed that

19   the first page actually has some handwriting on

20   it as well.

21       A.   Yes, sir.

22       Q.   And who wrote that?

23       A.   I believe that is Professor Barnett's

24   handwriting.

113

1      Q.    And what does that say?

2      A.    It says, No. 7 important.

3      Q.    No. 7 or No. 4?

4      A.    I believe it says No. 7.

5      Q.    Do you know why No. 7 would be

6   important?

7      A.    I can't recall at this time.

8      Q.    Do you want to read No. 7 and see if

9   that refreshes your memory.

10     A.    I can't be certain as to why he

11  identified it as important.  It indicates that

12  the present supplier of foot pedals is

13  Linemaster, and prior to purchasing foot pedals

14  from Linemaster Switch Corporation, Heim

15  believes that foot pedals were purchased from

16  Electrokinetics which was believed to be a

17  dealer for Linemaster.

18     Q.    Have you ever heard of Electrokinetics?

19     A.    I have not.

20     Q.    Has anyone ever suggested to you that

21  the foot control that was sold in 1978 had an

22  antitrip mechanism?

23     A.    Yes, sir.

24     Q.    Who is that?

114

1    A.    I believe Professor Barnett.

2    Q.    What did he tell you about that?

3    A.    I believe he has stated that the foot

4    switches in use at that time had antitrip

5    treadle mechanisms.

6    Q.    Did he tell you that they also sold

7    ones without antitrip mechanisms?

8    A.    I know that on my own from catalogues.

9    Q.    Do you -- Professor Barnett has told us

10    that other than the antitrip mechanic, the foot

11    control would appear identical between the 532

12    and the 511, the one with the antitrip and the

13    one without, would you agree with that?

14    A.    I believe so.

15    Q.    Do you know if the foot control that

16    was used by Tina -- how do you know that the

17    foot control that was used by Tina Lindquist had

18    an antitrip mechanism?

19    A.    I believe that the coworkers had stated

20    it and that the pictures show an antitrip

21    treadle mechanism.

22    Q.    And Professor Barnett pointed to this

23    particular picture, 29 of Exhibit B, is that

24    what you are referring to?

115

1        A.    I believe so.

2        Q.    Can you definitively tell from looking

3    at that photograph that the foot control shown

4    in there contains an antitrip mechanism?

5        A.    I believe it shows an antitrip treadle

6    mechanism.  I can't definitively say whether or

7    not that is what that is on the photograph.

8        Q.    And while we are on the record,

9    Mr. Hartman, I know these are your photographs.

10   I'd like to get originals and actually copies of

11   the negatives for this particular photograph.

12       MR. HARTMAN:  If they -- I can get you

13   copies of originals.  I don't know if I have

14   negatives.  I hope I do.

15       MR. ROBINSON:  Yeah, there would be no

16   reason for you to throw those away I am sure.

17       MR. HARTMAN:  I didn't take the pictures.

18       MR. ROBINSON:  Who did?

19       MR. HARTMAN:  Whoever was my investigator at

20   the time.

21       MR. ROBINSON:  Do you know who that is?

22       MR. HARTMAN:  No, not at this point in time

23   I don't know who the investigator is.

24       MR. ROBINSON:  Okay, I would like to try to

116

1    get those as quickly as we can so that we have

2    the finest quality.

3        MR. HARTMAN:  That's a fair request.

4        MR. ROBINSON:  You see what I am doing, the

5    finest quality of picture.

6        MR. HARTMAN:  If they exist, if they exist,

7    you will have them.

8        MR. ROBINSON:  Thank you very much.

9        MR. HARTMAN:  And if all I have is my

10   originals, I will make them available for you as

11   well.

12       MR. ROBINSON:  Okay, great.  Okay, that was

13   it.  Thank you, sir.

14       MR. HARTMAN:  We are not going to waive.

15       THE VIDEOGRAPHER:  Off the record at 5:26 p.m.

16              (Discussion off the record.)

17       MR. HARTMAN:  With regard to the scheduling

18   of the expert witnesses, we had both

19   Mr. Switalski scheduled for tomorrow morning and

20   if we were able to conclude him, we were going

21   to try to start Mr. Hutter.

22          We had scheduled next Wednesday for

23   Mr. Hutter in the event we were not able to get

24   to him.  I have -- as a courtesy I have notified

                                                      117

1    Mr. Robinson that I do not anticipate nor do I

2    expect that we will get to Mr. Hutter and that

3    he should not -- he is not required nor should

4    he produce him tomorrow because I won't get to

5    him in time for us to be out of Chicago and that

6    I am going to take his deposition on Wednesday

7    as we had scheduled that our backup day.

8              (FURTHER DEPONENT SAITH NOT)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

118

1    STATE OF ILLINOIS      )

2                           )   SS:

3    COUNTY OF DuPAGE       )

4         I, Patricia L. Wangler, a notary public

5    within and for the County of DuPage and State of

6    Illinois, do hereby certify that heretofore,

7    to-wit, on the 6th day of April, 2006,

8    personally appeared before me, at

9    33 North LaSalle Street, Illinois, MATTHEW

10   ULMENSTEIN, in a cause now pending and

11   undetermined in the United States District

12   Court, wherein TINA LINDQUIST is the Plaintiff,

13   and HEIM, L.P., is the Defendant.

14        I further certify that the said witness

15   was first duly sworn to testify the truth, the

16   whole truth and nothing but the truth in the

17   cause aforesaid; that the testimony then given

18   by said witness was reported stenographically by

19   me in the presence of the said witness, and

20   afterwards reduced to typewriting by

21   Computer-Aided Transcription, and the foregoing

22   is a true and correct transcript of the

23   testimony so given by said witness as aforesaid.

24        I further certify that the signature to

                                                    120

1    the foregoing deposition was not waived by

2    counsel for the respective parties.

3         I further certify that the taking of this

4    deposition was pursuant to Notice, and that

5    there were present at the deposition the

6    attorneys hereinbefore mentioned.

7         I further certify that I am not counsel

8    for nor in any way related to the parties to

9    this suit, nor am I in any way interested in the

10   outcome thereof.

11        IN TESTIMONY WHEREOF:  I have hereunto

12   set my hand and affixed my notarial seal this

13   __/0__ day of __APRIL__, 2006.

14

15

16                    _Patricia L Wangler_

17   _____

18        NOTARY PUBLIC, DuPAGE COUNTY, ILLINOIS

19        LIC. NO. 084-002417

20

21

22

23

24
                                                    121

I WISH TO MAKE THE FOLLOWING CHANGES FOR THE FOLLOWING REASONS:

PAGE        LINE

1           10        CHANGE: ULMENSTEIN SHOULD BE ULMENSTINE

                      REASON: CORRECT SPELLING

3           3         CHANGE ULMENSTEIN → ULMENSTINE

                      REASON: SPELLING

4           8         CHANGE: ULMENSTEIN → ULMENSTINE

                      REASON: SPELLING

5           3         CHANGE: ULMENSTEIN → ULMENSTINE

                      REASON: SPELLING

5           11        CHANGE: ULMENSTEIN → ULMENSTINE

                      REASON: SPELLING

5           12        CHANGE: ULMENSTEIN → ULMENSTINE

                      REASON: SPELLING

10          12        CHANGE: ULMENSTEIN → ULMENSTINE

                      REASON: SPELLING


(SIGNED) _____                    #1 OF 4

I WISH TO MAKE THE FOLLOWING CHANGES FOR THE FOLLOWING REASONS:

PAGE       LINE

13         13         CHANGE: ULMENSTEIN → ULMENSTINE

                      REASON: SPELLING

14          9         CHANGE ULMENSTEIN → ULMENSTINE

                      REASON: SPELLING

17          9         CHANGE: ULMENSTEIN → ULMENSTINE

                      REASON: SPELLING

21         22         CHANGE: ULMENSTEIN → ULMENSTINE

                      REASON: SPELLING

22         15         CHANGE: ULMENSTEIN → ULMENSTINE

                      REASON: SPELLING

22         21         CHANGE: ULMENSTEIN → ULMENSTINE

                      REASON: SPELLING

23         10         CHANGE: ULMENSTEIN → ULMENSTINE

                      REASON: SPELLING


(SIGNED) _____    #2 OF 4

I WISH TO MAKE THE FOLLOWING CHANGES FOR THE FOLLOWING REASONS:

PAGE     LINE

23     12     CHANGE: ULMENSTEIN → ULMENSTINE

              REASON: SPELLING

33     9     CHANGE Area to ARCCA

              REASON: SPELLING / NAME OF COMPANY

42     1     CHANGE: peddle to pedal

              REASON: spelling

43     8     CHANGE: ULMENSTEIN → ULMENSTINE

              REASON: SPELLING

44     4     CHANGE: ULMENSTEIN → ULMENSTINE

              REASON: SPELLING

66     21     CHANGE: ULMENSTEIN → ULMENSTINE

              REASON: SPELLING

84     9     CHANGE: Arcca to ARCCA

              REASON: SPELLING

(SIGNED) _____    #3 of 4

I WISH TO MAKE THE FOLLOWING CHANGES FOR THE FOLLOWING REASONS:

PAGE        LINE

107          3          CHANGE: Cushions  to  discussions

                        REASON: misheard  word

108          8          CHANGE ULMENSTEIN → ULMENSTINE

                        REASON: SPELLING

112          12         CHANGE: ULMENSTEIN → ULMENSTINE

                        REASON: SPELLING

113          18         CHANGE: ULMENSTEIN → ULMENSTINE

                        REASON: SPELLING

____         ____       CHANGE: _____

                        REASON: _____

____         ____       CHANGE: _____

                        REASON: _____

____         ____       CHANGE: _____

                        REASON: _____

(SIGNED) _____  # 4 OF 4