IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TINA LINDQUIST,<br><br>    Plaintiff,<br><br>vs.<br><br>HEIM, L.P.,<br><br>    Defendant. | Civil Action No: 04-249E<br><br>**JUDGE SEAN J. MCLAUGHLIN**<br><br><br>PAUL R. ROBINSON, ESQUIRE<br>PA I.D. No. 65581<br>MEYER, DARRAGH, BUCKLER,<br>BEBENEK & ECK, P.L.L.C.<br>U.S. Steel Tower, Suite 4850<br>600 Grant Street<br>Pittsburgh, PA 15219<br>(412) 261-6600<br>FAX: (412) 471-2754 |

**APPENDIX (VOL. 2) TO HEIM, L.P.'S MOTION IN LIMINE TO EXCLUDE THE TESTIMONY OF RALPH L. BARNETT OR, ALTERNATIVELY, FOR A <u>DAUBERT</u> HEARING**

<u>Exhibit</u>

   F.   Gary Hutter Deposition

        Part 1 – pp. 1-45
        Part 2 – pp. 46-90
        Part 3 – pp. 91-125
        Part 4 – pp. 126-166
        Part 5 – pp. 167-199
        Part 6 – pp. 200-220 (End)

   G.   Gary Hutter Expert Report

H. William Switalski Deposition

    Part 1 – pp. 1-45
    Part 2 – pp. 46-90
    Part 3 – pp. 91-125
    Part 4 – pp. 126-158
    Part 5 – pp. 159-196 (End)

I. William Switalski Expert Report


Respectfully submitted,

MEYER, DARRAGH, BUCKLER,
BEBENEK & ECK, P.L.L.C.


By: /s/ Paul R. Robinson
    PAUL R. ROBINSON, ESQUIRE
    Counsel for defendant, Heim, L.P.

## PROOF OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been served upon all parties on the date and in the manner listed below:

|  |  |
|---|---|
| _____ | First Class Mail, Postage Prepaid |
| _____ | Certified Mail - Return Receipt Requested |
| _____ | Hand Delivery |
| _____ | Facsimile Transmission |
| _____ | Overnight Delivery |
| \_\_\_X\_\_\_ | Electronic Transmission |

at the following address:

> Dallas W. Hartman, Esquire
> Dallas W. Hartman P.C.
> 2815 Wilmington Road
> New Castle, PA 16105
> *(Counsel for Plaintiff)*

MEYER, DARRAGH, BUCKLER,
BEBENEK & ECK, P.L.L.C.

Date: April 9, 2007           /s/ Paul R. Robinson
                              PAUL R. ROBINSON, ESQUIRE

P0808493.1