# EXHIBIT H

# PART 1

1                IN THE UNITED STATES DISTRICT COURT

2          FOR THE WESTERN DISTRICT OF PENNSYLVANIA

3

4     TINA LINDQUIST,              )        COPY

5            Plaintiff,            )

6            -vs-                  )   No. 04-249E

7     HEIM, L.P.                   )

8            Defendant.            )

9            The videotaped deposition of WILLIAM

10    SWITALSKI called for examination pursuant to Notice

11    and the Rules of Civil Procedure for the United

12    States District Courts pertaining to the taking of

13    depositions, taken before DEANNA AMORE, a notary

14    public within and for the County of Cook and State

15    of Illinois, at 33 North LaSalle Street, Chicago,

16    Illinois, on the 7th day of April, 2006, at the

17    hour of 8:00 a.m.

18

19    CSR No.:  084-0003999

20

21

22

23

24
                                                        1

1    APPEARANCES:

2         DALLAS W. HARTMAN, P.C., by,

3         MR. DALLAS W. HARTMAN

4         2815 Wilmington Road

5         New Castle, Pennsylvania 16105

6         (724) 652-4081

7                   Representing the Plaintiff;

8         MEYER, DARRAGH, BUCKLER, BEBENEK & ECK,

9         P.L.L.C., by,

10        MR. PAUL R. ROBINSON

11        U.S. Steel Tower, Suite 4850

12        600 Grant Street

13        Pittsburgh, Pennsylvania 15219

14        (412) 261-6600

15             Representing the Defendant.

16   ALSO PRESENT:

17      Karolina Tesarski, Videographer

18

19

20

21

22

23

24

                                                    2

```
1                    I N D E X

2   WITNESS                        EXAMINATION

3   WILLIAM SWITALSKI

4       By Mr. Hartman             5, 190

5       By Mr. Robinson            184

6                  E X H I B I T S

7   NUMBER                         MARKED FOR ID

8   SWITALSKI Deposition Exhibit

9       No. 1                          48

10      No. 2                          54

11      No. 3                          59

12      No. 4                          59

13      No. 5                          60

14      No. 6                          151

15      No. 7                          163

16

17

18

19

20

21

22

23

24
                                             3
```

1      THE VIDEOGRAPHER:  My name is Karolina

2  Tesarski, legal video specialist with McCorkle

3  Court Reporters located at 200 North LaSalle

4  Street, Suite 300, Chicago, Illinois 60601.

5  I am the camera operator on April 7, 2006, for the

6  videotaping of the deposition of William Switalski

7  being taken at 33 North LaSalle, Chicago, Illinois,

8  at the time of 8:08 a.m. in the matter of Tina

9  Lindquist, plaintiff, versus Heim L.P., defendant,

10 filed in the United States District Court, Western

11 District of Pennsylvania, Case No. 04-249E.

12      Will counsel please identify themselves

13 for the record beginning with the plaintiff's

14 counsel?

15    MR. HARTMAN:  Yes, my name is Dallas Hartman.

16 I represent Tina Lindquist.

17    MR. ROBINSON:  Good morning, my name is Paul

18 Robinson.  I represent the defendant, Heim, L.P.

19    THE VIDEOGRAPHER:  Will the reporter please

20 identify herself and swear in the witness?

21    THE COURT REPORTER:  Deanna Amore.

22                    (Witness sworn.)

23    MR. HARTMAN:  For the record would you please

24 state your name?

4

1          THE WITNESS:  William G. Switalski.

2                      WILLIAM SWITALSKI,

3     called as a witness herein, having been first duly

4     sworn, was examined and testified as follows:

5                      EXAMINATION

6     BY MR. HARTMAN:

7          Q.   Would you give us your current business

8     address, Mr. Switalski?

9          A.   Yes, it is 4228 Commercial Way in

10    Glenview, Illinois.

11         Q.   And how long have you been at that

12    address?

13         A.   Approximately two years.

14         Q.   And what is your current profession?

15         A.   I am a mechanical engineer.

16         Q.   And how long have you been a mechanical

17    engineer?

18         A.   Since May of 1980.

19         Q.   I notice from your report that's dated

20    March 13, 2002, that the firm you work with is

21    Switalski Engineering, Inc.; is that correct?

22         A.   Yes.

23         Q.   Is that a company wholly owned by you?

24         A.   Yes.

                                                    5

1      Q.    And do you have any employees?

2      A.    No, I don't.

3      Q.    So Switalski Engineering, Inc., consists

4   basically of you?

5      A.    That's right.

6      Q.    Prior to working for Switalski

7   Engineering, Inc., by whom were you employed?

8      A.    I was employed by Triodyne, Incorporated.

9      Q.    And how long were you employed by

10   Triodyne, Inc.?

11      A.    I was just short of 24 years.

12      Q.    And am I correct that Triodyne, Inc., is

13   the company that's owned by Professor Barnett?

14      A.    Yes.

15      Q.    And during your 20-plus years of working

16   with Triodyne, have you had the opportunity to work

17   with Professor Barnett?

18      A.    I have.

19      Q.    Have you ever had your deposition taken

20   before?

21      A.    Yes, I have.

22      Q.    You understand that I am going to be

23   asking you questions and the court reporter is

24   taking down your testimony; are you aware of that?

6

1     A.    Yes.

2     Q.    And you are also aware you are being

3  videoed?

4     A.    Yes.

5     Q.    You are not represented by counsel, am

6  I correct?

7     A.    Correct.

8     Q.    And you are here as an expert retained by

9  Mr. Robinson on behalf Heim, L.P.; am I correct?

10    A.    Yes.

11    Q.    During the period of time that you worked

12 with Triodyne, Inc., did you have the opportunity

13 to work with Professor Barnett on cases involving

14 foot pedals?

15    A.    Yes.

16    Q.    Can you tell us how many cases you worked

17 with Professor Barnett?

18    A.    I can only give you a guesstimate of the

19 range of number of cases.  Perhaps when we worked

20 directly for a foot control manufacturer perhaps,

21 oh, five to ten times, and when we worked for a

22 manufacturer of mechanical power presses or power

23 press brakes, the foot control may have been an

24 issue another, you know, perhaps 10 to 20 times.

7

1      Q.   Today do you specifically recall ever

2   working with Professor Barnett on any cases

3   involving a foot pedal and a press brake?

4      A.   I am sure I have but no particular ones

5   pop into my mind.

6      Q.   Can you tell us what kind of foot pedal

7   was involved when you worked with Professor Barnett

8   on a case involving a power press -- excuse me -- a

9   press brake and a foot pedal?

10      A.   I can remember doing an inspection with

11   Professor Barnett of a press brake with the older

12   style mechanical pedal as well as the newer

13   electric foot control.

14      Q.   With regard to the electric foot control,

15   how many cases have you worked with Professor

16   Barnett on that involve that, press brakes and the

17   electric foot control?

18      A.   The combination of the two, perhaps

19   anywhere from one to three.

20      Q.   Do you remember the style of the foot

21   control involved in the case?

22      A.   Yes.

23          On at least one occasion the style of foot

24   control was top cover only and then at least one

8

1    more case the style of foot control would have been

2    top cover and side shields.

3        Q.    And would that be the extent of the type

4    of foot controls that you have been involved in

5    with Professor Barnett that also included press

6    brakes?

7        MR. ROBINSON:    I will object to the form of the

8    question.

9        THE WITNESS:    I believe so.

10   BY MR. HARTMAN:

11       Q.    So when you worked with Professor Barnett

12   in evaluating the foot control as it relates to the

13   interaction with the press brake, you have had top

14   cover only and cover with side shields; am

15   I correct?

16       A.    I believe so, yes.

17       Q.    Do you recall on the cases involving cover

18   with side shields what the issue was?

19       A.    No, I don't.

20       Q.    Do you recall whether or not there was an

21   evaluation done as to whether or not the foot pedal

22   itself was the cause of the accident?

23       A.    Because I can't recall the specific

24   issues, I just don't know.

9

1      Q.    Have you -- since you have been on your

2    own with Switalski Engineering, Inc., other than

3    this case, have you had the opportunity to evaluate

4    a power -- excuse me -- a press brake in

5    conjunction with the foot control?

6      A.    No, this is the first project that came

7    into Switalski Engineering with the combination of

8    those two products.

9      Q.    I think before we get started it is

10    important for us to make sure we are talking the

11    same type of terms.

12          Do you know what a press brake is?

13    A.    Yes.

14    Q.    What is a press brake?

15    A.    A press brake is --

16    MR. ROBINSON:  Hold on one second.  I will

17    object to the form of the question.  But please

18    don't ever concern yourselves with my objections.

19    I have legal thoughts in mind and you can answer.

20    But wait until I finish my objection and you can

21    say whatever you want to say.  Object to form.

22    BY MR. HARTMAN:

23    Q.    Let me rephrase the question.  Would you

24    describe to me what your understanding of a press

10

1    brake is?

2        A.    A press brake is one of several different

3    kinds of machines in the metal working family.  It

4    is -- in particular it has a specialty which is the

5    bending and shaping of sheet metal.  It can be used

6    for many other purposes in addition to that.  But

7    if someone has to bend especially larger sheets of

8    sheet metal, they would pretty much be restricted

9    to using a press brake to do that job.

10       Q.    What is a power press or a punch press?

11   Are they the same thing to you?

12       A.    Well, a power press can be either one.  A

13   power press, mechanical power press or power press

14   brake, so the terminology power and press are

15   common to both.

16       Q.    Well, that's good because we need to

17   understand what you understand it to be because

18   during the course different witnesses have alluded

19   different definitions to different things.

20       A.    I see.

21             And the question that preceded that one

22   now?

23       Q.    Well, let's talk about what is a punch

24   press?

11

1    A.    A punch press is really a slang term for

2    mechanical power press.

3    Q.    So when we talk about a mechanical power

4    press, we are talking about -- are you indicating

5    that's what you are talking about punch presses and

6    press brakes?

7    A.    No, it would be strictly the punch press.

8    Q.    So a mechanical power press would be a

9    punch press?

10    A.    Yes.

11    Q.    A power press would include punch presses

12    and press brakes?

13    A.    Yes.

14    Q.    And then the press brake, you have already

15    defined that?

16    A.    Yes.

17    Q.    Okay.  Describe for me what a mechanical

18    power press is.

19    A.    A mechanical power press can be used for a

20    variety of different operations, the most common

21    one probably being the punching operation and hence

22    the term punch press.  But it can also be used for

23    forming, cleaning, blanking, piercing and bending

24    just like the press brake but it would be

12

1    restricted to smaller items as opposed to large

2    pieces of sheet metal.

3        Q.   Are there two different standards that

4    apply -- are there different standards that apply

5    to mechanical power presses and press brakes?

6        A.   Yes, there are.

7        Q.   Do you know why there are different

8    standards that apply to each?

9        A.   Well, because the intended use of the

10   machines differ to some degree and it mainly again

11   has to do with the forming of sheet metal which is

12   something that a press brake is much more capable

13   of handling a much larger variety of sizes and

14   shapes of sheet metal as opposed to the mechanical

15   power press.

16       Q.   Do you agree that the industry as a whole

17   clearly distinguishes between mechanical power

18   presses and press brakes?

19       A.   Yes --

20       MR. ROBINSON:   I will object to the form.

21       THE WITNESS:   Yes, I do.

22   BY MR. HARTMAN:

23       Q.   Would you describe for me the differences

24   as you understand them to be in detail?

                                                          13

1      MR. ROBINSON:  I will object to the form, also

2   asked and answered.

3      THE WITNESS:  I think the -- certainly one of

4   the primary differences has to do with the concept

5   of safe distance guarding.  There is a concept that

6   is recognized in the press brake safety standard

7   called safe distance guarding particularly when a

8   foot control is used.

9      The standard recognizes that some work pieces

10   are so large that the operator has to stand several

11   feet away from the point of operation while

12   holding, supporting one's side of the large piece

13   of sheet metal while the machine is cycled and it

14   performs its bending operation.  And in that case a

15   foot pedal can be positioned several feet away from

16   the machine.

17      The press brake standard requires that if a

18   guarding device such as a physical barrier can be

19   used, it must be used.  Except the standard

20   recognizes that there are some jobs performed with

21   a mechanical press brake that are simply

22   incompatible with guarding.  So if a foot control

23   is used, it is supposed to be placed a sufficiently

24   large distance away from the machine that the

14

1    operator cannot physically reach in to the point of

2    operation while the machine is cycling.  You don't

3    find that provision in the mechanical power press

4    standard.

5    BY MR. HARTMAN:

6        Q.    You are talking about difference in the

7    standards but I am talking about differences in the

8    machine types.

9        MR. ROBINSON:  And that was -- if I may,

10   I actually thought your question was relating to

11   the machines, hence my asked and answered.  But it

12   was -- it did follow your question regarding the

13   different standards.  So then I was actually going

14   to withdraw my -- I thought I was confused.  So now

15   I will object to it as asked and answered because

16   he did tell you the differences earlier.

17   BY MR. HARTMAN:

18       Q.    I want a listing of the differences of the

19   machines themselves and the uses to which they are

20   intended to be used.

21       MR. ROBINSON:  Objection, asked and answered.

22       THE WITNESS:  Okay.  The physical appearance of

23   a mechanical press brake versus the physical

24   appearance of a mechanical punch press, the point

15

1    of operation in a punch press is generally

2    three-dimensional.  It has length, width and depth

3    to the tooling and the operation that more often

4    than not is going to be performed.

5        A mechanical press brake is basically a linear

6    machining operation, for example, the press brake

7    involved in Mrs. Lindquist's accident has a width

8    of six feet.  It can perform a bending operation up

9    to six feet wide.  The point of operation really

10   doesn't have any depth to it.  The machine is

11   capable of making a bend in a piece of sheet metal

12   along a line up to six feet left to right.

13       A punch press, for example, if I am going --

14   I might be able to have an operation with a punch

15   press, a mechanical power press or I am bending the

16   same piece of metal in two or more places all at

17   the same time.  And although a piece of tooling

18   might be designed to be able to do that and a

19   mechanical power press too, generally the standard

20   dyes for a mechanical press brake don't allow that.

21   If you make two bends, you have to do two separate

22   cycles of the machine and two different operations.

23       Q.   It seems to me you have interchanged the

24   terminology mechanical power press and press brake.

16

1    I am not trying to confuse you.

2        MR. ROBINSON:  What's the question?

3    BY MR. HARTMAN:

4        Q.   I am just asking --

5        A.   If I misspoke, I don't realize it.

6        MR. ROBINSON:  Read back the answer.  I think

7    you did misspeak.  You might have been referencing

8    a press brake.

9                    (Whereupon, the record was

10                       read.)

11        THE WITNESS:  No, I intended to say just what

12    the court reporter read there.

13        MR. ROBINSON:  I want to make sure.

14    BY MR. HARTMAN:

15        Q.   Well, would you explain that to me?

16        MR. ROBINSON:  We are on the record?

17    BY MR. HARTMAN:

18        Q.   Would you explain that to me that last

19    statement that you just said though you may be able

20    to -- which operation can you do multiple forms --

21    multiple bends at the same time?

22        A.   That would be on the mechanical power

23    press because of the three-dimensional nature of

24    the dye space and most tooling whereas again with

                                                    17

1  the press brake what you are really performing are

2  one-dimensional bends in pieces of sheet metal.

3      Q.   So a press brake does one-dimensional

4  bends, on a mechanical power press you can do

5  multiple dimensions of bends if the tooling is

6  correct?

7      A.   Yes, right.

8      Q.   Is there a difference in the speed between

9  your typical press brake and power punch press?

10     MR. ROBINSON:  I will object to the form.

11     THE WITNESS:  Yes, there are typically some

12 differences.  A mechanical punch press is probably

13 the fastest in that family of machines.  The

14 hydraulic press brake is probably the slowest in

15 that family of machines, and the mechanical press

16 brake is somewhere in the middle.  So there is

17 going to be some overlap in the speeds of

18 mechanical press brakes and mechanical power

19 presses.

20 BY MR. HARTMAN:

21     Q.   What is the range of speed and cycles per

22 minute that you are aware of with a press brake?

23     MR. ROBINSON:  Object to the form.

24     THE WITNESS:  As I recalled it, the press brake

                                                      18

1    in Ms. Lindquist's accident was designed to do a

2    maximum of 30 cycles per minute or strokes per

3    minute.  Hydraulic press brakes, I think I have

4    seen some really large ones that will go as slow as

5    perhaps one cycle in five to ten seconds.

6        Mechanical power presses, I think we have

7    encountered some that will do as many as 120

8    strokes per minute, two strokes per second.  So

9    that's probably as good as I can do as far as

10   giving you a feel for the general range of speeds.

11       Thirty-five cycles per minute is something that

12   both the mechanical press brake as well as the

13   mechanic power press will achieve.

14   BY MR. HARTMAN:

15       Q.   You today have knowledge of mechanical

16   power presses that have a cycle speed of 35 strokes

17   per minute?

18       A.   I am sure that I have been out on any

19   number occasions with Professor Barnett and have

20   inspected it, videotaped it, photographed them.

21       Q.   Today do you have personal knowledge of

22   any mechanical power press that operates at a speed

23   of 35 cycles per minute?

24       MR. ROBINSON:  Objection, asked and answered.

19

1      MR. HARTMAN:  No, he says, he is sure he has --

2      MR. ROBINSON:  You don't need to comment on my

3   objection.  I just made an objection.

4   BY MR. HARTMAN:

5      Q.   Let me re-ask the question.

6           Do you today have personal knowledge of

7   mechanical power presses that operate at

8   35 revolutions per minute?

9      A.   Other than knowing they exist, if you were

10  to ask me to give you the address and the name of a

11  company that owns one, I couldn't.

12     Q.   Is that typical for a mechanical power

13  press to operate at that slow of a speed?

14     MR. ROBINSON:  I will object to the form,

15  specifically the word slow.

16  BY MR. HARTMAN:

17     Q.   Okay.  Is it typical for mechanical power

18  presses to operate at 35 revolutions per minute?

19     A.   Yes.

20     Q.   What would -- are you aware of what the

21  average speed of mechanical power presses is in a

22  cycles per minute basis?

23     A.   No, I am not.

24     MR. ROBINSON:  I will object to the form.  If

                                                        20

 1    you could give a pause after the questions.  I want

 2    to make sure I am able to assert my objection to

 3    the form of that question.

 4        THE WITNESS:  All right.  I am sorry.

 5        MR. ROBINSON:  That's my fault.  I should have

 6    said that earlier.

 7    BY MR. HARTMAN:

 8        Q.  Can you tell me -- today can you tell me

 9    the range from slow to the fastest operating speeds

10    of mechanical power presses?

11        A.  No, I cannot without researching that

12    question.

13        Q.  Have you ever researched that prior to

14    today?

15        A.  No, it has just never been an issue that

16    I have needed to address.

17        Q.  I forgot to ask it.  I am sorry.  Have you

18    met with Mr. Robinson in the past 24 hours?

19        A.  I have, yes.

20        Q.  When was that?

21        A.  Last evening.

22        Q.  And how long were you with Mr. Robinson?

23        A.  I am going to say two to three hours.

24        Q.  Did you review your testimony for today in

                                                      21

 1   preparation?

 2        MR. ROBINSON:  I will object to the form of the

 3   question.

 4        THE WITNESS:  We didn't talk about my

 5   testimony.  I think I did most of the question

 6   asking.

 7   BY MR. HARTMAN:

 8        Q.   Did the subject of Professor Barnett's

 9   testimony come up last night?

10        A.   Yes, I brought it up.

11        Q.   And what did you bring up about that?

12        A.   Well, for starters I wanted to know if his

13   testimony went to completion.  I was -- I was

14   curious with regard to anything that went above and

15   beyond the scope of what Professor Barnett's report

16   had covered.  And in particular I was especially

17   interested in how Professor Barnett handled the,

18   certainly what I see as an inconsistency between

19   the positions he took in this case versus some of

20   the publications he wrote 15 to 20 years ago.

21        Q.   Did you and Mr. Robinson talk about Mr. --

22   Professor Barnett's distinguishing the difference

23   between a power press, a -- excuse me -- a punch

24   press and a press brake?

                                                       22

1      A.    Yes.

2      Q.    And did Mr. Robinson describe for you what

3  Professor Barnett had said?

4      A.    Yes.

5      Q.    Did you agree or disagree with

6  Mr. Robinson's description of what Professor

7  Barnett said?

8      MR. ROBINSON:  I will object to the form of

9  that question.  It makes no sense.

10     MR. HARTMAN:  That's a fair objection.  Let me

11  withdraw that question.

12  BY MR. HARTMAN:

13     Q.    What is your understanding of Professor

14  Barnett's testimony as to the distinction between

15  the mechanical power press, punch press and a press

16  brake?

17     A.    Well, with regard to the use of the front

18  gated foot control --

19     Q.    I am sorry.  I am talking about with

20  regard to the machine, the differences in the

21  machines.

22     A.    I believe the most significant differences

23  in the machines that Professor -- that I was told

24  Professor Barnett highlighted had to do with the

                                                    23

1    speed, mechanical power presses being faster and

2    press brakes being slower.

3        Q.    And you were also concerned in the

4    inconsistency of -- what you believe the

5    inconsistency of Professor Barnett's report and his

6    prior publications, am I correct?

7        A.    Yes.

8        Q.    Have you read those prior publications?

9        A.    I have.

10       Q.    In fact with regard to a mechanical power

11   press is there a particular type of clutch that you

12   would encounter on this type of machine?

13       A.    There are two different types of clutches

14   on a mechanical power press and really the same

15   would be true of a mechanical press brake as well.

16   But there is a partial revolution clutch and a full

17   revolution clutch associated with really either

18   type of machine.

19       Q.    Would you describe for us what a partial

20   revolution clutch is?

21       A.    A partial revolution clutch has the

22   capability of being disengaged at any point during

23   the operating cycle.

24       Q.    And a full revolution?

                                                        24

1    A.    A full revolution clutch does not have the

2    capability of being disengaged.  Once the cycle

3    begins, it has to go through to its completion

4    before the machine has an opportunity to stop.

5    Q.    So on a full revolution when you hit the

6    button goes all the way down or -- strike that.

7         On a full revolution clutch when you

8    activate it, it has to go a complete cycle?

9    A.    Yes.

10    Q.    On a partial revolution it is activated

11    only as long as you hit the button.  If you let go

12    of the source of activation, it stops?

13    A.    Yes, depending on the operating mode.

14    Q.    Explain that to me.

15    A.    If, for example, a machine with a partial

16    revolution clutch is being operated in the normal

17    operating mode, which is called single stroke, the

18    operator is required to hold the control activated

19    through the closing portion of the machine cycle.

20    The operator can then release the activating

21    control and during the upstroke the machine will

22    not stop.  It will complete its full cycle.

23         On the other hand, if the operating mode,

24    is, for example, the jog mode, which is typically

25

1    used during maintenance and set up, during the jog

2    mode the operating control has to be held as long

3    as the ram or the machine is cycling or stroking

4    during either the upstroke or the downstroke.  It

5    doesn't matter.  When you release the control, the

6    machines stops at any point during the cycle.

7        Q.    Okay.  So on a partial revolution clutch

8    it operates one of two ways, in a normal operating

9    mode any time you attempt to deactivate it by its

10   operating mechanism on the downstroke it will stop

11   but once it reaches the downstroke it will recycle

12   up by itself?

13       A.    Generally, yes, yes.

14       Q.    And then in the jog mode any time you let

15   off the foot control or the -- whatever means you

16   are using to activate it, it will stop, whether it

17   is down or up?

18       A.    That's correct.

19       Q.    The full revolution requires a complete

20   cycle?

21       A.    Yes.

22       Q.    Can you -- do you today know of any punch

23   press that has a partial revolution clutch?

24       A.    I don't think I would be out of line in

                                                        26

1  saying that virtually all punch presses that are

2  made today would be expected to have a partial

3  revolution clutch.  The full revolution clutch is

4  associated with much older equipment.

5      Q.   In 1978 machinery that was made in 1978

6  can you tell me of any punch press that was

7  manufactured prior to 1978 that had a partial

8  revolution clutch?

9      A.   Virtually any press manufacturer would

10  have made the partial revolution clutch at that

11  time era.  They were probably manufacturing both

12  styles of clutches.  Certainly the full revolution

13  clutch would have still been more prevalent than it

14  is today.  But I think by 1978 everyone in the

15  punch press business was probably making a machine

16  or at least offered that as a clutch option.

17      Q.   I understand you are saying that's what

18  probably happened.  I am asking do you have

19  personal knowledge today of any manufacturer that

20  manufactured a punch press with a partial

21  revolution clutch at any time prior -- from 1978

22  and before?

23      MR. ROBINSON:  Objection, asked and answered,

24  also object to the form.

27

1      THE WITNESS:  I am going to say no, I couldn't

2   swear to it because it was, you know, before I was

3   out of engineering school.  I really didn't have

4   the interaction with industry prior to 1978.

5   BY MR. HARTMAN:

6      Q.   Okay.  That's fine.  But prior -- so you

7   don't know the -- what punch press operators were

8   doing with regard to partial and full revolution

9   clutches prior -- from 1978 and before?

10      MR. ROBINSON:  Objection.  That isn't his

11   answer.  He said virtually all of them would have

12   offered it.  He can't specifically identify for you

13   a manufacturer that offers it.  So, objection,

14   asked and answered, misleading.

15      THE WITNESS:  Maybe this will help to further

16   clarify.  I have in my file here the 1971

17   mechanical power press standard.  The standard has

18   a section in it of rules that apply to full

19   revolution clutches and a section that applies to

20   partial revolution clutches.  So certainly they

21   were both in frequent enough use that the code

22   committee addressed both.  If there were no partial

23   revolution clutches around yet, the standard would

24   simply be silent on them.

28

1       MR. ROBINSON:  I didn't hear the year,

2   Mr. Switalski.  What year standard?

3       THE WITNESS:  '71.

4       MR. ROBINSON:  1971, thank you.

5   BY MR. HARTMAN:

6       Q.   With regard to mechanical press brakes,

7   are you aware of any manufacturer prior to 1978 --

8   excuse me -- prior to 1979 -- let me rephrase that

9   so it is clear.

10          With regard to mechanical power -- strike

11  that.

12          With regard to press brakes are you aware

13  of any manufacturer prior to 1979 that offered a

14  full revolution press brake?

15      A.   No, I don't have any personal knowledge of

16  it.

17      Q.   Is there anything in the ANSI standard of

18  19 -- what ANSI standard would have applied to a

19  press brake manufactured in 1978?

20      A.   I don't believe there was a press brake

21  standard before 1982.

22      Q.   Okay.  So do you have any information

23  today that press brake manufacturers offered full

24  revolution press brakes prior to 1979?

                                                    29

1      A.   I can pull out the 1982 standard for press

2    brakes.  And again if it similarly has a section in

3    it on full revolution clutches or another section

4    on partial revolution clutches, it would be

5    certainly an extremely strong indicator that both

6    styles of clutches existed prior to 1982.

7      Q.   Look at the standard and see if it exists.

8      MR. ROBINSON:  I am sorry.  Look at the

9    standard and what?

10     MR. HARTMAN:  See if it has that provision.

11     MR. ROBINSON:  Let me object to the form of the

12   question.  It appears Mr. Switalski is doing this

13   but we all could do this as well and review the

14   standard that is approximately one-inch thick.

15     THE WITNESS:  Okay.  I believe I did misspeak

16   in my last -- one of things I said was that the

17   1982 was the first press brake standard.  It was

18   not.  It was 1973.

19     But I have looked at both the 1973 and the

20   1982.  Neither one of them have a section regarding

21   the full revolution clutch.

22   BY MR. HARTMAN:

23     Q.   So would you agree then that since the

24   ANSI standard doesn't discuss full revolution

30

1    clutches on press brakes that it was unlikely that

2    manufacturers were including them on press brakes

3    in that era?

4         MR. ROBINSON:  I will object to the form of

5    that question.

6         THE WITNESS:  I would agree.

7    BY MR. HARTMAN:

8         Q.   In your report you indicated that you were

9    a proctor and helped Professor Barnett on his foot

10   control testing; is that correct?

11        A.   Yes, and I was one of the test subjects as

12   well.

13        Q.   Would you describe what your -- your

14   involvement was at that time?

15        A.   Yes, in 1979 I took a course that

16   Professor Barnett taught at the Illinois Institute

17   of Technology in design for mechanical safety.  In

18   conjunction with that class Professor Barnett was

19   already conducting some foot switch research where

20   a variety of different styles and manufacturers of

21   foot switches were brought to the class and all of

22   the students would activate each one of the variety

23   of foot switches.  And at that time as a student,

24   I was one of the individuals who participated in

                                                    31

1    that research.

2    BY MR. HARTMAN:

3        Q.    In looking at that research have you had

4    the opportunity to review the results of that

5    research?

6        A.    Yes.

7        Q.    Do you agree with the results of that

8    research?

9        A.    Yes, I do.

10       Q.    Would you describe for me what the -- what

11   was attempted to be gleaned from the information of

12   that research project?

13       A.    What had occurred in the industry

14   particularly with regard to the foot switches is

15   the foot switch guarding evolved from no cover over

16   the pedal at all to a top cover only, then to a top

17   cover with side shields and then Linemaster in

18   particular came out with a concept with the toe

19   latch that had to be depressed at the rear of the

20   pedal before the pedal could be depressed and

21   virtually every manufacturer of foot switches

22   started to come out with a front gate.  Virtually

23   all of the front gates were hinged at the top with

24   the single exception of the Allen Bradley foot

                                                            32

1    controlled which was hinged at the bottom.

2          So the research that Professor Barnett was

3    conducting at the time had to do with the

4    effectiveness as a safety device particularly of

5    the front gate concept but it also addressed the

6    effectiveness as a safety device of the side

7    shields on foot switches as well.

8    BY MR. HARTMAN:

9    Q.    What research was done with regard to that

10   paper?

11   A.    Basically each test participant was asked

12   to activate each style of foot switch as fast as

13   they could and the number of times each participant

14   was able to activate the foot switch in, say, a

15   60-second period was tabulated, which allowed the

16   foot switches to be ranked from slowest to fastest.

17         The foot switches with no covering at all

18   tended to be the ones that could be most quickly

19   activated, the most activations in one minute of

20   time.

21         The foot switch with the front gate that

22   hinged at the bottom, which would be Allen Bradley

23   product, turned out to be the foot switch with the

24   fewest activations per minute.  In other words the

33

1    presence of the front gate slowed down the cycle

2    time when the user was required to completely

3    remove the foot out of the foot control between

4    every activation.

5         There was another method of activating

6    foot controls with no side shields.  Rather than

7    stepping on the pedal by insert your foot, take

8    your foot out, insert your foot, take your foot

9    out, there was another pivoting method where the

10   person would keep their heel on the ground and

11   pivot into the foot switch from the side.  That

12   could only be done if there was no side shield.

13        There was a theory proposed that a press

14   operator was less likely to have difficulty with

15   their balance while standing when activating with

16   the pivoting foot motion from side to side,

17   remaining on their heel versus where you had to

18   pick your foot up every time and put it into, bring

19   it out of the switch.

20        The research results did not support the

21   idea that there was better operator balance using

22   the pivoting versus what I will call the

23   reciprocating foot method.  But the research also

24   showed that because of the -- with regard to the

34

1    front gated foot switch, the research showed that

2    because of the added difficulty that operators

3    would have getting their foot into the foot

4    control, they were less likely to remove their foot

5    from the foot control between activations and that

6    gave rise to a condition or a misuse that has been

7    tagged with the name riding the pedal.

8        Q.    What research --

9        MR. ROBINSON:  Were you -- was your answer

10   complete, Mr. Switalski?

11       THE WITNESS:  I think so.

12   BY MR. HARTMAN:

13       Q.    I thought so too.  I am sorry.

14       MR. ROBINSON:  I just wanted to make sure.

15   BY MR. HARTMAN:

16       Q.    What research -- strike that.

17            What test results gave rise to the belief

18   that or the opinion that when the front gate was on

19   the foot pedal the operator would tend to leave

20   their foot in it?  What -- what gives rise to that

21   conclusion?

22       A.    The observations after I became an

23   employee of Triodyne.  Professor Barnett and

24   I frequented many different press metal working

                                                    35

1    plants throughout the country.  It was a regular

2    observation that when foot switches were in use

3    that had the front gate, one, either the gates were

4    taped open or spring held open or that the press

5    operators were simply leaving their foot inside the

6    switch all the time to avoid the extra work, extra

7    hassle, extra difficulty, whatever have you, of

8    getting your foot back into the pedal for each

9    cycle of the machine.

10   BY MR. HARTMAN:

11       Q.    Nowhere in the studies that I have read is

12   there any indication that the results and

13   conclusions that were obtained in the paper, that

14   were put down on paper were based on observations

15   outside of the test subjects.  Are you telling me

16   that that was introduced into the papers?

17       A.    I am almost sure that one or more of

18   Professor Barnett's foot switch publications make

19   reference to field observations.

20       Q.    Okay.  Can you tell me what paper that

21   would be?

22       A.    I am going have to start looking through

23   them individually.

24       Q.    We are going to go through them

                                                    36

1    individually later.  So we will do that at that

2    time.

3        A.    Okay.

4        Q.    How often have you been with Professor --

5    how many times did you accompany Professor Barnett

6    on field observations?

7        A.    It had to be well into the hundreds.

8        Q.    Those hundreds of times were in

9    anticipation of preparing a report?

10       A.    I think every field inspection certainly

11   had that potential, yes.

12       Q.    Are you aware of any field observation

13   that found its way into a report?

14       MR. ROBINSON:  Objection, asked and answered.

15   You just told him you were going to get to that

16   later.  Specifically he said he would have to look

17   through the actual reports to confirm it but he

18   thought so.

19       MR. HARTMAN:  I am asking him is he aware of

20   any particular field observation that found its way

21   into a report.

22       THE WITNESS:  Well, yes, in fact there was one

23   inspection that particularly sticks out in my mind

24   because I am virtually positive that Professor

37

1    Barnett wrote about it in one of his papers and

2    that was the observation that we found a press

3    operator -- because I was the one that pointed it

4    out Professor Barnett -- who operated the press in

5    such a way that he kept his -- he kept the pedal

6    pushed down all the time.

7        And when he wanted the machine to cycle, he

8    would release the pressure on the foot pedal and

9    then stand back on it.  So in effect what he was

10   doing was using the single stroke circuitry logic

11   of the machine to allow the machine to stop rather

12   than the removal of his foot from the activating

13   control to stop the machine.

14   BY MR. HARTMAN:

15       Q.   Well, once you take your foot off the

16   activating control, doesn't it stop the machine?

17       A.   Yes, but this operator was keeping his

18   foot on the pedal all the time.

19       Q.   Well, wouldn't that be a continuous stroke

20   method?

21       A.   No, because the punch press has a single

22   stroke capability which forces you to at some point

23   release the activating control before you get a

24   subsequent cycle of the machine.  So the -- it was

38

1    a demonstration of how critical the reliability of

2    the single stroke circuitry built within the

3    machine had to be.

4        Q.    Well, correct me if I am wrong, the single

5    stroke is, goes down and up, am I correct, a

6    complete stroke?

7        A.    Yes.

8        Q.    A continuous stroke is when you hit the

9    pedal it continues?

10        A.    Another feature of a single stroke,

11    however, is that if the operator depresses and

12    holds down the activating means, the machine will

13    cycle once and only once.  You get a single stroke.

14    And if the operator fails to release the activating

15    means in the single stroke mode, he will still get

16    one single stroke.  But it is not the set of

17    electrical contacts in the two-hand control or the

18    foot switch that are now stopping the machine.  It

19    is the internal circuitry logic built into the

20    control that is telling the machine to make only

21    one stroke.  So there is a different set of

22    electrical contacts being taxed to accomplish that

23    end than what is normally done by releasing the

24    activating means.

39

1     Q.    That's the one.  Any other situations you

2  recall that found its way into a report?

3     A.    That was a misuse of a foot control that

4  I think both of us observed for the first time on

5  that particular inspection.  And certainly it made

6  enough of an impression apparently on Professor

7  Barnett that he wrote about it in a publication and

8  it made enough of an impression on me that I never

9  forgot about it either.

10    Q.    Did that foot control have a gate?

11    A.    I don't recall.  I don't recall if it did

12  or not.

13    Q.    And that was on a power press?

14    A.    Yes, it was.

15    Q.    Excuse me.  A punch press because a power

16  press could be either according to you?

17    A.    Yes, but the one we observed was on a

18  punch press.

19    Q.    When did you leave employment with

20  Professor Barnett at Triodyne?

21    A.    I believe at the end of March 2004.

22    Q.    Am I correct you did that to start your

23  own business?

24    A.    Yes -- well, there were more reasons than

                                                          40

1    just starting my own business but certainly that

2    event was concurrent with leaving Professor

3    Barnett.

4        Q.    I would like to know the reasons.

5        A.    Okay.  I had already been involved in

6    another business.  I happened to co-own a bowling

7    center.  At that same time my partner who is the

8    active person operating the bowling center on a

9    day-to-day basis wanted to take his first steps

10    towards retirement.

11        So I knew that the demand on my time was

12    going to increase with respect to the bowling

13    center.  I also knew that Professor Barnett was

14    instituting some changes within Triodyne that were

15    likewise going to increase the number of hours that

16    employees were expected to work.

17        And because I just did not feel that the

18    two could coexist satisfactorily at the same time,

19    I decided that it was time to perhaps leave

20    Triodyne, do this on my own and really a

21    combination of multiple events going on in my life

22    that led to the decision to leave.

23        Q.    But it was basically -- I am just trying

24    to make sure I cover all of the bases -- it was a

41

1    lifestyle change, not a professional falling out

2    between you and Professor Barnett?

3        A.    No, not at all.  As a matter of fact to my

4    surprise and a very pleasant surprise, despite

5    Professor Barnett asking me to send letters to the

6    clients on every file I was handling and allowing

7    me to take files with me when the client said we

8    would like the file to remain with Bill Switalski,

9    my expectation was on the files where clients said

10   we want the file to remain with Triodyne because we

11   expect Professor Barnett to ultimately testify,

12   Professor Barnett asked me to take even the files

13   that he was going to be testifying with me.  And we

14   have had a very good working relationship as those

15   files have reactivated over the course of the last

16   two years.

17       Q.    Because this is litigation, I have to ask

18   questions just to make sure that there is no,

19   nothing that you felt that Professor Barnett was

20   doing wrong or any -- that caused you to leave.

21   I am just trying to clarify it was just --

22       A.    No, not at all.  It was a more amicable

23   separation than I had hoped for.

24       Q.    Okay.  So you were treated fairly?

                                                    42

1      A.   Yes, I was.

2      Q.   And during the course of your working with

3   Professor Barnett, would you agree that he conducts

4   himself in a professional manner?

5      MR. ROBINSON:   Object to the form of the

6   question.

7      THE WITNESS:   Yes.

8   BY MR. HARTMAN:

9      Q.   Would you agree that you have never

10   witnessed or encountered anything that was

11   unethical?

12      MR. ROBINSON:   Object to the form of the

13   question.

14      THE WITNESS:   Unethical, no.

15      Professor Barnett and I did disagree from time

16   to time when it came to professional opinions on

17   some matters.   And on those instances it was simply

18   that there was something in a report that Professor

19   Barnett would sign that I disagreed with,

20   I wouldn't cosign the report with him and that was

21   the end of it.   It didn't mean we couldn't work

22   together amicably any more.

23   BY MR. HARTMAN:

24      Q.   Again, I am just making sure that, for the

43

1    record, I am not trying to imply anything.  But

2    when you have a long history like the two of you

3    had, it is just I need to find out if there is

4    something that you know that I should know; and

5    this is a discovery deposition.  That's the purpose

6    of it.

7        A.   I understand.

8        Q.   Am I correct as of today you are not able

9    to determine what model foot pedal accompanied the

10   Heim press brake that was involved in this

11   accident?

12       A.   Well, the only input information I have is

13   what is in this file documentation; and I have seen

14   some photographs that were taken while the press

15   was still at Cory Manufacturing.  I understand that

16   after Cory closed or after the machine went through

17   a used machinery dealer, the foot switch was

18   disposed of.  And, unfortunately, even the foot

19   control in use at the time of the accident wasn't

20   particularly well documented before it was disposed

21   of.

22           And from the testimony of the in-house

23   Heim personnel that was taken, they didn't seem to

24   have any way of confirming exactly what foot

44

1    control accompanied the new machine.  So I really

2    don't have any more information than what other

3    witnesses have been able to piece together.

4            I certainly have some knowledge of what

5    Linemaster's product looks like because Linemaster

6    was a client of mine and Professor Barnett's for

7    many years while I was at Triodyne.  We did a

8    number of litigation projects for Linemaster.

9        Q.    Would you agree that in 1977 Linemaster

10   manufactured a foot control that had a kick plate?

11       A.    Now by kick plate you mean the front gate

12   as opposed to the toe latch?

13       Q.    It is called -- some people have called it

14   kick plate, toe latch and they call the front gate

15   the front gate.  What do you call the thing that

16   prevents your foot from going into the cover?

17       A.    I have been calling it the gate, the front

18   gate.

19       Q.    And what do you call the mechanism at the

20   back of the pedal that you have to hit so that the

21   pedal will allow the pedal to go down, the toe

22   latch?

23       A.    I have been calling it a toe latch.

24   I believe Linemaster calls it an anti-trip latch.

                                                        45