# EXHIBIT H

# PART 2

1        Q.    With regard to the anti-trip latch -- I am

2    going to use Linemaster's terminology -- would you

3    agree that Linemaster manufactured a foot control

4    with the anti-trip latch in 1977?

5        A.    Yes, in fact I have the patent for the toe

6    latch in my file; and the patent was issued in

7    1960.

8        Q.    When is -- when were you -- to the best of

9    your knowledge when did Linemaster first make that

10   foot control with an anti-trip mechanism available

11   to the public?

12       A.    I don't have any opinion on it.  I just

13   don't know.

14       Q.    And in 1977 am I correct that Linemaster

15   also had a foot control that had the anti-trip

16   mechanism and the front gate?

17       A.    Again I don't know when they came out on

18   the market with it.  I would suspect as an

19   assumption on my part that it was available at that

20   time but I don't know.

21       Q.    You don't have an opinion either way?

22       A.    No, it is really not an opinion matter.

23       Q.    You don't have knowledge either way?

24       A.    No.

                                                      46

1     Q.   Your report says the foot control

2   originally supplied with the Heim press brake

3   cannot be determined; is that your testimony today?

4     A.   Yes.

5     Q.   It indicates that from your looking at the

6   photographs supplied to you that you believe that

7   the foot control involved in this accident was not

8   an original Linemaster product; am I correct?

9     A.   Yes, because of the -- not only the

10  photographs but there were witnesses from Cory

11  Manufacturing who talked about the toe latch and

12  that when compared to the engineering drawing from

13  Heim that showed they didn't start utilizing the

14  pedal with the toe latch until 1982 led me to the

15  conclusion that it was probably not the pedal that

16  originally accompanied the machine in 1978 because

17  it was not until four years later that they started

18  using the style that had the toe latch.

19    Q.   The drawing you are talking to is the

20  A-470 drawing?

21    A.   I don't remember the number of the drawing

22  but I think I can verify it quickly.

23         Yes, the drawing that I have is A-470-D.

24    MR. HARTMAN:  Let's mark that, please.

47

```
 1                    (Whereupon, SWITALSKI Deposition
 2                    Exhibit No. 1 was marked for
 3                    identification.)
 4                    (Discussion off the written
 5                    record but on the video record.)
 6  BY MR. HARTMAN:
 7      Q.   The drawing that you are referring to has
 8  been marked and identified as Switalski Exhibit
 9  No. 1; am I correct?
10      A.   Yes.
11      Q.   And that's the drawing that indicates to
12  you that the switch originally provided with the
13  Line -- with the Heim press brake was one that did
14  not have the anti-trip latch, correct?
15      A.   Correct.
16      Q.   What information in that document are you
17  relying upon to make that conclusion?
18      A.   There is the standard list of changes and
19  the changes are dated -- well, Change No. 1 is
20  November 9, 1982.
21           And Change No. 2 is dated December, looks
22  like 20th, 1982.  On December 20, 1982, Part No.
23  A-470, which is the anti-trip foot control from
24  Linemaster, was added to the drawing.  Prior to
```

48

 1    that it didn't appear on this drawing.

 2        Q.    Okay.    Now are you aware that Heim has

 3    indicated that they could not -- because of the

 4    lapse of time, they could not identify what foot

 5    pedal accompanied the press brake that

 6    Ms. Lindquist was involved with?

 7        MR. ROBINSON:    Objection to the form,

 8    misleading and inaccurate.

 9        THE WITNESS:    Yes, I am aware of Heim's

10    testimony in that regard.

11    BY MR. HARTMAN:

12        Q.    And what is your understanding of their

13    testimony?

14        A.    That they -- just as you indicated, they

15    cannot identify the specific foot control that

16    accompanied the original press in 1978.

17        Q.    And you are aware that Heim supplied us

18    the document that you are relying upon?

19        A.    Yes.

20        Q.    Based on that document alone what

21    information do you have that Heim -- what

22    information do you have that allows you to conclude

23    that that document relates to the press brake at

24    hand?

                                                    49

1        MR. ROBINSON:  The press brake what?

2    BY MR. HARTMAN:

3        Q.    Involved in this case.

4        A.    In the title block it says used on all

5    presses.

6        Q.    Right.

7        A.    So in the years prior to 1982 the only

8    information that would have been on this drawing

9    would have included a foot control with no toe

10   latch.  The part of the title block here where it

11   says use on all presses has no change indication

12   associated with it.  So that would tend to indicate

13   that the Linemaster foot control with no toe latch

14   was in use on all presses prior to December 1982.

15       Q.    Could it also mean that all presses is

16   referring to mechanical punch presses and not brake

17   presses?

18       MR. ROBINSON:  Object to form.

19   BY MR. HARTMAN:

20       Q.    Could that be one interpretation?

21       A.    Anything is possible.

22       Q.    Could that be one legitimate

23   interpretation?

24       A.    Again, it is a question that involves is

                                                    50

1    something possible, yes.

2        Q.    Could it be that that is reflecting that

3    there is a change with regard to replacement parts?

4        MR. ROBINSON:   I will object to the form.

5        THE WITNESS:   I doubt it because replacement

6    parts for foot switches would have to come directly

7    from Linemaster, not Heim because they don't

8    manufacture the foot switch or any part of the

9    assembly.

10   BY MR. HARTMAN:

11       Q.    I am sorry.  I didn't mean replacement

12   parts of the foot switch.  I am talking about

13   replacement parts in the sense of replacement foot

14   control.

15       MR. ROBINSON:   Same objection.

16       THE WITNESS:   Again I can't deny that it is not

17   possible.  I don't read it that way.

18   BY MR. HARTMAN:

19       Q.    But Heim can't tell us what's going on

20   with regard to that and you are giving me an

21   opinion as to what your understanding is.  I am

22   trying to find out what information you have.

23       MR. ROBINSON:   Hold on.  Let me object.  You

24   can't testify, Mr. Hartman, as to what Heim can and

51

1    can't tell you.  You have inaccurately stated

2    Mr. Heim's position to the witness, and it is not

3    appropriate for you to phrase your question with

4    your statement to try to get that into the record

5    somehow.

6    BY MR. HARTMAN:

7        Q.   So you are making assumptions about what

8    that document is.  You don't have any independent

9    thoughts if that document relates to the press

10   brake that was involved in this Lindquist accident?

11       MR. ROBINSON:  Object to the form.  I don't

12   know what that means, independent knowledge.

13       THE WITNESS:  The only knowledge I can have of

14   this document is through my own reading and

15   engineering understanding of how specifications of

16   this type are typically written.  If Heim did it

17   some other way, they are going to have to tell us.

18   BY MR. HARTMAN:

19       Q.   Okay.  You just don't know what way Heim

20   did it, am I correct?

21       A.   I wasn't there.

22       Q.   So you don't know how Heim did it?

23       A.   Correct.

24       Q.   And you don't know how Heim interpreted

52

1    that drawing?

2        A.    Correct.

3        Q.    You also indicate that you base your

4    decision, your testimony that you don't know what

5    foot control was originally supplied with the Heim

6    press based on, I believe, that the actual foot

7    pedal was black?

8        A.    The first photograph that I was shown had

9    the appearance of a black pedal and in my own -- of

10   my own personal knowledge of Linemaster foot

11   switches, the pedals are painted the same orange as

12   the rest of the cover and the housing.  That in

13   conjunction with testimony from one of the Cory

14   Manufacturing individuals that said they used two

15   kinds of foot pedals at Cory, one being black and

16   one being orange, certainly left the door open to

17   the potential that I pointed out in my report that

18   perhaps this is a hybrid of the black foot pedal

19   with Linemaster's cover placed over it, what

20   I referred to as a hybrid foot pedal.

21       Q.    Are you giving an opinion to a reasonable

22   degree of scientific certainty that this was a

23   hybrid foot pedal?

24       A.    No.

53

```
 1      Q.   It is just one of the possibilities,
 2  correct?
 3      A.   Yes.
 4      Q.   Would you show me in your file what photo
 5  you relied upon to make a determination that the
 6  feet pedal was black?
 7      A.   Yes, in fact I recall that there was a
 8  label on the picture of a No. 3.  Let me find it.
 9      Q.   May I see it, please?
10      MR. HARTMAN:  Paul, would you like to see it?
11      MR. ROBINSON:  No, I appreciate that.
12      MR. HARTMAN:  Can we mark this as Switalski
13  Exhibit No. 2?
14                      (Whereupon, SWITALSKI Deposition
15                      Exhibit No. 2 was marked for
16                      identification.)
17  BY MR. HARTMAN:
18      Q.   The picture that gave rise to the belief
19  of a possibility that it was a hybrid pedal that
20  you relied upon is Picture No. 3 indicated in
21  Switalski Exhibit No. 2; am I correct?
22      A.   Yes.
23      Q.   Okay.  Would you expect that a foot pedal
24  that was 20 to 30 years old in use might be --
```

54

 1    might have had the orange paint worn off of it and

 2    looked black from grease, grime, dirt and that

 3    other type of stuff?

 4        MR. ROBINSON:  Object to the form of that

 5    question.

 6        THE WITNESS:  Certainly a good possibility.

 7    BY MR. HARTMAN:

 8        Q.   And if that foot pedal was orange or had

 9    indications that it was orange at one time that

10    would go against your -- I don't want to say

11    opinion -- belief, that there is a possibility that

12    the foot pedal was a hybrid; am I correct?

13        A.   Yes.

14        Q.   Do you intend on giving the opinion that

15    this was a hybrid foot pedal?

16        A.   No, I don't anticipate giving that

17    opinion, only pointing out that the potential

18    existed because there is simply not adequate

19    documentation of the foot pedal to I think draw a

20    conclusion that this was a hybrid.

21        Q.   But you are basing your decision on the

22    hybrid on the foot pedal itself being black and

23    other black foot pedals being used in the factory?

24        MR. ROBINSON:  Object to the form.  You can

                                                          55

1    assume he is going to give all of the opinions that

2    have been set out in his report, that being one of

3    them.

4        MR. HARTMAN:  You can say whatever you want --

5        MR. ROBINSON:  That's what the reason for

6    producing the report was, to identify the opinions

7    and beliefs and the facts that he relied upon in

8    coming to his opinions.  So I want you to make --

9    I want to make sure the record is clear that you

10   can assume that everything that's contained in his

11   report will be the subject of testimony at the

12   trial, if there is such a trial.

13   BY MR. HARTMAN:

14       Q.   Sir, can you give an opinion to a

15   reasonable degree of engineering certainty that

16   this is a hybrid pedal?

17       A.   No, I cannot.

18       Q.   And if the foot pedal itself was orange or

19   had remnants of orange paint on it, that would work

20   against any type of belief that this was a hybrid

21   pedal; am I correct?

22       MR. ROBINSON:  I will object to the form of

23   that question.

24       THE WITNESS:  Yes.

56

1    BY MR. HARTMAN:

2        Q.    In your report on page 3 you indicate, and

3    I am going to read it to you -- actually, please

4    read for me the last paragraph of your report on

5    page 3.

6        A.    All right.  On the other hand Cory

7    witnesses as well as the report prepared by Barnett

8    and Ulmenstein identify a foot control equipped

9    with a maintained latch mechanism.  This feature

10   requires full insertion of the user's foot into the

11   pedal housing to push the latch forward with the

12   toe before the pedal can be depressed.  Linemaster

13   patented this feature in 1960 and to my knowledge

14   manufacturers the only foot switch with this safety

15   feature.  This foot control currently called the

16   Hercules anti-trip foot switch, field shield model,

17   is intended to help prevent accidental actuation.

18       Q.    Does the Hercules anti-trip foot switch,

19   full shield model, prevent, help to prevent -- let

20   me strike that again.  Let me start over.

21            Does the Hercules anti-trip foot switch,

22   full shield model, help prevent accidental

23   activation?

24       A.    Yes, it does.

                                                        57

1    Q.    And how does it help protect against

2    accidental activation?

3    A.    Well, if we compare a Hercules foot switch

4    with no toe latch versus one that has a toe latch

5    and let's say the same operator accidentally steps

6    on either pedal but inserts their foot only halfway

7    into the foot switch, the Hercules without the toe

8    latch will be activated.  The Hercules with the toe

9    latch will not be activated.  So easy conclusion to

10   draw that the toe latch helps prevent accidental

11   activation.

12   Q.    Have you done any studies with regard to

13   the Hercules anti-trip foot switch, full shield

14   model?

15   A.    The only studies are the ones that were --

16   Professor Barnett had been conducting that I was

17   involved with.

18   Q.    And what studies would they be?

19   A.    The ones where I participated as a student

20   and then after I became an employee, as a proctor

21   to others in Professor Barnett's classes.

22   Q.    Do you know what articles written by

23   Professor Barnett contain that information?  Do you

24   know the titles?

58

1      A.    There were three different publications

2    that Professor Barnett co-authored that addressed

3    foot controls, and I have them here in my file.

4    I will read the titles.

5      Q.    Let's mark them, if you don't mind.

6    I will return all of this to you -- the court

7    reporter will once she gets the copies.

8      A.    The first or the earliest publication is

9    one called Philosophical Aspects of Dangerous

10   Safety Systems, which goes back to December 1982.

11     MR. HARTMAN:   Mark that as No. 3.

12                         (Whereupon, SWITALSKI Deposition

13                          Exhibit No. 3 was marked for

14                          identification.)

15     THE WITNESS:   The second publication is

16   entitled Foot Controls:  Riding the Pedal, and I

17   see here that Professor Barnett was the sole author

18   on this one.  And it is dated July 1997.

19                         (Whereupon, SWITALSKI Deposition

20                          Exhibit No. 4 was marked for

21                          identification.)

22     MR. HARTMAN:   Mark that as No. 4.

23     THE WITNESS:   And the third publication is

24   called or entitled Foot Control Activation -

                                                    59

1    Reciprocating Versus Pivoting, and this one was

2    published September 1998.

3                        (Whereupon, SWITALSKI Deposition

4                        Exhibit No. 5 was marked for

5                        identification.)

6    BY MR. HARTMAN:

7         Q.    Now with regard to Exhibits 3 through 5,

8    the articles that were either authored solely by

9    Professor Barnett or in conjunction with other

10   individuals, which of those articles were you

11   involved in?

12        A.    All of them.

13        Q.    So you were involved in -- so let's start

14   with Exhibit No. 3, Philosophical Aspects of

15   Dangerous Safety Systems; what was your involvement

16   in that?

17        A.    At the time this was written Professor

18   Barnett and I were both involved in cases that had

19   to do with sidewalk ramps, which are also covered

20   in the paper, overhead guards for forklift trucks,

21   which are covered in the paper, and foot switches,

22   particularly that is the Allen Bradley style that

23   is illustrated along with the foot switch.

24              Certainly the conclusion that Professor

                                                            60

1    Barnett drew with regard to this style of foot

2    switch encouraging the practice of riding the pedal

3    is an outcoming of the foot switch research that he

4    was conducting, I was participating in and helping

5    him conduct in the early '80s with other classes.

6        Q.    And the foot switch you are talking about

7    is the Allen Bradley foot switch?

8        A.    Yes, that's the one illustrated.  The foot

9    switch he is talking about is any foot switch with

10   a front gate.  The one selected for the

11   illustration was the Allen Bradley because it was

12   the most notorious for seeing people in the field

13   riding the pedal.

14       Q.    And would you read the paragraph that you

15   are relying upon?

16       A.    Yes.

17           Many punch press manufacturers have

18   completely blunted the attack of the plaintiff's

19   bar on foot switches by adopting the mouse trap

20   design i.e., foot switches guarded on all sides

21   with a hinged door at the foot port.  Recently

22   completed research has confirmed what some press

23   manufacturers hypothesized, the mouse trap design

24   is unsafe for most punch press operations since it

61

1    encourages the practice of riding the pedal.

2        Q.    The mouse trap operation?

3        A.    Yes.

4        Q.    Would you agree that the mouse trap

5    operation is one by which the foot pedal instead of

6    swiveling up, swivels down?

7        A.    Yes, that term mouse trap design is

8    specifically associated with the Allen Bradley.

9        Q.    And with regard to the article that you

10   are referring to, which we have identified as

11   Exhibit No. 3, your involvement was based on

12   helping with prior research that was included in

13   that article as it relates to foot control

14   operation?

15       A.    Yes.

16       Q.    You weren't involved in authoring that

17   report?

18       A.    No, I did not write any of those actual

19   words that are in this paper, no.

20       Q.    You weren't involved with regard to

21   editorializing that?

22       A.    Typically Professor Barnett would

23   circulate these safety briefs to everyone on his

24   staff before they went to the printer.  So in that

                                                    62

1    regard, yes, I was involved in the editorial

2    process.  There is nothing that sticks in my mind

3    with regard to Bill Switalski saying make such and

4    such a change before you print it.

5        Q.   So you would agree that your involvement

6    was based on prior research that happened to be

7    included in that report?

8        MR. ROBINSON:  I will object.  It is misleading

9    and ignores what he just said about his reading of

10   the -- and editorializing as well.

11       THE WITNESS:  Yes.

12   BY MR. HARTMAN:

13       Q.   Other than the paragraph that you read, is

14   there anything else that you did with regard

15   Professor Barnett that was included in that report?

16       A.   Well, the field observations that led to

17   some of the other products used as examples in this

18   paper are products that Professor Barnett and

19   I worked on together, including as I earlier

20   indicated the overhead guard on forklift trucks and

21   sidewalk ramps.

22       Q.   So you had some prior research involved in

23   those areas but with regard to foot controls your

24   involvement was based on prior research?

63

1    A.    Yes.

2    Q.    And other than him including some of that

3  research in it, you had no involvement with regard

4  to the portions that you just read to us?

5    A.    Correct.

6    Q.    The portion you just read to us talks

7  about an Allen Bradley mouse trap design?

8    A.    It doesn't specifically identify Allen

9  Bradley as the product manufacturer but he and

10  I both know it is.  I don't think Allen Bradley is

11  named in the paper.

12    Q.    Okay.  Well, it refers to a mouse trap

13  design which is one where it swivels from the

14  bottom, you pull the thing down and slide your foot

15  in, correct?

16    A.    Yes.

17    Q.    And it refers to punch presses, correct?

18    A.    Yes, it does.

19    Q.    There is no mention relating to press

20  brakes for that matter, is there?

21    A.    There is not.

22    Q.    And punch presses and press brakes are

23  different machines?

24    A.    Yes, they are.

                                                    64

1      Q.   I have a couple of questions for you with

2   regard to ANSI; and because it has been brought up

3   in this case, I think it is important for us to

4   talk about.

5           And, again, I am trying to understand what

6   ANSI is, so please listen carefully and if there is

7   something that I am misstating, don't feel

8   uncomfortable in correcting me.

9      A.   All right.

10     Q.   Am I correct that with regard to the ANSI

11  standard that covers punch presses -- strike that.

12  I am sorry.

13          Am I correct that with regard to the ANSI

14  standard covering press brakes, ANSI does not tell

15  you what type of foot pedal or foot control to

16  have?

17     MR. ROBINSON:   I will object to the form.  What

18  ANSI are you referring to?

19     MR. HARTMAN:   The 1972 standard -- or was it

20  '73?

21     THE WITNESS:   '73 was the first for the.

22  BY MR. HARTMAN:

23     Q.   Am I correct that ANSI -- the ANSI

24  standard 1973 covering press brakes does not tell

65

1    you what type of safety mechanisms to have, it

2    basically tells you a minimum standard of what it

3    wants?

4        MR. ROBINSON:  Object to the form of that

5    question.

6        THE WITNESS:  The standard states that the foot

7    control has to be protected against accidental

8    actuation and specifically must protect against

9    someone stepping onto the pedal which gave rise to

10   the requirement for at least a top shield.

11       ANSI was very specific -- or I should say the

12   code committee that wrote that was very specific

13   about using the word onto the pedal as opposed to

14   into the pedal.  They recognized that normal use of

15   the foot control involved stepping into it.  So

16   there is no way to prevent someone who accidentally

17   actuates it from stepping into it.  So they use the

18   word accidental activation by stepping onto the

19   pedal, in other words, from above again, which gave

20   rise to the top shield.

21       The illustration of an acceptable foot control

22   that's used in the standard shows both a top shield

23   and side shields.  It does not show a toe latch.

24   It does not show a front gate.

66

1    BY MR. HARTMAN:

2        Q.    But if it had a toe latch or a front gate

3    and it had the cover to protect you from stepping

4    onto it, it would be an ANSI-approved shield?

5        MR. ROBINSON:   Objection -- excuse me -- I will

6    object to the form of the question.

7        THE WITNESS:   ANSI does not approve products

8    but it would certainly -- it would certainly

9    include all of the required features.  I don't

10   think the committee would exclude the foot control

11   with additional features.

12   BY MR. HARTMAN:

13       Q.    I am sorry.  So it would be an ANSI, would

14   the term be, acceptable shield then?

15       A.    Yes.

16       Q.    So -- I am going to show you Exhibit

17   No. 4, which has shields from 1 to No. 12.  I would

18   ask you to look at all of those shields.

19       A.    All right.

20       Q.    Is there any shield that's located in

21   Exhibit 1, 1 through 12 that would not be an

22   ANSI-acceptable shield?

23       A.    There is not.  There are no uncovered foot

24   switches shown in this publication.

                                                        67

1       Q.    So those shields are all acceptable?

2       A.    Yes.

3       Q.    And all of those shields that are

4   acceptable by ANSI would be approved to be used on

5   a press brake?

6       A.    In 1973, yes.

7       Q.    And in 1978 as well?

8       A.    And in '78, yes.

9       Q.    In fact today all of those shields would

10  be approved as well; am I correct?

11      A.    I would have to look at the specific

12  language again but the only exception I -- that

13  there might be a possibility today is the side

14  shields.

15      Q.    That they would have to have side shields?

16      A.    The side shields too, yes, but other than

17  that one distinction, yes, they would be acceptable

18  today.

19      Q.    So at least we know as of today foot

20  pedals 5 through 12 would be approved to be used on

21  a press brake?

22      A.    Yes.

23      Q.    And they would be acceptable to ANSI?

24      A.    Yes.

68

1      Q.   And in 1978 all 12 of the foot pedals

2   located would be acceptable by ANSI and approved to

3   be put on press brakes?

4      A.   Yes, and I should add just one additional

5   thing to my answer and that is ANSI, as we just

6   said, would find foot switches 5 through 12

7   perfectly acceptable providing that they are used

8   in conjunction with either point of operation

9   guarding or safe distance.

10     Q.   Okay.  Safe distance is a HOOD

11   requirement, am I correct?

12     MR. ROBINSON:  Excuse me.  I will object to the

13   form of the question.

14   BY MR. HARTMAN:

15     Q.   Do you know what HOOD is?

16     A.   Yes, hands-out-of-dye.

17     Q.   And safe distancing is -- guarding by safe

18   distance is a HOOD method of safeguarding issue,

19   correct?

20     MR. ROBINSON:  Object to the form of the

21   question.

22     THE WITNESS:  It is a method of achieving HOOD,

23   yes.

24

69

1   BY MR. HARTMAN:

2        Q.   Would you agree that with regard to HOOD

3   requirements, hands-out-of-dye, that is directed at

4   the employer as it relates to setting up the

5   machine and the operation; am I correct?

6        A.   Oh, absolutely, yes.

7             With the advent of the 2002 press brake

8   standard there was one additional requirement

9   placed on foot switch use that wasn't there in

10  earlier additions.  And that is that when safe

11  distance method of safeguarding was used on a press

12  brake, the foot switch also had to be physically

13  anchored into the floor at the safe distance.

14  Prior to that time the foot switch could be placed

15  on the floor at a safe distance; but beginning with

16  2002, it had to be physically anchored to the

17  floor.

18  BY MR. HARTMAN:

19       Q.   And that would be a requirement for the

20  employer in the setup of the operation?

21       A.   Yes.

22       Q.   HOOD is an employer directive with regards

23  to how to operate the press brake?

24       MR. ROBINSON:  I will object to the form.

70

1    I don't know if you mean that to be exclusive the

2    way you are saying it or not.

3        MR. HARTMAN:  Yes, I do.  I mean it to be

4    exclusive.

5        MR. ROBINSON:  Object to form.

6        THE WITNESS:  Can I hear the question again,

7    please?

8    BY MR. HARTMAN:

9        Q.   Am I correct that HOOD are instructions

10   directed to the employer as to how to set up the

11   press brake?

12       A.   Yes, it is something that only the

13   employer is in a position to carry out.  I will

14   certainly go along with that, yes.

15       Q.   The operator isn't the one to set up the

16   HOOD procedure, it is the employer and the setup

17   individual?

18       MR. ROBINSON:  I will object to the form of the

19   question.

20       THE WITNESS:  Certainly the operator can.  In

21   most press shops, it is somebody that ranks above

22   the press operator is supposed to control that and

23   supervise it.

24

71

1    BY MR. HARTMAN:

2        Q.   Someone of a supervisory procedure sets up

3    the HOOD procedure?

4        A.   I mean there are shops where the same

5    person that sets up also operates, smaller shops

6    especially.

7        Q.   Someone that has setup experience?

8        A.   Yes.

9        Q.   But the general operator that doesn't have

10   setup experience does not know how to set up the

11   HOOD procedure; am I correct?

12       MR. ROBINSON:  Object to the form of the

13   question.

14       THE WITNESS:  Would not necessarily be expected

15   to know how to set up the HOOD procedure, yes.

16   BY MR. HARTMAN:

17       Q.   So the basic operator without setup

18   experience would not be expected to institute the

19   HOOD procedures?

20       MR. ROBINSON:  I will object, form,

21   speculation.

22   BY MR. HARTMAN:

23       Q.   Go ahead.

24       A.   Not necessarily.

72

1      Q.   Well, based on your experience.

2      A.   Yes --

3      MR. ROBINSON:  Objection, speculation.  My

4   problem is there are so many scenarios involved and

5   he is wanting the witness to comment on

6   who-knows-what scenario and limit it to an always

7   or never.  Object to the form and speculative

8   nature of the question.

9   BY MR. HARTMAN:

10     Q.   Sir, you understand -- you are here as an

11  expert; am I correct?

12     A.   Yes.

13     Q.   And you understand you are here to testify

14  and your report indicates with regard to certain

15  industry practices; am I correct?

16     A.   Yes.

17     Q.   And you know what HOOD is; am I correct?

18     A.   Yes, I do.

19     Q.   And am I correct that you know who HOOD is

20  directed to --

21     MR. ROBINSON:  We have gone through all of

22  these.  Objection, Asked and answered.  We have

23  done all of this already.

24

73

1    BY MR. HARTMAN:

2        Q.    Sir, you know who HOOD is intended to

3    reach; am I correct?

4        A.    Yes.

5        Q.    And who is HOOD intended to reach?

6        A.    The employer and more specifically the

7    supervisory level within that employer that

8    oversees the press operator.

9        Q.    Thank you.

10       MR. ROBINSON:  Same objections that I have

11   raised to all of previous questions on this issue.

12   BY MR. HARTMAN:

13       Q.    With regard to Switalski Exhibit No. 3,

14   Philosophical Aspects of Dangerous Safety Systems,

15   what was your involvement in that report -- I am

16   sorry -- that was the fourth switch one.

17   I apologize.  I will withdraw that question.

18           Have you had an opportunity to review and

19   evaluate this paper?

20       A.    Many, many times.

21       Q.    Okay.  Do you rely upon the conclusions in

22   this paper to formulate your opinions?

23       A.    Yes.

24       Q.    Do you find this paper to be authoritative

                                                              74

1    in your field of study?

2        A.    Yes, I do.

3        Q.    With regard to Foot Controls:  Riding the

4    Pedal, Exhibit No. 4, you are a student involved in

5    the experiments in this paper; am I correct?

6        A.    Yes, I was.

7        Q.    Were you a proctor on this paper?

8        A.    Yes, I was.

9        Q.    And what did you do in your capacity as a

10   proctor?

11       A.    Subsequent to Professor Barnett hiring me

12   in 1980 while he would continue to periodically

13   teach his mechanical safety class at the college

14   and he had subsequent classes do virtually the same

15   foot switch experiments, foot switch research that

16   I was involved in as a student.  And the only

17   difference perhaps being as more styles of foot

18   switches would come onto the market, the collection

19   of foot switches that Professor Barnett had

20   expanded.

21            So when it came foot switch testing day in

22   his class, I would drive him down to the school,

23   take all of the different foot switches which were

24   mounted on plywood boards, set them up for the

                                                        75

1  students and just basically collect data as each

2  student would activate the different foot switches.

3  BY MR. HARTMAN:

4     Q.   Is -- am I correct that that data you

5  collected would be how fast, how many times they

6  could get their foot into the switch and operate

7  it?

8     A.   Yes, the foot switches were not physically

9  or electrically attached to any piece of equipment.

10  They were just taken into the classroom.  So I mean

11  other than how many times can the foot switch be

12  activated in a given length of time, there is not a

13  whole lot else that the students can really do with

14  them.

15     Q.   So that's what you did, you proctored that

16  test there?

17     A.   Yes.

18     Q.   Okay.  Professor Barnett is the author of

19  this.  Did you have any involvement in writing this

20  report?

21     A.   My involvement in that paper was basically

22  with all of the illustrations of the foot switches,

23  although, a graphic artist produced the final

24  illustration, my role was to see that the

76

1    appropriate illustrations of each foot switch are

2    what made it into that paper.

3        Q.    Okay.  So when we are talking about the

4    pictures identified as 1 through 12 and -- would it

5    also include Figure No. 2, foot control?

6        A.    Yes.

7        Q.    And that would be the extent of your

8    involvement in authoring the Foot Control:  Riding

9    the Pedal article identified as Exhibit No. 4?

10       A.    Right, I would have made the original

11   free-hand sketch of those foot pedals and then

12   another person on Triodyne's staff who was a

13   graphic artist did the final drawing but that was

14   the way of conveying to the graphic artist what

15   needed to be illustrated.

16       Q.    So the substance of the article was

17   Professor Barnett?

18       A.    Yes, it is.

19       Q.    And his alone according to?

20       MR. ROBINSON:  I will object to the form of the

21   question.

22   BY MR. HARTMAN:

23       Q.    To the best of your knowledge?

24       MR. ROBINSON:  It has nothing to do with his

                                                    77

1   knowledge.  I object to the form of the question.

2   BY MR. HARTMAN:

3       Q.   So the substance of article was written by

4   Professor Barnett?

5       A.   Yes.

6       Q.   And it reflects his ideas and his

7   understanding and his interpretation of the data?

8       A.   Yes.

9       Q.   Have you relied upon Exhibit No. 4 to

10  formulate your opinions in this case?

11      A.   Yes, I have.

12      Q.   Do you hold Foot Controls:  Riding the

13  Pedal Article, which is identified as Exhibit

14  No. 4, to be authoritative in your field?

15      A.   Yes.

16      Q.   Are you aware of any other articles not --

17  strike that.

18           Are you aware of other articles that were

19  not written by Triodyne that reflect on the issue

20  of riding the pedal?

21      A.   Yes.  Although I am not in the position to

22  cite names of authors and titles of papers, I am

23  certainly aware of work by other authors that drew

24  a correlation between both punch press and press

                                                      78

1    brake injuries with the practice of riding the

2    pedal, basically injury statistics type of

3    publications that -- it is rather well-documented

4    in the literature of that era that there is a

5    strong correlation between the practice of riding

6    the pedal on an inadequately guarded punch press or

7    press brake and amputation injuries.

8    BY MR. HARTMAN:

9        Q.    Is -- are those articles cited in your

10   documents reviewed or in the substance of your

11   report that you -- that's dated March 13, 2006,

12   that we have identified as Switalski Exhibit 1?

13       A.    They are not.

14       Q.    Are you intending on testifying as to the

15   substance of those articles in this case?

16       A.    At this point, no.

17       Q.    Will you provide those articles to me in

18   the event that you intend on testifying?

19       A.    I would be happy to.

20       MR. ROBINSON:    For that purpose the lawyers do

21   that.   That's not an appropriate request of the

22   witness.

23   BY MR. HARTMAN:

24       Q.    Am I correct that as of the preparation of

79

1    your report, which has been marked as Exhibit

2    No. 1, you did not rely upon those articles to

3    formulate the opinions in that report?

4        A.    That's correct.

5        Q.    You relied on the articles that we have

6    marked as 2 -- excuse me -- 3 through 5?

7        A.    That's correct.

8        Q.    Let's talk about Foot Control Activation -

9    Reciprocating Versus Pivoting, which has been

10   marked as Switalski Exhibit No. 5.  Are you

11   familiar with that article?

12       A.    I am.

13       Q.    Have you read the article?

14       A.    Yes.

15       Q.    What was your involvement with regard to

16   that article?

17       A.    Well, again I was both a participant as

18   well as a proctor in later foot switch experiments

19   to compare operator balance with regard to the two

20   different means of activating the foot pedals that

21   that paper addresses, the reciprocating versus the

22   pivoting on the heel, as I described a little

23   earlier.

24            So in that regard that was the reason

                                                    80

1    I pulled the paper out for this particular project

2    but I recognize that since the foot switch involved

3    in Ms. Lindquist's accident had side shields, the

4    pivoting the motion versus reciprocating motion is

5    kind of an irrelevant issue because that's not what

6    was going on here.

7        Q.    But you did review this article in

8    preparing your report?

9        A.    Yes.

10        Q.    Is it an article that you would rely upon

11    in formulating engineering opinions?

12        A.    Yes, it is.

13        Q.    Do you consider the article marked as

14    Exhibit No. 5, Foot Control Activation -

15    Reciprocating Versus Pivoting an authoritative

16    article?

17        A.    Yes.

18        Q.    Were you involved at all in the

19    preparation of the text of this article?

20        A.    I was not.

21        Q.    So the textual matter, the opinions and

22    decisions and analysis are of individuals other

23    than yourself?

24        A.    Yes.

81

1    Q.    Has Mr. Robinson informed you that

2    Professor Barnett made an amendment to his report

3    where he changed the word to illustrated as it

4    relates to mechanical foot pedals and the ANSI

5    B11.3, 1973 standard?

6    A.    This is not sounding familiar quite yet.

7    Q.    Well, on -- I will rephrase --

8    A.    I mean that Mr. Robinson told me about a

9    correction that Professor Barnett made having to do

10   with the model of one of the -- the foot switch

11   models referred to in his report.  That doesn't

12   sound like that's where you are going.

13   Q.    No, it is not.  There was another

14   correction he made with Professor Barnett.  I would

15   like to direct you to page 4 of your report.

16   A.    All right.

17   Q.    In the second paragraph it indicates, in

18   the report authored by Barnett and Ulmenstein the

19   claim is made that ANSI B11.3 '73 is the first ANSI

20   standard developed for press brake.  As such it

21   only addressed mechanical foot pedals.

22         Are you aware that Professor Barnett had

23   advised Mr. Robinson yesterday during his testimony

24   that the word address was incorrect and it should

82

1    have been illustrated?

2        A.    No, I was not aware of that change in

3    Professor Barnett's testimony.

4        Q.    So if he changed his report to

5    illustrated, would he be correct in that statement?

6        A.    No, I don't believe so.  The electric foot

7    switch is an illustration in that standard.

8        Q.    So you think they are both in there?

9        A.    Yes.

10        Q.    Did you also read the report on the next

11    paragraph of Professor Barnett where he described

12    what was contained in the ANSI B11.3 '73.  Did you

13    read Professor Barnett's report --

14        A.    Yes.

15        Q.    Am I correct in spite of the report

16    originally saying it only addressed mechanical foot

17    pedals, he describes the fact in the text of the

18    report, he indicates that it talks about foot

19    controls as well?

20        A.    Yes.

21        Q.    So the report does tell you that the ANSI

22    B11.3 1973 standards talks about foot pedals and

23    foot controls; am I correct?

24        A.    I believe it does.

83

1       Q.    And there is a difference between a foot

2   pedal and foot control?

3       A.    Yes.

4       Q.    Would you tell us what the difference is

5   to your understanding?

6       A.    The code committee drew the distinction

7   when they drafted the definition of these terms.

8   To try and simplify it as much as I can, the foot

9   pedal refers to the older style mechanical lever

10  that one would push down with their foot whereas

11  foot control is making reference to a, perhaps an

12  electric foot control or a pneumatic air-operated

13  foot control that isn't -- doesn't have the

14  mechanical attachment to the press brake.

15      Q.    Okay.  And on a foot pedal when it is

16  attached to a press brake, the mandate is that it

17  shall be protected against inadvertent activation,

18  correct?

19      A.    Yes.

20      MR. ROBINSON:  I will object to the form of the

21  question.

22  BY MR. HARTMAN:

23      Q.    Well, there is a different standard for a

24  foot pedal as opposed to a foot control; am

84

1    I correct?

2        A.    Yes.

3        Q.    And when you have a foot pedal attached to

4    the press brake, it must be protected from

5    inadvertent activation?

6        A.    Yes, and in fact I think the same is true

7    for both foot pedal and foot control.  There are

8    inadvertent actuation requirements placed on both

9    styles.

10       Q.    Well, I believe that foot controls require

11   that shall be protected so as to inhibit accidental

12   actuation on a foot control; am I correct?

13           Do you want to look at the standard?

14       A.    Sure.

15   MR. ROBINSON:   Object to the form of the

16   question.

17   MR. HARTMAN:   Okay.

18   THE WITNESS:   I think I found what confirms

19   what I was saying, both the foot control as well as

20   the foot pedal both have --

21   MR. ROBINSON:   Let him finish.

22   Go ahead.

23   THE WITNESS:   -- both have requirements for

24   preventing, minimizing, however you care to say it,

85

1    inadvertent actuation.

2    BY MR. HARTMAN:

3        Q.    I am sorry.  I don't mean to interrupt.

4        A.    I am done.

5        Q.    Tell me what it says with regard to foot

6    pedals.  We are talking about the 1973 ANSI

7    standard?

8        A.    Yes.

9              Okay.  Foot pedal actuation prevention is

10    in Section 4.2.4.1.4.  It says, when a foot pedal

11    is furnished with a press brake, a means shall be

12    provided for preventing any accidental operation of

13    the press brake.

14              And then in the right-hand column, which

15    is the explanatory information, it says, two

16    methods of fulfilling this requirement are:  One,

17    removing the foot pedal and placing it in a safe

18    location; Two, providing a locking pin or locking

19    lever as noted in Illustration 14.

20              These locking mechanisms should be

21    designed to inhibit accidental actuation but not to

22    allow locking in the operating position.

23              For additional operator safety and foot

24    pedal-type operations, it is recommended that the

86

1    locking device, pin or lever be used to prevent

2    actuation of the press brake when not in operation.

3        Q.   Okay.  But let's go back to the standard

4    portion.

5        A.   Uh-huh.

6        Q.   Would you compare that standard, not the

7    commentary but the standard, for foot pedal with

8    the standard for foot control?

9        MR. ROBINSON:  I am going to object to the form

10   of the question.  I don't think it is right for you

11   to decide what the standard is and separate out the

12   commentary on the standards.  I think those -- I am

13   making an objection.

14       MR. HARTMAN:  I am sorry, Paul.  You are

15   correct.  I shouldn't interrupt you.

16   BY MR. HARTMAN:

17       Q.   Sir, would you agree that with regard to

18   the ANSI standard, the standard has one level of

19   analysis and the commentary is something else?

20       A.   Yes.

21       Q.   Okay.  The standard is the standard that

22   is to be followed, correct?

23       A.   Yes, the commentary is not technically

24   part of the standard.  It simply illustrates and

87

1    clarifies.

2        Q.   And sometimes it can confuse the

3    commentary, am I correct, that somebody --

4        MR. ROBINSON:  Hold on.

5        MR. HARTMAN:  Let me finish my question.

6    BY MR. HARTMAN:

7        Q.   Am I correct that the commentary is

8    somebody's interpretation of what the standard

9    really is, it is not ANSI's official interpretation

10   of what their standard is because ANSI doesn't give

11   official interpretations?

12       MR. ROBINSON:  Well, I will object because you

13   put in there sometimes it is confusing.  You

14   haven't mentioned any of the standards -- or excuse

15   me -- the commentary that may be confusing.  It is

16   very misleading.

17       MR. HARTMAN:  That's fine.

18       THE WITNESS:  ANSI does give interpretations;

19   and when they do give an interpretation, the

20   interpretation becomes part of the standard.

21   BY MR. HARTMAN:

22       Q.   But the interpretation becomes part of the

23   standard, it is not the commentary?

24       MR. ROBINSON:  Is there a question?

                                                    88

1   BY MR. HARTMAN:

2       Q.   Am I correct the interpretation is not the

3   commentary?

4       A.   I think they are one in the same, though.

5   The whole right-hand column of this standard is

6   commentary, and it is explanatory information.  And

7   ANSI explicitly tells you at the beginning of the

8   standard that the explanatory information is not

9   part of the standard.

10      Q.   Correct.

11      A.   They will give, for example, they will

12  give an example but they don't mean that the

13  example they give is exclusive.  There can be other

14  things that are not included in the explanation

15  that are equally as good examples.

16      Q.   But the commentary is not something that

17  ANSI indicates the manufacturer should rely upon,

18  is it?

19      MR. ROBINSON:  I will object to the form of

20  that question.

21      THE WITNESS:  I think a reasonable manufacturer

22  would rely upon the explanatory information.

23  BY MR. HARTMAN:

24      Q.   Does ANSI -- what is ANSI's position as it

89

1   relates to manufacturers relying upon the

2   commentary?

3       A.   If they didn't want the manufacturer to

4   rely on it, it wouldn't be printed in the standard.

5       Q.   Then what does ANSI mean when it says it

6   is not part of the standard?  What does ANSI mean

7   when it says the commentary is not part of the

8   standard?

9       A.   Not part of the standard means that there

10  was not a formal committee vote on the language.

11      Q.   Right.  And full committee vote is ANSI's

12  approval of a position, an endorsement of the

13  position, correct?

14      A.   It is not ANSI's approval.  It is the code

15  committee's.

16      Q.   The committee, okay.  But you have to have

17  the code committee's approval before you get ANSI's

18  approval?

19      A.   Just a matter of technicality.

20      Q.   That's what we are here for.

21      A.   ANSI doesn't approve any of the standards

22  with their name on it.

23      Q.   No --

24      A.   And ANSI has been very careful about

                                                    90