# EXHIBIT L

② A-470

ANTI-TRIP FOOT CONTROL
CAT. #511-B2 (LINEMASTER)
STAGE: SINGLE - DPDT
RATING: 20 AMP., 125-250 VAC

A-470-D

ANTI-TRIP FOOT CONTROL
CAT. NO. ~~532-SWH~~ 511-B4
STAGE: SINGLE - ~~DPDT-DB~~ DPDT-DB
RATING: ~~20AMP~~ 125-250 U.A.C. -15AMP
WOODSTOCK CONNETICUT

DEALER: LINEMASTER SWITCH CORP.
        WOODSTOCK, CONN.  06281

| | | | |
|---|---|---|---|
| 2 | 12/29/82 P.S.B. | ADD PART A-470 | 00039 |
| 1 | 11/9/82 K.B. | 511-B4 WAS 532-SWH, ADD DB | 00037 |

**HEIM CORP.**
P. O. BOX R
FRANKFORT, ILL. 60423

| DRAWN BY | DATE | CHECKED BY | DATE | SCALE |
|---|---|---|---|---|
| BH | 7-9-74 | | | |

DESCRIPTION: ELECTRIC FOOT CONTROL

USED ON: ALL PRESSES

PART NO.: A-470-D

