# EXHIBIT N

Case 1:04-cv-00249-SJM     Document 69-11     Filed 04/09/2007     Page 1 of 4

# HEIM CORP.

FRANKFORT, ILL 60423   P.O. BOX R
815-469-2335

ACKNOWLEDGEMENT

## ASSEMBLY ORDER FOR PRESS BRAKE

Rec'd: 4/21/78    MODEL NO. 75-5    SERIAL NO. 2176    DUE DATE 5/15/78

TO: H-S MACHINERY CO.    P.O. NO. 3455

TO: AVCO LYCOMING DIVISION, 550 South Main St., Stratford, Conn. 06497

### PRESS BRAKE TO INCLUDE:

| | Specification | | Specification | | Specification |
|---|---|---|---|---|---|
| BASE PRICE | | | | | |
| STROKE | 3" | RAM INDICATOR | YES | COUNTERBALANCE | NO |
| SHUT HEIGHT | 12" | RAM POWER | YES | RAM MACHINE FOR ANGLES | NO |
| MOTOR HP | 5 | HORN EXT. RIGHT | NO | BED MACHINE FOR ANGLES | NO |
| | | LEFT | NO | | |
| MOTOR RPM | 3600 | LUBRICATION: | | | |
| | | ONE SHOT | YES | WELDED ANGLES | NO |
| MOTOR FRAME | | AUTOMATIC | NO | PERMANENT FLANGED BED | NO |
| | | TRU-KON-TROL PRESS BRAKE | YES | PERMANENT FLANGED RAM | NO |
| PULLEY | | TRU-KON-TROL PUNCH PRESS | NO | CAST BRACKET | NO |
| STARTER-STD | YES | PALM BUTTONS | NO | BOLSTER PLATE | NO |
| REV | NO | FOOT SWITCH | YES | | |
| VOLTAGE | 440 V | BACK GAUGE: FRONT | YES | DIE BLOCK | YES |
| | | OPER. MANUAL | YES | | |
| | | POWER | NO | PAINT | STD. |

### OPTIONAL EQUIPMENT:

**THIS ORDER IS SUBJECT TO CANCELLATION CHARGES.**

REMARKS:

This order is accepted subject to the right of the purchaser to cancel the same at any time prior to shipment upon written notice to this company of such cancellation and payment of a cancellation charge of twenty per cent of the total amount of the order. If such notice is received within fifteen days from the date of the order, such cancellation charge will be waived.

Date Completed _____ By _____ Date Shipped _____ By _____

Key: MA=Machine for angles    H=Horn Press    PF=Permanent Flange

## INSPECTION SHEET PRESS BRAKE

| Date | Model No. 90-6 | | | | Serial No. 2176 | | |
|---|---|---|---|---|---|---|---|
| Item | Check | Spec./Comment | OK By | Objection | Correction | OK | By |
| Stroke | Dim. inches | 8" | B7 | | | | |
| Shut Height | Ram to bed strk dn-adj. up | 12" | B7 | | | | |
| Strokes/minute | Actual count | 25 strokes | B7 | | | | |
| Flywheel | Exact dia. and thickness | 24" x 3½" | B7 ✓ | OK by Wally + B Ramsey | | | |
| Flywheel Rotation | Clockwise/counterclockwise | c.c.w. | B7 | | | | |
| V-Belts | Section size and length | B-85 | B7 | | | | |
| V-Pulley | O.D. and bore | 4460-80 | B7 | | | | |
| Ram Adj. Up | Actual ram indicator reading | .0180 | CW | | | | |
| Ram Adj. Down | Actual ram indicator reading | 6.500" | ✓ | | | | |
| Ram and Bed Alignment | Clamp bar on each end bring ram down and measure | L. 5, 5/16  R. 5/16, 5/16 | B7 | | | | |
| Lubricator | Make and size | Bijur one shot | B7 | | | | |
| Lube Type | Kind of oil or grease used | Lubricant H | B7 | | | | |
| Oil Meters (Ram Guides) | Actual size | #1 | B7 | | | | |
| Oil Meters (Conn. Rods) | Actual size | #3 | B7 | | | | |
| Oil Meters (Main Brngs) | Actual size | #2 | B7 | | | | |
| Oil Lines | Purged and fittings tight | ok | B7 | | | | |
| C'bal. Cylinders | Bore and stroke | NA | B7 | | | | |
| C'bal. Cyl. Bar | Size and length | NA | B7 | | | | |
| C'bal. Cyl. P.S.I. | Press. req'd to take up ram | NA | B7 | | | | |
| C'bal Pressure Sw. | P.S.I. set @ | NA | | | | | |
| Main Pressure Sw. | P.S.I. set @ | 72 PSI | | | | | |
| Clutch Hub | Bore & thickness | 2⅛" x 3" | B7 | | | | |
| Clutch Hub Lock | Type and tightness | Nut + Lock Ring | B7 | | | | |
| Clutch Plates | Quantity and size | 3 plates | B7 | | | | |
| Clutch Shims | Quantity and thickness | 2 per pin | B7 | | | | |
| Clutch Operation | Friction and heat | OK | ✓ | | | | |
| Brake Hub | Shape, bore and thickness | 8" x 2⅛" | B7 | | | | |
| Brake Disc | Bolts, runout and concentricity | 3 bolts | B7 | | | | |
| Brake Caliper(s) | Quantity bolts and run out | one | B7 | | | | |
| ...er Mtg. Bolts | Dia, length and head clearnce | 1"x7; ½ clear | B7 | | | | |
| Die Block | Position in groove and size | standard | B7 | | | | |
| Horn Extension(s) | Length and R and/or L | No | B7 | | | | |

| Item | Check | Spec./Comment | OK | By | Objection | Correction | OK | By |
|---|---|---|---|---|---|---|---|---|
| Operat. Back Ga. | Type required | | | | Back Ordered | | | |
| Machine For Angles | Bed and/or ram | N̄c | | cht | | | | |
| Motor H.P. and RPM | From nameplate | 5HP 3495 | | | ✓ | | | |
| Motor Volt and Frequency | From nameplate | 220-440 @ 60 | | | ✓ | | | |
| Motor Starter | Make size and type | Bull 50 MILL | | | | | | |
| Heater Relays | Size Number | 630737 | | | ✓ | | | |
| Circuit Breaker | Make, amps and volt rating | 15A 600V | | | ✓ | | | |
| Press Controls | Quantity and type of oper. stations | 1 2 pg | | | ✓ | | | |
| Press Control Specs | Location and type of connection | FLOOR | | | ✓ | | | |
| Motor Wiring | Wire size | #14 | | | ✓ | | | |
| Motor Start-Up | Time req'd for full flywheel rpm | 7 seconds | | cht | | | | |
| Elect. Dwg. Used | Dwg. number and date | D-7602 | | | ✓ | | | |
| Cams | Setting all modes and rotation | STP.HOB.RTN | | | ✓ | | | |
| Lube Cycle | Actual time and oil amount | 0.5 | | | ✓ | | | |
| in Bearings Clearance | Jack up ram with knuckle tight (loosen it after check) | .015 | | | ✓ | | | |
| Knuckle Clearance | Use feeler gauge & lock upper nut | .003 | | | ✓ | | | |

Special Features and Notes

Ra... ification

Left      Right
Bottom .000    .000
UP     .000    +.005
Down   .000    -.005