# EXHIBIT P

U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

* * * * * * * *

TINA LINDQUIST,                *
    Plaintiff            *    Case No.
    vs.                  *    04-249-ENE
HEIM, LP,                      *
    Defendant            *

* * * * * * * *

DEPOSITION OF
JAN OVIATT
July 22, 2005

COPY

Any reproduction of this transcript
is prohibited without authorization
by the certifying agency.

Sargent's Court Reporting Service, Inc.
(814) 536-8908

8

1  information from people who are
2  represented by Counsel to sit them in
3  a room and ask questions. And
4  everything is under oath and recorded
5  by our court reporter here. The most
6  important thing that I can tell you
7  is please let me know if I ask any
8  question that is unclear. I only
9  want to ask questions as you
10 understand them and can accurately
11 answer; okay?
12 A.    Okay.
13 Q.    And if I ask you a question
14 that's unclear, will you let me know
15 that and don't answer it?
16 A.    Sure.
17 Q.    Okay? What is your current
18 position here at Corry?
19 A.    Group leader of maintenance.
20 Q.    And where does that fall in
21 the ranking of ---?
22 A.    Just under Gary.
23 Q.    Just under Gary Merkle
24 (phonetic)?
25 A.    Which would be my supervisor.

13

1  Q.     Do you know the capacity of
2  that press brake?
3  A.     Pounds wise?
4  Q.     Yes.
5  A.     I'm not sure.
6  Q.     Okay. Have you ever operated
7  the Heim press brake before?
8  A.     Yes. As far as --- I
9  installed the two-hand control and
10 the foot pedal on it.
11 Q.     When did you install the two-
12 hand control and the foot pedal on
13 it?
14 A.     I couldn't give you a date.
15 Shortly after we purchased it. I
16 don't know if you have that date or
17 not. I'm not even sure.
18 Q.     Now, my client sold it to a
19 different company back in 1978. It
20 was used for 20 years out in
21 Connecticut without any problem. And
22 then it was ultimately sold, I
23 understand, at an auction, and it was
24 purchased by Corry, perhaps in 1999,
25 February, 1999. At least, that's

```
                                                          14
 1    when they purchased the parts and
 2    operations book for it.
 3    A.      That could be.
 4    Q.      But I don't have a specific
 5    purchase date for Corry's purchase of
 6    that press brake.  But in any event,
 7    you installed the foot switch and the
 8    two-palm button pedestal after it was
 9    purchased?
10    A.      Correct.
11    Q.      Where did you obtain the foot
12    switch from?
13    A.      I believe that was the one
14    that was already on it.  I'm not
15    going to swear to that.  But just by
16    memory, I think that was already
17    attached to it, because that's all it
18    had on it was a foot pedal.
19    Q.      Okay.  Do you know if the foot
20    pedal that may have come with the
21    machine when Corry purchased it was
22    the original foot pedal that was sold
23    with the machine over 20 years
24    previously in 1978?
25    A.      I'd be surprised if it was,
```

15

```
 1  just because of the condition.
 2  Q.     And what do you mean by that?
 3  A.     Well, it was a fairly newer
 4  model, from what I've seen around.
 5  Q.     Okay.
 6  A.     It had the toe guard in it.
 7  You know, you had to activate that
 8  part before the foot lever would go
 9  down.
10  Q.     And what feature is that?
11  A.     I assume it's a safety
12  feature.  Your foot has to be in so
13  far before you can push the pedal
14  down.
15  Q.     Right.  So there's no
16  accidental tripping of the
17  footswitch?
18  A.     Correct.
19  Q.     And was there also a housing
20  over the foot switch ---
21  A.     Correct.
22  Q.     --- so that something couldn't
23  fall on it or you couldn't step on it
24  accidentally?
25  A.     Yes.
```

16

1  Q.     Okay.  And based upon those
2  features, and the appearance of the
3  foot switch, you believe that that
4  would not have been the original 1978
5  ---?
6  A.     Correct.
7  Q.     Okay.  Do you know who the
8  manufacturer of that foot switch was?
9  A.     No, sir.
10 Q.     Who was involved with
11 purchasing that press brake, the Heim
12 press brake?
13 A.     To the best of my knowledge it
14 would be Gary Merkle, and I'm not
15 sure of that.  That's when my
16 involvement first got started with it
17 was through Gary.
18 Q.     Do you know who installed and
19 got this particular press brake up
20 and running after it was purchased?
21 Besides your work, which you
22 mentioned being involved to some
23 extent?
24 A.     Probably maintenance got it
25 ready to run, but as far as any

63

1          I think those are all
2    the questions I have, sir.
3          Mr. Hartman, I'm sure, has ---
4              ATTORNEY HARTMAN:
5          I'm just going to be
6    here for a minute.
7  CROSS EXAMINATION
8  BY ATTORNEY HARTMAN:
9  Q.     With regard to the foot pedal,
10 you had indicated that you thought it
11 might be a newer version of foot
12 pedal ---
13 A.     Uh-huh (yes).
14 Q.     --- of its design; am I
15 correct?
16 A.     Safety design.
17 Q.     And appearance.
18             ATTORNEY ROBINSON:
19         Objection to form.
20 BY ATTORNEY HARTMAN:
21 Q.     The appearance, it involved
22 the fact that it had a cover and that
23 you had to stick your foot in and hit
24 it; am I correct?
25             ATTORNEY ROBINSON:

                                                                64
1            Hold on, this is
2       misleading.  I'm going to tell
3       you right now.  This is
4       misleading, I'm not going to
5       let it go on.  He's indicated
6       --- hold on.  He's indicated
7       that the design features in
8       addition to the new look of
9       it, which you have
10      conspicuously kept out of your
11      question.  So it's misleading
12      and the only thing I can do is
13      try to correct it.  But he's
14      indicated a couple of reasons
15      and he left out one
16      significant one.
17 BY ATTORNEY HARTMAN:
18 Q.     Did --- absent the design of
19 it, the way it looked to you from the
20 design, did the fact that it was new
21 and shiny or the way the paint looked
22 make you think it was new?
23 A.     It was fairly new in
24 appearance.  The safety features, the
25 design looks.  The paint wasn't all

65

1  scuffed off.  It wasn't dragged
2  through a pile of crap.  It didn't
3  have a lot of chips in it.  You know,
4  it was fairly clean, fairly new.
5  Q.      Okay.
6  A.      Appearing.
7  Q.      Appearing.  That's fine.
8  That's what I needed to know.  Now,
9  with regard to the appearance, let's
10 look at the design element.
11 A.      Okay.
12 Q.      If you would come to learn
13 that in 1978, the design was similar
14 to what you saw, would that change
15 your opinion as to if the foot pedal
16 was new?
17              ATTORNEY ROBINSON:
18              Object to the form of
19          the question.  Don't concern
20          yourself with my objection.  I
21          don't understand it.
22 A.      Can you repeat that?
23 BY ATTORNEY HARTMAN:
24 Q.      Okay.  You talk about the
25 safety features.  If in 1978, the

```
                                                      66
 1   foot pedal had those types of safety
 2   features that you saw, would that
 3   change your opinion that this foot
 4   pedal was a newer design as opposed
 5   to it could have been a 1978 one that
 6   was well maintained?
 7   A.      No.  Simply because the wear
 8   of the machine, the condition of the
 9   machine, compared to the foot pedal.
10   Q.      Well, can you paint a foot
11   pedal?
12   A.      Not as good as --- you can't
13   paint nothing factory color.  I don't
14   care how you try.  I can't.  I mean,
15   you'd have to have pretty good --- I
16   mean, the decals were still on it.
17   Q.      Okay.  Would you look at the
18   pictures here of the foot pedal and
19   --- I'm sorry, I don't see the
20   decals.
21                   ATTORNEY ROBINSON:
22                   Yeah, it's on there.
23           You have to look through ---.
24   A.      That's ---.
25                   ATTORNEY ROBINSON:
```

67

1           I could help you if you
2      want me to.
3  A.     Yeah.  See, there's a decal
4  across the top ---
5  BY ATTORNEY HARTMAN:
6  Q.     Okay, the silver ---
7           ATTORNEY ROBINSON:
8           What are we looking at
9      here, sir?
10          ATTORNEY HARTMAN:
11          We're looking at
12     Exhibit N, Corry N, picture
13     number 32.
14 BY ATTORNEY HARTMAN:
15 Q.     And you're pointing to what
16 appears to be like a silver patch of
17 ---?
18 A.     Silver and black decal on top
19 of some sort.
20 Q.     Okay.  So that's the decal
21 that you're concerned about?
22 A.     Right.  And now this is today,
23 or on this date, when I installed it,
24 the condition was obviously newer
25 than that because it hadn't been run