# EXHIBIT T

ANSI®
B11.3-1982
Revision of
ANSI B11.3-1973

# American National Standard for Machine Tools — Power Press Brakes — Safety Requirements for Construction, Care, and Use

Secretariat

**National Machine Tool Builders' Association**

Approved February 18, 1982

**American National Standards Institute, Inc**

*3.24 Foot Control.* The foot-operated control mechanism (other than mechanical foot pedal) designed to control the movement of the ram on mechanical, hydraulic, or special-purpose power press brakes.

*E3.24 Foot Control.* This control usually takes the form of a hydraulic valve or an electrical switch that operates a solenoid or a solenoid valve.



Illustration 15
Example of Foot Control

*3.25 Foot Pedal (Mechanical).* The foot-operated lever designed to operate the mechanical linkage. It requires a raising of the foot to place it on the mechanical foot pedal and a significant amount of foot pressure and travel to actuate and engage the clutch and disengage the brake to cause ram motion.

*E3.25 Foot Pedal (Mechanical)*



Illustration 16
Example of a Removable and
Adjustable Mechanical Foot Pedal

*3.26 Foot-Treadle Bar.* A foot-operated bar attached to two lever arms pivoted from the outside surface of the frame and connnected through linkage to the clutch and brake. The bar moves in a vertical direction and requires the raising of the foot and a significant amount of pressure and travel to actuate and engage the clutch and disengage the brake to cause ram motion.

23