# EXHIBIT U

**ANSI B11.3**

*American National Standard for Machine Tools –*

# Safety Requirements for Power Press Brakes

Secretariat and Accredited Standards Developer:

**The Association For Manufacturing Technology**
**Attn.: Safety Department**
**7901 Westpark Drive**
**McLean, VA 22102**

**Approved: FEBRUARY 14, 2002**

**by the American National Standards Institute, Inc.**

**American National Standard**  B11.3–2001



**Figure 19**
Example of Foot Treadle with Guard



**Figure 20**
Example of Foot control

- 60 -