# EXHIBIT V



# U.S. Department of Labor
**Occupational Safety & Health Administration**

www.osha.gov    MyOSHA    Search [    ] GO  Advanced Search | A

Regulations (Standards - 29 CFR)
# General requirements for all machines. - 1910.212

◀ Regulations (Standards - 29 CFR) - Table of Contents

- **Part Number:**       1910
- **Part Title:**        Occupational Safety and Health Standards
- **Subpart:**           O
- **Subpart Title:**     Machinery and Machine Guarding
- **Standard Number:**   1910.212
- **Title:**             General requirements for all machines.

**1910.212(a)**

    Machine guarding.

**1910.212(a)(1)**

    Types of guarding. One or more methods of machine guarding shall be provided to protect the operator and other employees in the machine area from hazards such as those created by point of operation, ingoing nip points, rotating parts, flying chips and sparks. Examples of guarding methods are-barrier guards, two-hand tripping devices,electronic safety devices, etc.

**1910.212(a)(2)**

    General requirements for machine guards. Guards shall be affixed to the machine where possible and secured elsewhere if for any reason attachment to the machine is not possible. The guard shall be such that it does not offer an accident hazard in itself.

**1910.212(a)(3)**

    Point of operation guarding.

**1910.212(a)(3)(i)**

    Point of operation is the area on a machine where work is actually performed upon the material being processed.

*..1910.212(a)(3)(ii)*

**1910.212(a)(3)(ii)**

    The point of operation of machines whose operation exposes an employee to injury, shall be guarded. The guarding device shall be in conformity with any appropriate standards therefor, or, in the absence of applicable specific standards, shall be so designed and constructed as to prevent the operator from having any part of his body

in the danger zone during the operating cycle.

**1910.212(a)(3)(iii)**

Special handtools for placing and removing material shall be such as to permit easy handling of material without the operator placing a hand in the danger zone. Such tools shall not be in lieu of other guarding required by this section, but can only be used to supplement protection provided.

**1910.212(a)(3)(iv)**

The following are some of the machines which usually require point of operation guarding:

1910.212(a)(3)(iv)(a)

Guillotine cutters.

1910.212(a)(3)(iv)(b)

Shears.

1910.212(a)(3)(iv)(c)

Alligator shears.

1910.212(a)(3)(iv)(d)

Power presses.

1910.212(a)(3)(iv)(e)

Milling machines.

1910.212(a)(3)(iv)(f)

Power saws.

1910.212(a)(3)(iv)(g)

Jointers.

***..1910.212(a)(3)(iv)(h)***

1910.212(a)(3)(iv)(h)

Portable power tools.

1910.212(a)(3)(iv)(i)

Forming rolls and calenders.

### 1910.212(a)(4)

Barrels, containers, and drums. Revolving drums, barrels, and containers shall be guarded by an enclosure which is interlocked with the drive mechanism, so that the barrel, drum, or container cannot revolve unless the guard enclosure is in place.

### 1910.212(a)(5)

Exposure of blades. When the periphery of the blades of a fan is less than seven (7) feet above the floor or working level, the blades shall be guarded. The guard shall have openings no larger than one-half (1/2) inch.

### 1910.212(b)

Anchoring fixed machinery. Machines designed for a fixed location shall be securely anchored to prevent walking or moving.

---

Next Standard (1910.213)

Regulations (Standards - 29 CFR) - Table of Contents

---

Back to Top                    www.osha.gov

Contact Us | Freedom of Information Act | Customer Survey
Privacy and Security Statement | Disclaimers

Occupational Safety & Health Administration
200 Constitution Avenue, NW
Washington, DC 20210