```
                    UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF PENNSYLVANIA

TINA LINDQUIST                        : NO. 04-249E
            Plaintiff,                :
                                      : THE HONORABLE
v.                                    : SEAN J. MCLAUGHLIN
                                      :
HEIM, L.P.                            :
            Defendant.                :
```

**ORDER**

AND NOW, this ___ day of _____, 2007, it is hereby ORDERED, ADJUDGED and DECREED that the Defendant's Motion in Limine to Exclude the Testimony of Ralph L. Barnett, or alternatively, for a Daubert hearing is DENIED.

BY THE COURT,

_____,
J.

1