# EXHIBIT "A"

1

1              UNITED STATES DISTRICT COURT

2            WESTERN DISTRICT OF PENNSYLVANIA

3                     -   -   -

4   TINA LINDQUIST,            :

5              PLAINTIFF, :

6   -VS-                    : CASE NO. 04-249E

7   HEIM, LP,                  :

8              DEFENDANT. :

9                     -   -   -

10            Deposition of DENNIS R. CLOUTIER, a

11   witness herein, taken by the plaintiff as upon

12   direct examination pursuant to the Federal Rules

13   of Civil Procedure and pursuant to agreement and

14   stipulations hereinafter set forth at the offices

15   of Dinsmore & Shohl, 1600 Chemed Center, 255 East

16   Fifth Street, Cincinnati, Ohio at 8:22 a.m. on

17   Tuesday, April 11, 2006, before Lisa Conley, RMR,

18   CRR, CCP, a notary public within and for the State

19   of Ohio, and by audio/visual means before Marlene

20   Dori, CLVS.

21                     -   -   -

22

23

24
              SPANGLER REPORTING SERVICES, INC.

          PHONE (513) 381-3330   FAX (513) 381-3342

1   standard, correct?

2           A.   Yes, I have.

3           Q.   And in your application of the B

4   11.3 standard, you understand how to interpret the

5   standard; am I correct?

6           A.   Yes.

7           Q.   And you would understand what is

8   permitted and what is not permitted; am I correct?

9           A.   Yes.

10          Q.   Would the gated foot control be

11  permitted under the B 11.3 standard for usage on a

12  press brake?

13               MR. ROBINSON:  Objection to the

14  form, also asked and answered.

15          A.   The previous answer stands.  The

16  standard is silent on it, so industry is allowed

17  to interpret that however they wish.  If somebody

18  uses a gate or doesn't use a gate, they're not

19  going to be in violation of the B 11.3 standard.

20          Q.   If it was prohibited, the standard

21  would indicate so, correct?

22          A.   Yes.

23               MR. ROBINSON:  Objection to the

24  form of that question.  I don't understand it.

1          Q.    You understand the question; don't

2    you?

3                    MR. ROBINSON:   That has nothing --

4    We went through this before.   Anytime I raise an

5    objection, it doesn't mean that the witness

6    doesn't understand it or that the witness has a

7    problem with it, it's from me from a legal point

8    of view having problems with it.

9                    MR. HARTMAN:   I understand.

10                   MR. ROBINSON:   I know.

11                   MR. HARTMAN:   I understand your

12   legal thing.

13                   MR. ROBINSON:   You have a habit of

14   asking the witness if he understands the question

15   after my objection, and I don't want to be, as we

16   talked about before, misleading to you, and that's

17   not what I'm saying at all.

18                   MR. HARTMAN:   I understand that and

19   sometimes it might be, and I'm just trying to make

20   sure that this witness understands the question.

21                   MR. ROBINSON:   I understand.

22   BY MR. HARTMAN:

23          Q.    You understood that question?

24          A.    Repeat it just since there's an

SPANGLER REPORTING SERVICES, INC.

PHONE (513) 381-3330  FAX (513) 381-3342

1    issue over it.

2    (The record was read back by the court reporter.)

3    BY MR. HARTMAN:

4              A.    Yes.

5              Q.    Does the B 11.3 standard prescribe

6    issues as to -- Strike that.

7                    Does the B 11.3 standard prescribe

8    what features a foot control should have if it's

9    going to be incorporated on a press brake?

10             A.    It provides general requirements for

11   foot controls.

12             Q.    Okay.  What are the general

13   requirements for foot controls that are to be

14   utilized on press brakes?

15                   MR. ROBINSON:  Objection to the

16   form.

17             A.    Paraphrasing the language that's in

18   the standard, it essentially requires foot

19   controls that are protected against actuation from

20   falling objects or inadvertent actuation from

21   stepping upon it or stepping on the foot switch

22   or --

23                   MR. ROBINSON:  I didn't hear the

24   last part.

                  SPANGLER REPORTING SERVICES, INC.

              PHONE (513) 381-3330  FAX (513) 381-3342

32

1          A.    -- foot control, inadvertent

2    operation from stepping on the foot control.

3          Q.    Would a covered foot control meet

4    those requirements?

5          A.    Yes.

6          Q.    Is the covered foot control

7    permitted by the ANSI standard, the 11.3, for use

8    in conjunction with press brakes?

9               MR. ROBINSON:  Objection to the

10   form.

11         A.    The covered foot control is one type

12   of meeting the requirements of the standard.

13         Q.    So, sir, would you agree that, if

14   you had a covered foot control with a gate, that

15   would be one type of meeting the requirements of

16   the standard?

17              MR. ROBINSON:  Objection to the

18   form.

19         A.    Yes.

20         Q.    So a foot control that is covered

21   and has a gate would be one of the methods of

22   meeting the requirements of the standard for

23   incorporation of a foot control on a press brake?

24              MR. ROBINSON:  Objection to the

1    form.

2           A.   Yes.  It would be the same as just a

3    covered foot pedal, foot switch.

4           Q.   Would a covered foot switch with an

5    anti-trip latch be one method of meeting the

6    requirements of the standard for foot control

7    usage in conjunction with press brakes?

8           A.   Yes, with or without the toe

9    release, the latch.

10          Q.   So the ANSI standard is satisfied by

11   a covered pedal, correct?

12          A.   As soon as you cover the pedal, the

13   standard is satisfied.  If you go beyond that,

14   you've covered the pedal and the standard is

15   satisfied.

16          Q.   So if you go beyond it, the standard

17   is still satisfied, correct?

18          A.   Yes.

19          Q.   Is the ANSI standard a value system

20   that you adhere to?

21               MR. ROBINSON:  Objection to the

22   form.

23          A.   Me, personally?

24          Q.   Yes.

SPANGLER REPORTING SERVICES, INC.

PHONE (513) 381-3330  FAX (513) 381-3342

1    think the B 11.3 standard provides the needed

2    guidance to make that machine safe for Tina

3    Lindquist on the day of her occurrence.

4         Q.   So your opinion today as it relates

5    to the press brake that was involved with

6    Ms. Lindquist is, your analysis begins and ends

7    with regard to the safety issues with B 11.3?

8              MR. ROBINSON:  Objection to the

9    form.

10        A.   Yes.

11        Q.   Are you aware of any manufacturer at

12   anytime in your 29 plus years with Cincinnati,

13   Incorporated that provided a gated foot control

14   with their press brake?

15             MR. ROBINSON:  Objection to the

16   form.

17        A.   Yes, at various times over the

18   years.

19        Q.   Would you identify what

20   manufacturers you're aware of that provided gated

21   foot controls with their press brakes?

22             MR. ROBINSON:  Object.  You mean at

23   anytime?

24             MR. HARTMAN:  During his 29 years.

SPANGLER REPORTING SERVICES, INC.

PHONE (513) 381-3330  FAX (513) 381-3342

1              MR. ROBINSON:  Okay.  Objection to

2     the form.

3     BY MR. HARTMAN:

4              A.   I believe Pacific provided a gated

5     foot switch later on.  Cincinnati, Incorporated

6     provided gated foot switches.  Chicago provided

7     gated foot switches.  Amada provided or provides a

8     gated-type foot switch; that's A M A D A.  I

9     believe LBD, just the letters L B D, provides a

10    gated-type foot switch; and possibly Trumpf, T R U

11    M P F, provides a gated-type foot switch.

12             Q.   Are you aware of any of the

13    manufacturers of press brakes that you've just

14    named that provided gated foot controls with their

15    press brakes having done so in the period of 1971

16    to 1982?

17             MR. ROBINSON:  Objection to the

18    form.

19             A.   '71 to '82 would be Cincinnati,

20    Incorporated, it would be Chicago, it would

21    be -- That's all I can think of.  I know there was

22    another one out there, I can remember the foot

23    switch, but I can't remember the press brake.

24             Q.   Are you aware of any of the
                         SPANGLER REPORTING SERVICES, INC.

                    PHONE (513) 381-3330  FAX (513) 381-3342

1    manufacturers of press brakes that you just

2    enumerated that included gated foot controls with

3    their press brakes still doing so, doing so today?

4                    MR. ROBINSON:  Objection to the

5      form.

6            A.    Well, the only two that are left are

7    Pacific and Cincinnati, and both of them do, I

8    believe.

9            Q.    Okay.  Are you aware of a press

10   brake manufacturer that offers a gated foot

11   control as standard equipment with their press

12   brakes?

13                   MR. ROBINSON:  Objection to the

14     form.

15           A.    I don't know about Pacific, whether

16   it's standard or not.  I believe on some

17   Cincinnati machines it's standard.

18           Q.    Do you know why on some Cincinnati

19   machines it would be standard and others it would

20   not be?

21           A.    No.

22           Q.    Have you ever had discussions with

23   the person responsible at Cincinnati as to why

24   they included gated foot controls with their press

190

1    seen, the trap door has been removed or the spring

2    has been cut.

3              MR. ROBINSON:  Or, I'm sorry?

4         A.   Spring has been cut.

5              MR. ROBINSON:  Thank you.

6         A.   So the trap door lays flat and it's

7    out of the picture.

8         Q.   Okay.  And on the top-hinged ones

9    like the Linemaster 511 -- Is that what Cincinnati

10   utilized?

11             MR. ROBINSON:  Objection to the

12   form.

13        A.   Yes.

14        Q.   Okay.  Are you aware of

15   Cincinnati -- Did Cincinnati ever do a safety

16   alert or a recall notice or something to its -- to

17   the owners of its press brakes that they were now

18   offering gated foot controls?

19        A.   Yes.

20        Q.   Okay.  And do you recall what those

21   safety alerts said?

22             MR. ROBINSON:  Let me object to the

23   form, just the terms that you chose, I don't --

24   Let me just leave it at that.

# EXHIBIT "B"

1          IN THE UNITED STATES DISTRICT COURT

2      FOR THE WESTERN DISTRICT OF PENNSYLVANIA

3                                    ORIGINAL

4    TINA LINDQUIST,                )

5          Plaintiff,               )

6          -vs-                     )   No. 04-249E

7    HEIM, L.P.                     )

8          Defendant.               )

9          The videotaped deposition of WILLIAM

10   SWITALSKI called for examination pursuant to Notice

11   and the Rules of Civil Procedure for the United

12   States District Courts pertaining to the taking of

13   depositions, taken before DEANNA AMORE, a notary

14   public within and for the County of Cook and State

15   of Illinois, at 33 North LaSalle Street, Chicago,

16   Illinois, on the 7th day of April, 2006, at the

17   hour of 8:00 a.m.

18

19   CSR No.:  084-0003999

20

21

22

23

24
                                                          1

1    you what type of safety mechanisms to have, it

2    basically tells you a minimum standard of what it

3    wants?

4        MR. ROBINSON:  Object to the form of that

5    question.

6        THE WITNESS:  The standard states that the foot

7    control has to be protected against accidental

8    actuation and specifically must protect against

9    someone stepping onto the pedal which gave rise to

10   the requirement for at least a top shield.

11       ANSI was very specific -- or I should say the

12   code committee that wrote that was very specific

13   about using the word onto the pedal as opposed to

14   into the pedal.  They recognized that normal use of

15   the foot control involved stepping into it.  So

16   there is no way to prevent someone who accidentally

17   actuates it from stepping into it.  So they use the

18   word accidental activation by stepping onto the

19   pedal, in other words, from above again, which gave

20   rise to the top shield.

21       The illustration of an acceptable foot control

22   that's used in the standard shows both a top shield

23   and side shields.  It does not show a toe latch.

24   It does not show a front gate.

                                                    66

1    BY MR. HARTMAN:

2        Q.    But if it had a toe latch or a front gate

3    and it had the cover to protect you from stepping

4    onto it, it would be an ANSI-approved shield?

5        MR. ROBINSON:  Objection -- excuse me -- I will

6    object to the form of the question.

7        THE WITNESS:  ANSI does not approve products

8    but it would certainly -- it would certainly

9    include all of the required features.  I don't

10   think the committee would exclude the foot control

11   with additional features.

12   BY MR. HARTMAN:

13       Q.    I am sorry.  So it would be an ANSI, would

14   the term be, acceptable shield then?

15       A.    Yes.

16       Q.    So -- I am going to show you Exhibit

17   No. 4, which has shields from 1 to No. 12.  I would

18   ask you to look at all of those shields.

19       A.    All right.

20       Q.    Is there any shield that's located in

21   Exhibit 1, 1 through 12 that would not be an

22   ANSI-acceptable shield?

23       A.    There is not.  There are no uncovered foot

24   switches shown in this publication.

67

1       A.   Yes, as I said, it amounts to the physical

2    removal of the pedal from the machine when you

3    are -- when you are not operating.

4       Q.   Well, how about during the operation of

5    the foot -- of the press brake with the foot pedal,

6    can you prevent accidental activation of the foot

7    pedal under those circumstances?

8       A.   No, you can't.

9       Q.   You cannot?

10      A.   No, you can't.

11      Q.   Now in 1973 do you know what mechanisms

12   were available by the foot control manufacturers

13   that would -- that could be used to prevent or

14   inhibit inadvertent activation of the pedal?

15      MR. ROBINSON:  I will object to the form of the

16   question.  You have included prevent and inhibit,

17   which is contrary to I think the testimony that was

18   just given.

19      MR. HARTMAN:  I am sorry.

20   BY MR. HARTMAN:

21      Q.   Okay.  In 1973 do you know what foot

22   controls were available that would inhibit

23   accidental activation of the foot control?

24      A.   Yes, I think we have already touched on

                                                        97

 1  every one of these features, the top guard, the

 2  side guards.  I think Linemaster alone has the toe

 3  latch, and eventually all of the major foot switch

 4  manufacturers came out with some form of a front

 5  gate.

 6      Q.   And the front gate was available in 1973

 7  as well?

 8      MR. ROBINSON:  I am going to object -- is that

 9  a question or is that just a statement?

10  BY MR. HARTMAN:

11      Q.   Do you agree with that statement?

12      A.   It was certainly available with some

13  manufacturers.  I don't know the specific date that

14  all of the different manufacturers came out with

15  their version of front gate is unknown to me.

16      Q.   But in 1973 the front gate was available

17  on foot controls by some manufacturers?

18      MR. ROBINSON:  Object to the form.  I will

19  object to the form of that question.

20      THE WITNESS:  Yes.

21  BY MR. HARTMAN:

22      Q.   And in 1977, 1978, the front gate was

23  available on a foot control manufactured by

24  Linemaster; am I correct?

                                                  98

1      A.   Yes.

2      Q.   And a foot control with a front gate would

3   be approved by ANSI, that ANSI standard that you

4   just read?

5      MR. ROBINSON:  I will object.  This has been

6   asked and answered.  He said they don't approve for

7   certain things.  All of this has been asked and

8   answered.  You are now trying to get what you

9   couldn't get before from his answers into a quick,

10  well, let me just say it again, maybe he will say

11  yes.  It is inappropriate.

12     MR. HARTMAN:  I am not trying to do that.

13     MR. ROBINSON:  That's the result that gets

14  reached if there is an answer that's inconsistent

15  with what he has already answered on.  So let's

16  please ask some new questions.

17     MR. HARTMAN:  Paul, I will ask whatever

18  questions I feel like asking.  And if you have a

19  problem with my question -- every time you have

20  asked me to rephrase something, if the witness

21  hasn't understood it, I am more than willing to do

22  it.  This is not about the sharp practice of law.

23  This is trying to find out --

24     MR. ROBINSON:  Well, you and I disagree on the

                                                    99

1    manner in which some questions are asked. I am

2    raising a very valid objection. These questions

3    have been asked and answered, many of them multiple

4    times. And all I am asking, for purposes of the

5    Court really, because I know that you are going to

6    ask whatever you want, is that we begin to address

7    some new areas.

8         MR. HARTMAN:   Okay.

9    BY MR. HARTMAN:

10        Q.   Is there a difference between something

11   that's acceptable by ANSI and something that's

12   ANSI-approved, that would be approved by ANSI?

13        A.   Well, as I think I touched on before, ANSI

14   doesn't approve anything. I think where we are

15   going with this, I can say that there is nothing in

16   the ANSI standards that would disallow the use of a

17   foot control with a front gate.

18        Q.   Looking at Switalski Exhibit No. 4,

19   and I am asking you to compare the Linemaster with

20   the anti-trip mechanism that's shown in exhibit --

21   is in Drawing No. 8 with the Linemaster Hercules

22   foot control that's in Exhibit No. 4.

23        A.   All right.

24        Q.   Can you look at those, please?

                                                    100

1    Q.    Is that a reasonable value system?

2    A.    Yes.

3    Q.    Is that a value system that you have ever

4    used?

5    A.    I don't know that I have been in the

6    position to have to choose whether or not to

7    include a new proposed safety device other than in

8    the framework of litigation matters like we are

9    doing here today.

10          But, yes, I would say I have used it

11    because in effect that's what I am doing with

12    regard to the front gate that Barnett is proposing

13    for press brake foot controls.

14    BY MR. HARTMAN:

15    Q.    Okay.  What is the cost of the front gate?

16    A.    I don't know.

17    Q.    No.  I am saying what is the cost that you

18    factored in?

19    A.    What is the cost -- I haven't factored in

20    any cost.

21    Q.    Okay.  What is the benefit of the front

22    gate?

23    A.    The benefit of the front gate is that it

24    will reduce the likelihood of inadvertently

169

1   stepping into a foot control.

2       Q.   Okay.  On page 9, Item No. 2, the last

3   sentence of your report, you indicate it is not

4   possible to prevent someone from inadvertently

5   stepping into the pedal when the intended use of

6   the pedal involves stepping on it.  This holds true

7   for the proposed front gate.  Its use is not a

8   guarantee that an inadvertent activation will not

9   or cannot occur.

10      Would I be correct in indicating that

11  there is no guarantee with any safety device that

12  injury will not occur?

13      A.   Yes, that is true.  And I think it is

14  especially true for the foot switch gate because

15  intending to activate the foot switch involves in

16  effect getting past that gate.

17      Q.   But if you are not intending to activate

18  the foot switch and somehow your foot gets in

19  there, the gate does protect you if there is no

20  intent?

21      MR. ROBINSON:  I will object to the form.

22      THE WITNESS:  If you are not intending to

23  activate the foot switch and your foot gets in,

24  then by definition the gate hasn't protected you.

                                            170

1    yes.

2        Q.   Okay.  So if the gate is on the foot

3    pedal -- strike that.

4            If the gate is on the foot control and

5    Ms. Lindquist's foot is outside of the foot control

6    and the gate does what it is intended to do, which

7    is prevent unintended entrance into the foot

8    control, would you agree this accident wouldn't

9    have occurred?

10       MR. ROBINSON:  I will object to the form of

11   that question.

12       THE WITNESS:  Yes.

13   BY MR. HARTMAN:

14       Q.   And on paragraph 8 on page 10, would it be

15   a fair statement -- I think I have asked you this

16   -- but would it be a fair statement to say that you

17   don't know what model foot control came with this

18   machine at the time it was sold in 1978?

19       A.   Yes.

20       Q.   Did you see anything in all of the

21   depositions that led you to believe -- that

22   indicated that Ms. Lindquist was riding the foot

23   pedal at the time of this accident?

24       A.   No, I saw no specific indicators that she

                                                    177