```
               UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF PENNSYLVANIA

TINA LINDQUIST                        : NO. 04-249E
         Plaintiff,                   :
                                      : THE HONORABLE
v.                                    : SEAN J. MCLAUGHLIN
                                      :
HEIM, L.P.                            :
         Defendant.                   :
```

## ORDER

AND NOW, this ___ day of _____, 2007, it is hereby ORDERED, ADJUDGED and DECREED that the Defendant's Motion for an Azzarello hearing is DENIED.

```
                              BY THE COURT,


                              _____,
                              J.
```

1