# EXHIBIT "A"

116E1707I1
SEQ – 5000   WORK INSTRUCTIONS
Page 1 of 1

FINAL FORM     I-7804.94     DIE, FINAL FORM, P.B.

1ST/LAST PIECE ON FLOOR INSPECTION REQUIRED ON THE FOLLOWING CHARACTERISTICS:
A)   CONTOUR - COMPARE TO SAMPLE - 1ST/LAST PIECE MININIUM
z)   MISC. DEFECTS - VISUAL - EVERY PIECE

PRESS BRAKE

MATERIAL: - SS

MACHINE NUMBER: - 820

SAMPLE REQUIRED? – YES

DEPTH POSITION (REF.)

DEPTH ADJ. (REF.)

TOP POSITION (REF)

SPEED CHANGE (REF.)

TONNAGE (REF.)



SWINGS IN & OUT OR AWAY
GATE

HAND FORM ON MANDREL.
CHECK LOCATING PIN TO HOLD PART IN LOCATION.
WATCH FOR MARKS IN PART. AFTER HITTING THE
PART, YOU WILL HAVE TO LIFT THE TAB OFF THE PIN TO GET THE PART OFF THE MANDREL.

RECORDED BY: - L. LEHMANN
DATE: - 03/30/01

APPROVED BY: - D. HIGBY
DATE: - 04/01/01

NOTES AND SET UP:
Clamp top half of die to ram, then align bottom half and clamp. Put part in die with big end between locator, and small end over pin. Make sure to close gate or part will be crushed. Setting is 0546 (ref).


REVISIONS:
10/20/00 - Revised notes; "hand form....thru.....to hold part in location", also card was copied with
          machine change to #820 per D.L. - K.M.
03/05/01 - Cleaned up setup sheet to make easier to read. - DAJ.
05/09/01 - Added rewritten setup sheet no changes just darkened up, also added operator acceptance
          criteria to work instructions.   DAJ.
02/19/02 – Converted the setup sheet to word format. - SPG
02/19/02 - Added picture per Stan Gallup... B.B.

Last printed 09/25/02 2:26 PM                                                      PMACNSL 0078