```
              UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF PENNSYLVANIA

TINA LINDQUIST                   : NO. 04-249E
         Plaintiff,              :
                                 : THE HONORABLE
   v.                            : SEAN J. MCLAUGHLIN
                                 :
HEIM, L.P.                       :
         Defendant.              :
```

### ORDER OF COURT

AND NOW, this ___ day of _____, 2007, having heard Plaintiff's Motion in Limine to Bar Defendant from Offering Evidence and/or Arguing at Trial that Plaintiff Either: Assumed the Risk; Misused the Product; or Engaged in Highly reckless Conduct, in Operating the Heim Press Brake Without a Point of Operation Device it is hereby GRANTED. Defendant shall be precluded from offering or soliciting, at trial, any evidence, testimony and/or reference Plaintiff's alleged voluntary assumption of risk, misuse of the product or highly reckless conduct.

BY THE COURT,

_____,
J.

1