```
                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF PENNSYLVANIA

TINA LINDQUIST                    : NO. 04-249E
          Plaintiff,              :
                                  : THE HONORABLE
   v.                             : SEAN J. MCLAUGHLIN
                                  :
HEIM, L.P.                        :
          Defendant.              :
```

### ORDER OF COURT

AND NOW, this ___ day of _____, 2007, it is hereby ORDERED, ADJUDGED and DECREED that Plaintiff's Motion in Limine to Bar Defendant from Arguing that Plaintiff has Failed to Properly Identify the Defective Product is GRANTED. Therefore, Defendant shall be precluded from arguing that Plaintiff has failed to identify the product that caused her injury and that the press brake did not reach Plaintiff in the same condition it was in when it left their control.

                                        BY THE COURT,


                                        _____,
                                        J.

1