```
            UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF PENNSYLVANIA

TINA LINDQUIST                    : NO. 04-249E
          Plaintiff,              :
                                  : THE HONORABLE
   v.                             : SEAN J. MCLAUGHLIN
                                  :
HEIM, L.P.                        :
          Defendant.              :
```

### ORDER OF COURT

AND NOW, this ___ day of _____, 2007, having heard Plaintiff's Motion in Limine to Bar Defendant from Introducing any Evidence of Industry Custom, Industry Standards (ANSI) and/or Federal Safety Standards (OSHA) relating to the Design of the Press Brake is GRANTED. Defendant shall be precluded from offering or soliciting, at trial, any evidence, testimony and/or reference from any witness, whether expert of lay, about the OSHA investigation, OSHA report, findings in the OSHA report or information concerning any citations issued to Plaintiff's employer.

BY THE COURT,

_____,
J.

1