```
                    UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF PENNSYLVANIA

TINA LINDQUIST                      : NO. 04-249E
          Plaintiff,                :
                                    : THE HONORABLE
     v.                             : SEAN J. MCLAUGHLIN
                                    :
HEIM, L.P.                          :
          Defendant.                :
```

### ORDER OF COURT

AND NOW, this ___ day of _____, 2007, having heard Plaintiff's Motion in Limine to Exclude Any Evidence, Testimony and/or Reference to any Two-Palm Mechanism and/or Switches Available for Operation of the Subject Press Brake at Time of Plaintiff's Accident is GRANTED. Defendant shall be precluded from offering or soliciting, at trial, any evidence, testimony and/or reference from witnesses, whether lay or expert, regarding the two-palm button switch and/or mechanism as an alternate means of operating the subject press brake at the time of Plaintiff's accident and injury.

                                        BY THE COURT,


                                        _____,
                                        J.

1