```
             UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF PENNSYLVANIA

TINA LINDQUIST                    : NO. 04-249E
          Plaintiff,              :
                                  : THE HONORABLE
    v.                            : SEAN J. MCLAUGHLIN
                                  :
HEIM, L.P.                        :
          Defendant.              :
```

**ORDER OF COURT**

AND NOW, this ___ day of _____, 2007, it is hereby ORDERED, ADJUDGED and DECREED that Plaintiff's Motion in Limine to Exclude Evidence, Testimony and/or Reference to Punch Press Standards and/or Design is GRANTED.  Therefore, Defendant shall be precluded from offering any evidence, testimony and/or reference to punch presses.

                              BY THE COURT,


                              _____,
                              J.

1