```
            UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF PENNSYLVANIA

TINA LINDQUIST                    : NO. 04-249E
          Plaintiff,              :
                                  : THE HONORABLE
    v.                            : SEAN J. MCLAUGHLIN
                                  :
HEIM, L.P.                        :
          Defendant.              :
```

### ORDER OF COURT

AND NOW, this ___ day of _____, 2007, having heard Plaintiff's Motion in Limine to Exclude Any Evidence and/or Testimony from Lay Witnesses as to Whether the Subject Product was Defective and/or the Cause of Plaintiff's Subject Accident it is hereby GRANTED. Defendant shall be precluded from offering or soliciting, at trial, any evidence, testimony and/or reference from lay witnesses regarding lay opinion as to whether the subject press brake was "defective" or the "cause" of Plaintiff's accident. Further, Defendant is precluded from eliciting any testimony from witnesses regarding any alleged absence of prior accidents.

                                        BY THE COURT,

                                        _____,
                                        J.

1