```
                UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF PENNSYLVANIA

TINA LINDQUIST                    : NO. 04-249E
          Plaintiff,              :
                                  : THE HONORABLE
   v.                             : SEAN J. MCLAUGHLIN
                                  :
HEIM, L.P.                        :
          Defendant.              :
```

### ORDER OF COURT

AND NOW, this ___ day of _____, 2007, having heard Plaintiff's Motion in Limine to Bar Defendant's Experts from Testifying as to their Beliefs and Opinions that Plaintiff's Expert is Taking a Position Inconsistent with his Prior Writings it is hereby GRANTED.  Defendant's witnesses should be precluded from opining or commenting as to their beliefs that Plaintiff's liability expert, Ralph Barnett, is offering opinions in this case that are inconsistent with his prior writings.

BY THE COURT,

_____,
J.

1