IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TINA LINDQUIST, | Civil Action No: 04-249E |
| Plaintiff, | **JUDGE SEAN J. MCLAUGHLIN** |
| vs. | |
| HEIM, L.P., | |
| Defendant. | |

### ORDER OF COURT

AND NOW, this _____ day of _____, 2007, It is hereby ORDERED, ADJUDGED, and DECREED that the motion to bifurcate the issues of liability and damages at trial filed on behalf of the defendant, Heim, L.P., is GRANTED. The liability and damages issues will be tried separately, with the liability issues tried first, followed by the trial of the damages issues if necessary.

BY THE COURT:

_____
SEAN J. MCLAUGHLIN, DISTRICT JUDGE

P0807861.1