IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TINA LINDQUIST,<br><br>  Plaintiff,<br><br>vs.<br><br>HEIM, L.P.,<br><br>  Defendant. | Civil Action No: 04-249E<br><br>**JUDGE SEAN J. MCLAUGHLIN** |

### ORDER OF COURT

AND NOW, this _____ day of _____, 2007, it is hereby ORDERED, ADJUDGED, and DECREED that the motion in limine to preclude the plaintiff from offering certain photographs depicting the plaintiff's injuries filed on behalf of the defendant, Heim, L.P., is GRANTED.  The plaintiff is precluded from offering or otherwise introducing at trial the photographs attached as Exhibit "A" to Heim, L.P.'s motion in limine.

BY THE COURT:

_____
SEAN J. MCLAUGHLIN, DISTRICT JUDGE

P0811072.1