# EXHIBIT "A"

Case 1:04-cv-00249-SJM    Document 83-3    Filed 05/04/2007    Page 1 of 7










73



74







77



78



