IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TINA LINDQUIST,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>HEIM, L.P.,<br><br>　　　　Defendant. | Civil Action No: 04-249E<br><br>**JUDGE SEAN J. MCLAUGHLIN** |

## ORDER OF COURT

AND NOW, this _____ day of _____, 2007, it is hereby ORDERED, ADJUDGED, and DECREED that the motion in limine to preclude plaintiff from introducing evidence or offering argument at trial regarding other manufacturers' providing gated foot controls with press brakes filed on behalf of the defendant, Heim, L.P., is GRANTED. The plaintiff is precluded at trial from introducing evidence or offering argument regarding other manufacturers' providing gated foot controls with press brakes.

　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　SEAN J. MCLAUGHLIN, DISTRICT JUDGE

P0811124.1