```
              UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF PENNSYLVANIA

TINA LINDQUIST                    : NO. 04-249E
          Plaintiff,              :
                                  : THE HONORABLE
    v.                            : SEAN J. MCLAUGHLIN
                                  :
HEIM, L.P.                        :
          Defendant.              :
```

## ORDER OF COURT

AND NOW, this ___ day of _____, 2007, it is hereby ORDERED, ADJUDGED and DECREED that Defendant's Motion to Preclude Plaintiff from Offering Certain Photographs Depicting the Plaintiff's Injuries is DENIED.

                                    BY THE COURT,


                                    _____,
                                    J.

1