```
                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF PENNSYLVANIA

TINA LINDQUIST                        :  NO. 04-249E
              Plaintiff,              :
                                      :  THE HONORABLE
    v.                                :  SEAN J. MCLAUGHLIN
                                      :
HEIM, L.P.                            :
              Defendant.              :
```

### ORDER OF COURT

AND NOW, this ___ day of _____, 2007, it is hereby ORDERED, ADJUDGED and DECREED that Defendant's Motion to Preclude Plaintiff from Introducing Evidence or Offering Argument at Trial Regarding other Manufacturers Providing Gated Foot Controls with Press Brakes is DENIED.

BY THE COURT,

_____,
J.

1