IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TINA LINDQUIST,<br><br>    Plaintiff,<br><br>vs.<br><br>HEIM, L.P.,<br><br>    Defendant. | Civil Action No: 04-249E<br><br>**JUDGE SEAN J. MCLAUGHLIN** |

### ORDER OF COURT

AND NOW, this _____ day of _____, 2007, it is hereby ORDERED, ADJUDGED, and DECREED that the plaintiff's motion in limine to bar defendant Heim from arguing that plaintiff has failed to properly identify the defective product is DENIED.

BY THE COURT:

_____
SEAN J. MCLAUGHLIN, DISTRICT JUDGE

P0811425.1