IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TINA LINDQUIST,<br><br>    Plaintiff,<br><br>vs.<br><br>HEIM, L.P.,<br><br>    Defendant. | Civil Action No: 04-249E<br><br>**JUDGE SEAN J. MCLAUGHLIN** |

**ORDER OF COURT**

AND NOW, this _____ day of _____, 2007, it is hereby ORDERED, ADJUDGED, and DECREED that the plaintiff's motion in limine to bar defendant Heim from introducing at the time of trial any evidence or industry custom, industry standards (ANSI), and/or federal safety standards (OSHA) relating to the design of the press brake is DENIED.

BY THE COURT:

_____
SEAN J. MCLAUGHLIN, DISTRICT JUDGE

P0811424.1