IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TINA LINDQUIST,<br><br>    Plaintiff,<br><br>vs.<br><br>HEIM, L.P.,<br><br>    Defendant. | Civil Action No: 04-249E<br><br>**JUDGE SEAN J. MCLAUGHLIN** |

**ORDER OF COURT**

AND NOW, this _____ day of _____, 2007, it is hereby ORDERED, ADJUDGED, and DECREED that the plaintiff's motion in limine to exclude any evidence, testimony and/or reference to any two-palm mechanism and/or switches available for operation of the subject press brake at time of plaintiff's accident of September 25, 2002 is DENIED.

BY THE COURT:

_____
SEAN J. MCLAUGHLIN, DISTRICT JUDGE

P0811419.1