IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TINA LINDQUIST,<br><br>    Plaintiff,<br><br>vs.<br><br>HEIM, L.P.,<br><br>    Defendant. | Civil Action No: 04-249E<br><br>**JUDGE SEAN J. MCLAUGHLIN** |

**ORDER OF COURT**

AND NOW, this _____ day of _____, 2007, it is hereby ORDERED, ADJUDGED, and DECREED that the plaintiff's motion in limine to exclude any evidence, reference and/or testimony from lay witnesses regarding any opinions as to "defect" in the press brake and/or any alleged absence of prior accidents on the subject press brake is DENIED.

BY THE COURT:

_____
SEAN J. MCLAUGHLIN, DISTRICT JUDGE

P0811421.1