IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TINA LINDQUIST,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>HEIM, L.P.,<br><br>　　　　Defendant. | Civil Action No: 04-249E<br><br>**JUDGE SEAN J. MCLAUGHLIN** |

**ORDER OF COURT**

AND NOW, this _____ day of _____, 2007, it is hereby ORDERED, ADJUDGED, and DECREED that the plaintiff's motion in limine to bar defendant Heim from offering evidence and/or arguing at trial that plaintiff either: assumed the risk; misused the product; or engaged in highly reckless conduct, in operating the Heim press brake without a point of operation device is DENIED.

　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　SEAN J. MCLAUGHLIN, DISTRICT JUDGE

P0811422.1