# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

The following cases are listed for trial beginning on **August 6, 2007**, before the Honorable Sean J. McLaughlin, in Courtroom C, 2nd Floor, U.S. Federal Building and Courthouse, Erie, Pennsylvania

When cases are called for trial between **August 6, 2007 and September 10, 2007**, counsel are to be prepared to select a jury and proceed to trial. Counsel will not be required to try cases back to back, however, the order of selection is subject to change based on expected trial length and the availability of jurors. Counsel are directed to keep the Clerk notified if there is any change in the status of each case. The order for selection is as follows:

CA 04-263 E   **Delaware Marketing Partners LLC v. Creditron Financial Services Inc.,**
     (Farrar, Synderman, Zoffer)                (Markham)

CA 04-249 E   **Lindquist** v. **Heim, L.P.,**
     (Hartman)        (Robinson)

CA 05-265 E   **August, et al.**, v. **Seaport Express**
     (Lazzaro)            (Mulvhill)

CA 05-373 E   **Jacobs v. Buffalo & Pittsburgh Railroad, Inc.,**
     (Collins)            (Pion)

CA 06-4 E     **Hoover, et al., v. Rene St. Cyr., et al.,**
     (Kuftic)              Clemente)

CA 06-34 E    **Scott v. Malmeister, et al.,**
     (Pro Se)   (Passarella)

CA 06-87 E    **Kurschinske v. Meadville Forging Company**
     (Mahood)      (Fellows)

IMMEDIATELY UPON RECEIPT OF THIS NOTICE, COUNSEL FOR THE GOVERNMENT ARE TO ISSUE APPROPRIATE WRITS OF HABEAS CORPUS TO THE U.S. MARSHAL SERVICE FOR ANY AND ALL OUT OF STATE DEFENDANTS OR WITNESSES.

          Nicole M. Kierzek
          Courtroom Deputy to Judge Sean J. McLaughlin

cc: All counsel
United States Marshal
United States Pretrial Services