# United States District Court
## For the Western District of Pennsylvania

Tina Finquest

Plaintiffs,

Vs.

Case No. CA 04-249 E

Hein JP.

Defendants.

HEARING ON Daubert Hrg & Oral Argument

Before Judge Sean J. McLaughlin

Held on 7-13-07

Dallas Hartman                                    Paul Robinson

Appear for Plaintiff                              Appear for Defendant

Hearing begun 8:55 am                             Hearing adjourned to 12:00p - 12:30pm

Hearing concluded C.A.V. _____                  Stenographer Shirley Hall

                                                  Clerk K. Scibetta

WITNESSES:

aug. 13 trial

A's exhibit A, L, O, P, R, S, U admitted