



DEFENDANT'S EXHIBIT A 04-249E



