# LINEMASTER



Foot Switches

Air Valves

Molded Plugs Cordsets

DEFENDANT'S EXHIBIT
O
04-249E

Case 1:04-cv-00249-SJM    Document 103-5    Filed 07/13/2007    Page 2 of 3

# LINEMASTER

## ANTI-TRIP FOOT CONTROL advanced design prevents Accidental Actuation

PATENT PENDING





ALL MODELS UL & CSA LISTED                    PATENTED

New heavy duty foot switch features an anti-trip treadle mechanism that prevents accidental actuation through unintentional stepping on foot treadle.

Will withstand sudden shock force from kicking or dropping. Tested for 3 foot drops on cement floor without actuation of switch contacts.

Switch operation requires that the latch trip lever be released prior to depressing the foot treadle. An in-line foot pressure is applied to the latch trip lever located at the rear of the foot treadle.

Smooth trip lever release and treadle depression motion results in good rate of operation.

Complies with Occupational Safety & Health Act provisions for full shielding of foot controls.

Oversize "O" Shield models accept oversized safety shoes and metatarsal foot guards.

Dual ½"-14 pipe thread conduit opening models available.

Painted Alert Orange.

Dual mechanism and springs for treadle return and latching.

½"-14 pipe thread conduit opening

Anti skid rubber feet and 3 holes for rigid mounting to floor or equipment.

Driptight        Dusttight
Watertight       Oiltight
NEMA Types 2, 4 & 13

Dimensions 9" x 5¼" x 4¼"

Weight—Approximately 7 lbs

### EXAMPLE OF CIRCUIT DESCRIPTIONS

| CIRCUIT | TREADLE UP | TREADLE DOWN |
|---|---|---|
| SPDT | | |
| SPDT DB (Double Break) | | |

### SPECIFICATIONS   WARNING   See page 2

| | FULL SHIELD | "O" SHIELD | WITH GATE | STAGE | CIRCUIT | ELECTRICAL RATINGS & COMMENTS |
|---|---|---|---|---|---|---|
| UL CSA | 511-B | 511-BO | 511-BG | Single | SPDT | 20 Amps 125-250 VAC<br>1 HP 125-250 VAC<br>Heavy Pilot Duty 250 VAC Max. |
| UL CSA | 511-B2* | 511-B20* | 511-B2G* | Single | DPDT | |
| UL CSA | 511-B2A | 511-B20A | 511-B2GA | Two | SPDT | |
| UL CSA | 511-B3 | 511-B30 | 511-B3G | Single | SPDT DB | 15 Amps 125-250 VAC<br>½ HP 125 VAC, 1 HP 250 VAC<br>Heavy Pilot Duty 250 VAC Max.<br>Must be wired to equal voltage sources and the same polarity. The loads should be on the same sides of the line. |
| UL CSA | 511-B4* | 511-B40* | 511-B4G* | Single | DPDT DB | |
| UL CSA | 511-B4A | 511-B40A | 511-B4GA | Two | SPDT DB | |

*One pole of these models has an adjustable actuating mechanism that enables you to make or break one pole before the other. EXAMPLE: You can break the N.O. Circuit long before you would remake an N.C. Circuit in a 511-B2.

# HERCULES Heavy Duty Foot Switch



**WITHOUT GUARD**
Weight Approx. 6½ lbs



**FULL SHIELD MODEL**
Weight Approx. 8 lbs.

*Shielded cover cast aluminum



**ADJUSTING SCREWS**

**EASY TO WIRE AND ADJUST**



**MAINTAINED LATCH UNDER GUARD**

**Driptight — Dusttight**
**Watertight — Oiltight**
**NEMA Types 2, 4 & 13**

DIMENSIONS: 8⁵⁄₁₆" × 4⁵⁄₁₆" × 4½"

Weight Approx. 7½ lbs

O SHIELD cover available for field installation on standard models. Catalog No. 534-E7, painted alert orange.

The rugged cast iron enclosure has sufficient weight to keep the switch from sliding across the floor when being operated. All Hercules switches have a ½"-14 pipe thread conduit opening. Oiltight-watertight models have a neoprene cover gasket, plus a seal around the activating shaft. Separate #8 ground screw provided in all models. Alert orange finish. In all Maintained Contact Models the release is accomplished by simply pressing the latch with a light forward movement of the toe. This release is placed under the safety guard so falling objects cannot easily release it. In the two and three stage switches the sequence of latching can be selective if desired. In the standard models they are progressive.

**SPECIFICATIONS**  WARNING See page 2   Dual ½"-14 pipe thread conduit opening models available.

| OILTIGHT-WATERTIGHT | | | STAGE | CIRCUIT | ELECTRICAL RATINGS | COMMENTS |
|---|---|---|---|---|---|---|
| FULL SHIELD | "O" SHIELD | WITHOUT GUARD | | | | |
| 531-SWH / 571-DWH | 531-SWHO / 571-DWHO | 531-SWN / 571-DWN | Single | SPDT | 20 Amps 125-250 VAC 1 HP 125-250 VAC Heavy Pilot Duty 250 VAC Max. | Simple start and stop foot switch. Can be wired N.O., N.C. or SPDT |
| 532-SWH / 572-DWH | 532-SWHO / 572-DWHO | 532-SWN / 572-DWN | Single | DPDT | | DPDT switch can also be adjusted so one circuit operates before the other |
| 533-SWH / 573-DWH | 533-SWHO / 573-DWHO | 533-SWN / 573-DWN | Single | TPDT | | TPDT switch can also be adjusted so 1 or 2 circuits operate before the 3rd |
| 534-SWH / 574-DWH | 534-SWHO / 574-DWHO | 534-SWN / 574-DWN | Two | SPDT | | Distinct "feel" between the two stages. Each stage SPDT |
| 535-SWH / 575-DWH | 535-SWHO / 575-DWHO | 535-SWN / 575-DWN | Three | SPDT | | Distinct "feel" between the three stages. Each stage SPDT |
| 536-SWH / 576-DWH | 536-SWHO / 576-DWHO | 536-SWN / 576-DWN | Single | SPDT DB* | 15 Amps 125-250 VAC ½ HP 125 VAC 1 HP 250 VAC Heavy Pilot Duty 250 VAC Max. | See comments above for adjustments and operational characteristics of similar models. *DB Double Break models have (4) four terminal interior snap switches and must be wired to equal voltage sources and the same polarity. The loads should be on the same sides of the line. |
| 537-SWH / 577-DWH | 537-SWHO / 577-DWHO | 537-SWN / 577-DWN | Single | DPDT DB* | | |
| 538-SWH / 578-DWH | 538-SWHO / 578-DWHO | 538-SWN / 578-DWN | Two | SPDT DB* | | |

S Denotes MOMENTARY CONTACT—Press to Start—Release to Stop
D Denotes MAINTAINED CONTACT—Press to Start—Press Latch to Stop

Oversize O SHIELD models available to accept oversized safety shoes and metatarsal foot guards

9