IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TINA LINQUIST ) | |
|     Plaintiff, ) | |
| ) | |
|   vs. ) | Civil Action No. 04-249 ERIE |
| ) | |
| HEIM, L.P., ) | |
|     Defendant, ) | |
| ) | |

**ORDER**

AND NOW this 8th day of August, 2007, after consideration of the Defendant's MOTION to Bifurcate the Issues of Liability and Damages at Trial (Document No. 81)

IT IS HEREBY ORDERED that the said motion be and hereby is DENIED

 S/Sean J. McLaughlin
Sean J. McLaughlin
United States District Judge

cc: counsel/parties of record  NK