IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TINA LINDQUIST,<br><br>    Plaintiff,<br><br>vs.<br><br>HEIM, L.P.,<br><br>    Defendant. | Civil Action No: 04-249E<br><br>**JUDGE SEAN J. MCLAUGHLIN**<br><br>PAUL R. ROBINSON, ESQUIRE<br>PA I.D. No. 65581<br>MEYER, DARRAGH, BUCKLER,<br>BEBENEK & ECK, P.L.L.C.<br>U.S. Steel Tower, Suite 4850<br>600 Grant Street<br>Pittsburgh, PA 15219<br>(412) 261-6600<br>Email:  probinson@mdbbe.com |

**HEIM, L.P.'S PROPOSED JURY VERDICT FORM**

AND NOW, comes the defendant, HEIM, L.P. (hereinafter "Heim"), through its attorneys, MEYER, DARRAGH, BUCKLER, BEBENEK & ECK, P.L.L.C., filing its proposed jury verdict form, as follows:

P0819338.1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TINA LINDQUIST,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>HEIM, L.P.,<br><br>　　　　Defendant. | Civil Action No:  04-249E<br><br>**JUDGE SEAN J. MCLAUGHLIN**<br><br><br>PAUL R. ROBINSON, ESQUIRE<br>PA I.D. No. 65581<br>MEYER, DARRAGH, BUCKLER,<br>BEBENEK & ECK, P.L.L.C.<br>U.S. Steel Tower, Suite 4850<br>600 Grant Street<br>Pittsburgh, PA 15219<br>(412) 261-6600<br>Email:  probinson@mdbbe.com |

**JURY VERDICT**

Question 1

Do you find that the press brake was defective when it left the control of Heim in 1978?

Yes \_\_\_\_\_

No \_\_\_\_\_

If you answer Question 1 "no", please return to the courtroom.  If you answer Question 1 "yes", pleas proceed to Question 2.

Question 2

Was the press brake being misused at the time of the plaintiff's injury?

Yes _____

No _____

If you answer Question 2 "yes", please return to the courtroom. If you answer Question 2 "no", please proceed to Question 3.

Question 3

Do you find that the plaintiff assumed the risk of injury by riding the pedal of the foot control?

Yes _____

No _____

If you answer Question 3 "yes", please return to the courtroom. If you answer Question 3, "no", please proceed to Question 4.

Question 4

Do you find that the conduct of the plaintiff's employer, Corry Manufacturing, was a superceding cause of the plaintiff's injuries?

Yes _____

No _____

If you answer Question 4 "yes", please return to the courtroom. If you answer Question 4 "no", please proceed to Question 5.

Question 5

Do you find that the condition of the press brake when it left the control of Heim in 1978 was the proximate cause of the plaintiff's injuries?

Yes \_\_\_\_\_

No \_\_\_\_\_

If you answer Question 5 "no", please return to the courtroom.  If you answer Question 5 "yes", please proceed to Question 6.

Question 6

Do you find that Heim sold the foot control which Tina Lindquist was using at the time of her accident?

Yes \_\_\_\_\_

No \_\_\_\_\_

If you answer Question 6 "no", please return to the courtroom.  If you answer Question 6 "yes", please proceed to Question 7.

Question 7

State the amount of damages, if any, which you award to the plaintiff and against Heim.

$_____

Please return to the courtroom.

        Respectfully submitted,

        MEYER, DARRAGH, BUCKLER,
        BEBENEK & ECK, P.L.L.C.


By: /s/ Paul. R. Robinson
    PAUL R. ROBINSON, ESQUIRE
    Attorney for Heim, L.P.
    PA I.D. No. 65581

    U.S. Steel Tower, Suite 4850
    600 Grant Street
    Pittsburgh, PA 15219
    (412) 261-6600

## PROOF OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been served upon all parties on the date and in the manner listed below:

|  |  |
|---|---|
| _____ | First Class Mail, Postage Prepaid |
| _____ | Certified Mail - Return Receipt Requested |
| _____ | Hand Delivery |
| _____ | Facsimile Transmission |
| \_\_X\_\_ | Electronic Transmission |

at the following address:

>Dallas W. Hartman, Esquire
>Dallas W. Hartman P.C.
>2815 Wilmington Road
>New Castle, PA 16105
>*(Counsel for Plaintiff)*

>MEYER, DARRAGH, BUCKLER,
>BEBENEK & ECK, P.L.L.C.

Date: August 10, 2007       /s/ Paul R. Robinson
                            PAUL R. ROBINSON, ESQUIRE

P0819338.1