IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TINA LINQUEST,<br>    Plaintiff, | )<br>)<br>) |
| Vs. | )    Civil Action No. 04-249 Erie<br>) |
| HEIM, L.P.,<br>    Defendant. | )<br>)<br>) |

**O R D E R**

AND NOW, to with, this 10th day of August, 2007, the Court having been advised that the parties have reached an agreement upon a settlement in the above-captioned matter, IT IS HEREBY ORDERED that this case is marked administratively closed. The parties should file a Rule 41 Stipulation for dismissal with a one-page proposed order granting the stipulation. It appears no further action is required by the Court at this time.

                                                  S/Sean J. McLaughlin
                                                  Sean J. McLaughlin
                                                  United States District Judge

cc: all parties of record. nk