UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TINA LINDQUIST,<br>         Plaintiff, | : NO. 04-249E<br>:<br>: JUDGE SEAN MCLAUGHLIN |
| v. | : |
| HEIM, L.P.,<br>         Defendant. | :<br>: |

### STIPULATION FOR SETTLEMENT/DISMISSAL OF CASE

We the attorneys for the respective parties, do hereby stipulation that the above case has been settled and that the Court may enter an order accordingly, notice by the Clerk being hereby waived.

DALLAS W. HARTMAN, P.C.

_____
Attorneys for Plaintiff
Dallas W. Hartman, Esq.

MEYER, DARRAGH, BUCKLER,
BEBENEK & ECK

BY: _____
Attorney for Defendant
Paul Robinson, Esq.

### ORDER

AND NOW, this _____ day of _____, 2007, IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the within document was served on the party below in the following manner:

VIA ELECTRONICALLY:

>Paul R. Robinson, Esquire
>MEYER, DARRAGH, BUCKLER, BEBENEK & ECK, PLLC
>U.S. Steel Tower, Suite 4850
>Pittsburgh, PA  15219
>
>Attorney for DEFENDANT

DATE: 9-28-07

DALLAS W. HARTMAN, P.C.

/s/ Dallas W. Hartman
Attorneys for Plaintiff

Dallas W. Hartman, Esq.
Attorney I.D. No. 41649

2815 Wilmington Road
New Castle, PA  16105
(724) 652-4081

2